# Exhibit A



# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 31, 2023

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

**PATENT NUMBER:** *11,369,756*
**ISSUE DATE:** *June 28, 2022*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Sylvia Holley
Certifying Officer

US011369756B2

(12) **United States Patent**
**Hatton et al.**

(10) **Patent No.: US 11,369,756 B2**
(45) **Date of Patent: *Jun. 28, 2022**

(54) **LEAK-RESISTANT VAPORIZER DEVICE**

(71) Applicant: **JUUL Labs, Inc.**, San Francisco, CA (US)

(72) Inventors: **Nicholas Jay Hatton**, Oakland, CA (US); **Steven Christensen**, San Mateo, CA (US); **Esteban Leon Duque**, San Francisco, CA (US); **Ariel Atkins**, San Francisco, CA (US); **James Monsees**, San Francisco, CA (US); **Adam Bowen**, San Mateo, CA (US)

(73) Assignee: **JUUL Labs, Inc.**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/204,148**

(22) Filed: **Mar. 17, 2021**

(65) **Prior Publication Data**

US 2021/0268208 A1 Sep. 2, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 15/396,584, filed on Dec. 31, 2016.

(60) Provisional application No. 62/398,494, filed on Sep. 22, 2016.

(51) **Int. Cl.**

***A61M 11/00*** (2006.01)
***A24F 40/40*** (2020.01)
***A61M 11/04*** (2006.01)
***A61M 15/06*** (2006.01)
***A24F 40/10*** (2020.01)
***A61M 15/00*** (2006.01)

(52) **U.S. Cl.**

CPC ............ ***A61M 11/00*** (2013.01); ***A24F 40/40*** (2020.01); ***A61M 11/042*** (2014.02); ***A61M 15/06*** (2013.01); *A24F 40/10* (2020.01); *A61M 15/0021* (2014.02); *A61M 2205/8206* (2013.01)

(58) **Field of Classification Search**

None

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,671,185 | A | 5/1928 | Flynn |
| 1,950,542 | A | 3/1934 | Daniel |
| 2,900,989 | A | 8/1959 | Glenn |
| 4,945,931 | A | 8/1990 | Gori |
| 6,516,796 | B1 | 2/2003 | Cox et al. |
| 6,637,430 | B1 | 10/2003 | Voges et al. |
| 7,284,553 | B2 | 10/2007 | Hochrainer |
| 7,802,569 | B2 | 9/2010 | Yeates et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AT | 507187 | A4 | 3/2010 |
| CA | 2920973 | C | 9/2018 |

(Continued)

*Primary Examiner* — Phu H Nguyen

(74) *Attorney, Agent, or Firm* — Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

(57) **ABSTRACT**

Vaporizer cartridges and vaporizer apparatuses, and methods for making, using and delivering vapor to a user, that are leak-resistant for use with cannabinoids. In particular, described herein are leak-resistant vaporizer cartridges and apparatuses adapted for use with oil-based vaporizable materials including *Cannabis* oils.

**17 Claims, 26 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,528,569 | B1 | 9/2013 | Newton |
| 8,714,161 | B2 | 5/2014 | Liu et al. |
| 8,752,545 | B2 | 6/2014 | Buchberger |
| 8,833,364 | B2 | 9/2014 | Buchberger |
| 8,899,240 | B2 | 12/2014 | Mass |
| 8,948,578 | B2 | 2/2015 | Buchberger |
| 9,010,335 | B1 | 4/2015 | Scatterday |
| 9,078,474 | B2 | 7/2015 | Thompson |
| 9,089,166 | B1 | 7/2015 | Scatterday |
| 9,155,336 | B2 | 10/2015 | Liu |
| 9,247,773 | B2 | 2/2016 | Memari et al. |
| 9,289,014 | B2 | 3/2016 | Tucker et al. |
| 9,351,522 | B2 | 5/2016 | Safari |
| 9,364,025 | B2 | 6/2016 | Liu |
| 9,427,022 | B2 | 8/2016 | Levin et al. |
| 9,497,998 | B2 | 11/2016 | Chen |
| 9,510,623 | B2 | 12/2016 | Tucker et al. |
| 9,526,272 | B2 | 12/2016 | Liu |
| 9,648,908 | B1 | 5/2017 | Rinehart et al. |
| 9,668,520 | B2 | 6/2017 | Boldrini et al. |
| 9,668,522 | B2 | 6/2017 | Memari et al. |
| 9,681,688 | B1 | 6/2017 | Rinehart et al. |
| 9,763,475 | B2 | 9/2017 | Liu |
| 9,763,478 | B2 | 9/2017 | Cameron et al. |
| 9,770,055 | B2 | 9/2017 | Cameron et al. |
| 9,795,168 | B2 | 10/2017 | Zhu |
| 9,833,021 | B2 | 12/2017 | Perez et al. |
| 9,844,234 | B2 | 12/2017 | Thorens et al. |
| 9,861,135 | B2 | 1/2018 | Chen |
| 9,877,519 | B2 | 1/2018 | Xiang |
| 9,918,496 | B2 | 3/2018 | Kane et al. |
| 9,955,726 | B2 | 5/2018 | Brinkley et al. |
| 9,986,762 | B2 | 6/2018 | Alarcon et al. |
| 10,058,128 | B2 | 8/2018 | Cameron et al. |
| 10,070,668 | B2 | 9/2018 | Li et al. |
| 10,080,387 | B2 | 9/2018 | Phillips et al. |
| 10,085,481 | B2 | 10/2018 | Verleur et al. |
| 10,085,486 | B2 | 10/2018 | Cameron |
| 10,130,123 | B2 | 11/2018 | Hatton et al. |
| 10,131,532 | B2 | 11/2018 | Murison et al. |
| 10,159,282 | B2 | 12/2018 | Monsees et al. |
| 10,206,429 | B2 | 2/2019 | Davis et al. |
| 10,279,934 | B2 | 5/2019 | Christensen et al. |
| 10,299,513 | B2 | 5/2019 | Perez et al. |
| 10,383,368 | B2 | 8/2019 | Larson |
| 10,426,199 | B2 | 10/2019 | Turner et al. |
| 10,492,542 | B1 | 12/2019 | Worm et al. |
| 2003/0154991 | A1 | 8/2003 | Fournier et al. |
| 2007/0215168 | A1 | 9/2007 | Banerjee et al. |
| 2009/0255534 | A1 | 10/2009 | Paterno |
| 2010/0186757 | A1 | 7/2010 | Crooks et al. |
| 2010/0200008 | A1 | 8/2010 | Taieb |
| 2012/0018529 | A1 | 1/2012 | Gammon et al. |
| 2012/0318882 | A1 | 12/2012 | Abehasera |
| 2013/0192615 | A1 | 8/2013 | Tucker et al. |
| 2013/0199528 | A1 | 8/2013 | Goodman et al. |
| 2013/0312742 | A1 | 11/2013 | Monsees et al. |
| 2014/0041655 | A1 | 2/2014 | Barron et al. |
| 2014/0041658 | A1 | 2/2014 | Goodman et al. |
| 2014/0150810 | A1 | 6/2014 | Hon |
| 2014/0158129 | A1 | 6/2014 | Pratt et al. |
| 2014/0182612 | A1 | 7/2014 | Chen |
| 2014/0202454 | A1 | 7/2014 | Buchberger |
| 2014/0238421 | A1 | 8/2014 | Shapiro |
| 2014/0261399 | A1 | 9/2014 | Murphy |
| 2014/0290677 | A1 | 10/2014 | Liu |
| 2014/0345635 | A1 | 11/2014 | Rabinowitz et al. |
| 2014/0355969 | A1 | 12/2014 | Stern |
| 2015/0007836 | A1 | 1/2015 | Xu et al. |
| 2015/0040929 | A1 | 2/2015 | Hon |
| 2015/0136158 | A1 | 5/2015 | Stevens et al. |
| 2015/0144147 | A1 | 5/2015 | Li et al. |
| 2015/0150305 | A1 | 6/2015 | Shenkal |
| 2015/0157054 | A1 | 6/2015 | Liu |
| 2015/0164147 | A1 | 6/2015 | Verleur et al. |
| 2015/0181941 | A1 | 7/2015 | Liu |
| 2015/0184846 | A1 | 7/2015 | Liu |
| 2015/0189919 | A1 | 7/2015 | Liu |
| 2015/0201674 | A1 | 7/2015 | Dooly et al. |
| 2015/0208729 | A1 | 7/2015 | Monsees et al. |
| 2015/0216236 | A1 | 8/2015 | Bless et al. |
| 2015/0223521 | A1 | 8/2015 | Menting et al. |
| 2015/0223522 | A1 | 8/2015 | Ampolini et al. |
| 2015/0245654 | A1 | 9/2015 | Memari et al. |
| 2015/0245655 | A1 | 9/2015 | Memari et al. |
| 2015/0245657 | A1 | 9/2015 | Memari et al. |
| 2015/0245665 | A1 | 9/2015 | Memari et al. |
| 2015/0245666 | A1 | 9/2015 | Memari et al. |
| 2015/0245667 | A1 | 9/2015 | Memari et al. |
| 2015/0245668 | A1 | 9/2015 | Memari et al. |
| 2015/0257451 | A1 | 9/2015 | Brannon et al. |
| 2015/0272217 | A1 | 10/2015 | Chen |
| 2015/0282530 | A1 | 10/2015 | Johnson et al. |
| 2015/0289565 | A1 | 10/2015 | Cadieux et al. |
| 2015/0305406 | A1 | 10/2015 | Li et al. |
| 2015/0313287 | A1 | 11/2015 | Verleur et al. |
| 2015/0320116 | A1 | 11/2015 | Bleloch et al. |
| 2015/0327595 | A1 | 11/2015 | Scatterday |
| 2015/0328415 | A1 | 11/2015 | Minskoff et al. |
| 2015/0342258 | A1 | 12/2015 | Chen |
| 2015/0366267 | A1 | 12/2015 | Liu |
| 2016/0000147 | A1 | 1/2016 | Li et al. |
| 2016/0000149 | A1 | 1/2016 | Scatterday |
| 2016/0007655 | A1 | 1/2016 | Li et al. |
| 2016/0044965 | A1 | 2/2016 | Liu |
| 2016/0073692 | A1 | 3/2016 | Alarcon et al. |
| 2016/0081394 | A1 | 3/2016 | Alarcon et al. |
| 2016/0095357 | A1 | 4/2016 | Burton |
| 2016/0100632 | A1 | 4/2016 | Debono et al. |
| 2016/0120226 | A1 | 5/2016 | Rado et al. |
| 2016/0120227 | A1 | 5/2016 | Levitz et al. |
| 2016/0128384 | A1 | 5/2016 | Luciani |
| 2016/0129205 | A1 | 5/2016 | Shahaf et al. |
| 2016/0135504 | A1 | 5/2016 | Li et al. |
| 2016/0150823 | A1 | 6/2016 | Liu |
| 2016/0150824 | A1 | 6/2016 | Memari et al. |
| 2016/0157524 | A1 | 6/2016 | Bowen et al. |
| 2016/0174611 | A1 | 6/2016 | Monsees et al. |
| 2016/0193434 | A1 | 7/2016 | Gleixner et al. |
| 2016/0198767 | A1 | 7/2016 | Verleur |
| 2016/0198769 | A1 | 7/2016 | Liu |
| 2016/0198770 | A1 | 7/2016 | Alarcon |
| 2016/0213866 | A1 | 7/2016 | Tan |
| 2016/0219934 | A1 | 8/2016 | Li et al. |
| 2016/0219937 | A1 | 8/2016 | Rado |
| 2016/0235120 | A1 | 8/2016 | Liu |
| 2016/0235125 | A1 | 8/2016 | Safari |
| 2016/0249684 | A1 | 9/2016 | Liu |
| 2016/0262452 | A1 | 9/2016 | Zhu |
| 2016/0262459 | A1 | 9/2016 | Monsees et al. |
| 2016/0278163 | A1 | 9/2016 | Chen |
| 2016/0286860 | A1 | 10/2016 | Flayler |
| 2016/0286863 | A1 | 10/2016 | Lin |
| 2016/0286865 | A1 | 10/2016 | King et al. |
| 2016/0302487 | A1 | 10/2016 | Chen |
| 2016/0309785 | A1 | 10/2016 | Holtz |
| 2016/0324217 | A1 | 11/2016 | Cameron |
| 2016/0325055 | A1 | 11/2016 | Cameron |
| 2016/0331022 | A1 | 11/2016 | Cameron |
| 2016/0331023 | A1 | 11/2016 | Cameron |
| 2016/0331024 | A1 | 11/2016 | Cameron |
| 2016/0331025 | A1 | 11/2016 | Cameron |
| 2016/0331026 | A1 | 11/2016 | Cameron |
| 2016/0331034 | A1 | 11/2016 | Cameron |
| 2016/0331037 | A1 | 11/2016 | Cameron |
| 2016/0332754 | A1 | 11/2016 | Brown et al. |
| 2016/0334847 | A1 | 11/2016 | Cameron |
| 2016/0337141 | A1 | 11/2016 | Cameron |
| 2016/0337444 | A1 | 11/2016 | Cameron |
| 2016/0338413 | A1 | 11/2016 | Li et al. |
| 2016/0345621 | A1 | 12/2016 | Li et al. |
| 2016/0356751 | A1 | 12/2016 | Blackley |
| 2016/0360789 | A1 | 12/2016 | Hawes et al. |
| 2016/0363570 | A1 | 12/2016 | Blackley |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2016/0363917 | A1 | 12/2016 | Blackley |
| 2016/0366936 | A1 | 12/2016 | Liu |
| 2016/0366943 | A1 | 12/2016 | Li et al. |
| 2016/0366945 | A1 | 12/2016 | Rado |
| 2016/0366947 | A1 | 12/2016 | Monsees et al. |
| 2016/0367925 | A1 | 12/2016 | Blackley |
| 2016/0370335 | A1 | 12/2016 | Blackley |
| 2016/0374399 | A1 | 12/2016 | Monsees et al. |
| 2017/0006922 | A1 | 1/2017 | Wang et al. |
| 2017/0013885 | A1 | 1/2017 | Qiu |
| 2017/0018000 | A1 | 1/2017 | Cameron |
| 2017/0020188 | A1 | 1/2017 | Cameron |
| 2017/0020195 | A1 | 1/2017 | Cameron |
| 2017/0020196 | A1 | 1/2017 | Cameron |
| 2017/0020197 | A1 | 1/2017 | Cameron |
| 2017/0035110 | A1 | 2/2017 | Keen |
| 2017/0042229 | A1 | 2/2017 | Liu |
| 2017/0042246 | A1 | 2/2017 | Lau et al. |
| 2017/0049153 | A1 | 2/2017 | Guo et al. |
| 2017/0055586 | A1 | 3/2017 | Liu |
| 2017/0055588 | A1 | 3/2017 | Cameron |
| 2017/0071249 | A1 | 3/2017 | Ampolini et al. |
| 2017/0108210 | A1 | 4/2017 | Meinhart et al. |
| 2017/0112193 | A1 | 4/2017 | Chen |
| 2017/0119057 | A1 | 5/2017 | Liu |
| 2017/0119060 | A1 | 5/2017 | Li et al. |
| 2017/0196265 | A1 | 7/2017 | Liu |
| 2017/0196272 | A1 | 7/2017 | Li et al. |
| 2017/0208857 | A1 | 7/2017 | Branton et al. |
| 2017/0224013 | A1 | 8/2017 | Huang |
| 2017/0231282 | A1 | 8/2017 | Bowen et al. |
| 2017/0231286 | A1 | 8/2017 | Borkovec et al. |
| 2017/0245546 | A1 | 8/2017 | Huang et al. |
| 2017/0259170 | A1 | 9/2017 | Bowen et al. |
| 2017/0347706 | A1 | 12/2017 | Aoun et al. |
| 2017/0360093 | A1 | 12/2017 | Fernando |
| 2018/0016040 | A1 | 1/2018 | Ewing et al. |
| 2018/0022516 | A1 | 1/2018 | Liu |
| 2018/0064169 | A1 | 3/2018 | Biel et al. |
| 2018/0160733 | A1 | 6/2018 | Leadley et al. |
| 2018/0161525 | A1 | 6/2018 | Liu et al. |
| 2018/0168227 | A1 | 6/2018 | Fraser et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101263935 | A | 9/2008 |
| CN | 100589726 | C | 2/2010 |
| CN | 201430916 | Y | 3/2010 |
| CN | 204180941 | U | 3/2015 |
| CN | 204217907 | U | 3/2015 |
| CN | 204426692 | U | 7/2015 |
| CN | 105249536 | A | 1/2016 |
| CN | 105962419 | A | 9/2016 |
| DE | 202015009688 | U1 | 3/2019 |
| EP | 0535695 | A2 | 4/1993 |
| EP | 1093936 | A1 | 4/2001 |
| EP | 2789248 | A1 | 10/2014 |
| EP | 3031339 | A1 | 6/2016 |
| EP | 3143884 | A2 | 4/2017 |
| EP | 3158883 | A2 | 4/2017 |
| EP | 3195738 | A2 | 7/2017 |
| EP | 3024344 | B1 | 9/2018 |
| EP | 3313215 | B1 | 6/2019 |
| EP | 3409597 | B1 | 6/2019 |
| KR | 20110006928 | U | 7/2011 |
| KR | 200461404 | Y1 | 7/2012 |
| KR | 200462610 | Y1 | 9/2012 |
| KR | 20120006582 | U | 9/2012 |
| KR | 200473510 | Y1 | 8/2014 |
| KR | 101541750 | B1 | 8/2015 |
| KR | 101634882 | B1 | 6/2016 |
| KR | 200481405 | Y1 | 10/2016 |
| KR | 101774283 | B1 | 9/2017 |
| KR | 101995956 | B1 | 7/2019 |
| WO | WO-2006021153 | A1 | 3/2006 |
| WO | WO-2009135729 | A1 | 11/2009 |
| WO | WO-2010045671 | A1 | 4/2010 |
| WO | WO-2010118644 | A1 | 10/2010 |
| WO | WO-2012040512 | A2 | 3/2012 |
| WO | WO-2012134117 | A2 | 10/2012 |
| WO | WO-2012173322 | A1 | 12/2012 |
| WO | WO-2012174677 | A1 | 12/2012 |
| WO | WO-2013089358 | A1 | 6/2013 |
| WO | WO-2013089551 | A1 | 6/2013 |
| WO | WO-2014020953 | A1 | 2/2014 |
| WO | WO-2014071747 | A1 | 5/2014 |
| WO | WO-2014101734 | A1 | 7/2014 |
| WO | WO-2014185937 | A1 | 11/2014 |
| WO | WO-2015070398 | A1 | 5/2015 |
| WO | WO-2015070405 | A1 | 5/2015 |
| WO | WO-2015106440 | A1 | 7/2015 |
| WO | WO-2015128665 | A1 | 9/2015 |
| WO | WO-2015144057 | A1 | 10/2015 |
| WO | WO-2015149311 | A1 | 10/2015 |
| WO | WO-2015149403 | A1 | 10/2015 |
| WO | WO-2015154309 | A1 | 10/2015 |
| WO | WO-2015157900 | A1 | 10/2015 |
| WO | WO-2015161407 | A1 | 10/2015 |
| WO | WO-2015161553 | A1 | 10/2015 |
| WO | WO-2015161557 | A1 | 10/2015 |
| WO | WO-2015165081 | A1 | 11/2015 |
| WO | WO-2015165083 | A1 | 11/2015 |
| WO | WO-2015165105 | A1 | 11/2015 |
| WO | WO-2015172331 | A1 | 11/2015 |
| WO | WO-2015172368 | A1 | 11/2015 |
| WO | WO-2015176230 | A1 | 11/2015 |
| WO | WO-2015176580 | A1 | 11/2015 |
| WO | WO-2015180061 | A1 | 12/2015 |
| WO | WO-2015180088 | A1 | 12/2015 |
| WO | WO-2015184747 | A1 | 12/2015 |
| WO | WO-2015188295 | A1 | 12/2015 |
| WO | WO-2015192377 | A1 | 12/2015 |
| WO | WO-2015196463 | A1 | 12/2015 |
| WO | WO-2016000206 | A1 | 1/2016 |
| WO | WO-2016000214 | A1 | 1/2016 |
| WO | WO-2016019353 | A1 | 2/2016 |
| WO | WO-2016023212 | A1 | 2/2016 |
| WO | WO-2016023824 | A1 | 2/2016 |
| WO | WO-2016026104 | A1 | 2/2016 |
| WO | WO-2016029344 | A1 | 3/2016 |
| WO | WO-2016061730 | A1 | 4/2016 |
| WO | WO-2016061859 | A1 | 4/2016 |
| WO | WO-2016074229 | A1 | 5/2016 |
| WO | WO-2016090303 | A1 | 6/2016 |
| WO | WO-2016090602 | A1 | 6/2016 |
| WO | WO-2016095220 | A1 | 6/2016 |
| WO | WO-2016106476 | A1 | 7/2016 |
| WO | WO-2016106500 | A1 | 7/2016 |
| WO | WO-2016108694 | A1 | 7/2016 |
| WO | WO-2016109931 | A1 | 7/2016 |
| WO | WO-2016115701 | A1 | 7/2016 |
| WO | WO-2016103202 | A1 | 8/2016 |
| WO | WO-2016119098 | A1 | 8/2016 |
| WO | WO-2016119101 | A1 | 8/2016 |
| WO | WO-2016119167 | A1 | 8/2016 |
| WO | WO-2016119225 | A1 | 8/2016 |
| WO | WO-2016122417 | A1 | 8/2016 |
| WO | WO-2016123764 | A1 | 8/2016 |
| WO | WO-2016123780 | A1 | 8/2016 |
| WO | WO-2016123781 | A1 | 8/2016 |
| WO | WO-2016127360 | A1 | 8/2016 |
| WO | WO-2016127406 | A1 | 8/2016 |
| WO | WO-2016141508 | A1 | 9/2016 |
| WO | WO-2016145611 | A1 | 9/2016 |
| WO | WO-2016149932 | A1 | 9/2016 |
| WO | WO-2016154798 | A1 | 10/2016 |
| WO | WO-2016172898 | A1 | 11/2016 |
| WO | WO-2016179828 | A1 | 11/2016 |
| WO | WO-2016184247 | A1 | 11/2016 |
| WO | WO-2016201602 | A1 | 12/2016 |
| WO | WO-2016202304 | A1 | 12/2016 |
| WO | WO-2017001818 | A1 | 1/2017 |
| WO | WO-2017001819 | A1 | 1/2017 |
| WO | WO-2017021536 | A2 | 2/2017 |

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO-2017028167 | A1 | 2/2017 |
| WO | WO-2017035720 | A1 | 3/2017 |
| WO | WO-2017055799 | A1 | 4/2017 |
| WO | WO-2017055802 | A1 | 4/2017 |
| WO | WO-2017055803 | A1 | 4/2017 |
| WO | WO-2017066955 | A1 | 4/2017 |
| WO | WO-2017070871 | A1 | 5/2017 |
| WO | WO-2017082728 | A1 | 5/2017 |
| WO | WO-2017093452 | A1 | 6/2017 |
| WO | WO-2017093535 | A1 | 6/2017 |
| WO | WO-2017107546 | A1 | 6/2017 |
| WO | WO-2017109448 | A2 | 6/2017 |
| WO | WO-2017113106 | A1 | 7/2017 |
| WO | WO-2017124662 | A1 | 7/2017 |
| WO | WO-2017137554 | A1 | 8/2017 |
| WO | WO-2017153270 | A1 | 9/2017 |
| WO | WO-2017156696 | A1 | 9/2017 |
| WO | WO-2017163046 | A1 | 9/2017 |
| WO | WO-2017163050 | A1 | 9/2017 |
| WO | WO-2017163051 | A1 | 9/2017 |
| WO | WO-2017163052 | A1 | 9/2017 |
| WO | WO-2017166263 | A1 | 10/2017 |



FIG. 1



FIG. 2



301
300
311

FIG. 3A

303
MOUTHPIECE
301
ABSORBENT PAD
322b
322a
AIRPATH
ELASTOMERIC
TANK CAP
WICK / COIL ASSY
343
CAP
WICK HOUSING
308
ELECTRICAL CONTACTS
J1-J131 TANK

FIG. 3B



400
401
411
762a
d
w
ℓ
FIG. 4A
400
411
762a
401
FIG. 4B

595
595'
FIG. 5C
411
431
762a
421
762b
FIG. 5B
411
421
431
762a
433
FIG. 5A

FIG. 5D

FIG. 5F

FIG. 5E

401
FIG. 6C
401
535
662a
662b
FIG. 6A
401
535
662a
662b
FIG. 6B

403
422b
404b
422a
404a
K3-J152- O Ring
K3-J133- Wick Housing Female
K3-J150- O Ring
441
408
443
K3-J145- O Ring
K3-J142- Wick Housing Male
445b
445a
699
401
693
691
662a
604a
662b
604b

FIG. 6D

795
FIG. 7D
FIG.7F
792
796'
796
FIG. 7E
FIG. 7C
790
791
793
700
790
15D
15D'
FIG. 7A
FIG. 7B
792

FIG. 8E
FIG. 8G
FIG. 8D
894
FIG. 8C
FIG. 8F
897
899
897
800
890
FIG. 8A
FIG. 8B
892

FIG. 9E
FIG. 9D
FIG. 9C
FIG. 9G
FIG. 9F
FIG. 9A
FIG. 9B

403
422b
422a
888
1009
1005
408
443
1015
1013
445b
445a
1021
1019

FIG. 10A



403
422b
422a
1009
1015
888
1005
408
1011
1054
1054'
443
1013
445b
445a
1021
1021'
1019

FIG. 10B



FIG. 11A



FIG. 11B

FIG. 11C



FIG. 12



FIG. 13



FIG. 14

800

411

793

443

888

408

441

403

FIG. 15A



FIG. 15B



FIG. 15C

FIG. 16

FIG. 15D



Case 2:24-cv-00782-MCS-AJR Document 1-1 Filed 01/29/24 Page 28 of 202 Page ID #:46

FIG. 17

1801
AREF_HM_OUT
AREF_HM_OUT
R17 1k
GND
R15 2.74k
R21 316k
VBAT
U5 LMV601MG/NOPB
R26 2.74k
1809
HM_OUT
HM_OUT
R34 1k
GND
1811
R27 10k
R33 316k
SEEBECK_REF_EN
1815
SEEBECK_REF_EN
R22 1k
R23 1k
R20 44.2k
R32 1k
R36 10k
Q7 DMN2300UFB4-7B
R31 78.7
Q4 DMN2300UFB4-7B
R19 100
R30 2k
HM SCALE 0
R29 4.02k
HM SCALE 1
R28 8.06k
HM SCALE 2
HM_NEG_REF_EN
1803
HM_NEG_REF_EN
H+
H+
1821
HM_SCALE_2
HM_SCALE_1
HM_SCALE_0
1813
Q3B DMC2400UV-7
Q3A DMC2400UV-7
R16 10k
R18 10k
HM_PWR
1805
HM_PWR
Q5 CSD25310Q2
R25 1k
R24 1k
VBAT
Q6 RUM001L02T2CL
R35 10k
HEATER
1807
HEATER

FIG. 18



1913
AREF HM OUT
R15 1K
GND
R6 2.74k
R14 324K
R13 162K
R12 80.6K
R11 40.2K
R10 20K
Q8 Q7 Q6 Q5 Q4
RUM001L02T2CL
1911
HM SCALE 0
HM SCALE 1
HM SCALE 2
HM SCALE 3
HM SCALE 4
VBAT
C3 0.1 µF
1915
HM OUT
R26 2.74k
R28 1k
U2 LMV601MG/NOPB
1917
R23 100k
R27 10k
R19 100k
R17 10k
R21 13k
DMN2300UFB4-7B
Q9
R22 10k
1909
HM WS POS REF EN
Q10
R20 49.9
1903
HM WS ISRC EN
R24 200
R25 200
Q1B DMC2400UVT
Q1A
R9 10k
R16 10k
1905
HM PWR
CSD25310Q2
Q2
R7 1k
R8 1k
Q3
R18 10k
1907
HEATER
HI
1822 HI-
1824 HV
1826 HV-
1828 HI-

FIG. 19



FIG. 20A



FIG. 20B



dvt 94 - Bowen
PUFF MODE
LOCK DEVICE
Tap the home i
to return home

FIG. 22

dvt 94 - Bowen
720

FIG. 21

# LEAK-RESISTANT VAPORIZER DEVICE

## CROSS REFERENCE TO RELATED APPLICATIONS

This patent application is a continuation of U.S. patent application Ser. No. 15/396,584, titled "LEAK-RESISTANT VAPORIZER DEVICE," filed on Dec. 31, 2016, which claims priority to U.S. Provisional Patent Application No. 62/398,494, filed on Sep. 22, 2016 and entitled "VAPORIZER APPARATUSES FOR USE WITH CANNABINOIDS", the disclosure of each of which is incorporated herein by reference in its entirety.

## INCORPORATION BY REFERENCE

All publications and patent applications mentioned in this specification are herein incorporated by reference in their entirety to the same extent as if each individual publication or patent application was specifically and individually indicated to be incorporated by reference.

## FIELD

Described herein are vaporizer apparatuses, including vaporizer or vaporization devices and vaporizer systems, and methods for making, using and delivering vapor to a user. In particular, vaporizer apparatuses adapted for use with oil-based vaporizable materials including *Cannabis* oils.

## BACKGROUND

Electronic devices that produce an inhalable aerosol (e.g., inhalable aerosol devices or alternatively referred to as vaporizers, vaporizer devices, vaporization devices, electronic vaping devices, etc.) typically utilize a vaporizable material that is heated to create an aerosol vapor capable of delivering an active ingredient to a user. Vaporizers have been described for vaporizing solids (herbs, tobacco, *Cannabis*, etc.), liquids (extracts, waxes, etc.) and combinations of both solids and liquids.

Current market inhalable aerosol devices often consist of a tank or cartridge, vaporizable liquid in the tank or cartridge, an air tube, and a wick/coil subassembly that generates the vapor. Air commonly enters the cartridge through the distal end of the product and is forced through the heated zone where the immediate air becomes fully saturated. As the vapor continues its way through the air tube, it comes in contact with cooler surfaces, causing moisture to collect throughout its use. Depending on the complexity of the air path, particle deposition can add to the existing condensation. As a result, some of the liquid can work its way from the tank or cartridge holding the liquid to other areas of the vaporizer, including the mouthpiece and/or the electronics, causing user dissatisfaction and/or problems with the electronic circuitry.

Conventional vaporizers for aqueous (e.g., water, glycerol, etc.) based vaporizable materials do not manage condensation and leakage of the liquid vaporizable material particularly well, and this problem is particularly acute for oils such as *Cannabis* extract oils, in which the liquid material may be particularly oily and/or viscous, and for which evaporation of the liquid material may result in a sticky residue that may impair the operation of the vaporizer.

Further, vaporization of *Cannabis* extract liquids may be more technically difficult than vaporization of other liquids (such as nicotine solutions).

For example, conventional e-cigarettes may address moisture build-up by integrating a filter pad in line with air flow. However, having a filter pad in line with the air flow can impede or restrict the air flow as the user draws on the mouthpiece. Moreover, this restriction to draw incrementally climbs as the filter becomes more saturated throughout, often requiring the user to change his or her draw accordingly and increasing the possibility of drawing liquid of the product and into the user's mouth.

In addition, the control of the temperature when vaporizing *Cannabis* extracts may require a high degree of precision. Virtually all vaporizers currently available today would benefit from a higher degree of precision in power management and control of the heater (atomizer). In particular, vaporizers well suited for vaporizing *Cannabis* (e.g., liquid *Cannabis* extract solutions) may benefit from precise and accurate control of the heater forming the vapor.

It would also be beneficial to provide cartridges that do not roll and may rest in a small number of secure positions (e.g., cartridges having non-circular cross-sections) and to provide an immediate approximate (visual) estimate of the amount of material consumed.

Finally, it would be particularly beneficial to provide pre-loaded and tightly controllable cartridges for use in consuming *Cannabis* extract liquids that prevent or reduce leakage of particularly viscous vaporizable materials such as *Cannabis* oils/extracts.

Accordingly, described herein are vaporizers (including vaporizer cartridges) and methods of operating and using them addresses the issues raised above.

## SUMMARY OF THE DISCLOSURE

In general, described herein are apparatuses such as devices and systems for vaporizing a material (including, in particular, but not limited to, *Cannabis* extract liquids) and method of using them. For example, described herein are vaporizers, cartridges for use with such vaporizers, and vaporizer control systems.

Described herein are vaporizer cartridges that are pre-loaded (filled) with a *Cannabis* vaporizer material. The vaporizable *Cannabis* material is typically a liquid material, and may be a *Cannabis* extract liquid (*Cannabis* "oil"). Also described herein are vaporizers with or without cartridges that are adapted for use with *Cannabis* liquid extracts. Either or both the vaporizer base (which mates with the vaporizer cartridge to form the vaporizer device) and vaporizer cartridge may be adapted specifically for use with *Cannabis* liquid extracts, although any of the apparatuses and methods described herein may be operated with other vaporizable materials, including nicotine solutions and/or solutions having no active ingredient at all (e.g., just including a carrier such as polyether compounds like polyethylene glycol and/or glycerol, or the like, and flavorants).

For example, a cartridge as described herein may include a vaporizable material such as *Cannabis* oil. *Cannabis* oils present particular challenges when vaporized using a cartridge and/or a handheld vaporizer device. For example, *Cannabis* oil is relatively "sticky" and may be viscous, particularly once it dries out. Thus, leakage may be a more serious consideration and challenge compared to other aqueous vaporizable materials. In particular, leakage of *Cannabis* oil may result in clogging of the device and disturbing the electrical components, particularly the electrical contacts,

which may be otherwise "gummed up" by leaked oil. The dried oil is not only sticky, but may also be electrically insulative, and may disrupt the electrical control of the vaporizer. Described herein are apparatuses and methods to prevent or control leakage and to avoid disruption of electrical contacts between cartridges containing the *Cannabis* extract and the rest of the vaporizer.

For example, the apparatuses described herein may include one or more electrical contacts (e.g., between the cartridge and the vaporizer base) referred to herein as wiping or scraping contacts. These electrical connections may be configured so that as a connection/contact is made between two electrically conductive surfaces, the contact (e.g., on the cartridge and/or the vaporizer base) scrapes the mating surface of the other contact to remove any vaporizable material, including vaporizable material that has dried on the contact. For example, a contact may include a canister with one or more extensions (e.g., wipers, knives, fingers, or scrapers) that are driven against and across the mating surface of the opposite electrical contact to scrape away any leaked vaporizable material (including dried-on material). The complimentary electrical contact may be a pin (including a pogo-pin) electrically conductive connector that is scraped as it enters into the canister by the wiper/scraper(s) therein. Thus, in general, the electrical contact in the vaporizer base may be configured to scrape across and against the corresponding electrical contact surface in the vaporizer cartridge and/or the electrical contact in the vaporizer cartridge may be configured to scrape across and against the corresponding electrical contact surface in the vaporizer base to remove contaminating material. Thus either contact may include a scraping projection (e.g., edge, blade, wire, etc.) that is driven across the opposite surface. Typically two or more contacts are included in the vaporizer cartridge, and each of them may be configured as a scraping or wiping contact. In some variations, it may be desirable to have the scrapers on the connectors of the cartridge, although the scrapers may be present on the vaporizer base instead or in addition.

Any of the cartridges described herein may include a tank or storage region within the cartridge and/or forming a portion of the body of the cartridge. In particular, all or a portion of the cartridge (including the tank) may be clear, transparent and/or translucent so that the level of vaporizable material within the tank can be seen by a user. The tank may be prefilled or fillable. The tank may be sealed closed at the top (near the mouthpiece, which may cover the top of the cartridge). The mouthpiece may be plastic and may be secured over the tank by a snap fit, a friction fit, and adhesive, or the like. For example, the distal end of the elongate and flattened tubular body is configured to be secured by a friction fit within a vaporizer body. As described in greater detail herein, one or more absorbent members, (e.g., sponges, pads, felts, etc.) may be included in the mouthpiece between the tank and the mouthpiece, to prevent leakage of vaporizable material from contacting the portion of the mouthpiece where the user applies her or his lips. The tank may be sealed, e.g., by a tank seal that covers the one or more openings for filling the tank. In some variations, rather than one or more small plugs (which may be difficult to install) the tank may be sealed by a multi-seal component (e.g., a single piece) that seals between the mouthpiece and the top of the tank as and closes off two or more openings into the tank.

During inhalation through the apparatus, the user may draw on the mouthpiece (by inhaling/sucking on the mouthpiece) to draw air through the mouthpiece. The device may be turned on by one or more of: a control on the device (e.g., on an outer surface of the device), but installing the cartridge into the vaporizer base, detecting inhalation, detecting lip contact with the mouthpiece. In some variations, the device is turned on, and the heater rises to an initial set temperature, when the device is in a ready to turn on state and when the user draws on the mouthpiece. The vaporizer may be placed in a ready to turn on state by connecting (or detecting connection of) a cartridge and/or by a switch or control on the outside of the apparatus and/or by the battery level being sufficient to operate the device.

Once the device is turned on, it may be operated by drawing on the mouthpiece to cause the temperature to cause the vaporizer heater (the atomizer) to heat to the desired temperature setting (which may be preset, selected from a plurality of pre-set temperatures or may be user selectable, including using a computer or other device having a processor and user interface that communicates with the device, either wirelessly or via a wired connection, such as a smartphone wirelessly communicating with the device).

Drawing on the mouthpiece typically causes airflow to enter the cartridge receiver region of the vaporizer base through one or more (e.g., two) air openings that are positioned through the wall of the cartridge receiver near a base of the cartridge receiver. Air may pass into the cartridge receiver and up through the cartridge via one or more openings in the base (bottom) of the cartridge. The air may then pass into a heater connector region that also includes one or more (e.g., two, parallel) absorbent pads or sponges for absorbing any leakage of vaporizable material that may enter into this air-filled heater connector region, which is also open to the vaporizing chamber across which a wick and heating coil is extended to form vapor. The two absorbent pads positioned in this air region positioned on the long axis of the cartridge, against the major faces of the cartridge body so that they don't block the air path into the vaporization chamber from the opening(s) at the base. These absorbent pads (e.g., sponges) may prevent dripping or leakage of the fluid from the vaporization chamber (e.g., off of the wick) even when the heater is not being heated. In order to prevent leakage should the absorbent pads not be sufficient, the opening into the base of the air chamber may include a rim or boss on the inner surface (within the heater connector region at the base of the cartridge) that prevents small amounts of fluid (e.g., vaporization fluid such as *Cannabis* oil) to drip out of the opening(s) into the cartridge (e.g., the air chamber of the cartridge).

The air path from the vaporization chamber to the mouthpiece may have a minimum diameter that is slightly larger than previously described. For example, the minimum diameter of the air path between the vaporization chamber and the mouthpiece may be about 1.5 mm or greater, about 1.6 mm or greater, than about 1.7 mm or greater, than about 1.8 mm or greater, than about 1.9 mm or greater, than about 2 mm or greater, than about 2.1 mm or greater, than about 2.2 mm or greater, than about 2.3 mm or greater, than about 2.4 mm or greater, than about 2.5 mm or greater, etc. For example the minimum diameter may be 2.0 mm or greater.

In any of the variations described herein, the apparatus may include a wick as part of the atomizer (heater). In variations for use with *Cannabis* oil the wick may be larger than typical cartridge wicks and may have a slightly larger pore size, because of the higher viscosity of the *Cannabis* oil as compared to other (including nicotine) aqueous vaporization solutions. For example, the wick may be larger than 1.5 mm in diameter (e.g., about 1.9 mm or larger, about 2.0 mm or larger, about 2.1 mm or larger, about 2.2 mm or

larger, about 2.3 mm or larger, about 2.4 mm or larger, about 2.5 mm or larger, etc., including between about 1.8 mm and about 5 mm, between about 1.9 mm and about 4 mm, between about 2 mm and about 4 mm, etc.). The wick may generally extend across the vaporization chamber, e.g., along or perpendicular to the long axis of the cartridge, and between either the major or minor sides (in oval or flattened cartridges). The wick material may be any appropriate material, particularly those that are biocompatible, have a sufficient pore size, compatible with *Cannabis* oils and may be resistant to heat up to the maximum heating temperature of the apparatus (e.g., will not degrade or combust significantly at temperatures up to about 450° C., 500° C., 550° C., 600° C., 650° C., etc.). For example, the wick may be made of a silica material (e.g., fiberglass).

In any of the heaters described herein, the heater (atomizer) may include a heating coil that may be wrapped around the wick for conductive heating. In any of the variations described herein convective heating of the liquid material (e.g., *Cannabis* oil) wicked by the wick. The heating coil may be any appropriate material, but in particular, electrically resistive materials such as nichrome or other resistive materials, particularly those which change their resistance with heat (e.g., having a resistance that increases linearly and predictably with temperature over the desired range of temperatures, e.g., between 30° C. and 600° C., etc., including stainless steel, titanium, nickel, alloys of nickel, etc.).

The cartridge may have any desired shape or configuration. In some variations it may be beneficial in particular to have a shape that is cylindrical, and particularly a flattened cylinder, such as an approximately oval shape, with curved sides. Two of the sides (though curved) may be major sides, having a larger diameter, and two may be minor sides (though curved), having a smaller diameter. The flattened shape may prevent rolling when the device is placed on its side. In some variations the mouthpiece may extend in a slightly tapered shape. The tank may form a central region of the cartridge, bounded by the mouthpiece at one end (at the top) and the air chamber (at the bottom). A central cannula may form the air path between the vaporization chamber and the mouthpiece. The vaporization chamber and cannula may be surrounded by the tank, and may be visible through the walls of the tank (e.g., the vaporization chamber and cannula may be opaque, transparent or translucent). One or more seals, including o-rings, may be used to seal and secure the mouthpiece from the tank and the air chamber (base of the cartridge) from the tank. For example an inner seal may be between the mouthpiece and the outer wall of the tank (which may include a channel or track for the seal/o-ring) and a second seal (o-ring) may be positioned in an inner wall of the tank between the tank and the walls forming the air chamber and/or vaporization chamber at the base of the cartridge.

In any of the variations described herein it may be useful to provide an indication of the amount of the cartridge vaporized, which may be approximately correlated to the dose of the vaporizable material delivered. In any of the apparatuses described herein, the apparatus may include an output (e.g., LED, LCD or other display, etc.) on the apparatus or on a device in communication (e.g., wireless communication) with the apparatus such as a smartphone, laptop, desktop, pad, or the like. The output may indicate a qualitative and/or quantitative amount of the dose of vapor delivered from a particular cartridge. Dose may be determined using the processor of the apparatus to indicate approximately how much of the material, e.g., *Cannabis* oil, has been consumed based on the power applied to the heater and the duration of heating. A qualitative output may be provided by sequentially illuminating (and/or changing the intensity and/or color of illumination) of a plurality of LEDs. In another example a 'status bar' showing consumption or dose delivered from a cartridge may be displayed on the apparatus body (e.g., the vaporizer body) or another device (e.g., smartphone) in communication therewith. For example, a plurality of LEDs (RGB) may be illuminated to provide qualitative feedback to a user on the operation of the vaporizer. Upon inserting a cartridge, the vaporizer apparatus may display using the LEDs an illumination corresponding to the intensity of the inhalation and/or the progression of consumption of vaporizable material from the cartridge. The processor in the vaporizer apparatus may estimate a dose based on the power applied to the vaporizer and the duration of heating and/or the duration of draw (inhalation). For example, the power applied*duration of draw may be accumulated by the processor, and the value output. In some variations the output may be provided for display on the body of the apparatus (e.g., by illuminating a sequence of LEDs. This may provide immediate visual feedback to the user.

The apparatuses, and particularly the cartridges, described herein may be adapted specifically for use with oils such as *Cannabis* oils. As discussed above, existing cartridges are poorly suited for use with *Cannabis* oils, as they may leak. Leaking of *Cannabis* oils is both messy and detrimental to the operation of the vaporizer, as the leaked *Cannabis* oils may disrupt the electrical connections driving vaporization and may clog or jam the operation of the apparatus. The cartridges described herein may include a number of specific modifications that address these issues; individually, these modifications may be helpful, but as will be described below, in combination these features have proven surprisingly effective at providing a robustly leak-resistant and reliable cartridge when using an oil such as a *Cannabis* oil.

For example a cartridge device for holding a vaporizable cannabinoid material without leaking (e.g., that is substantially leak-resistant) may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having a width and a diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece at the proximal end of the elongate and flattened tubular body; an overflow leak chamber at a distal end of the elongate and flattened tubular body; an air path extending from the overflow leak chamber through the tank to the mouthpiece; a heater comprising a wick and a heating coil extending within the air path; an opening into the overflow leak chamber from an external surface of the device, wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

In particular the combination of the flattened elongate body shape (which may be oval or rectangular) along with the enlarged and enclosed overflow leak chamber (typically having an open volume of greater 0.5× or greater the tank volume) at the distal end, and one or more (e.g., two, three, four, etc.) openings into the overflow leak chamber, which may preferably include a lip region around the openings inside the overflow leak chamber. The use of absorbents pads positioned within the overflow leak chamber (e.g., positioned off-axis, along a major wall of the overflow leak chamber, such as the wall extending in the diameter) provides an effective leakage barrier even when changing altitudes or when the user misuses the cartridge, e.g., user-

induced failure modes such as biting or squeezing the mouthpiece, and/or blowing into the mouthpiece. Surprisingly, other combinations of such features are less effective, particularly in user-induced failure modes. For example, otherwise similar cylindrical devices, e.g., having a width and diameter that are equivalent or nearly equivalent (e.g., a diameter less than 1.2×, or greater than 0.8×, the width) may show greater leakage compared to more flattened devices; the addition of one or more absorbent pads, particularly along the long wall of an overflow leak chamber) show an even greater reduction in leakage.

The one or more openings into the overflow leak chamber may be present on any surface of the cartridge, including through the distal end of the overflow leak chamber. Although placement of the opening at the distal end may otherwise result in an increase in leakage of the highly viscous oil from the cartridge, including the leak chamber and the absorbent pad(s) prevents or reduces leakage. In addition, the one or more openings may be surrounded by a lip within the leak chamber. The lip may have a height above the inner wall of the chamber that is 0.3 mm or greater (e.g., 0.5 mm or greater, 0.7 mm or greater, 0.8 mm or greater, 0.9 mm or greater, 1 mm or greater, 1.2 mm or greater, 1.3 mm or greater, 1.4 mm or greater, 1.5 mm or greater, 2 mm or greater, etc.).

The one or more absorbent pads may be positioned within the overflow leak chamber along the diameter, off-axis relative to an air flow path through overflow leak chamber from the opening to the air path.

In general, the overflow leak chamber may be relatively large, e.g., the volume of the overflow leak chamber (including the absorbent pad(s)) may be between 0.4 and 1.5× the volume of the tank (reservoir). In particular, the volume of the overflow leak chamber may be between 0.4 and 1× the volume of the tank (e.g., 0.4× or greater, 0.5× or greater, 0.6× or greater, 0.7× or greater, etc. than the volume of the tank). Alternatively, this may be described as the length of the overflow leak chamber along the distal to proximal axis relative to the length of the tank, and may be between 0.4× and 2× the length of the tank along the distal to proximal axis (e.g., between 0.4× and 1×, between 0.5× and 2×, between 0.5× and 1.5×, etc.), typically 0.4× or greater. In general, the overflow leak chamber may be enclosed within the distal end of the elongate and flattened tubular body.

In general, the cartridges described herein may be configured for insertion (e.g., by friction fitting) into a vaporizer body. Thus, the cartridge, and particularly the distal end of the cartridge, may be adapted to be inserted securely into the re-usable vaporizer device. The cartridge may therefore have straight (e.g., flat) or inwardly tapered sides and may include one or more friction-engagement regions that couple within the vaporizer. In some variations the distal end region of the cartridge may include a channel, rim, lip, ridge, protrusion, etc. that may engage with a complimentary region in the vaporizer (e.g., in a cartridge receiver in the vaporizer body). Thus, the cartridge may be configured to ‘snap’ fit into the vaporizer body. For example, the distal end of the elongate and flattened tubular body may include a lip or rim configured to snap into a vaporizer body.

The cartridge may also include one or more (e.g., a pair) of electrical contacts on the distal end of the cartridge (e.g., on the distal end of the overflow leak chamber) in electrical communication with the heater. These electrical contacts may also be configured and adapted to prevent or ameliorate the effects of leakage of oil from the cartridge. For example, the electrical contacts may comprise scraping contacts (also referred to as wiping or wiper contacts), which may include an edge or edge to scrape against the contact (e.g., pogo pin) from the vaporizer before (and/or separately from) making electrical contact. For example, the pair of electrical contacts may comprise pin receptacles. These pin receptacles may include an outer scraping edge with an inner conductive surface.

In any of the variations described herein, the tank may include a cannabinoid solution (e.g., a *Cannabis* oil solution). Thus, the cartridge may be pre-filled with a *Cannabis* oil. The tank volume may be configured to hold between about 0.2 mL and about 2 mL or more of oil. For example, the tank may be configured to hold between about 0.4 mL and about 1.2 mL (e.g., between about 0.4 mL and 0.8 mL, etc.)

The mouthpiece may be configured to fit over the proximal end of the elongate and flattened tubular body, and may be in fluid communication with the air path through the tank. The mouthpiece may include an internal volume; one or more absorbent pads may be positioned within this internal volume. The one or more mouthpiece absorbent pads within the mouthpiece may generally be off-axis relative to the air path (leaving a central air path that is not occluded by the absorbent pads). For example, the mouthpiece absorbent pads may be off-axis relative to an air flow path from the air path and out of the mouthpiece. The mouthpiece absorbent pads may be positioned on the sides of the mouthpiece (e.g., the major sides, corresponding to the diameter of the mouthpiece). The absorbent pad(s) may be between a proximal end of the mouthpiece and the elongate and flattened tubular body.

In any of the devices described herein the air path may extend through the cartridge, from the distal end (e.g., the opening(s) into the overflow leak chamber), past the heater, through and/or around the tank, and out of the mouthpiece. In some variations, the air path comprises a cannula extending through the tank. In general, the elongate body may be transparent or translucent, and any material in the tank may be visible; when the device includes a cannula running through the tank this may also be visible.

The absorbent pads in the overflow leak chamber may be the same material and/or dimensions as those (if present) in the mouthpiece, or they may be different materials and/or dimensions. The one or more absorbent pads may be made of a sponge or felt material. The one or more absorbent pads may comprise a pair of flat absorbent pads arranged in parallel. For example, the one or more absorbent pads may comprise a cotton material. The one or more absorbent pads may be rectangular.

As mentioned, the one or more absorbent pads in the overflow leak chamber may be a pair of absorbent pads positioned within the overflow leak chamber off-axis relative to an air flow path through the overflow leak chamber from the opening to the air path.

The heater (e.g., wick and coil) may be positioned within the air path so that it is parallel, transverse or oblique to the air path. For example, the heater may extend across the air path in a transverse direction.

The elongate and flattened tubular body may have an oval cross-section or a rectangular cross-section transverse to the distal to proximal axis, and may be any appropriate size. For example, the elongate tubular housing may be between about 1 cm and 10 cm long (e.g., between about 2 cm and 7 cm long, etc.). It may be particularly beneficial to have the elongate tubular housing be somewhat short and compact (e.g., less than 8 cm, less than 7 cm, less than 6 cm, less than 5.5 cm, less than 5 cm, etc.)

The sizes of the openings into the air path (through the overflow leak chamber, e.g., at the distal end of the cartridge) may be configured to allow relatively easy draw through the cartridge, while preventing leakage out of the overflow leak path. Leaking may occur from the heater (e.g., the exposed wick) which is inserted through the wall of the tank; the air path within the cartridge is open and continuous, which would otherwise allow the material to leak. Thus, for example, the size of the one or more openings may be specified within a range identified as allowing sufficient air flow without permitting excessive leaking. For example, in some variations, the diameter of the opening(s) into the overflow leak chamber is/are between 0.1 mm and 5 mm (e.g., between 0.1 mm and 3 mm, between about 0.1 mm and 2 mm, etc.).

The tank portion of the device may be filled by an opening beneath the mouthpiece, which may be sealed or plugged. For example, the cartridge may include a plug between the mouthpiece and the elongate and flattened tubular body, wherein the plug closes off the tank of the elongate and flattened tubular body.

Any of the cartridge devices for holding a vaporizable cannabinoid material without leaking may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having width and diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece on the proximal end of the elongate and flattened tubular body; an enclosed overflow leak chamber at a distal end of the elongate and flattened tubular body, The device of claim **1**, wherein a length of the overflow leak chamber along the distal to proximal axis is 0.5 times or greater than a length of the tank along the distal to proximal axis; an air path extending from the overflow leak chamber through the tank to the mouthpiece; a heater comprising a wick and a heating coil extending within the air path proximal to the overflow leak chamber; an opening through the distal end of the overflow leak chamber, wherein the opening is surrounded by a lip within the leak chamber and further wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

For example, a cartridge device for holding a vaporizable cannabinoid material without leaking may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having width and diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece at the proximal end of the elongate and flattened tubular body; an overflow leak chamber at a distal end of the elongate and flattened tubular body, wherein a length of the overflow leak chamber along the distal to proximal axis is between 0.5 and 2 times a length of the tank along the distal to proximal axis; an air path extending proximally from the overflow leak chamber through the tank to the mouthpiece, wherein the air path comprises a cannula extending through the middle of the tank; a heater comprising a wick and a heating coil extending within the air path; an opening into the overflow leak chamber from an external surface of the device, wherein the opening is surrounded by a lip within the leak chamber and further wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1** and **2** show moisture and vapor deposition on a pair of filter pads that are off-axis relative to the airflow path of the device.

FIGS. **3**A and **3**B show a vaporization device with a pair of filter pads that are off-axis relative to the airflow path of the device.

FIGS. **4**A and **4**B show an exemplary vaporization device. This exemplary device includes two pairs of absorbent filter pads, as described herein. FIGS. **4**A and **4**B show a cartridge placed within the reusable component of the device.

FIGS. **5**A-**5**F illustrate the vaporizer body (e.g., a reusable component of the vaporizer device of FIGS. **4**A and **4**B). FIG. **5**A is a bottom perspective view; FIG. **5**B is a front view, FIG. **5**C is a top perspective view (looking into the cartridge receiver region including electrical contacts), FIG. **5**D is a side view, FIG. **5**E is a top view, and FIG. **5**F is a bottom view, showing the electrical connection to a charger or other wired electrical connection.

FIGS. **6**A-**6**D illustrate the cartridge of the device of FIGS. **4**A and **4**B. FIG. **6**A is a bottom perspective view, FIG. **6**B is a bottom view, FIG. **6**C is a top perspective view (showing the opening into the mouthpiece) and FIG. **6**D is an exploded view of the cartridge of FIG. **6**A.

FIGS. **7**A-**7**F illustrate an alternative view of a cartridge as described herein. FIG. **7**A shows a bottom perspective view; FIG. **7**B is a top perspective view; FIG. **7**C is a front view; FIG. **7**D is a side view; FIG. **7**E is a bottom view; and FIG. **7**F is a top view.

FIGS. **8**A-**8**G show a variation of a vaporizer base of a vaporizer apparatus into which a cartridge such as the one shown in FIGS. **7**A-**7**F may be inserted. FIG. **8**A is a bottom perspective view; FIG. **8**B is a top perspective view showing the cartridge receiver portion of the vaporizer base; FIGS. **8**C, **8**D and **8**E show front, side and back views, respectively of the vaporizer base; and FIGS. **8**F and **8**G show bottom and top views, respectively of the vaporizer base.

FIGS. **9**A-**9**G show an assembled vaporizer apparatus including a vaporizer cartridge such as the one shown in FIGS. **7**A-**7**F that has been fully seated and retained in a vaporizer base such as the one shown in FIGS. **8**A-**8**G. FIGS. **9**A and **9**B show bottom perspective and top perspective views, respectively of the assembled vaporizer apparatus; FIGS. **9**C, **9**D and **9**E show front, side and back views, respectively of the assembled vaporizer apparatus; FIGS. **9**F and **9**G show bottom and top views, respectively, of the vaporizer apparatus.

FIG. **10**A is an exploded view of the cartridge of FIGS. **7**A-**7**F with the components arranged in line.

FIG. **10**B is an alternative exploded view of the cartridge of FIGS. **7**A-**7**F, showing the component parts positioned adjacent to each other at the approximate vertical position for assembly.

FIG. **11**A is a semi-transparent view (in which the outer casing of the vaporizer base, mouthpiece, and cartridge housing have been a made transparent) showing the air path through the assembled vaporizer apparatus such as the one shown in FIGS. **7**A-**9**G.

FIGS. **11**B and **11**C show front and back views, respectively, of an example of a vaporizer base with the outer housing (case or shell) made transparent, showing the cartridge receiving end including connectors and air entry port therein.

FIG. **12** is an enlarged view of a section through a midline of the proximal (top) region of a cartridge (as shown by

dashed line **12-12'** in FIG. **9**A), showing the air path from the vaporization chamber to the mouthpiece openings.

FIG. **13** is a section through the midline of a vaporizer apparatus (including a vaporizer base into which a vaporizer cartridge has been coupled), showing the air path during inhalation (puffing, drawing, etc.).

FIG. **14** show a section through a cartridge, just beneath the mouthpiece (as shown by dashed line **14'-14'** in FIG. **9**B) showing the arrangement of the distal pair of absorbent pads offset from the airflow path.

FIG. **15**A is a section through the midline of an assembled vaporizer apparatus such as the one shown in FIG. **9**A (through line **15**A-**15**A').

FIG. **15**B is another section through an assembled vaporizer apparatus such as the one shown in FIG. **9**A (through line **12-12'**).

FIG. **15**C shows another section through the assembled vaporizer apparatus (through line **15**C-**15**C' in FIG. **9**B).

FIG. **15**D is a section through a cartridge (through line **15**D-**15**D' of a cartridge such as the one shown in FIG. **7**A) showing a pair of overflow filter pads that are off-axis relative to the airflow path of the device.

FIG. **16** is a section through another of another exemplary vaporization device (at line **16-16'** in FIG. **9**B), near the base of the cartridge and inserted into the cartridge receiver of the vaporizer base.

FIG. **17** is an electrical schematic of a heating element and connectors showing the Seebeck coefficients for a simplified model of the components of the heating circuit.

FIG. **18** is a Seebeck measurement circuit for a vaporizer apparatus correcting for the Seebeck effect, configured as a two-terminal sensing circuit.

FIG. **19** is another example of a Seebeck measurement circuit for a vaporizer apparatus, configured as a four-terminal (four-point) circuit.

FIGS. **20**A and **20**B illustrate two examples of heating coils comprising different component conductors coupled to result in resistive heater from which a temperature measurement may be determined using a Seebeck sensing circuit as described herein.

FIG. **21** is one example of a user interface (UI) for interacting with the apparatuses described herein using an external controller (e.g., smartphone, pad, etc.)

FIG. **22** is another example of a US for interacting with an apparatus as described herein.

## DETAILED DESCRIPTION

The apparatuses and methods described herein generally include forming a vapor from a material (including in particular, liquid and oil-type plant materials) using a vaporization device. The vapor may be delivered for inhalation by a user. These apparatuses may be particularly adapted for use with an oil-based vaporizable material, including *Cannabis* oils.

The vaporizer apparatuses, including cartridges (vaporizer cartridges) and reusable vaporizers bases described herein may be used with any appropriate vaporizable material, including aqueous vaporizable materials. These apparatuses may be particularly well adapted for use with viscous, oil-based vaporizable materials, including *Cannabis* oils. For example, any of the cartridges described herein may be used (e.g., filled) with a vaporizable material comprising viscous liquid such as a *Cannabis* oil. In some variations the *Cannabis* oil comprises between 40-100% *Cannabis* oil extract. The viscous oil may include a carrier for improving vapor formation, such as propylene glycol, glycerol, etc., at between 0.01% and 25% (e.g., between 0.1% and 22%, between 1% and 20%, between 1% and 15%, etc.). In some variations the vapor-forming carrier is 1,3-Propanediol. A *Cannabis* oil may include a cannabinoid or cannabinoids (natural and/or synthetic), and/or a terpene or terpenes. For example, any of the vaporizable materials described herein may include one or more (e.g., a mixture of) cannabinoid including one or more of: CBG (Cannabigerol), CBC (Cannabichromene), CBL (Cannabicyclol), CBV (Cannabivarin), THCV (Tetrahydrocannabivarin), CBDV (Cannabidivarin), CBCV (Cannabichromevarin), CBGV (Cannabigerovarin), CBGM (Cannabigerol Monomethyl Ether), Tetrahydrocannabinol, Cannabidiol (CBD), Cannabinol (CBN), one or more Endocannabinoids (e.g., anandamide, 2-Arachidonoylglycerol, 2-Arachidonyl glyceryl ether, N-Arachidonoyl dopamine, Virodhamine, Lysophosphatidylinositol), and/or a synthetic cannabinoids such as one or more of: JWH-018, JWH-073, CP-55940, Dimethylheptylpyran, HU-210, HU-331, SR144528, WIN 55,212-2, JWH-133, Levonantradol (Nantrodolum), and AM-2201. The oil vaporization material may include one or more terpene, such as Hemiterpenes, Monoterpenes (e.g., geraniol, terpineol, limonene, myrcene, linalool, pinene, Iridoids), Sesquiterpenes (e.g., humulene, farnesenes, farnesol), Diterpenes (e.g., cafestol, kahweol, cembrene and taxadiene), Sesterterpenes, (e.g., geranylfarnesol), Triterpenes (e.g., squalene), Sesquarterpenes (e.g., ferrugicadiol and tetraprenylcurcumene), Tetraterpenes (lycopene, gamma-carotene, alpha- and beta-carotenes), Polyterpenes, and Norisoprenoids. For example, an oil vaporization material as described herein may include between 20-80% cannabinoids (e.g., 30-90%, 40-80%, 50-75%, 60-80%, etc.), 0-40% terpenes (e.g., 1-30%, 10-30%, 10-20%, etc.), and 0-25% carrier (e.g., polyethylene glycol).

In any of the oil vaporization materials described herein (including in particular, the cannabinoid-based vaporization materials, the viscosity may be within a predetermined range. The range may be between about 30 cP (centipoise) and 115 KcP (kilocentipoise). For example, the viscosity may be between 40 cP and 113 KcP. Outside of this range, the vaporizable material may fail to wick appropriately to form a vapor as described herein. In particular, the oil may be made sufficiently thin to both permits wicking at a rate that is useful with the apparatuses described herein, while also limiting leaking (e.g., viscosities below that of ~40 cP might result in problems with leaking).

For example, FIGS. **7**A-**7**F illustrate one example of a cartridge that is adapted for use with a viscous oil-based vaporizable material (having a viscosity at room temperature of between 40 cP and 113 KcP), such as a *Cannabis* oil. In this example, the cartridge **700** includes a flattened body that is approximately oval in cross-sectional area (see, e.g., FIGS. **7**E and **7**F showing top and bottom views) and includes a mouthpiece that is attached over a clear body forming a reservoir region holding the vaporizable material. The body **790** may be transparent, translucent or opaque. The mouthpiece may include one or more openings **792** at the proximal end (top) out of which vapor may be inhaled, by drawing breath through the device. The bottom may also include a locking feature (e.g., tab, indent, magnetic lock, etc.) for coupling and securing the cartridge within a cartridge receiver of a vaporizer base, such as the reusable vaporizer base **800** shown in FIGS. **8**A-**8**G. In this example, the body may be elongate and may include an outer shell or cover **890**; the proximal end of the vaporizer base may include an opening forming a cartridge receiver **892**. The cartridge receiver may include one or more opening there-

through (e.g., lateral openings) to allow airflow therein, as described in more detail below. Any of these cartridges may also or alternatively include a rim, ridge, channel, protrusion, lip, etc. along the distal end region for engaging a complimentary portion of the vaporizer device. For example, in FIG. **7**D, the cartridge include a channel or lip **795** at the distal end which may engage with a deflectable or deformable tab or protrusion in the cartridge receiving portion of the vaporizer; this may provide a snap fit. In general, the cartridge may fit within the cartridge receiver of the vaporizer by a friction fit. The snap-fit may provide audible and/or tactile confirmation that the cartridge is held in position. This fit may also lock or hold the cartridge within the receiver, but still allow it to be easily withdrawn to remove the cartridge.

As shown in FIG. **7**C, the elongate and flattened body **790** may contain within it the tank region **791** (e.g., holding the vaporizable oil material) and a distal overflow leak chamber **793**. These structures may be formed by the internal components within the elongate and tubular body, as shown below.

FIGS. **10**A and **10**B show exploded view of a cartridge as described herein. In this example, the apparatus includes a cartridge body **1005** that may be clear (transparent), opaque and/or translucent. The cartridge body may form a reservoir for the liquid vaporizable material, and particularly for a viscous liquid vaporizable material such as the cannabinoid oils described herein. The cartridge may include an outer seal (e.g., o-ring **1009**) that seals the mouthpiece **403** over the body **1005**. The reservoir (tank) may be sealed on the top (at the proximal end) under the mouthpiece by a single-piece plug **888** that covers multiple openings which may be used for filling the tank. The vaporization chamber may be formed at the bottom (distal end) of the cartridge; in exemplary cartridges described herein the vaporization chamber is formed from a cannula and housing piece **1011** that includes opening into which the wick (wick portion of wick and coil **443**) passes into the chamber; the walls forming the vaporization chamber separate it from the tank and mate with a back piece **1013** that forms the bottom (distal end) of the tank within the cartridge body. This piece is also sealed (e.g., by an o-ring **1015**) to the cartridge body from within the cartridge body, as shown. An air chamber is then formed between the bottom of the cartridge **1019** and the back piece **1013** of the tank. One or more (e.g., two) air openings **796**, **796'** through this bottom **1019** allow air to pass (after entering the cartridge receiver through one or more openings **894** in the side) into the distal end of the cartridge, into the air chamber region and then up through an opening into the vaporization chamber. The piece forming the bottom of the cartridge **1019** may also accommodate or include one or more (e.g., two) electrical connectors that are configured to mate with the connectors on the vaporizer base. As mentioned, these contacts may be wiper or scraping contacts. In FIGS. **10**A and **10**B, they are shown as cans **1021**, **1021'** having openings into which the pins project to form an electrical contact.

The vaporizer body typically includes a battery and one or more control circuits housed within the cover **890**. The control circuitry may control the heater, which in this example, is present in the cartridge. The heater may generally include a heating coil (resistive heater) in thermal contact with the wick; additional connectors formed of a different material (e.g., conductive material) may connect the heater coil to the electrical contacts on the base of the cartridge; although this may lead to inaccuracies in detecting and controlling temperature electrically, as described below, the control circuitry may include one or more additional circuits, such as Seebeck measurement circuits, that correct for offsets and other inaccuracies in the determination of temperature and therefore the power applied to the apparatus. The control circuitry may also include and may control and/or communicate with a batter regulator (which may regulate the battery output, regulate charging/discharging of the battery, and may provide alerts to indicate when the battery charge is low, etc.). The co control circuitry may also include and may control and/or communicate with an output, such as a display, one or more LEDs, one or more LCDS, a haptic output, or any combination of these. In the example shown in FIGS. **7**A-**9**G, the apparatus includes only four (RGB) LEDs **897**, arranged in a pattern (e.g., a circular, spiral or floral pattern; other patterns may include linear patterns). Any of the apparatuses described herein may also include a wireless communication circuitry that is part of, connected and/or controlled by the control circuitry. The apparatus may be configured to wireless communicate with a remote processor (e.g., smartphone, pad, wearable electronics, etc.); thus the apparatus may receive control information (e.g., for setting temperature, resetting a dose counter, etc.) and/or output information (dose information, operational information, error information, temperature setting information, charge/battery information, etc.).

The apparatus may also include one or more inputs, such as an accelerometer, a lip sensing input, a contact input, or the like. In particular, described herein are vaporizer apparatuses in which the device does not include any visible buttons, switches or external user input on an outer surface of the cartridge or vaporizer base. Instead, the input may be an accelerometer (coupled to, part of, and/or controlled by the control circuitry). The accelerometer and any accelerometer control circuitry may be configured to detect tapping on the apparatus (e.g., the case) and/or rolling of the apparatus (e.g., around the long axis or the short axis of the device). In some variations the apparatus may also include circuitry for sensing/detecting when a cartridge is connected and/or removed from the vaporizer base. For example, cartridge-detection circuitry may determine when a cartridge is connected to the device based on an electrical state of the electrical contacts within the cartridge reliever in the vaporizer base. For example, FIG. **5**C illustrates the two electrical contacts **595**, **595'**. Without a cartridge inserted into the apparatus the circuit is open (e.g., between **595** and **595'**) with the cartridge inserted, the electrical contacts (shown as pins **595**, **595'** in FIGS. **5**D and **11**B) engage with the contacts (such as wiping contracts, described above, which scrape to remove leaked and/or dried vaporizable material on the electrode contact surfaces). The controller (via a separate or integrated cartridge-detection circuit) may determine that a cartridge has been inserted when the resistance between these contacts changes to within a recognizable range (from the open circuit). Other cartridge detectors may be used alternatively or additionally, including a trip switch (which is activated when the cartridge is present), or the like. Any of the apparatuses described herein may also include one or more breath detectors, including a pressure sensor **1109** (e.g., microphone coil) having a connection to the inside of the cartridge receiver, as shown in FIG. **11**B.

The vaporizer body may also include a connector **899** at the distal end for coupling the device to a charger and/or data connection. The internal battery may be charged when coupling the device to a connector; alternatively other electrical connectors and/or inductive charging may be used.

FIGS. **9**A-**9**G illustrate an example of an apparatus (vaporizer apparatus) in which the cartridge **700** has been inserted completely into the vaporizer body **800**. The resulting device is small, lightweight, hand-held and may be safely stored in a pocket, purse, or the like.

In operation, the user may (once charged sufficiently), may activate the vaporizer by being drawing (inhaling) through the mouthpiece. The device may detect a draw (e.g., using a pressure sensor, flow sensors, or the like, including a sensor configured to detect a change in temperature or power applied to a heater element, e.g., anemometer detection) and may increase the power to a predetermined temperature preset. The power may be regulated by the controller by detecting the change in resistance of the heating coil and using the temperature coefficient of resistivity to determine the temperature. As described in greater detail below, the temperature determination and/or power applied may be optionally corrected in cases where there are different electrically conductive materials connecting the resistive heater to the power supply/power, in which the Seebeck effect may be an issue, using a sensing circuit to estimate and compensate for this potential source of inaccuracy.

In any of the apparatuses described herein, the temperature may be adjusted or selected by the user. As mentioned, in some variations the apparatus does not include an exterior control or user input, but still allows the user to select the temperature from among a plurality (e.g., two or more, three or more, etc.) of pre-set heating/vaporizing temperatures above 100° C. This may be achieved by allowing the user to coordinate (in time, e.g., within 60 seconds, within 50 seconds, within 40 seconds, within 45 seconds, within 40 seconds, within 30 seconds, within 20 seconds, within 10 seconds, between 1 second and 60 seconds, between 2 seconds and 60 seconds, between 3 seconds and 60 seconds, etc.) a pair of distinct inputs that are based detection of inputs that are internal to the apparatus (e.g., not from controls on the surface of the apparatus), such detection an accelerometer input (e.g., tapping, such as one or more, e.g. 3 or more, taps, rotations of the device in the long axis, etc.) within a predefined time after removing the cartridge and/or inserting the cartridge. For example, the apparatus may enter into a temperature selection mode to allow a user to select the temperature by removing the cartridge after shaking the apparatus (e.g., for 1 or more seconds, e.g., 2 or more seconds, etc.). Once in a temperature selection mode, the user may select from among a number (e.g., 4) or pre-set temperatures by tapping the housing of the device to cycle through the pre-set temperatures, which may be displayed on an output (e.g., LED, monitor, LCD, etc.) on the apparatus.

Any other input on the device that is not (or not connected to) a button, and particularly an external button, may be used in a predetermined activation sequence (e.g., pattern of taps detected by the accelerometer, insertion/removal of cartridge, etc.) or in a set of sequential independent actuations. For example, the apparatus may enter into a temperature selection mode after removing and inserting a cartridge three times in quick successions (e.g., within 5 seconds of each step). In any of the variations described herein, merely shaking the apparatus may display information about the status of the device (e.g., the charge) using the output; the additional non-button input (e.g., removing the cartridge and/or inserting the cartridge) within the predetermined time may then allow the operating temperature to be selected.

In some variations, the apparatus includes multiple (e.g., 4) presets, and an optional additional preset (e.g., 5th preset or more) that may be user-settable. Alternatively or additionally, an external controller (smartphone, pad, computer, etc.) in may communicate with the apparatus to allow setting and/or selecting the operating temperature.

In on example, the apparatus may be operated to allow the user to select the operating temp (set mode) by shaking the device with a cartridge inserted. In some variations this may then change the display (e.g., multi-colored LEDs on the surface of the device), for example, displaying battery life using the multiple LEDs arranged (e.g., in an X pattern **897**, see, e.g., FIG. **8**C). While in this state, removing cartridge enters temp set mode. The device automatically cycles through the 4 (+1 or more, when user defined) presets. The user may then choose one by reinserting the pod at appropriate time. In some variations, the preset temperatures are: 270° C., 320° C., 370° C., 420° C. In some variations the user may modify or include an additional preset within a temp range around each preset, e.g.: within an operational range of between 270-420° C.

As mentioned above, any of the apparatuses described herein may be operated with an external processor to receive input and/or output to control operation of the device. For example, the vaporizer apparatus may be operated with an application software ("app") that allows control of the temperature or other functional setting and/or allows storage, display and/or transmission of operational and/or use information, including dose information. As described herein, an approximate estimate for dose may be determined based on the power applied to the heater (resistive coil) during inhalation (over time), e.g., power applied to coil multiplied by time of draw. This approximate 'dose' estimate may be accumulated over the use of a particular cartridge (e.g., once a cartridge is inserted, it may be accumulated and/or displayed until the cartridge is removed, roughly amounting to a "session" with that cartridge).

For example, FIGS. **21** and **22** illustrate exemplary user interfaces for an application software that allows the user to set and or adjust the pre-set temperatures of the apparatus. In FIG. **21**, the user may select the per-set temperature. FIG. **22** illustrates the use of the app to control the appearance and activity of the apparatus. For example, the user may lock/unlock the apparatus, and track usage (e.g., by does estimation).

In any of the apparatuses described herein the apparatus may allow the user to play one or more interactive "games" with the device. For example, any of these apparatuses may include an entertainment mode that may be entered by manipulating the device (e.g., by tapping, shaking, rotating, puffing in a predetermined pattern, etc.). In general, the entertainment mode may include one or more presentations (e.g., LED light displays, tones/music, patterns of vibrations, or combinations of these) and/or games. The device may be configured to allow selection of the presentation states or game states (games) to be played, or it may randomly select one. In general the games may be interactive, allowing the user to provide input, e.g., via the one or more inputs, such as movement of the device, via motions sensing, touching the device, via a button and/or capacitive sensor (e.g., lip sensing, etc.), puff/airflow sensing, inserting and/or removing the cartridge, etc.

For example, the entertainment mode may include a game such as a pattern-following game, wherein the device presents an output (e.g., one or more LEDS illuminated in a pattern and/or color), and the device (e.g. controller) may determine if a response entered by the user on the input correlates with a predetermined response. In general, the same controller used to control the heater may be used to control the entertainment mode including the games. Alter-

natively a separate controller may be used, and may communicate with the controller controlling the heater.

The one or more games may include a memory game. For example, in a memory game the device may presents an output sequence and determines if a sequence of responses entered by the user on the input correlates with a predetermined sequence of responses. The one or more games may include a triggered output game wherein the device presents an output in response to a predetermined user input. For example, the device may illuminate a series differently positioned and/or colored LEDs based on the angle or movement that the user holds the device.

The one or more games may include a chance type game, wherein the device is configured to display a random pattern of one or more of colors, tones or vibrations, in response to a predetermined user input. The entertainment mode may include a display game wherein the output comprises a plurality of LEDs and wherein the device is configured to cycle the LEDs through a predetermined sequence of colors in response to a predetermined user input. The entertainment mode may include a tone game wherein the output comprises a plurality of tones and wherein the device is configured to play a predetermined sequence of tones in response to a predetermined user input.

As mentioned, the device may be configured to be toggled between the normal mode and the entertainment mode by applying one or more predetermined user manipulations to the input. For example, the device may be rotated. In some variations, the device input comprises an accelerometer, and the device may be configured to be toggled between the normal mode and the entertainment mode by rolling or rotating the device (e.g., three or more times) in one or more directions.

In addition to or alternative to the games, the entertainment mode may include an entertainment output (display) that is triggered upon entering into the entertainment mode. For example, as mentioned, the entertainment output may include one or more of: a display of a plurality of colors and/or patterns on the output, a tone or series of tones, a vibration or series of vibrations.

Leak Prevention

Any of the apparatuses described herein may be configured to prevent or reduce leakage of the vaporizable material. As mentioned, leaking an oil-based (and particularly cannabinoid oils) is particularly troublesome in a vaporizer because the vaporizable material may dry as a sticky, tarry substance that is both messy and may disrupt operation of the apparatus, particular the reusable (e.g., vaporizer base) portion.

For example, any of the apparatuses described herein may include one or more absorbent pads or members that are oriented to prevent leakage without disrupting the airflow or formation of vapor. In general, moisture and particles from the vapor can be deposited on a filter pad that is off-axis relative to the vapor path. The vaporization device may be a handheld vaporization device.

As described above, any of the vaporization apparatuses (device and systems) may comprise a heating element, including a resistive heating element. The heating element may heat the material such that the temperature of the material increases. Vapor may be generated as a result of heating the material.

In some cases, a vaporization device may have an "atomizer" or "cartomizer" configured to heat an aerosol forming solution (e.g., vaporizable material). The vaporizable material may be heated to a sufficient temperature such that it may vaporize (e.g., between 200° C. and 500° C., e.g., between 250-450° C., between 270-420° C., etc.). The apparatus or method may include one or more pre-set vaporization temperatures and the apparatus or method may control (via controller including feedback logic) the temperature to a predetermined and/or selected temperature.

An atomizer may comprise a small heating element configured to heat and/or vaporize at least a portion of the vaporizable material and a wicking material that may draw a liquid vaporizable material into the atomizer (e.g., heater). When the apparatus includes a wicking material, the wicking material may comprise silica fibers, cotton, ceramic, hemp, stainless steel mesh, and/or rope cables. The wicking material may be configured to draw the liquid vaporizable material in to the atomizer without a pump or other mechanical moving part. A resistance wire may be wrapped around the wicking material and then connected to a positive and negative pole of a current source (e.g., energy source). The resistance wire may be a coil. When the resistance wire is activated, the resistance wire (or coil) may have a temperature increase as a result of the current flowing through the resistive wire to generate heat. The heat may be transferred to at least a portion of the vaporizable material through conductive, convective, and/or radiative heat transfer such that at least a portion of the vaporizable material vaporizes.

Alternatively or in addition to the atomizer, the vaporization device may be configured as a "cartomizer" to generate an aerosol from the vaporizable material for inhalation by the user. The cartomizer may comprise a cartridge and an atomizer. The cartomizer may comprise a heating element surrounded by a liquid-soaked poly-foam that acts as holder for the vaporizable material (e.g., the liquid). The cartomizer may be reusable, rebuildable, refillable, and/or disposable. The cartomizer may be used with a tank for extra storage of a vaporizable material.

Air may be drawn into the vaporization device to carry the vaporized aerosol away from the heating element, where it then cools and condenses to form liquid particles suspended in air, which may then be drawn out of the mouthpiece by the user. For example, any of the apparatuses described herein may include a draw channel or passage. The draw channel may be in fluid communication with the heater so that vapor formed by the heater passes into the draw channel, which is also in fluid communication with the mouthpiece, which may be integrated with the device (including a cartridge).

One or more aspects of the vaporization device may be designed and/or controlled in order to deliver a vapor with one or more specified properties to the user. For example, aspects of the vaporization device that may be designed and/or controlled to deliver the vapor with specified properties may comprise the heating temperature, heating mechanism, device air inlets, internal volume of the device, and/or composition of the material.

Energy may be required to operate the heating element. The energy may be derived from a battery in electrical communication with the heating element. Alternatively, a chemical reaction (e.g., combustion or other exothermic reaction) may provide energy to the heating element.

The term "aerosol" may generally refer to a colloid of fine solid particles or liquid droplets in air or another gas. In general, the aerosols described herein are liquid aerosols of primarily (e.g., >80%, >85%, >90%, >95%) liquid particles in air. The liquid or solid particles in an aerosol may have varying diameters of average mass that may range from monodisperse aerosols, producible in the laboratory, and containing particles of uniform size, to polydisperse colloidal systems, exhibiting a range of particle sizes. As the sizes

of these particles become larger, they have a greater settling speed which causes them to settle out of the aerosol faster, making the appearance of the aerosol less dense and to shorten the time in which the aerosol will linger in air. Interestingly, an aerosol with smaller particles will appear thicker or denser because it has more particles. Particle number has a much bigger impact on light scattering than particle size (at least for the considered ranges of particle size), thus allowing for a vapor cloud with many more smaller particles to appear denser than a cloud having fewer, but larger particle sizes.

A vapor may generally refer to a substance in the gas phase at a temperature lower than its critical point. As used herein, a vapor may include a liquid aerosol. For convenience the term vapor and aerosol, which may generally refer to liquid aerosols, may be used interchangeably herein, as is common in the art of electronic vaporization devices.

The methods and apparatuses described herein have a wide range of applications for inhalation of an active substance, such as botanicals, pharmaceuticals, nutraceuticals, or any other substance for inhalation to provide a benefit or sensation to an end user. In some embodiments, the devices described herein include a tank having a liquid containing an active ingredient, such as nicotine, *Cannabis*, or a cannabinoid.

The term "*Cannabis*" refers to plants of the genus *Cannabis* and loose-leaf products or extracts thereof. As mentioned above, the term "cannabinoid" refers to plant based or synthetic chemical compounds capable of acting on cannabinoid receptors and inducing a biological effect. Cannabinoids include acids, salts, and bioactive stereo isomers. Exemplary cannabinoids include tetrahydrocannabinol (THC), cannabigerolic acid (CBGA), cannabigerol (CBG), tetrahydrocannabinolic acid (THCA), cannabichromene (CBC), cannabicyclol (CBL), cannabivarin (CBV), cannabichromevarin (CBCV), cannabigerovarin (CBGV), cannabigerol Monomethyl Ether (CBGM), delta-8-tetrahydrocannabinol (D8THC), delta-9-tetrahydrocannabinol (D9THC), tetrahydrocannabivarin (THCV), cannabinolic acid (CBNA), Cannabinol (CBN), cannabidiolic acid (CBDA), Cannabidivaric acid (CBDVA), cannabidiol (CBD), cannabichromenic acid (CBCA), Cannabichromene (CBC), or cannabicyclolic acid (CBLA) and/or any salt or stereo isomer of the above.

The devices described herein for generating an inhalable aerosol may include a body having a battery, a cartridge or tank including or configured to include the vaporizable material, at least input (e.g., in some variations without any input on an outer surface of the apparatus, e.g., "button less"), and circuitry for controlling the device.

An exemplary vaporization device **200** is shown in FIGS. **1** and **2**. The vaporization device **200** includes two filter pads **222***a,b*. The filter pads **222***a,b* are positioned off of the central axis of the air path **212**. As the vapor travels down the air tube **208** and begins to return to liquid state, both condensation and particle aggregation will occur. As the vapor exits the air tube **208** into the air path **212**, the moisture (see FIG. **1**) and larger particles (see FIG. **2**) can filter onto the pads **222***a,b* (i.e., via gravity) without interfering with the user's draw on the device.

The one or more pads for use with any of the embodiments described herein (including pads **222***a,b*) can be made of an absorbent material. The absorbent material can both wick moisture quickly and allow it to disperse quickly therethrough. Thus, the absorbent material can be hydrophilic. Exemplary materials include cotton, e.g., a non-woven cotton lintner paper, felt, cellulose, or hydrophilic polymers. Further, the one or more pads can be curved, as shown in FIGS. **1** and **2** or can be substantially flat panels. In some embodiments, the one or more pads can each be made of two or more thin sheets of layered material.

The one or more pads can be positioned within or proximate to the mouthpiece so as to capture moisture just prior to inhalation by the user. Further, in some embodiments, as shown in FIGS. **1** and **2**, the one or more pads can be pushed up against the interior surface of the vaporizer so as to minimize interference with other components of the vaporizer. In other embodiments, the one or more pads can be pulled away from the interior walls so as to maximize the surface area available for moisture absorption. The pads can be rectangular, circular, ovoid, triangular, square, or other shape. The shape and size of the pads can be chosen so as to minimize interference with the air path while maximizing moisture and particle collection.

Another exemplary vaporizer **300** utilizing moisture deposition pads **322***a,b* is shown in FIGS. **3**A and **3**B. The vaporizer **300** includes a cartridge **301** that is attachable to a reusable component **300** (which can include the electronics to power the device, etc.). As shown in FIGS. **3**A and **3**B, the cartridge **301** can include a tank **302**, a heater assembly **343**, an air tube **308**, and a mouthpiece **303**. The pads **322***a,b* can be rectangular, flat, and positioned in parallel within the mouthpiece **303** on either side of the air tube **308** (i.e., off-axis with the air tube **308**). The vaporizer **300** can further include any of the features described in U.S. application Ser. No. 15/053,927, titled "VAPORIZATION DEVICE SYSTEMS AND METHODS," filed on Feb. 25, 2016, Publication No. US 2016-0174611 A1, the entirety of which is incorporated by reference herein.

Another exemplary vaporizer **400** that can utilize one or more pads is shown in FIGS. **4**A-**6**B. As shown in FIGS. **4**A and **4**B, the vaporizer **400** includes a reusable component **411** and a cartridge **401**. The diameter of device **400** is greater than the width (e.g., greater than 1.2×, 1.3×, 1.4×, 1.5×, 1.6×, 1.7×, 1.8×1.9×, etc.), making the device have a substantially long and flat appearance and feel.

Referring to FIGS. **5**A and **5**B, the reusable component **411** includes a shell **431**, which can include the electronics for operating the vaporizer. Further, the reusable component **411** can include a visual indicator **421**, such as an LED, for signaling the operating status of the vaporizer **400**. The distal end of the reusable component **411** (shown in FIG. **5**F) includes a charging element **433** configured for charging the device. Further, the proximal end of the device (FIG. **5**E) includes contacts **435** for maintaining an electrical connection with the cartridge **401**.

The cartridge **401** is shown in FIGS. **6**A-**6**D. As best shown in the exploded view of FIG. **6**D the cartridge **401** includes a tank **441** configured to hold a liquid vaporizable material therein, a heater (e.g. a wick and coil assembly) **443** configured to heat the vaporizable material in the tank **441**, and an air tube **408** extending from the tank to a mouthpiece **403**. Contacts **535** are configured to connect with contacts **435** on the reusable component **411** to provide power to activate the wick and coil assembly **443**. At the distal end of the cartridge the walls of the elongate and flattened tubular body **441** and a bottom cover piece **691** form an overflow leak chamber **699**, which is shown with a pair of absorbent pads **495***a,b* are positioned along the long walls (along the diameter) of the overflow leak chamber. An option felt cover **693** may be included (also acting as an absorbent member).

As shown in FIGS. **4**A-**5**D, the device **400** further includes openings, configured as air inlets **762***a,b*, on the side of the shell **431**. The air inlets are proximate to openings

(air inlets) **662***a,b* on the distal end of the cartridge **401** (see FIGS. **6**A and **6**B) opening into the overflow leak chamber (not visible). Referring to FIG. **11**A (which is a cross-section of the device **400** at the center), the air flow path **777** from inlets **762***a,b* to inlets **662***a,b*, extends through the tube **408** until it reaches the stop **433** (see FIG. **12**) and then divides into two separate paths that extend along the inner surface of the mouthpiece **402** (between the pads **422***a,b*) and out through the outlets of the mouthpiece **403**.

As shown in FIGS. **6**D and **12**-**14**, parallel absorbent pads **422***a,b* can be positioned within the mouthpiece **403**. The absorbent pads **422***a,b* are rectangular and parallel with one another. The absorbent pads **422***a,b* are positioned substantially parallel to the flat side of the device **400** (parallel with the plane of the length **1** and width w in FIG. **4**A) and parallel with one another. In some embodiments, the pads **422***a,b* can be biased fully against the inside walls of the mouthpiece **403** so as to easily capture liquid that rolls along the walls. A distance between the two pads **422***a,b* can be, for example, between 3 and 6 mm, such as between 4 and 5 mm, e.g., approximately 4.8 mm. The gap between the absorbent pads **422***a,b* advantageously prevents the pads from interfering with the air flow path when a user draws on the mouthpiece **403**.

Further, as shown in FIGS. **6**D, **12** and **13** in some embodiments, over-flow pads **445***a,b* are positioned proximate to the tank **441**, i.e., within an overflow leak chamber below the tank, to absorb liquid that may leak out of the tank **441** during use. The over-flow pads **445***a,b* can be similarly placed parallel to one another and/or against the sides of the shell **431** as described above with respect to pads **422***a,b*.

FIG. **13** (which is a cross-section of the device **400** through the pads **422***a,b* and **445***a,b*) shows the air flow path **777** in dotted lines relative to the placement of the pads **442***a,b* and **445***a,b*. The air path **777** extends alongside all of the pads **422***a,b* without extending therethrough. That is, the pads **422***a,b* and **445***a,b* extend off-axis relative to the air path **777** and do not interfere with user draw. However, the pads **422***a,b* and **445***a,b* are positioned so that the air path **777** travels along, besides, and/or in contact with the pads **422***a,b* and **445***a,b* for an extended period of time so as to allow maximum absorption of liquid.

In use (i.e., when the user draws on the device), the device **400** can be held horizontally with the width, w, in the vertical direction and the diameter, d, in the horizontal direction. As such, at least one of the pads **422***a,b* and/or **445***a,b* will be substantially horizontal while the user draws on the device, ensuring that gravity will pull any moisture or particles down onto the lower pad **422***a,b* and/or **445***a,b*. Further, having two pads **422***a,b* and/or **445***a,b* advantageously ensures that moisture will be caught whether the user holds the device with pad **422***a* or **445***a* on top or **422***b* or **445***b* on top. This can both prevent interference with the electronics of the device and prevent the user from getting any liquid from the tank in his or her mouth when drawing on the device.

Referring to FIGS. **15**A-**15**D, exemplary device **800** is similar to device **400** (similar reference numbers are therefore used) except that it includes a single plug **888** in the proximal section of the cartridge **801** (i.e., as opposed to the two tank seals **604***a,b* shown in FIG. **6**D). The plug **888** is configured to simultaneously seal both outlets of the mouthpiece **403** while also sealing around the tube **408**.

Although sets of absorbent pads are shown and described with respect to the embodiments herein, only a single off-axis (i.e. “off air path”) pad can be used in each location. Likewise, more than two (e.g., 3, 4, 5, or more) off-axis pads, such as strips of absorbent material, may be used. Similarly, only a single set of pads can be used.

In some embodiments, the absorbent pads can be located only in the cartridge area (i.e., in the disposable portion). In other embodiments, additional absorbent pads can also be used in the reusable portion of the device.

The wick for use with any of the embodiments herein can be large to handle higher viscosity liquids (e.g., liquids with cannabinoids). For example, the wick can be greater than 1.5 mm in diameter, such as approximately 2 mm in diameter.

Referring to FIG. **16**, in some embodiments, the openings (also referred to as air inlets) **962***a,b* to the cartridge **901** can include a protective annular ring **992***a,b* or seal theraround that extends away from the inner wall of the cartridge **901**. This ring can help prevent any spilled liquid from splashing into the inlets **962***a,b*. This ring may be lip or ridge projecting into the overflow leak chamber, as shown in FIG. **16**.

Referring still to FIG. **16**, in some embodiments, the contacts **935** of the reusable portion **911** of the device **900** can be pin contacts while the contacts **1035** of the cartridge **901** can be annular contacts or pin receptacles configured to mate with the pins. Further, in some embodiments, pin receptacles **1035** can include spring-loaded wiping mechanisms on the inner diameter thereof. The spring-loaded wiping mechanisms can be configured to wipe the pins as they pass therethrough. As a result, any vapor residue on the pins can be removed to maintain the proper electrical connection there between.

Power and Temperature Control

In any of the apparatuses described herein, the vaporizer apparatus may be controlled so that the temperature used to vaporize the vaporizable material is maintained within a preset range (e.g., one or more preset temperatures as discussed above, within +/− a few degrees (e.g., +/−3° C., 2° C., 1° C., 0.5° C., etc.). In general, the microcontroller may control the temperature of the resistive heater (e.g., resistive coil, etc.) based on a change in resistance due to temperature (e.g., TCR). For example, a heater may be any appropriate resistive heater, such as a resistive coil. The heater is typically coupled to the heater controller via two or more connectors (electrically conductive wires or lines) so that the heater controller applies power (e.g., from the power source) to the heater. The heater controller may include regulatory control logic to regulate the temperature of the heater by adjusting the applied power. The heater controller may include a dedicated or general-purpose processor, circuitry, or the like and is generally connected to the power source and may receive input from the power source to regulate the applied power to the heater.

For example, any of the apparatuses described herein may include logic for determining the temperature of the heater based on the TCR of the heating element (resistive coil), based on sensed resistance of the coil. The resistance of the heater (e.g., a resistive heater) may be measured ($R_{heater}$) and the controller may use the known properties of the heater (e.g., the temperature coefficient of resistance) for the heater to determine the temperature of the heater. For example, the resistance of the heater may be detected by a detection circuit connected at the electrical contacts that connect to the cartridge, and this resistance compared to a target resistance, which is typically the resistance of the resistive heater at the target temperature. In some cases this resistance may be estimated from the resistance of the resistive hearing element at ambient temperature (baseline).

In some variations, a reference resistor ($R_{reference}$) may be used to set the target resistance. The ratio of the heater resistance to the reference resistance ($R_{heater}/R_{reference}$) is

linearly related to the temperature (above room temp) of the heater, and may be directly converted to a calibrated temperature. For example, a change in temperature of the heater relative to room temperature may be calculated using an expression such as $(R_{heater}/R_{reference}-1)*(1/TCR)$, where TCR is the temperature coefficient of resistivity for the heater. In one example, TCR for a particular device heater is 0.00014/° C. In determining the partial doses and doses described herein, the temperature value used (e.g., the temperature of the vaporizable material during a dose interval, $T_i$, described in more detail below) may refer to the unit less resistive ratio (e.g., $R_{heater}/R_{reference}$) or it may refer to the normalized/corrected temperature (e.g., in ° C.).

When controlling a vaporization device by comparing a measure resistance of a resistive heater to a target resistance, the target resistance may be initially calculated and may be factory preset and/or calibrated by a user-initiated event. For example, the target resistance of the resistive heater during operation of the apparatus may be set by the percent change in baseline resistance plus the baseline resistance of the resistive heater, as will be described in more detail below. As mentioned, the resistance of the heating element at ambient is the baseline resistance. For example, the target resistance may be based on the resistance of the resistive heater at an ambient temperature and a target change in temperature of the resistive heater.

As mentioned above, the target resistance of the resistive heater may be based on a target heating element temperature. Any of the apparatuses and methods for using them herein may include determining the target resistance of the resistive heater based on a resistance of the resistive heater at ambient temperature and a percent change in a resistance of the resistive heater at an ambient temperature.

In any of the methods and apparatuses described herein, the resistance of the resistive heater may be measured (using a resistive measurement circuit) and compared to a target resistance by using a voltage divider. Alternatively or additionally any of the methods and apparatuses described herein may compare a measured resistance of the resistive heater to a target resistance using a Wheatstone bridge and thereby adjust the power to increase/decrease the applied power based on this comparison.

In any of the variations described herein, adjusting the applied power to the resistive heater may comprise comparing the resistance (actual resistance) of the resistive heater to a target resistance using a voltage divider, Wheatstone bridge, amplified Wheatstone bridge, or RC charge time circuit.

When using resistance and/or power applied to determine the temperature of the apparatus and/or to control temperature for vaporization, the inventors have determined that there may be a surprising disparity between the actual temperature and that predetected or determined using resistance of the heater alone. This problem because particularly acute when the distance between the heating element (e.g. resistive coil) and the electrical input into the cartridge (the power contacts from the vaporizer base) is longer, or there is a change in the conductive material between the heater and the contacts, as shown in FIG. **15**A. Where there is a change in the conductive material between the contacts, the electrical wiring and the resistive coil, thermoelectric effects arising due to this change in electrical characteristics (resistance) may give rise to inaccuracies when determining the power applied.

In the exemplary cartridges described above, the heating coil is connected to the electrical contacts by extension wires **1054**, **1054'** (see, e.g., FIG. **10**B). Because the extension wires are different materials, a voltage (EMF) may be generated at the junction between the different electrical conductors when there is a temperature gradient. This thermoelectric effect may be referred to as the Seebeck effect, and may generate a voltage that is based on the material properties of the different conductors. In the variations described above, although the heating coil, extensions and wick are nearly symmetric, during normal usage there may be uneven temperatures across the three, developing a temperature gradient. This may result in an uneven voltage being generated; this disparity may then lead to inaccuracies in controlling the heater (applied power) and/or estimation of the temperature.

Although at any particular time, the effect may be relatively minor (and therefore overlooked), the cumulative effect may lead to dramatic reductions in accuracy and temperature control; other systems may attempt to avoid this problem by modifying the resistance of the material used for the resistive heater, requiring a larger power; although this may reduce the overall contribution of the offset EMF voltage due to the thermoelectric property mismatch, it also requires a larger wattage and therefore battery (and resulting power) be applied.

Instead, any of the apparatuses described herein may include a precision resistance measurement circuit to track resistance of the heating element (e.g., a coil made from resistive heating alloy wire) when not heating and heating to control the temperature of the coil based on changes in coil resistance from room temperature to vaporization temperatures, as discussed above. For example, in some variations, the measurement circuit is an amplified Wheatstone bridge where the heating element (when connected) is one half of one of the two voltage dividers in the Wheatstone bridge and the two divider voltages are inputs to a differential op amp circuit. This control circuit may be modified as described herein to account for the mismatch in thermoelectric properties leading to the offset voltage.

Currently known resistance measurement systems typically use a two-terminal sensing or four-terminal sensing circuit, and are prone to measurement error when the load to be measured is also a voltage source or has an additional unknown voltage applied to it. As just mentioned above, in vaporizers that use resistive heating elements (often coils), extension leads are often used to route power to the heating element with minimal Joule heating and losses in the path between the heating element (where Joule heating is desired) and the voltage source (often a battery or power supply). For manufacturability, these extension leads are often the only connection between the device (or contacts that connect to the device) and the heating element, so measurement of the resistance of the heating element invariably includes the resistance of the extension leads and measurement error arising from the mismatched thermoelectric properties (Seebeck error). The heating element and extension leads (three conductors if considered individually) each have some temperature gradient along their lengths, and this temperature gradient generates an electromotive force (EMF, which is also a measureable voltage when the conductor is open circuit) in each conductor, which is $E_{emf}=-S\,\nabla T$, where S is the Seebeck coefficient of the conductor which depends heavily on the conductor material (but also on temperature of the conductor) and ∇T is the temperature gradient across the material. Because ideal materials for the heating element and extension leads often have different Seebeck coefficients, and since the temperatures at the two connection points between each extension lead and the heating element are likely to differ while heating (due to acceptable asym-

metries in both heating element assembly and heat transferred from the heating element and extension leads that are expected in a mass-produced product), there will be a net EMF across the extensions and heating element (seen as one load in any vaporization system where one set of extension leads electrically connects the heating element to the device) which will skew the resistance measurement, making temperature control of the heating element using measured resistance impossible without correction for this effect. More generally, measured resistance of the heating element will be skewed by the mismatched thermoelectric properties (e.g., the Seebeck effect) whenever there is a temperature difference between and material transition at the two heating element terminals where contacts or extensions are connected.

A simplified model of a heating element with two extension leads of the same material is shown in FIG. **17**. In this example, the heating element and extension lead combination connects to the device at the open ends of the extension leads shown above, so the resistance measurement of the heating element is taken through the extension leads connecting to it. S**1** and S**3** are constant coefficients that depend on the material properties (Seebeck coefficients) of each of the two extension lead materials, and S**2** is the Seebeck coefficient of the heating element. T**1** and T**4** are temperatures at the ends of the extensions that electrically connect to the vaporization device. T**2** and T**3** are temperatures of the connections between the extension leads and heating element (which may be welds, crimps, solder joints, or other electrical connections). The EMF, $E_{net}$ is expected to skew the resistance measurement if $E_{net}$ is non-zero. $E_{net}$ from the Seebeck effect is expected to be:

$$E_{net}=-S1(T2-T1)-S2(T3-T2)-S3(T4-T3).$$

To illustrate how temperature differences between T**2** and T**3** can create a non-zero Enet, consider a further simplified model where temperatures at the two open (as shown) ends of the conductive path are assumed to be the same and close to the device temperature (T**1**=T**4**), which is an acceptable simplification in systems like ours where extensions connect to electrical contacts with large thermal mass at T**1** and T**4**. Seebeck coefficients for the two extensions are assumed to be the same since the two extension leads are of the same material (S**1**=S**3**). This reduces the above expression to:

$$E_{net}=(S2-S1)(T2-T3)$$

From the above expression, if S**2** and S**1** are not equal (heating element and extension leads have different Seebeck coefficients) and T**2** and T**3** are not equal (non-zero net temp gradient across the two points where heating element meets extensions), Enet will not be zero, and it will skew the resistance measurement taken by the device. For comparison, if there are no extension leads, EMF for the heating element alone can be considered:

$$E_{net}=S2(T2-T3)$$

When the heating element is connected directly to electrical contacts that are large thermal masses, it is expected (and can be measured) that T**2** and T**3** are very close and Seebeck effect introduces negligible error in resistance measurement. In other systems where extension leads are used, the Seebeck effect will skew measured resistance, making temperature control impossible when Seebeck effect is not corrected for.

Additionally, some systems without extension leads may still see a temperature difference between T**2** and T**3** depending on the device and heating element assembly. If this temperature difference is significant, this effect will have to be corrected for if accurate resistance measurements is desired.

The simple model above with extension leads and heating element is provided to illustrate the source of heating element EMF. In most systems there will be additional material transitions and temperature gradients in each material in the resistance measurement path. As described below, a complete understanding or modeling of all material transitions and junction temperatures is not needed to correct for this effect. The heating element EMF (caused by the Seebeck effect) can simply be measured and used to correct for the error it introduces in resistance measurements.

In a vaporization devices that uses measured heating element resistance for temperature control of the heating element as described above, heating element EMF may also measure and used to control the power applied and/or estimates of temperature. The Seebeck effect may be observed to be the main contributor to heating element EMF and is the only known contributor to heating element EMF when no current (or constant current) has been flowing through the element for some time. Measured heating element EMF can be used to correct for resistance measurement error caused by heating element EMF. The resistance measurement (skewed by Seebeck EMF) and the Seebeck EMF measurement together can be used to calculate accurate heating element resistances, which can be used to control average temperature of the heating element.

The effect of heating element EMF on the resistance measurement depends on the measurement circuit used. Heating element EMF will produce measurement error in all known resistance measurement circuits, so heating element EMF may be separately measured to correct for the error it causes in the resistance measurement. Sensitivity of the resistance measurement to heating element EMF may be understood so that measured heating element EMF can be used correctly to calculate heating element resistance from the two measurements taken. For example, the same differential op-amp used for the resistance measurement may also be used for the heating element EMF measurement. In the resistance measurement, the heating element may be powered through a voltage divider so that there is a measureable voltage across the heater which is compared against a reference voltage or summed with other reference voltages and amplified by the differential op amp circuit. For heating element EMF measurement, no voltage is applied to the heating element, which allows for direct measurement of the EMF, which is compared against another close reference voltage and amplified by the same differential op amp circuit used for the resistance measurement.

Because the same amplification circuit may be used, the sensitivities of both the resistance measurement and the heating element EMF measurement to heating element EMF will be the same. The two measurements may then be used to calculate accurate heating element resistances, the raw reading difference between measured heating element EMFs when the device is heating and when device has not been heating for some time (note that Seebeck EMF is 0 when heating element reaches thermal equilibrium in device) and may be subtracted from the raw resistance measurement reading before other calculations are performed to yield heating element resistance from corrected resistance measurement reading.

FIG. **18** illustrates one example of a measurement circuit that may be used as part of a vaporization apparatus. Operation of this circuit to control heating element resistance while heating may be as follows (with signal and

component names below referencing signals and components from schematic of FIG. **18**); except for H+ **1821**, all output boxes (**1801**, **1803**, **1805**, **1807**, **1809**, **1811**, **1813**) are connected to the microcontroller, which is not shown; timing noted below is for one exemplary software implementation and may be different or modified for different implementations). Heating element is connected between H+ **1821** and GND.

In FIG. **18**, when device is heating, HEATER **1807** is driven with PWM to connect VBAT to H+ **1821** through Q5 (powering heating element with battery voltage) at some duty cycle to generate a known power in the heating element. When device is heating or in a wake state but not heating, every 3.9 ms (256 Hz measurement), HEATER **1807** is held off and HM_PWR **1805** is held on (powering differential op-amp circuit and voltage references required for measurements) for 268 μs so that either the heating element resistance or heating element EMF can be measured. Heating element resistance and EMF are each measured every 7.8 ms (each is measured during every other measurement window). The first 200 us of this 268 μs measurement window is settling time for the op-amp output as seen by microcontroller (HM_OUT **1809**) to stabilize. ADC is performed by the microcontroller on HM_OUT **1809** between AREF_HM_OUT **1801** and GND during the last 68 μs of the measurement window. For the heating element resistance measurement, HM_NEG_REF_EN **1803** is on to bias the heating element so that the voltage divider formed by R**19** and the heating element can compared by the differential op amp circuit (comprised of U**5**, R**21**, R**22**, R**23**, and R**33**) against a fixed voltage divider formed by R**20** and R**32**, and some combination of R**28**, R**29**, and R**30**, which are used to keep HM_OUT **1809** in a usable voltage range between AREF_HM_OUT **1801** and GND for the range of heating element resistances that the device might see. HM_SCALE_**0-2** **1813** are either allowed to float (high impedance) or connected to GND within the microcontroller to use R**28-30** to set the resistance measurement range of the circuit.

For the heating element EMF measurement, HM_NEG_REF_EN **1803** is off to allow H+ to float to a voltage that is the heating element EMF (relative GND) and SEEBECK_REF_EN **1815** is on to make the fixed reference used by the differential op amp circuit close enough to heating element EMF that HM_OUT **1809** will be usable (will be between AREF_HM_OUT **1801** and GND) over the range of heating element EMFs expected when heating element is heated. Heating element EMF may be as high as +/−3 mV. The heating element EMF measurement circuit can measure between +/−5 mV. The measurement circuit yields a non-zero ADC value when device has not been heating for some time and EMF is 0; this value is used to "zero" the heating element EMF readings when used in resistance calculations. Resistance calculations are as follows:

Heating Element Resistance=(resistance measurement ADC raw−(EMF measurement ADC raw−EMF measurement ADC zero))*resistance measurement sensitivity+resistance measurement offset

Resistance measurement sensitivities and offsets may depend on the active resistance measurement scale (selected using HM_SCALE_**0-2** **1813**) and may be solved for using circuit component values and then included in the device (e.g., in the firmware, hardware or software of the apparatus).

Baseline resistance (measured resistance when heating element has not been heated for some time) may be used to calculate a target resistance that corresponds to a target average heating element temperature based on the heating element's resistivity vs. temperature curve.

The resistance measurement circuit may be a two-terminal sensing circuit, as just discussed. In other variations, a four-terminal sensing may be used to mitigate effects of variable contact resistance and trace or lead resistance in series with the heating element resistance measurement. Changing contact resistance and trace/lead resistance have a negligible impact on resistance measurement and temperature control, but these effects may be more pronounced in variations which have a lower resistance heating element and different heating element and device assembly. In this case, a four-terminal (also known as four-point) resistance and EMF measurement circuit, such as the one shown in FIG. **19**, may be used.

Operation of the circuit shown in FIG. **19** to control heating element resistance while heating may be done as follows (with signal and component names below referencing signals and components from schematic above; signals **1903**, **1905**, **1907**, **1909**, **1911**, **1913**, **1915**, **1917**) are connected to the microcontroller, which is not shown; timing noted below is exemplary only, and may be different). In FIG. **19**, HI+ **1822** and HV+ **1826** connect directly to one terminal of the heating element, while HV− **1828** and HI− **1824** connect directly to the other terminal of the heating element.

When device is heating, HEATER **1907** is driven with PWM to connect VBAT to H+ **1822** through Q2 (powering heating element with battery voltage) at some duty cycle to generate a known power in the heating element.

When device is heating or in a wake state but not heating, every 3.9 ms (256 Hz measurement), HEATER **197** is held off and HM_PWR **1905** is held on (powering the differential summing op-amp circuit and voltage references required for measurements) for 268 μs so that either the heating element resistance or heating element EMF can be measured. Heating element resistance and EMF are each measured every 7.8 ms (each is measured during every other measurement window). The first 200 μs of this 268 μs measurement window is settling time for the op-amp output as seen by microcontroller (HM_OUT **1915**) to stabilize. ADC is performed by the microcontroller on HM_OUT **1915** between AREF_HM_OUT **1913** and GND during the last 68 μs of the measurement window.

For the heating element resistance measurement, HM_WS_ISRC_EN **1903** is on to bias the heating element through R**20** and HI+/− terminals so that the voltage across HV+/− can measured by the differential summing op amp circuit (comprised of U**2**, R**19**, R**23-25**, and optionally R**10-14**, R**17**, and R**21**). HM_WS_POS_REF_EN **1903** is on to sum GND through R**19** with HV+ through R**25**. Some combination of HM_SCALE_**0-5** are on to sum HV− through R**24** with VBAT through some respective combination of R**10-14** to keep HM_OUT **1915** in a usable voltage range between AREF_HM_OUT **1913** and GND for the range of heating element resistances that the device might see.

For the heating element EMF measurement, HM_WS_ISRC_EN **1903** is off to allow HV+ to float to a voltage that is the heating element EMF (relative HV−), HM_WS_POS_REF_EN **1909** is off to sum the R**17**, R**21**, R**19** voltage divider through R**19** with HV+ through R**25**, and HM_SCALE**0-4** **1911** are all off to provide no summing and only negative feedback at the negative input of the op-amp. This differential summing configuration keeps HM_OUT **1915** in a usable range (will be between AREF_HM_OUT **1913** and GND) over the range of heating element EMFs

expected when heating element is heated. With the values shown above, the heating element EMF measurement circuit can measure between +/−3.5 mV. The measurement circuit yields a non-zero ADC value when device has not been heating for some time and EMF is 0; this value is used to "zero" the heating element EMF readings when used in resistance calculations.

Resistance calculations are as follows:

Heating Element Resistance=(resistance measurement ADC raw−(EMF measurement ADC raw−EMF measurement ADC zero))*resistance measurement sensitivity+resistance measurement offset Resistance measurement sensitivities and offsets depend on the active resistance measurement scale (selected using HM_SCALE_**0-4 1911**) and may be solved for using circuit component values and then included in the device.

Baseline resistance (measured resistance when heating element has not been heated for some time) may be used to calculate a target resistance that corresponds to a target average heating element temperature based on the heating element's resistivity vs. temperature curve.

As described above, the mismatch in thermoelectric properties and the resulting EM (e.g., the Seebeck EMF) has been found by the inventors to be a potential source of resistance measurement error after data taken from controlled tests of vaporizer prototypes (e.g., using heating elements with extension leads). A single heating element run with temp control of the heating element (using measured heating element resistance without correction for this EMF) may consistently run with much higher power when connected in one polarity vs. the other polarity. It was discovered that asymmetries in the heating element (in this case the wick and coil) assembly could consistently produce hotter temperatures at one of the two heating element/extension lead junctions, resulting in consistent offset voltage at operating temperatures that skewed the resistance measurement in one direction with the heating element connected in one polarity and in the other direction with heating element connected in the other polarity. Although measured resistance was controlled during these tests, these devices were not accurately controlling heating element temperatures because measurements were skewed by this offset EMF resulting from the mismatch in thermoelectric properties of the components. With the correction described above, used to correct for the error in resistance measurement, it is observed that heating element polarity does not have an effect on the power required to hold the heating element at operating temperatures during controlled testing, which suggests that this correction yields accurate calculated heating element resistances that remove the effect of the offset EMF, providing much more accurate temperature control of the heating element than when not corrected.

Thus, in any of the variations described herein, the apparatus may include an offset correction circuit (also referred to as a Seebeck correction circuit) to correct for the offset voltage resulting from the mismatch in thermoelectric properties between the resistive heating coil and the conductive connectors linking the resistive heating coil to the power input (e.g., from the vaporizer base, including the vaporizer power controller) in the cartridge. The offset correction circuit may be located in the vaporizer base and connected between the coupling connectors **595**, **595'** to couple with the cartridge connectors and determine the offset voltage due to the mismatch in thermoelectric properties of the heating (resistive) coil and the wires linking the coil to the connector on the cartridge. Also described herein are methods of correcting for the mismatch (Seebeck effect) in thermoelectric properties between the coil and the wires (electrical extensions) connecting to the electrical connectors.

Dose Monitoring

As mentioned above, any of the apparatuses described herein may also or alternatively detect and display the dose of material applied. U.S. patent application Ser. No. 14/960,259 (filed on Dec. 4, 2015, and published as US-2016-0157524-A1), herein incorporated by reference in its entirety, describes examples of methods for determining dose (and apparatuses including dose determination). Generally these methods may be used to accurately calculate dose based on the power applied to the heater and the temperature of the heater (or a material in contact with the heater) during an immediately before a small increment of time; total dose may be determined by summing these small increments up over a desired time range. These methods may be incorporated herein, and may be made even more accurate by correcting the power applied as described above (e.g., accounting for the offset EMF due to the Seebeck effect).

Alternatively or additionally, described herein are methods and apparatuses that may provide a rough approximation of dose based on the power applied over time to vaporize the material within the cartridge. This may be referred to herein as the consumption (of the vaporizable material in the cartridge, an indication of consumption) of the cartridge or vaporizable material, or the like. In general, the apparatus may aggregate the power during operation of the apparatus (e.g., the power applied over time during a puff/inhalation and/or the power applied over this time multiplied times the duration of the inhalation).

The apparatus may further provide an output of the amount of consumption. This output may be, in particular, a qualitative approximation. For example, the output may be incrementally increasing the number, intensity and/or color of one or more LEDs on the surface of the apparatus. For example, in this case, the consumption amount (dose) is not an absolute amount, but is an indicator or readout of the power applied to vaporize the material (power applied to the coils) over time. In FIG. **9**C, for example, when the user first installs a cartridge and the apparatus is set up to display consumption/dose, the four LEDS **897** may initially be unlit or lit to the neutral color (e.g., white). As the user draws on the device and vaporizes the material within the cartridge, the number of LEDS illuminated may be increased and the intensity and/or color of illumination may be increased to indicate increasing dosage or consumption; for example the calculation of power applied over time may determine based on a number or predetermined increments, whether to increase the number of illuminated LEDS of a particular color and/or intensity, to change color and/or intensity, etc.

The accumulated dose may be reset manually (e.g., using an app, shaking the device, etc.) or by removing the cartridge. Alternatively or additionally to the qualitative output described above, a quantitative estimate based on the power may be displayed or output to a remote processor (e.g. smartphone, etc.).

Thermocouple as Heater

In any of the apparatuses described herein, the heater may be configured as a thermocouple junction. See, e.g., FIGS. **20**A and **20**B. Thus, a thermocouple junction (comprising materials having dissimilar thermoelectric properties) may be used to measure temperature at a point along the heater coil. As discussed above, this may allow an apparatus to resistively determine temperature along the heater coil using the thermoelectric properties described above. Thus, similar

to what is described above, the heating element performs both as a heater and a temperature sensor. For example, a resistive heater may comprised of two dissimilar conductors (e.g., stainless steel and titanium) welded together, as shown in FIG. **20**A. When the heater (heating coil) heats up, the dissimilar material will be heated differentially, resulting in a temperature gradient and a resulting offset voltage (EMF), due to the Seebeck effect discussed above, at the junction of the two dissimilar materials. This effect may be used to determine the temperature at that junction (whereas typically, we determine the average temperature of the entire heater by using TCR, temperature coefficient of resistance, as also discussed above.

The Seebeck effect also occurs at the junction between the heater end poles and passive electrical conduits. Although the correction circuits discussed above are aimed at correcting for the effect, it may also be possible to take advantage of the effect for a more localized temperature measurement. Compare, FIG. **20**B to FIG. **20**A, for example. In FIG. **20**A, the junction is located in the middle of the heating element, and determining the offset voltage in this case, which is based on the temperature, may allow accurate temperature determination. This embodiment may be particularly relevant for a convection vaporizer, where you likely have a (relatively) large heater and you care about the temperature at just the air outlet end.

In vaporization systems where the heating element is connected to the device through extension leads, if Seebeck coefficients are known for both materials, the measured Seebeck EMF can be used to determine the net temperature gradient across the heating element. With some modeling, this measurement could be used to approximately control maximum heating element temperature instead of or in addition to average heating element temperature. This measurement can also be used to perform quality control where the heating element assembly is manufactured. In vaporization systems where the heating element is connected to the device through extension leads and the heating element is used to primarily heat air, if Seebeck coefficients are known for both materials, Seebeck EMF can be used to determine the net temperature gradient across the heating element, which with a known air flow path and thermal modeling of the system can be used to predict average air temperature at some point down-stream of the heating element. As mentioned above, this may be particularly advantageous in convection (hot-air) vaporization systems as two measurements (resistance and Seebeck EMF) taken from the actuator can allow for accurate temperature control of air flowing from the outlet of the heating element without additional sensors in the air path or connected to the heating element.

As shown in FIG. **20**A, the Seebeck effect alone or the Seebeck effect in conjunction with resistance measurement can be used for temperature control of a heating element that has a material transition (junction) at the position where temperature is to be controlled. This is essentially creating a thermocouple out of resistive heating alloys so that the Seebeck EMF can be measured in order to control temperature at the hot junction of the thermocouple resistive heater. The junction could be positioned where the heating element is expected to be hottest to control maximum temperature of the heating element. The control algorithm could use a target average temperature of the heating element (calculated using resistance and EMF measurements) as well as a maximum acceptable max temperature of the heating element (calculated using just the EMF measurement). A device that knows both the average temperature of the heating element and the maximum temperature of the heating element could know more about the temperature gradient along the heating element and be better at predicting mass of material vaporized while heating than a device that only knows either maximum or average heating element temperature (device knowing precise mass of material vaporized is critical for dose-control in vaporizers). If extensions are used in such a system, they could be the same material as the intended heating element but much larger gauge for reduced losses in the extensions. Alternatively, extensions with Seebeck coefficients that are very similar to the Seebeck coefficients of the two heating element sections could be used so that Seebeck EMF is still usable for temp control of the hot junction (small contribution of heating element/extension junctions to net Seebeck EMF).

Vaporizers without Cartridges

Any of the features described herein may be incorporated into a vaporizer apparatus that does not require the uses of a separate (e.g., removable cartridge), including vaporizer apparatuses such as loose-leaf vaporizer apparatuses.

Such apparatuses are described, for example, in each of the following applications, herein incorporated by reference in their entirety: U.S. patent application Ser. No. 13/837,438, filed on Mar. 15, 2013, Publication No. US 2013-0312742 A1; U.S. patent application Ser. No. 15/166,001, filed on May 26, 2016, Publication No. US 2016-0262459 A1; U.S. patent application Ser. No. 14/581,666, filed on Dec. 23, 2014, Publication No. US 2015-0208729 A1; U.S. patent application Ser. No. 15/053,927, filed on Feb. 25, 2016, Publication No. US 2016-0174611 A1; U.S. patent application Ser. No. 15/257,748, filed on Sep. 6, 2016; U.S. patent application Ser. No. 15/257,760, filed on Sep. 6, 2016, Publication No. US 2016-0374399 A1; and U.S. patent application Ser. No. 15/257,768, filed on Sep. 6, 2016, Publication No. US 2016-0366947 A1.

For example such a device may include preset and allow the user to enter temp set mode by holding down on a button (on or under the mouthpiece) for >0.6 seconds. Pressing the button again cycles through the 4+1 presets. To exit temp set, again hold the button for >0.6 sec. The presets may be, e.g.,: 180C, 193C, 204C, 216C.

Any of the apparatuses described herein may include haptic feedback that may include distinct profiles for different events: For example:

/¯\—trapezoid—power on, and Bluetooth connect

||—quick click—manual power off, and Bluetooth disconnect

|¯||¯|—2 long clicks—temp reached

|¯|—1 long click—entered low temp standby, and auto shutoff

Also the user may change the intensity of these envelopes via the app.

Although the disclosure, including the figures, described herein may described and/or exemplify these different variations separately, it should be understood that all or some, or components of them, may be combined.

Although various illustrative embodiments are described above, any of a number of changes may be made to various embodiments without departing from the scope of the invention as described by the claims. For example, the order in which various described method steps are performed may often be changed in alternative embodiments, and in other alternative embodiments one or more method steps may be skipped altogether. Optional features of various device and system embodiments may be included in some embodiments and not in others. Therefore, the foregoing description is

provided primarily for exemplary purposes and should not be interpreted to limit the scope of the invention as it is set forth in the claims.

When a feature or element is herein referred to as being "on" another feature or element, it can be directly on the other feature or element or intervening features and/or elements may also be present. In contrast, when a feature or element is referred to as being "directly on" another feature or element, there are no intervening features or elements present. It will also be understood that, when a feature or element is referred to as being "connected", "attached" or "coupled" to another feature or element, it can be directly connected, attached or coupled to the other feature or element or intervening features or elements may be present. In contrast, when a feature or element is referred to as being "directly connected", "directly attached" or "directly coupled" to another feature or element, there are no intervening features or elements present. Although described or shown with respect to one embodiment, the features and elements so described or shown can apply to other embodiments. It will also be appreciated by those of skill in the art that references to a structure or feature that is disposed "adjacent" another feature may have portions that overlap or underlie the adjacent feature.

Terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. For example, as used herein, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, steps, operations, elements, components, and/or groups thereof. As used herein, the term "and/or" includes any and all combinations of one or more of the associated listed items and may be abbreviated as "/".

Spatially relative terms, such as "under", "below", "lower", "over", "upper" and the like, may be used herein for ease of description to describe one element or feature's relationship to another element(s) or feature(s) as illustrated in the figures. It will be understood that the spatially relative terms are intended to encompass different orientations of the device in use or operation in addition to the orientation depicted in the figures. For example, if a device in the figures is inverted, elements described as "under" or "beneath" other elements or features would then be oriented "over" the other elements or features. Thus, the exemplary term "under" can encompass both an orientation of over and under. The device may be otherwise oriented (rotated 90 degrees or at other orientations) and the spatially relative descriptors used herein interpreted accordingly. Similarly, the terms "upwardly", "downwardly", "vertical", "horizontal" and the like are used herein for the purpose of explanation only unless specifically indicated otherwise.

Although the terms "first" and "second" may be used herein to describe various features/elements (including steps), these features/elements should not be limited by these terms, unless the context indicates otherwise. These terms may be used to distinguish one feature/element from another feature/element. Thus, a first feature/element discussed below could be termed a second feature/element, and similarly, a second feature/element discussed below could be termed a first feature/element without departing from the teachings of the present invention.

Throughout this specification and the claims which follow, unless the context requires otherwise, the word "comprise", and variations such as "comprises" and "comprising" means various components can be co-jointly employed in the methods and articles (e.g., compositions and apparatuses including device and methods). For example, the term "comprising" will be understood to imply the inclusion of any stated elements or steps but not the exclusion of any other elements or steps.

As used herein in the specification and claims, including as used in the examples and unless otherwise expressly specified, all numbers may be read as if prefaced by the word "about" or "approximately," even if the term does not expressly appear. The phrase "about" or "approximately" may be used when describing magnitude and/or position to indicate that the value and/or position described is within a reasonable expected range of values and/or positions. For example, a numeric value may have a value that is +/−0.1% of the stated value (or range of values), +/−1% of the stated value (or range of values), +/−2% of the stated value (or range of values), +/−5% of the stated value (or range of values), +/−10% of the stated value (or range of values), etc. Any numerical values given herein should also be understood to include about or approximately that value, unless the context indicates otherwise.

The examples and illustrations included herein show, by way of illustration and not of limitation, specific embodiments in which the subject matter may be practiced. As mentioned, other embodiments may be utilized and derived there from, such that structural and logical substitutions and changes may be made without departing from the scope of this disclosure. Such embodiments of the inventive subject matter may be referred to herein individually or collectively by the term "invention" merely for convenience and without intending to voluntarily limit the scope of this application to any single invention or inventive concept, if more than one is, in fact, disclosed. Thus, although specific embodiments have been illustrated and described herein, any arrangement calculated to achieve the same purpose may be substituted for the specific embodiments shown. This disclosure is intended to cover any and all adaptations or variations of various embodiments. Combinations of the above embodiments, and other embodiments not specifically described herein, will be apparent to those of skill in the art upon reviewing the above description.

What is claimed is:

**1**. A vaporizer cartridge comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, the mouthpiece comprising an outlet;

a reservoir comprising an internal volume at least partially defined by the cartridge body, the internal volume configured to hold a vaporizable material;

a first reservoir seal;

a second reservoir seal, wherein the first reservoir seal and the second reservoir seal are each configured to cover a corresponding reservoir opening exposing the internal volume of the reservoir;

a first pad positioned within an interior of the mouthpiece;

a second pad positioned within the interior of the mouthpiece;

a bottom cover comprising a bottom portion positioned distally relative to the cartridge body, the bottom portion comprising: a first air opening and a second air opening;

a first cartridge electrical contact configured to contact a first body electrical contact on a vaporizer body;

a second cartridge electrical contact configured to contact a second body electrical contact on the vaporizer body; and

a heater chamber comprising:

an atomizer configured to heat the vaporizable material from the reservoir to generate an aerosol;

a housing piece configured to house at least a portion of the atomizer, the housing piece comprising a housing opening into which at least a portion of the atomizer passes into the housing piece; and

an air tube extending from the housing piece, the air tube configured to deliver the aerosol from the atomizer to the mouthpiece;

wherein the first pad and the second pad do not intersect with a central axis of the air tube.

**2**. The vaporizer cartridge of claim **1**, wherein the atomizer comprises ceramic.

**3**. The vaporizer cartridge of claim **1**, wherein at least a portion of the housing piece is cylindrical.

**4**. The vaporizer cartridge of claim **1**, further comprising: a magnetic material configured to couple and secure the vaporizer cartridge within a cartridge receiver of the vaporizer body.

**5**. A vaporizer device, comprising:

the vaporizer cartridge of claim **1**; and

the vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge, the cartridge receiver comprising:

the first body electrical contact configured to electrically couple to the first cartridge electrical contact of the vaporizer cartridge;

the second body electrical contact configured to electrically couple to the second cartridge electrical contact of the vaporizer cartridge;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end.

**6**. The vaporizer device of claim **5**, further comprising:

a pressure sensor configured to detect a draw on the mouthpiece to activate the vaporizer device; and

a channel extending from the base of the cartridge receiver to the pressure sensor.

**7**. The vaporizer device of claim **5**, further comprising one or more LEDs, wherein the vaporizer device is configured to cause the one or more LEDs to illuminate during the generation of the aerosol by the atomizer of the vaporizer cartridge.

**8**. The vaporizer cartridge of claim **1**, wherein the bottom cover comprises only two air openings, the air openings comprising the first air opening and the second air opening.

**9**. The vaporizer cartridge of claim **1**, further comprising only two cartridge electrical contacts, the electrical contacts comprising the first cartridge electrical contact and the second cartridge electrical contact.

**10**. The vaporizer cartridge of claim **1**, wherein the bottom portion of the bottom cover comprises:

a first cartridge electrical contact opening through which the first cartridge electrical contact is exposed; and

a second cartridge electrical contact opening through which the second cartridge electrical contact is exposed.

**11**. A vaporizer cartridge comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, the mouthpiece comprising an outlet;

a reservoir comprising an internal volume at least partially defined by the cartridge body, the internal volume configured to hold a vaporizable material;

a first reservoir seal;

a second reservoir seal, wherein the first reservoir seal and the second reservoir seal are each configured to cover a corresponding reservoir opening exposing the internal volume of the reservoir;

a first pad positioned within an interior of the mouthpiece;

a second pad positioned within the interior of the mouthpiece;

a bottom cover comprising a bottom portion positioned distally relative to the cartridge body, the bottom portion comprising: a first air opening and a second air opening;

a first cartridge electrical contact configured to contact a first body electrical contact on a vaporizer body;

a second cartridge electrical contact configured to contact a second body electrical contact on the vaporizer body; and

a heater chamber comprising:

an atomizer configured to heat the vaporizable material from the reservoir to generate an aerosol;

a housing piece configured to house at least a portion of the atomizer, the housing piece comprising a housing opening into which at least a portion of the atomizer passes into the housing piece; and

an air tube extending from the housing piece, the air tube configured to deliver the aerosol from the atomizer to the mouthpiece;

wherein the first pad and the second pad do not intersect with a central axis of the air tube.

**12**. The vaporizer device of claim **11**, wherein the atomizer comprises ceramic.

**13**. The vaporizer device of claim **11**, wherein at least a portion of the housing piece is cylindrical.

**14**. The vaporizer device of claim **11**, wherein the vaporizer cartridge further comprises: a magnetic material configured to couple and secure the vaporizer cartridge within the cartridge receiver of the vaporizer body.

**15**. The vaporizer device of claim **11**, wherein the bottom cover comprises only two air openings, the air openings comprising the first air opening and the second air opening.

**16**. The vaporizer device of claim **11**, wherein the vaporizer cartridge comprises only two cartridge electrical contacts, the cartridge electrical contacts comprising the first cartridge electrical contact and the second cartridge electrical contact.

**17**. The vaporizer device of claim **11**, wherein the bottom portion of the bottom cover further comprises:

a first cartridge electrical contact opening through which the first cartridge electrical contact is exposed; and

a second cartridge electrical contact opening through which the second cartridge electrical contact is exposed.

* * * * *



9427234

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 31, 2023

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,369,757*
ISSUE DATE: *June 28, 2022*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Sylvia Holley
Certifying Officer

US011369757B2

(12) **United States Patent**
**Hatton et al.**

(10) **Patent No.: US 11,369,757 B2**
(45) **Date of Patent: *Jun. 28, 2022**

(54) **LEAK-RESISTANT VAPORIZER DEVICE**

(71) Applicant: **JUUL Labs, Inc.**, San Francisco, CA (US)

(72) Inventors: **Nicholas Jay Hatton**, Oakland, CA (US); **Steven Christensen**, Burlingame, CA (US); **Esteban Leon Duque**, Berkeley, CA (US); **Ariel Atkins**, San Francisco, CA (US); **James Monsees**, San Francisco, CA (US); **Adam Bowen**, San Mateo, CA (US)

(73) Assignee: **JUUL Labs, Inc.**, San Francisco, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/364,436**

(22) Filed: **Jun. 30, 2021**

(65) **Prior Publication Data**

US 2021/0330898 A1 Oct. 28, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 15/396,584, filed on Dec. 31, 2016.

(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***A61M 11/00*** | (2006.01) |
| ***A24F 40/40*** | (2020.01) |
| ***A61M 11/04*** | (2006.01) |
| ***A61M 15/06*** | (2006.01) |
| ***A24F 40/10*** | (2020.01) |
| ***A61M 15/00*** | (2006.01) |

(52) **U.S. Cl.**

CPC ............ ***A61M 11/00*** (2013.01); ***A24F 40/40*** (2020.01); ***A61M 11/042*** (2014.02); ***A61M 15/06*** (2013.01); *A24F 40/10* (2020.01); *A61M 15/0021* (2014.02); *A61M 2205/8206* (2013.01)

(58) **Field of Classification Search**

None

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,671,185 | A | 5/1928 | Flynn |
| 1,950,542 | A | 3/1934 | Daniel |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AT | 507187 | A4 | 3/2010 |
| CA | 2920973 | C | 9/2018 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 15/396,584, filed Dec. 31, 2016, US 2018-0077967 A1.

(Continued)

*Primary Examiner* — Phu H Nguyen

(74) *Attorney, Agent, or Firm* — Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

(57) **ABSTRACT**

Vaporizer cartridges and vaporizer apparatuses, and methods for making, using and delivering vapor to a user, that are leak-resistant for use with cannabinoids. In particular, described herein are leak-resistant vaporizer cartridges and apparatuses adapted for use with oil-based vaporizable materials including *cannabis* oils.

**20 Claims, 26 Drawing Sheets**



**Related U.S. Application Data**

(60) Provisional application No. 62/398,494, filed on Sep. 22, 2016.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,900,989 A 8/1959 Glenn
4,945,931 A 8/1990 Gori
6,516,796 B1 2/2003 Cox et al.
6,637,430 B1 10/2003 Voges et al.
7,284,553 B2 10/2007 Hochrainer
7,802,569 B2 9/2010 Yeates et al.
8,528,569 B1 9/2013 Newton
8,714,161 B2 5/2014 Liu et al.
8,752,545 B2 6/2014 Buchberger
8,833,364 B2 9/2014 Buchberger
8,899,240 B2 12/2014 Mass
8,948,578 B2 2/2015 Buchberger
9,010,335 B1 4/2015 Scatterday
9,078,474 B2 7/2015 Thompson
9,089,166 B1 7/2015 Scatterday
9,155,336 B2 10/2015 Liu
9,247,773 B2 2/2016 Memari et al.
9,289,014 B2 3/2016 Tucker et al.
9,351,522 B2 5/2016 Safari
9,364,025 B2 6/2016 Liu
9,427,022 B2 8/2016 Levin et al.
9,497,998 B2 11/2016 Chen
9,510,623 B2 12/2016 Tucker et al.
9,526,272 B2 12/2016 Liu
9,648,908 B1 5/2017 Rinehart et al.
9,668,520 B2 6/2017 Boldrini et al.
9,668,522 B2 6/2017 Memari et al.
9,681,688 B1 6/2017 Rinehart et al.
9,763,475 B2 9/2017 Liu
9,763,478 B2 9/2017 Cameron et al.
9,770,055 B2 9/2017 Cameron et al.
9,795,168 B2 10/2017 Zhu
9,833,021 B2 12/2017 Perez et al.
9,844,234 B2 12/2017 Thorens et al.
9,861,135 B2 1/2018 Chen
9,877,519 B2 1/2018 Xiang
9,918,496 B2 3/2018 Kane et al.
9,955,726 B2 5/2018 Brinkley et al.
9,986,762 B2 6/2018 Alarcon et al.
10,058,128 B2 8/2018 Cameron et al.
10,070,668 B2 9/2018 Li et al.
10,080,387 B2 9/2018 Phillips et al.
10,085,481 B2 10/2018 Verleur et al.
10,085,486 B2 10/2018 Cameron
10,130,123 B2 11/2018 Hatton et al.
10,131,532 B2 11/2018 Murison et al.
10,159,282 B2 12/2018 Monsees et al.
10,206,429 B2 2/2019 Davis et al.
10,279,934 B2 5/2019 Christensen et al.
10,299,513 B2 5/2019 Perez et al.
10,383,368 B2 8/2019 Larson
10,426,199 B2 10/2019 Turner et al.
10,492,542 B1 12/2019 Worm et al.
2003/0154991 A1 8/2003 Fournier et al.
2007/0215168 A1 9/2007 Banerjee et al.
2009/0255534 A1 10/2009 Paterno
2010/0186757 A1 7/2010 Crooks et al.
2010/0200008 A1 8/2010 Taieb
2012/0018529 A1 1/2012 Gammon et al.
2012/0318882 A1 12/2012 Abehasera
2013/0192615 A1 8/2013 Tucker et al.
2013/0199528 A1 8/2013 Goodman et al.
2013/0312742 A1 11/2013 Monsees et al.
2014/0041655 A1 2/2014 Barron et al.
2014/0041658 A1 2/2014 Goodman et al.
2014/0150810 A1 6/2014 Hon
2014/0158129 A1 6/2014 Pratt et al.
2014/0182612 A1 7/2014 Chen
2014/0202454 A1 7/2014 Buchberger
2014/0238421 A1 8/2014 Shapiro
2014/0261399 A1 9/2014 Murphy
2014/0290677 A1 10/2014 Liu
2014/0345635 A1 11/2014 Rabinowitz et al.
2014/0355969 A1 12/2014 Stern
2015/0007836 A1 1/2015 Xu et al.
2015/0040929 A1 2/2015 Hon
2015/0136158 A1 5/2015 Stevens et al.
2015/0144147 A1 5/2015 Li et al.
2015/0150305 A1 6/2015 Shenkal
2015/0157054 A1 6/2015 Liu
2015/0164147 A1 6/2015 Verleur et al.
2015/0181941 A1 7/2015 Liu
2015/0184846 A1 7/2015 Liu
2015/0189919 A1 7/2015 Liu
2015/0201674 A1 7/2015 Dooly et al.
2015/0208729 A1 7/2015 Monsees et al.
2015/0216236 A1 8/2015 Bless et al.
2015/0223521 A1 8/2015 Menting et al.
2015/0223522 A1 8/2015 Ampolini et al.
2015/0245654 A1 9/2015 Memari et al.
2015/0245655 A1 9/2015 Memari et al.
2015/0245657 A1 9/2015 Memari et al.
2015/0245665 A1 9/2015 Memari et al.
2015/0245666 A1 9/2015 Memari et al.
2015/0245667 A1 9/2015 Memari et al.
2015/0245668 A1 9/2015 Memari et al.
2015/0257451 A1 9/2015 Brannon et al.
2015/0272217 A1 10/2015 Chen
2015/0282530 A1 10/2015 Johnson et al.
2015/0289565 A1 10/2015 Cadieux et al.
2015/0305406 A1 10/2015 Li et al.
2015/0313287 A1 11/2015 Verleur et al.
2015/0320116 A1 11/2015 Bleloch et al.
2015/0327595 A1 11/2015 Scatterday
2015/0328415 A1 11/2015 Minskoff et al.
2015/0342258 A1 12/2015 Chen
2015/0366267 A1 12/2015 Liu
2016/0000147 A1 1/2016 Li et al.
2016/0000149 A1 1/2016 Scatterday
2016/0007655 A1 1/2016 Li et al.
2016/0044965 A1 2/2016 Liu
2016/0073692 A1 3/2016 Alarcon et al.
2016/0081394 A1 3/2016 Alarcon et al.
2016/0095357 A1 4/2016 Burton
2016/0100632 A1 4/2016 Debono et al.
2016/0120226 A1 5/2016 Rado et al.
2016/0120227 A1 5/2016 Levitz et al.
2016/0128384 A1 5/2016 Luciani
2016/0129205 A1 5/2016 Shahaf et al.
2016/0135504 A1 5/2016 Li et al.
2016/0150823 A1 6/2016 Liu
2016/0150824 A1 6/2016 Memari et al.
2016/0157524 A1 6/2016 Bowen et al.
2016/0174611 A1 6/2016 Monsees et al.
2016/0193434 A1 7/2016 Gleixner et al.
2016/0198767 A1 7/2016 Verleur
2016/0198769 A1 7/2016 Liu
2016/0198770 A1 7/2016 Alarcon
2016/0213866 A1 7/2016 Tan
2016/0219934 A1 8/2016 Li et al.
2016/0219937 A1 8/2016 Rado
2016/0235120 A1 8/2016 Liu
2016/0235125 A1 8/2016 Safari
2016/0249684 A1 9/2016 Liu
2016/0262452 A1 9/2016 Zhu
2016/0262459 A1 9/2016 Monsees et al.
2016/0278163 A1 9/2016 Chen
2016/0286860 A1 10/2016 Flayler
2016/0286863 A1 10/2016 Lin
2016/0286865 A1 10/2016 King et al.
2016/0302487 A1 10/2016 Chen
2016/0309785 A1 10/2016 Holtz
2016/0324217 A1 11/2016 Cameron
2016/0325055 A1 11/2016 Cameron
2016/0331022 A1 11/2016 Cameron
2016/0331023 A1 11/2016 Cameron
2016/0331024 A1 11/2016 Cameron
2016/0331025 A1 11/2016 Cameron
2016/0331026 A1 11/2016 Cameron

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2016/0331034 | A1 | 11/2016 | Cameron |
| 2016/0331037 | A1 | 11/2016 | Cameron |
| 2016/0332754 | A1 | 11/2016 | Brown et al. |
| 2016/0334847 | A1 | 11/2016 | Cameron |
| 2016/0337141 | A1 | 11/2016 | Cameron |
| 2016/0337444 | A1 | 11/2016 | Cameron |
| 2016/0338413 | A1 | 11/2016 | Li et al. |
| 2016/0345621 | A1 | 12/2016 | Li et al. |
| 2016/0356751 | A1 | 12/2016 | Blackley |
| 2016/0360789 | A1 | 12/2016 | Hawes et al. |
| 2016/0363570 | A1 | 12/2016 | Blackley |
| 2016/0363917 | A1 | 12/2016 | Blackley |
| 2016/0366936 | A1 | 12/2016 | Liu |
| 2016/0366943 | A1 | 12/2016 | Li et al. |
| 2016/0366945 | A1 | 12/2016 | Rado |
| 2016/0366947 | A1 | 12/2016 | Monsees et al. |
| 2016/0367925 | A1 | 12/2016 | Blackley |
| 2016/0370335 | A1 | 12/2016 | Blackley |
| 2016/0374399 | A1 | 12/2016 | Monsees et al. |
| 2017/0006922 | A1 | 1/2017 | Wang et al. |
| 2017/0013885 | A1 | 1/2017 | Qiu |
| 2017/0018000 | A1 | 1/2017 | Cameron |
| 2017/0020188 | A1 | 1/2017 | Cameron |
| 2017/0020195 | A1 | 1/2017 | Cameron |
| 2017/0020196 | A1 | 1/2017 | Cameron |
| 2017/0020197 | A1 | 1/2017 | Cameron |
| 2017/0035110 | A1 | 2/2017 | Keen |
| 2017/0042229 | A1 | 2/2017 | Liu |
| 2017/0042246 | A1 | 2/2017 | Lau et al. |
| 2017/0049153 | A1 | 2/2017 | Guo et al. |
| 2017/0055586 | A1 | 3/2017 | Liu |
| 2017/0055588 | A1 | 3/2017 | Cameron |
| 2017/0071249 | A1 | 3/2017 | Ampolini et al. |
| 2017/0108210 | A1 | 4/2017 | Meinhart et al. |
| 2017/0112193 | A1 | 4/2017 | Chen |
| 2017/0119057 | A1 | 5/2017 | Liu |
| 2017/0119060 | A1 | 5/2017 | Li et al. |
| 2017/0196265 | A1 | 7/2017 | Liu |
| 2017/0196272 | A1 | 7/2017 | Li et al. |
| 2017/0208857 | A1 | 7/2017 | Branton et al. |
| 2017/0224013 | A1 | 8/2017 | Huang |
| 2017/0231282 | A1 | 8/2017 | Bowen et al. |
| 2017/0231286 | A1 | 8/2017 | Borkovec et al. |
| 2017/0245546 | A1 | 8/2017 | Huang et al. |
| 2017/0259170 | A1 | 9/2017 | Bowen et al. |
| 2017/0347706 | A1 | 12/2017 | Aoun et al. |
| 2017/0360093 | A1 | 12/2017 | Fernando |
| 2018/0016040 | A1 | 1/2018 | Ewing et al. |
| 2018/0022516 | A1 | 1/2018 | Liu |
| 2018/0064169 | A1 | 3/2018 | Biel et al. |
| 2018/0160733 | A1 | 6/2018 | Leadley et al. |
| 2018/0161525 | A1 | 6/2018 | Liu et al. |
| 2018/0168227 | A1 | 6/2018 | Fraser et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101263935 | A | 9/2008 |
| CN | 100589726 | C | 2/2010 |
| CN | 201430916 | Y | 3/2010 |
| CN | 204180941 | U | 3/2015 |
| CN | 204217907 | U | 3/2015 |
| CN | 204426692 | U | 7/2015 |
| CN | 105249536 | A | 1/2016 |
| CN | 105962419 | A | 9/2016 |
| DE | 202015009688 | U1 | 3/2019 |
| EP | 0535695 | A2 | 4/1993 |
| EP | 1093936 | A1 | 4/2001 |
| EP | 2789248 | A1 | 10/2014 |
| EP | 3031339 | A1 | 6/2016 |
| EP | 3143884 | A2 | 4/2017 |
| EP | 3158883 | A2 | 4/2017 |
| EP | 3195738 | A2 | 7/2017 |
| EP | 3024344 | B1 | 9/2018 |
| EP | 3313215 | B1 | 6/2019 |
| EP | 3409597 | B1 | 6/2019 |
| KR | 20110006928 | U | 7/2011 |
| KR | 200461404 | Y1 | 7/2012 |
| KR | 200462610 | Y1 | 9/2012 |
| KR | 20120006582 | U | 9/2012 |
| KR | 200473510 | Y1 | 8/2014 |
| KR | 101541750 | B1 | 8/2015 |
| KR | 101634882 | B1 | 6/2016 |
| KR | 200481405 | Y1 | 10/2016 |
| KR | 101774283 | B1 | 9/2017 |
| KR | 101995956 | B1 | 7/2019 |
| WO | WO-2006021153 | A1 | 3/2006 |
| WO | WO-2009135729 | A1 | 11/2009 |
| WO | WO-2010045671 | A1 | 4/2010 |
| WO | WO-2010118644 | A1 | 10/2010 |
| WO | WO-2012040512 | A2 | 3/2012 |
| WO | WO-2012134117 | A2 | 10/2012 |
| WO | WO-2012173322 | A1 | 12/2012 |
| WO | WO-2012174677 | A1 | 12/2012 |
| WO | WO-2013089358 | A1 | 6/2013 |
| WO | WO-2013089551 | A1 | 6/2013 |
| WO | WO-2014020953 | A1 | 2/2014 |
| WO | WO-2014071747 | A1 | 5/2014 |
| WO | WO-2014101734 | A1 | 7/2014 |
| WO | WO-2014185937 | A1 | 11/2014 |
| WO | WO-2015070398 | A1 | 5/2015 |
| WO | WO-2015070405 | A1 | 5/2015 |
| WO | WO-2015106440 | A1 | 7/2015 |
| WO | WO-2015128665 | A1 | 9/2015 |
| WO | WO-2015144057 | A1 | 10/2015 |
| WO | WO-2015149311 | A1 | 10/2015 |
| WO | WO-2015149403 | A1 | 10/2015 |
| WO | WO-2015154309 | A1 | 10/2015 |
| WO | WO-2015157900 | A1 | 10/2015 |
| WO | WO-2015161407 | A1 | 10/2015 |
| WO | WO-2015161553 | A1 | 10/2015 |
| WO | WO-2015161557 | A1 | 10/2015 |
| WO | WO-2015165081 | A1 | 11/2015 |
| WO | WO-2015165083 | A1 | 11/2015 |
| WO | WO-2015165105 | A1 | 11/2015 |
| WO | WO-2015172331 | A1 | 11/2015 |
| WO | WO-2015172368 | A1 | 11/2015 |
| WO | WO-2015176230 | A1 | 11/2015 |
| WO | WO-2015176580 | A1 | 11/2015 |
| WO | WO-2015180061 | A1 | 12/2015 |
| WO | WO-2015180088 | A1 | 12/2015 |
| WO | WO-2015184747 | A1 | 12/2015 |
| WO | WO-2015188295 | A1 | 12/2015 |
| WO | WO-2015192377 | A1 | 12/2015 |
| WO | WO-2015196463 | A1 | 12/2015 |
| WO | WO-2016000206 | A1 | 1/2016 |
| WO | WO-2016000214 | A1 | 1/2016 |
| WO | WO-2016019353 | A1 | 2/2016 |
| WO | WO-2016023212 | A1 | 2/2016 |
| WO | WO-2016023824 | A1 | 2/2016 |
| WO | WO-2016026104 | A1 | 2/2016 |
| WO | WO-2016029344 | A1 | 3/2016 |
| WO | WO-2016061730 | A1 | 4/2016 |
| WO | WO-2016061859 | A1 | 4/2016 |
| WO | WO-2016074229 | A1 | 5/2016 |
| WO | WO-2016090303 | A1 | 6/2016 |
| WO | WO-2016090602 | A1 | 6/2016 |
| WO | WO-2016095220 | A1 | 6/2016 |
| WO | WO-2016103202 | A1 | 6/2016 |
| WO | WO-2016106476 | A1 | 7/2016 |
| WO | WO-2016106500 | A1 | 7/2016 |
| WO | WO-2016108694 | A1 | 7/2016 |
| WO | WO-2016109931 | A1 | 7/2016 |
| WO | WO-2016115701 | A1 | 7/2016 |
| WO | WO-2016119098 | A1 | 8/2016 |
| WO | WO-2016119101 | A1 | 8/2016 |
| WO | WO-2016119167 | A1 | 8/2016 |
| WO | WO-2016119225 | A1 | 8/2016 |
| WO | WO-2016122417 | A1 | 8/2016 |
| WO | WO-2016123764 | A1 | 8/2016 |
| WO | WO-2016123780 | A1 | 8/2016 |
| WO | WO-2016123781 | A1 | 8/2016 |
| WO | WO-2016127360 | A1 | 8/2016 |
| WO | WO-2016127406 | A1 | 8/2016 |
| WO | WO-2016141508 | A1 | 9/2016 |

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO-2016145611 | A1 | 9/2016 |
| WO | WO-2016149932 | A1 | 9/2016 |
| WO | WO-2016154798 | A1 | 10/2016 |
| WO | WO-2016172898 | A1 | 11/2016 |
| WO | WO-2016179828 | A1 | 11/2016 |
| WO | WO-2016184247 | A1 | 11/2016 |
| WO | WO-2016201602 | A1 | 12/2016 |
| WO | WO-2016202304 | A1 | 12/2016 |
| WO | WO-2017001818 | A1 | 1/2017 |
| WO | WO-2017001819 | A1 | 1/2017 |
| WO | WO-2017021536 | A2 | 2/2017 |
| WO | WO-2017028167 | A1 | 2/2017 |
| WO | WO-2017035720 | A1 | 3/2017 |
| WO | WO-2017055799 | A1 | 4/2017 |
| WO | WO-2017055802 | A1 | 4/2017 |
| WO | WO-2017055803 | A1 | 4/2017 |
| WO | WO-2017066955 | A1 | 4/2017 |
| WO | WO-2017070871 | A1 | 5/2017 |
| WO | WO-2017082728 | A1 | 5/2017 |
| WO | WO-2017093452 | A1 | 6/2017 |
| WO | WO-2017093535 | A1 | 6/2017 |
| WO | WO-2017107546 | A1 | 6/2017 |
| WO | WO-2017109448 | A2 | 6/2017 |
| WO | WO-2017113106 | A1 | 7/2017 |
| WO | WO-2017124662 | A1 | 7/2017 |
| WO | WO-2017137554 | A1 | 8/2017 |
| WO | WO-2017153270 | A1 | 9/2017 |
| WO | WO-2017156696 | A1 | 9/2017 |
| WO | WO-2017163046 | A1 | 9/2017 |
| WO | WO-2017163050 | A1 | 9/2017 |
| WO | WO-2017163051 | A1 | 9/2017 |
| WO | WO-2017163052 | A1 | 9/2017 |
| WO | WO-2017166263 | A1 | 10/2017 |

OTHER PUBLICATIONS

U.S. Appl. No. 17/199,370, filed Mar. 11, 2021, US 2021-0268206 A1.

U.S. Appl. No. 17/204,148, filed Mar. 17, 2021, US 2021-0268208 A1.

U.S. Appl. No. 17/199,377, filed Mar. 11, 2021, US 2021-0268207 A1.



FIG. 1



FIG. 2



301
300
311

FIG. 3A

303
MOUTHPIECE
301
ABSORBENT PAD
AIRPATH
322b
322a
WICK / COIL ASSY
343
ELASTOMERIC
TANK CAP
CAP
WICK HOUSING
308
ELECTRICAL CONTACTS
J1-J131 TANK

FIG. 3B



FIG. 4A

FIG. 4B



FIG. 5C

FIG. 5B

FIG. 5A



FIG. 5D

FIG. 5F

FIG. 5E

FIG. 6C

FIG. 6A

FIG. 6B

403
422b
404b
422a
404a
K3-J152- O Ring
K3-J133- Wick Housing Female
K3-J150- O Ring
441
408
443
K3-J145- O Ring
K3-J142- Wick Housing Male
445b
699
445a
662a
401
693
691
604a
662b
604b

FIG. 6D

FIG. 7D

FIG. 7F

FIG. 7C

FIG. 7E

FIG. 7A

FIG. 7B

FIG. 8E
FIG. 8G
FIG. 8D
894
FIG. 8C
897
FIG. 8F
899
897
800
890
FIG. 8A
FIG. 8B
892

FIG. 9E
FIG. 9D
FIG. 9C
897
FIG. 9G
FIG. 9F
12
12'
897
900
15C'
15A'
15C
15A
FIG. 9A
16
14
16'
14'
FIG. 9B

403
422b
422a
888
1009
1005
408
1015
443
1013
445b
445a
1021
1019

FIG. 10A



403
422b
422a
1009
1015
888
1005
408
1011
1054
1054'
443
1013
445b
445a
1021
1021'
1019

FIG. 10B



FIG. 11A



FIG. 11B

FIG. 11C



FIG. 12



FIG. 13



422b
443
400
422a
FIG. 14

800

411

793

443

888

408

441

403

FIG. 15A



FIG. 15B



FIG. 15C

FIG. 16

FIG. 15D



Heating Element
T3
Extension
T4
S2
S3
S1
T2
Extension
T1
Enet

FIG. 17

FIG. 18



FIG. 19



FIG. 20A



FIG. 20B



dvt 94 - Bowen
PUFF MODE
LOCK DEVICE
Tap the home i
to return home

FIG. 22

dvt 94 - Bowen

FIG. 21

# LEAK-RESISTANT VAPORIZER DEVICE

## CROSS REFERENCE TO RELATED APPLICATIONS

This patent application is a continuation of U.S. patent application Ser. No. 15/396,584, titled "LEAK-RESISTANT VAPORIZER DEVICE," filed on Dec. 31, 2016, which claims priority to U.S. Provisional Patent Application No. 62/398,494, filed on Sep. 22, 2016 and entitled "VAPORIZER APPARATUSES FOR USE WITH CANNABINOIDS", the disclosure of each of which is incorporated herein by reference in its entirety.

## INCORPORATION BY REFERENCE

All publications and patent applications mentioned in this specification are herein incorporated by reference in their entirety to the same extent as if each individual publication or patent application was specifically and individually indicated to be incorporated by reference.

## FIELD

Described herein are vaporizer apparatuses, including vaporizer or vaporization devices and vaporizer systems, and methods for making, using and delivering vapor to a user. In particular, vaporizer apparatuses adapted for use with oil-based vaporizable materials including *cannabis* oils.

## BACKGROUND

Electronic devices that produce an inhalable aerosol (e.g., inhalable aerosol devices or alternatively referred to as vaporizers, vaporizer devices, vaporization devices, electronic vaping devices, etc.) typically utilize a vaporizable material that is heated to create an aerosol vapor capable of delivering an active ingredient to a user. Vaporizers have been described for vaporizing solids (herbs, tobacco, *cannabis*, etc.), liquids (extracts, waxes, etc.) and combinations of both solids and liquids.

Current market inhalable aerosol devices often consist of a tank or cartridge, vaporizable liquid in the tank or cartridge, an air tube, and a wick/coil subassembly that generates the vapor. Air commonly enters the cartridge through the distal end of the product and is forced through the heated zone where the immediate air becomes fully saturated. As the vapor continues its way through the air tube, it comes in contact with cooler surfaces, causing moisture to collect throughout its use. Depending on the complexity of the air path, particle deposition can add to the existing condensation. As a result, some of the liquid can work its way from the tank or cartridge holding the liquid to other areas of the vaporizer, including the mouthpiece and/or the electronics, causing user dissatisfaction and/or problems with the electronic circuitry.

Conventional vaporizers for aqueous (e.g., water, glycerol, etc.) based vaporizable materials do not manage condensation and leakage of the liquid vaporizable material particularly well, and this problem is particularly acute for oils such as *cannabis* extract oils, in which the liquid material may be particularly oily and/or viscous, and for which evaporation of the liquid material may result in a sticky residue that may impair the operation of the vaporizer.

Further, vaporization of *cannabis* extract liquids may be more technically difficult than vaporization of other liquids (such as nicotine solutions).

For example, conventional e-cigarettes may address moisture build-up by integrating a filter pad in line with air flow. However, having a filter pad in line with the air flow can impede or restrict the air flow as the user draws on the mouthpiece. Moreover, this restriction to draw incrementally climbs as the filter becomes more saturated throughout, often requiring the user to change his or her draw accordingly and increasing the possibility of drawing liquid of the product and into the user's mouth.

In addition, the control of the temperature when vaporizing *cannabis* extracts may require a high degree of precision. Virtually all vaporizers currently available today would benefit from a higher degree of precision in power management and control of the heater (atomizer). In particular, vaporizers well suited for vaporizing *cannabis* (e.g., liquid *cannabis* extract solutions) may benefit from precise and accurate control of the heater forming the vapor.

It would also be beneficial to provide cartridges that do not roll and may rest in a small number of secure positions (e.g., cartridges having non-circular cross-sections) and to provide an immediate approximate (visual) estimate of the amount of material consumed.

Finally, it would be particularly beneficial to provide pre-loaded and tightly controllable cartridges for use in consuming *cannabis* extract liquids that prevent or reduce leakage of particularly viscous vaporizable materials such as *cannabis* oils/extracts.

Accordingly, described herein are vaporizers (including vaporizer cartridges) and methods of operating and using them addresses the issues raised above.

## SUMMARY OF THE DISCLOSURE

In general, described herein are apparatuses such as devices and systems for vaporizing a material (including, in particular, but not limited to, *cannabis* extract liquids) and method of using them. For example, described herein are vaporizers, cartridges for use with such vaporizers, and vaporizer control systems.

Described herein are vaporizer cartridges that are pre-loaded (filled) with a *cannabis* vaporizer material. The vaporizable *cannabis* material is typically a liquid material, and may be a *cannabis* extract liquid (*cannabis* "oil"). Also described herein are vaporizers with or without cartridges that are adapted for use with *cannabis* liquid extracts. Either or both the vaporizer base (which mates with the vaporizer cartridge to form the vaporizer device) and vaporizer cartridge may be adapted specifically for use with *cannabis* liquid extracts, although any of the apparatuses and methods described herein may be operated with other vaporizable materials, including nicotine solutions and/or solutions having no active ingredient at all (e.g., just including a carrier such as polyether compounds like polyethylene glycol and/or glycerol, or the like, and flavorants).

For example, a cartridge as described herein may include a vaporizable material such as *cannabis* oil. *Cannabis* oils present particular challenges when vaporized using a cartridge and/or a handheld vaporizer device. For example, *cannabis* oil is relatively "sticky" and may be viscous, particularly once it dries out. Thus, leakage may be a more serious consideration and challenge compared to other aqueous vaporizable materials. In particular, leakage of *cannabis* oil may result in clogging of the device and disturbing the electrical components, particularly the electrical contacts,

which may be otherwise "gummed up" by leaked oil. The dried oil is not only sticky, but may also be electrically insulative, and may disrupt the electrical control of the vaporizer. Described herein are apparatuses and methods to prevent or control leakage and to avoid disruption of electrical contacts between cartridges containing the *cannabis* extract and the rest of the vaporizer.

For example, the apparatuses described herein may include one or more electrical contacts (e.g., between the cartridge and the vaporizer base) referred to herein as wiping or scraping contacts. These electrical connections may be configured so that as a connection/contact is made between two electrically conductive surfaces, the contact (e.g., on the cartridge and/or the vaporizer base) scrapes the mating surface of the other contact to remove any vaporizable material, including vaporizable material that has dried on the contact. For example, a contact may include a canister with one or more extensions (e.g., wipers, knives, fingers, or scrapers) that are driven against and across the mating surface of the opposite electrical contact to scrape away any leaked vaporizable material (including dried-on material). The complimentary electrical contact may be a pin (including a pogo-pin) electrically conductive connector that is scraped as it enters into the canister by the wiper/scraper(s) therein. Thus, in general, the electrical contact in the vaporizer base may be configured to scrape across and against the corresponding electrical contact surface in the vaporizer cartridge and/or the electrical contact in the vaporizer cartridge may be configured to scrape across and against the corresponding electrical contact surface in the vaporizer base to remove contaminating material. Thus either contact may include a scraping projection (e.g., edge, blade, wire, etc.) that is driven across the opposite surface. Typically two or more contacts are included in the vaporizer cartridge, and each of them may be configured as a scraping or wiping contact. In some variations, it may be desirable to have the scrapers on the connectors of the cartridge, although the scrapers may be present on the vaporizer base instead or in addition.

Any of the cartridges described herein may include a tank or storage region within the cartridge and/or forming a portion of the body of the cartridge. In particular, all or a portion of the cartridge (including the tank) may be clear, transparent and/or translucent so that the level of vaporizable material within the tank can be seen by a user. The tank may be prefilled or fillable. The tank may be sealed closed at the top (near the mouthpiece, which may cover the top of the cartridge). The mouthpiece may be plastic and may be secured over the tank by a snap fit, a friction fit, and adhesive, or the like. For example, the distal end of the elongate and flattened tubular body is configured to be secured by a friction fit within a vaporizer body. As described in greater detail herein, one or more absorbent members, (e.g., sponges, pads, felts, etc.) may be included in the mouthpiece between the tank and the mouthpiece, to prevent leakage of vaporizable material from contacting the portion of the mouthpiece where the user applies her or his lips. The tank may be sealed, e.g., by a tank seal that covers the one or more openings for filling the tank. In some variations, rather than one or more small plugs (which may be difficult to install) the tank may be sealed by a multi-seal component (e.g., a single piece) that seals between the mouthpiece and the top of the tank as and closes off two or more openings into the tank.

During inhalation through the apparatus, the user may draw on the mouthpiece (by inhaling/sucking on the mouthpiece) to draw air through the mouthpiece. The device may be turned on by one or more of: a control on the device (e.g., on an outer surface of the device), but installing the cartridge into the vaporizer base, detecting inhalation, detecting lip contact with the mouthpiece. In some variations, the device is turned on, and the heater rises to an initial set temperature, when the device is in a ready to turn on state and when the user draws on the mouthpiece. The vaporizer may be placed in a ready to turn on state by connecting (or detecting connection of) a cartridge and/or by a switch or control on the outside of the apparatus and/or by the battery level being sufficient to operate the device.

Once the device is turned on, it may be operated by drawing on the mouthpiece to cause the temperature to cause the vaporizer heater (the atomizer) to heat to the desired temperature setting (which may be preset, selected from a plurality of pre-set temperatures or may be user selectable, including using a computer or other device having a processor and user interface that communicates with the device, either wirelessly or via a wired connection, such as a smartphone wirelessly communicating with the device).

Drawing on the mouthpiece typically causes airflow to enter the cartridge receiver region of the vaporizer base through one or more (e.g., two) air openings that are positioned through the wall of the cartridge receiver near a base of the cartridge receiver. Air may pass into the cartridge receiver and up through the cartridge via one or more openings in the base (bottom) of the cartridge. The air may then pass into a heater connector region that also includes one or more (e.g., two, parallel) absorbent pads or sponges for absorbing any leakage of vaporizable material that may enter into this air-filled heater connector region, which is also open to the vaporizing chamber across which a wick and heating coil is extended to form vapor. The two absorbent pads positioned in this air region positioned on the long axis of the cartridge, against the major faces of the cartridge body so that they don't block the air path into the vaporization chamber from the opening(s) at the base. These absorbent pads (e.g., sponges) may prevent dripping or leakage of the fluid from the vaporization chamber (e.g., off of the wick) even when the heater is not being heated. In order to prevent leakage should the absorbent pads not be sufficient, the opening into the base of the air chamber may include a rim or boss on the inner surface (within the heater connector region at the base of the cartridge) that prevents small amounts of fluid (e.g., vaporization fluid such as *cannabis* oil) to drip out of the opening(s) into the cartridge (e.g., the air chamber of the cartridge).

The air path from the vaporization chamber to the mouthpiece may have a minimum diameter that is slightly larger than previously described. For example, the minimum diameter of the air path between the vaporization chamber and the mouthpiece may be about 1.5 mm or greater, about 1.6 mm or greater, than about 1.7 mm or greater, than about 1.8 mm or greater, than about 1.9 mm or greater, than about 2 mm or greater, than about 2.1 mm or greater, than about 2.2 mm or greater, than about 2.3 mm or greater, than about 2.4 mm or greater, than about 2.5 mm or greater, etc. For example the minimum diameter may be 2.0 mm or greater.

In any of the variations described herein, the apparatus may include a wick as part of the atomizer (heater). In variations for use with *cannabis* oil the wick may be larger than typical cartridge wicks and may have a slightly larger pore size, because of the higher viscosity of the *cannabis* oil as compared to other (including nicotine) aqueous vaporization solutions. For example, the wick may be larger than 1.5 mm in diameter (e.g., about 1.9 mm or larger, about 2.0 mm or larger, about 2.1 mm or larger, about 2.2 mm or

larger, about 2.3 mm or larger, about 2.4 mm or larger, about 2.5 mm or larger, etc., including between about 1.8 mm and about 5 mm, between about 1.9 mm and about 4 mm, between about 2 mm and about 4 mm, etc.). The wick may generally extend across the vaporization chamber, e.g., along or perpendicular to the long axis of the cartridge, and between either the major or minor sides (in oval or flattened cartridges). The wick material may be any appropriate material, particularly those that are biocompatible, have a sufficient pore size, compatible with *cannabis* oils and may be resistant to heat up to the maximum heating temperature of the apparatus (e.g., will not degrade or combust significantly at temperatures up to about 450° C., 500° C., 550° C., 600° C., 650° C., etc.). For example, the wick may be made of a silica material (e.g., fiberglass).

In any of the heaters described herein, the heater (atomizer) may include a heating coil that may be wrapped around the wick for conductive heating. In any of the variations described herein convective heating of the liquid material (e.g., *cannabis* oil) wicked by the wick. The heating coil may be any appropriate material, but in particular, electrically resistive materials such as nichrome or other resistive materials, particularly those which change their resistance with heat (e.g., having a resistance that increases linearly and predictably with temperature over the desired range of temperatures, e.g., between 30° C. and 600° C., etc., including stainless steel, titanium, nickel, alloys of nickel, etc.).

The cartridge may have any desired shape or configuration. In some variations it may be beneficial in particular to have a shape that is cylindrical, and particularly a flattened cylinder, such as an approximately oval shape, with curved sides. Two of the sides (though curved) may be major sides, having a larger diameter, and two may be minor sides (though curved), having a smaller diameter. The flattened shape may prevent rolling when the device is placed on its side. In some variations the mouthpiece may extend in a slightly tapered shape. The tank may form a central region of the cartridge, bounded by the mouthpiece at one end (at the top) and the air chamber (at the bottom). A central cannula may form the air path between the vaporization chamber and the mouthpiece. The vaporization chamber and cannula may be surrounded by the tank, and may be visible through the walls of the tank (e.g., the vaporization chamber and cannula may be opaque, transparent or translucent). One or more seals, including o-rings, may be used to seal and secure the mouthpiece from the tank and the air chamber (base of the cartridge) from the tank. For example an inner seal may be between the mouthpiece and the outer wall of the tank (which may include a channel or track for the seal/o-ring) and a second seal (o-ring) may be positioned in an inner wall of the tank between the tank and the walls forming the air chamber and/or vaporization chamber at the base of the cartridge.

In any of the variations described herein it may be useful to provide an indication of the amount of the cartridge vaporized, which may be approximately correlated to the dose of the vaporizable material delivered. In any of the apparatuses described herein, the apparatus may include an output (e.g., LED, LCD or other display, etc.) on the apparatus or on a device in communication (e.g., wireless communication) with the apparatus such as a smartphone, laptop, desktop, pad, or the like. The output may indicate a qualitative and/or quantitative amount of the dose of vapor delivered from a particular cartridge. Dose may be determined using the processor of the apparatus to indicate approximately how much of the material, e.g., *cannabis* oil, has been consumed based on the power applied to the heater and the duration of heating. A qualitative output may be provided by sequentially illuminating (and/or changing the intensity and/or color of illumination) of a plurality of LEDs. In another example a 'status bar' showing consumption or dose delivered from a cartridge may be displayed on the apparatus body (e.g., the vaporizer body) or another device (e.g., smartphone) in communication therewith. For example, a plurality of LEDs (RGB) may be illuminated to provide qualitative feedback to a user on the operation of the vaporizer. Upon inserting a cartridge, the vaporizer apparatus may display using the LEDs an illumination corresponding to the intensity of the inhalation and/or the progression of consumption of vaporizable material from the cartridge. The processor in the vaporizer apparatus may estimate a dose based on the power applied to the vaporizer and the duration of heating and/or the duration of draw (inhalation). For example, the power applied * duration of draw may be accumulated by the processor, and the value output. In some variations the output may be provided for display on the body of the apparatus (e.g., by illuminating a sequence of LEDs. This may provide immediate visual feedback to the user.

The apparatuses, and particularly the cartridges, described herein may be adapted specifically for use with oils such as *cannabis* oils. As discussed above, existing cartridges are poorly suited for use with *cannabis* oils, as they may leak. Leaking of *cannabis* oils is both messy and detrimental to the operation of the vaporizer, as the leaked *cannabis* oils may disrupt the electrical connections driving vaporization and may clog or jam the operation of the apparatus. The cartridges described herein may include a number of specific modifications that address these issues; individually, these modifications may be helpful, but as will be described below, in combination these features have proven surprisingly effective at providing a robustly leak-resistant and reliable cartridge when using an oil such as a *cannabis* oil.

For example a cartridge device for holding a vaporizable cannabinoid material without leaking (e.g., that is substantially leak-resistant) may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having a width and a diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece at the proximal end of the elongate and flattened tubular body; an overflow leak chamber at a distal end of the elongate and flattened tubular body; an air path extending from the overflow leak chamber through the tank to the mouthpiece; a heater comprising a wick and a heating coil extending within the air path; an opening into the overflow leak chamber from an external surface of the device, wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

In particular the combination of the flattened elongate body shape (which may be oval or rectangular) along with the enlarged and enclosed overflow leak chamber (typically having an open volume of greater 0.5× or greater the tank volume) at the distal end, and one or more (e.g., two, three, four, etc.) openings into the overflow leak chamber, which may preferably include a lip region around the openings inside the overflow leak chamber. The use of absorbents pads positioned within the overflow leak chamber (e.g., positioned off-axis, along a major wall of the overflow leak chamber, such as the wall extending in the diameter) provides an effective leakage barrier even when changing altitudes or when the user misuses the cartridge, e.g., user-

induced failure modes such as biting or squeezing the mouthpiece, and/or blowing into the mouthpiece. Surprisingly, other combinations of such features are less effective, particularly in user-induced failure modes. For example, otherwise similar cylindrical devices, e.g., having a width and diameter that are equivalent or nearly equivalent (e.g., a diameter less than 1.2×, or greater than 0.8×, the width) may show greater leakage compared to more flattened devices; the addition of one or more absorbent pads, particularly along the long wall of an overflow leak chamber) show an even greater reduction in leakage.

The one or more openings into the overflow leak chamber may be present on any surface of the cartridge, including through the distal end of the overflow leak chamber. Although placement of the opening at the distal end may otherwise result in an increase in leakage of the highly viscous oil from the cartridge, including the leak chamber and the absorbent pad(s) prevents or reduces leakage. In addition, the one or more openings may be surrounded by a lip within the leak chamber. The lip may have a height above the inner wall of the chamber that is 0.3 mm or greater (e.g., 0.5 mm or greater, 0.7 mm or greater, 0.8 mm or greater, 0.9 mm or greater, 1 mm or greater, 1.2 mm or greater, 1.3 mm or greater, 1.4 mm or greater, 1.5 mm or greater, 2 mm or greater, etc.).

The one or more absorbent pads may be positioned within the overflow leak chamber along the diameter, off-axis relative to an air flow path through overflow leak chamber from the opening to the air path.

In general, the overflow leak chamber may be relatively large, e.g., the volume of the overflow leak chamber (including the absorbent pad(s)) may be between 0.4 and 1.5× the volume of the tank (reservoir). In particular, the volume of the overflow leak chamber may be between 0.4 and 1× the volume of the tank (e.g., 0.4× or greater, 0.5× or greater, 0.6× or greater, 0.7× or greater, etc. than the volume of the tank). Alternatively, this may be described as the length of the overflow leak chamber along the distal to proximal axis relative to the length of the tank, and may be between 0.4× and 2× the length of the tank along the distal to proximal axis (e.g., between 0.4× and 1×, between 0.5× and 2×, between 0.5× and 1.5×, etc.), typically 0.4× or greater. In general, the overflow leak chamber may be enclosed within the distal end of the elongate and flattened tubular body.

In general, the cartridges described herein may be configured for insertion (e.g., by friction fitting) into a vaporizer body. Thus, the cartridge, and particularly the distal end of the cartridge, may be adapted to be inserted securely into the re-usable vaporizer device. The cartridge may therefore have straight (e.g., flat) or inwardly tapered sides and may include one or more friction-engagement regions that couple within the vaporizer. In some variations the distal end region of the cartridge may include a channel, rim, lip, ridge, protrusion, etc. that may engage with a complimentary region in the vaporizer (e.g., in a cartridge receiver in the vaporizer body). Thus, the cartridge may be configured to 'snap' fit into the vaporizer body. For example, the distal end of the elongate and flattened tubular body may include a lip or rim configured to snap into a vaporizer body.

The cartridge may also include one or more (e.g., a pair) of electrical contacts on the distal end of the cartridge (e.g., on the distal end of the overflow leak chamber) in electrical communication with the heater. These electrical contacts may also be configured and adapted to prevent or ameliorate the effects of leakage of oil from the cartridge. For example, the electrical contacts may comprise scraping contacts (also referred to as wiping or wiper contacts), which may include an edge or edge to scrape against the contact (e.g., pogo pin) from the vaporizer before (and/or separately from) making electrical contact. For example, the pair of electrical contacts may comprise pin receptacles. These pin receptacles may include an outer scraping edge with an inner conductive surface.

In any of the variations described herein, the tank may include a cannabinoid solution (e.g., a *cannabis* oil solution). Thus, the cartridge may be pre-filled with a *cannabis* oil. The tank volume may be configured to hold between about 0.2 mL and about 2 mL or more of oil. For example, the tank may be configured to hold between about 0.4 mL and about 1.2 mL (e.g., between about 0.4 mL and 0.8 mL, etc.)

The mouthpiece may be configured to fit over the proximal end of the elongate and flattened tubular body, and may be in fluid communication with the air path through the tank. The mouthpiece may include an internal volume; one or more absorbent pads may be positioned within this internal volume. The one or more mouthpiece absorbent pads within the mouthpiece may generally be off-axis relative to the air path (leaving a central air path that is not occluded by the absorbent pads). For example, the mouthpiece absorbent pads may be off-axis relative to an air flow path from the air path and out of the mouthpiece. The mouthpiece absorbent pads may be positioned on the sides of the mouthpiece (e.g., the major sides, corresponding to the diameter of the mouthpiece). The absorbent pad(s) may be between a proximal end of the mouthpiece and the elongate and flattened tubular body.

In any of the devices described herein the air path may extend through the cartridge, from the distal end (e.g., the opening(s) into the overflow leak chamber), past the heater, through and/or around the tank, and out of the mouthpiece. In some variations, the air path comprises a cannula extending through the tank. In general, the elongate body may be transparent or translucent, and any material in the tank may be visible; when the device includes a cannula running through the tank this may also be visible.

The absorbent pads in the overflow leak chamber may be the same material and/or dimensions as those (if present) in the mouthpiece, or they may be different materials and/or dimensions. The one or more absorbent pads may be made of a sponge or felt material. The one or more absorbent pads may comprise a pair of flat absorbent pads arranged in parallel. For example, the one or more absorbent pads may comprise a cotton material. The one or more absorbent pads may be rectangular.

As mentioned, the one or more absorbent pads in the overflow leak chamber may be a pair of absorbent pads positioned within the overflow leak chamber off-axis relative to an air flow path through the overflow leak chamber from the opening to the air path.

The heater (e.g., wick and coil) may be positioned within the air path so that it is parallel, transverse or oblique to the air path. For example, the heater may extend across the air path in a transverse direction.

The elongate and flattened tubular body may have an oval cross-section or a rectangular cross-section transverse to the distal to proximal axis, and may be any appropriate size. For example, the elongate tubular housing may be between about 1 cm and 10 cm long (e.g., between about 2 cm and 7 cm long, etc.). It may be particularly beneficial to have the elongate tubular housing be somewhat short and compact (e.g., less than 8 cm, less than 7 cm, less than 6 cm, less than 5.5 cm, less than 5 cm, etc.)

The sizes of the openings into the air path (through the overflow leak chamber, e.g., at the distal end of the cartridge) may be configured to allow relatively easy draw through the cartridge, while preventing leakage out of the overflow leak path. Leaking may occur from the heater (e.g., the exposed wick) which is inserted through the wall of the tank; the air path within the cartridge is open and continuous, which would otherwise allow the material to leak. Thus, for example, the size of the one or more openings may be specified within a range identified as allowing sufficient air flow without permitting excessive leaking. For example, in some variations, the diameter of the opening(s) into the overflow leak chamber is/are between 0.1 mm and 5 mm (e.g., between 0.1 mm and 3 mm, between about 0.1 mm and 2 mm, etc.).

The tank portion of the device may be filled by an opening beneath the mouthpiece, which may be sealed or plugged. For example, the cartridge may include a plug between the mouthpiece and the elongate and flattened tubular body, wherein the plug closes off the tank of the elongate and flattened tubular body.

Any of the cartridge devices for holding a vaporizable cannabinoid material without leaking may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having width and diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece on the proximal end of the elongate and flattened tubular body; an enclosed overflow leak chamber at a distal end of the elongate and flattened tubular body, The device of claim **1**, wherein a length of the overflow leak chamber along the distal to proximal axis is 0.5 times or greater than a length of the tank along the distal to proximal axis; an air path extending from the overflow leak chamber through the tank to the mouthpiece; a heater comprising a wick and a heating coil extending within the air path proximal to the overflow leak chamber; an opening through the distal end of the overflow leak chamber, wherein the opening is surrounded by a lip within the leak chamber and further wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

For example, a cartridge device for holding a vaporizable cannabinoid material without leaking may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having width and diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece at the proximal end of the elongate and flattened tubular body; an overflow leak chamber at a distal end of the elongate and flattened tubular body, wherein a length of the overflow leak chamber along the distal to proximal axis is between 0.5 and 2 times a length of the tank along the distal to proximal axis; an air path extending proximally from the overflow leak chamber through the tank to the mouthpiece, wherein the air path comprises a cannula extending through the middle of the tank; a heater comprising a wick and a heating coil extending within the air path; an opening into the overflow leak chamber from an external surface of the device, wherein the opening is surrounded by a lip within the leak chamber and further wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1** and **2** show moisture and vapor deposition on a pair of filter pads that are off-axis relative to the airflow path of the device.

FIGS. **3**A and **3**B show a vaporization device with a pair of filter pads that are off-axis relative to the airflow path of the device.

FIGS. **4**A and **4**B show an exemplary vaporization device. This exemplary device includes two pairs of absorbent filter pads, as described herein. FIGS. **4**A and **4**B show a cartridge placed within the reusable component of the device.

FIGS. **5**A-**5**F illustrate the vaporizer body (e.g., a reusable component of the vaporizer device of FIGS. **4**A and **4**B). FIG. **5**A is a bottom perspective view; FIG. **5**B is a front view, FIG. **5**C is a top perspective view (looking into the cartridge receiver region including electrical contacts), FIG. **5**D is a side view, FIG. **5**E is a top view, and FIG. **5**F is a bottom view, showing the electrical connection to a charger or other wired electrical connection.

FIGS. **6**A-**6**D illustrate the cartridge of the device of FIGS. **4**A and **4**B. FIG. **6**A is a bottom perspective view, FIG. **6**B is a bottom view, FIG. **6**C is a top perspective view (showing the opening into the mouthpiece) and FIG. **6**D is an exploded view of the cartridge of FIG. **6**A.

FIGS. **7**A-**7**F illustrate an alternative view of a cartridge as described herein. FIG. **7**A shows a bottom perspective view; FIG. **7**B is a top perspective view; FIG. **7**C is a front view; FIG. **7**D is a side view; FIG. **7**E is a bottom view; and FIG. **7**F is a top view.

FIGS. **8**A-**8**G show a variation of a vaporizer base of a vaporizer apparatus into which a cartridge such as the one shown in FIGS. **7**A-**7**F may be inserted. FIG. **8**A is a bottom perspective view; FIG. **8**B is a top perspective view showing the cartridge receiver portion of the vaporizer base; FIGS. **8**C, **8**D and **8**E show front, side and back views, respectively of the vaporizer base; and FIGS. **8**F and **8**G show bottom and top views, respectively of the vaporizer base.

FIGS. **9**A-**9**G show an assembled vaporizer apparatus including a vaporizer cartridge such as the one shown in FIGS. **7**A-**7**F that has been fully seated and retained in a vaporizer base such as the one shown in FIGS. **8**A-**8**G. FIGS. **9**A and **9**B show bottom perspective and top perspective views, respectively of the assembled vaporizer apparatus; FIGS. **9**C, **9**D and **9**E show front, side and back views, respectively of the assembled vaporizer apparatus; FIGS. **9**F and **9**G show bottom and top views, respectively, of the vaporizer apparatus.

FIG. **10**A is an exploded view of the cartridge of FIGS. **7**A-**7**F with the components arranged in line.

FIG. **10**B is an alternative exploded view of the cartridge of FIGS. **7**A-**7**F, showing the component parts positioned adjacent to each other at the approximate vertical position for assembly.

FIG. **11**A is a semi-transparent view (in which the outer casing of the vaporizer base, mouthpiece, and cartridge housing have been a made transparent) showing the air path through the assembled vaporizer apparatus such as the one shown in FIGS. **7**A-**9**G.

FIGS. **11**B and **11**C show front and back views, respectively, of an example of a vaporizer base with the outer housing (case or shell) made transparent, showing the cartridge receiving end including connectors and air entry port therein.

FIG. **12** is an enlarged view of a section through a midline of the proximal (top) region of a cartridge (as shown by

dashed line **12**-**12**' in FIG. **9**A), showing the air path from the vaporization chamber to the mouthpiece openings.

FIG. **13** is a section through the midline of a vaporizer apparatus (including a vaporizer base into which a vaporizer cartridge has been coupled), showing the air path during inhalation (puffing, drawing, etc.).

FIG. **14** show a section through a cartridge, just beneath the mouthpiece (as shown by dashed line **14**'-**14**' in FIG. **9**B) showing the arrangement of the distal pair of absorbent pads offset from the airflow path.

FIG. **15**A is a section through the midline of an assembled vaporizer apparatus such as the one shown in FIG. **9**A (through line **15**A-**15**A').

FIG. **15**B is another section through an assembled vaporizer apparatus such as the one shown in FIG. **9**A (through line **12**-**12**').

FIG. **15**C shows another section through the assembled vaporizer apparatus (through line **15**C-**15**C' in FIG. **9**B).

FIG. **15**D is a section through a cartridge (through line **15**D-**15**D' of a cartridge such as the one shown in FIG. **7**A) showing a pair of overflow filter pads that are off-axis relative to the airflow path of the device.

FIG. **16** is a section through another of another exemplary vaporization device (at line **16**-**16**' in FIG. **9**B), near the base of the cartridge and inserted into the cartridge receiver of the vaporizer base.

FIG. **17** is an electrical schematic of a heating element and connectors showing the Seebeck coefficients for a simplified model of the components of the heating circuit.

FIG. **18** is a Seebeck measurement circuit for a vaporizer apparatus correcting for the Seebeck effect, configured as a two-terminal sensing circuit.

FIG. **19** is another example of a Seebeck measurement circuit for a vaporizer apparatus, configured as a four-terminal (four-point) circuit.

FIGS. **20**A and **20**B illustrate two examples of heating coils comprising different component conductors coupled to result in resistive heater from which a temperature measurement may be determined using a Seebeck sensing circuit as described herein.

FIG. **21** is one example of a user interface (UI) for interacting with the apparatuses described herein using an external controller (e.g., smartphone, pad, etc.)

FIG. **22** is another example of a US for interacting with an apparatus as described herein.

## DETAILED DESCRIPTION

The apparatuses and methods described herein generally include forming a vapor from a material (including in particular, liquid and oil-type plant materials) using a vaporization device. The vapor may be delivered for inhalation by a user. These apparatuses may be particularly adapted for use with an oil-based vaporizable material, including *cannabis* oils.

The vaporizer apparatuses, including cartridges (vaporizer cartridges) and reusable vaporizers bases described herein may be used with any appropriate vaporizable material, including aqueous vaporizable materials. These apparatuses may be particularly well adapted for use with viscous, oil-based vaporizable materials, including *cannabis* oils. For example, any of the cartridges described herein may be used (e.g., filled) with a vaporizable material comprising viscous liquid such as a *cannabis* oil. In some variations the *cannabis* oil comprises between 40-100% *cannabis* oil extract. The viscous oil may include a carrier for improving vapor formation, such as propylene glycol, glycerol, etc., at between 0.01% and 25% (e.g., between 0.1% and 22%, between 1% and 20%, between 1% and 15%, etc.). In some variations the vapor-forming carrier is 1,3-Propanediol. A *cannabis* oil may include a cannabinoid or cannabinoids (natural and/or synthetic), and/or a terpene or terpenes. For example, any of the vaporizable materials described herein may include one or more (e.g., a mixture of) cannabinoid including one or more of: CBG (Cannabigerol), CBC (Cannabichromene), CBL (Cannabicyclol), CBV (Cannabivarin), THCV (Tetrahydrocannabivarin), CBDV (Cannabidivarin), CBCV (Cannabichromevarin), CBGV (Cannabigerovarin), CBGM (Cannabigerol Monomethyl Ether), Tetrahydrocannabinol, Cannabidiol (CBD), Cannabinol (CBN), one or more Endocannabinoids (e.g., anandamide, 2-Arachidonoylglycerol, 2-Arachidonyl glyceryl ether, N-Arachidonoyl dopamine, Virodhamine, Lysophosphatidylinositol), and/or a synthetic cannabinoids such as one or more of: JWH-018, JWH-073, CP-55940, Dimethylheptylpyran, HU-210, HU-331, SR144528, WIN 55,212-2, JWH-133, Levonantradol (Nantrodolum), and AM-2201. The oil vaporization material may include one or more terpene, such as Hemiterpenes, Monoterpenes (e.g., geraniol, terpineol, limonene, myrcene, linalool, pinene, Iridoids), Sesquiterpenes (e.g., humulene, farnesenes, farnesol), Diterpenes (e.g., cafestol, kahweol, cembrene and taxadiene), Sesterterpenes, (e.g., geranylfarnesol), Triterpenes (e.g., squalene), Sesquarterpenes (e.g., ferrugicadiol and tetraprenylcurcumene), Tetraterpenes (lycopene, gamma-carotene, alpha- and beta-carotenes), Polyterpenes, and Norisoprenoids. For example, an oil vaporization material as described herein may include between 20-80% cannabinoids (e.g., 30-90%, 40-80%, 50-75%, 60-80%, etc.), 0-40% terpenes (e.g., 1-30%, 10-30%, 10-20%, etc.), and 0-25% carrier (e.g., polyethylene glycol).

In any of the oil vaporization materials described herein (including in particular, the cannabinoid-based vaporization materials, the viscosity may be within a predetermined range. The range may be between about 30 cP (centipoise) and 115 KcP (kilocentipoise). For example, the viscosity may be between 40 cP and 113 KcP. Outside of this range, the vaporizable material may fail to wick appropriately to form a vapor as described herein. In particular, the oil may be made sufficiently thin to both permits wicking at a rate that is useful with the apparatuses described herein, while also limiting leaking (e.g., viscosities below that of ~40 cP might result in problems with leaking).

For example, FIGS. **7**A-**7**F illustrate one example of a cartridge that is adapted for use with a viscous oil-based vaporizable material (having a viscosity at room temperature of between 40 cP and 113 KcP), such as a *cannabis* oil. In this example, the cartridge **700** includes a flattened body that is approximately oval in cross-sectional area (see, e.g., FIGS. **7**E and **7**F showing top and bottom views) and includes a mouthpiece that is attached over a clear body forming a reservoir region holding the vaporizable material. The body **790** may be transparent, translucent or opaque. The mouthpiece may include one or more openings **792** at the proximal end (top) out of which vapor may be inhaled, by drawing breath through the device. The bottom may also include a locking feature (e.g., tab, indent, magnetic lock, etc.) for coupling and securing the cartridge within a cartridge receiver of a vaporizer base, such as the reusable vaporizer base **800** shown in FIGS. **8**A-**8**G. In this example, the body may be elongate and may include an outer shell or cover **890**; the proximal end of the vaporizer base may include an opening forming a cartridge receiver **892**. The cartridge receiver may include one or more opening there-

through (e.g., lateral openings) to allow airflow therein, as described in more detail below. Any of these cartridges may also or alternatively include a rim, ridge, channel, protrusion, lip, etc. along the distal end region for engaging a complimentary portion of the vaporizer device. For example, in FIG. **7**D, the cartridge include a channel or lip **795** at the distal end which may engage with a deflectable or deformable tab or protrusion in the cartridge receiving portion of the vaporizer; this may provide a snap fit. In general, the cartridge may fit within the cartridge receiver of the vaporizer by a friction fit. The snap-fit may provide audible and/or tactile confirmation that the cartridge is held in position. This fit may also lock or hold the cartridge within the receiver, but still allow it to be easily withdrawn to remove the cartridge.

As shown in FIG. **7**C, the elongate and flattened body **790** may contain within it the tank region **791** (e.g., holding the vaporizable oil material) and a distal overflow leak chamber **793**. These structures may be formed by the internal components within the elongate and tubular body, as shown below.

FIGS. **10**A and **10**B show exploded view of a cartridge as described herein. In this example, the apparatus includes a cartridge body **1005** that may be clear (transparent), opaque and/or translucent. The cartridge body may form a reservoir for the liquid vaporizable material, and particularly for a viscous liquid vaporizable material such as the cannabinoid oils described herein. The cartridge may include an outer seal (e.g., o-ring **1009**) that seals the mouthpiece **403** over the body **1005**. The reservoir (tank) may be sealed on the top (at the proximal end) under the mouthpiece by a single-piece plug **888** that covers multiple openings which may be used for filling the tank. The vaporization chamber may be formed at the bottom (distal end) of the cartridge; in exemplary cartridges described herein the vaporization chamber is formed from a cannula and housing piece **1011** that includes opening into which the wick (wick portion of wick and coil **443**) passes into the chamber; the walls forming the vaporization chamber separate it from the tank and mate with a back piece **1013** that forms the bottom (distal end) of the tank within the cartridge body. This piece is also sealed (e.g., by an o-ring **1015**) to the cartridge body from within the cartridge body, as shown. An air chamber is then formed between the bottom of the cartridge **1019** and the back piece **1013** of the tank. One or more (e.g., two) air openings **796**, **796'** through this bottom **1019** allow air to pass (after entering the cartridge receiver through one or more openings **894** in the side) into the distal end of the cartridge, into the air chamber region and then up through an opening into the vaporization chamber. The piece forming the bottom of the cartridge **1019** may also accommodate or include one or more (e.g., two) electrical connectors that are configured to mate with the connectors on the vaporizer base. As mentioned, these contacts may be wiper or scraping contacts. In FIGS. **10**A and **10**B, they are shown as cans **1021**, **1021'** having openings into which the pins project to form an electrical contact.

The vaporizer body typically includes a battery and one or more control circuits housed within the cover **890**. The control circuitry may control the heater, which in this example, is present in the cartridge. The heater may generally include a heating coil (resistive heater) in thermal contact with the wick; additional connectors formed of a different material (e.g., conductive material) may connect the heater coil to the electrical contacts on the base of the cartridge; although this may lead to inaccuracies in detecting and controlling temperature electrically, as described below,

the control circuitry may include one or more additional circuits, such as Seebeck measurement circuits, that correct for offsets and other inaccuracies in the determination of temperature and therefore the power applied to the apparatus. The control circuitry may also include and may control and/or communicate with a batter regulator (which may regulate the battery output, regulate charging/discharging of the battery, and may provide alerts to indicate when the battery charge is low, etc.). The co control circuitry may also include and may control and/or communicate with an output, such as a display, one or more LEDs, one or more LCDS, a haptic output, or any combination of these. In the example shown in FIGS. **7**A-**9**G, the apparatus includes only four (RGB) LEDs **897**, arranged in a pattern (e.g., a circular, spiral or floral pattern; other patterns may include linear patterns). Any of the apparatuses described herein may also include a wireless communication circuitry that is part of, connected and/or controlled by the control circuitry. The apparatus may be configured to wireless communicate with a remote processor (e.g., smartphone, pad, wearable electronics, etc.); thus the apparatus may receive control information (e.g., for setting temperature, resetting a dose counter, etc.) and/or output information (dose information, operational information, error information, temperature setting information, charge/battery information, etc.).

The apparatus may also include one or more inputs, such as an accelerometer, a lip sensing input, a contact input, or the like. In particular, described herein are vaporizer apparatuses in which the device does not include any visible buttons, switches or external user input on an outer surface of the cartridge or vaporizer base. Instead, the input may be an accelerometer (coupled to, part of, and/or controlled by the control circuitry). The accelerometer and any accelerometer control circuitry may be configured to detect tapping on the apparatus (e.g., the case) and/or rolling of the apparatus (e.g., around the long axis or the short axis of the device). In some variations the apparatus may also include circuitry for sensing/detecting when a cartridge is connected and/or removed from the vaporizer base. For example, cartridge-detection circuitry may determine when a cartridge is connected to the device based on an electrical state of the electrical contacts within the cartridge reliever in the vaporizer base. For example, FIG. **5**C illustrates the two electrical contacts **595**, **595'**. Without a cartridge inserted into the apparatus the circuit is open (e.g., between **595** and **595'**) with the cartridge inserted, the electrical contacts (shown as pins **595**, **595'** in FIGS. **5**D and **11**B) engage with the contacts (such as wiping contracts, described above, which scrape to remove leaked and/or dried vaporizable material on the electrode contact surfaces). The controller (via a separate or integrated cartridge-detection circuit) may determine that a cartridge has been inserted when the resistance between these contacts changes to within a recognizable range (from the open circuit). Other cartridge detectors may be used alternatively or additionally, including a trip switch (which is activated when the cartridge is present), or the like. Any of the apparatuses described herein may also include one or more breath detectors, including a pressure sensor **1109** (e.g., microphone coil) having a connection to the inside of the cartridge receiver, as shown in FIG. **11**B.

The vaporizer body may also include a connector **899** at the distal end for coupling the device to a charger and/or data connection. The internal battery may be charged when coupling the device to a connector; alternatively other electrical connectors and/or inductive charging may be used.

FIGS. **9**A-**9**G illustrate an example of an apparatus (vaporizer apparatus) in which the cartridge **700** has been inserted completely into the vaporizer body **800**. The resulting device is small, lightweight, hand-held and may be safely stored in a pocket, purse, or the like.

In operation, the user may (once charged sufficiently), may activate the vaporizer by being drawing (inhaling) through the mouthpiece. The device may detect a draw (e.g., using a pressure sensor, flow sensors, or the like, including a sensor configured to detect a change in temperature or power applied to a heater element, e.g., anemometer detection) and may increase the power to a predetermined temperature preset. The power may be regulated by the controller by detecting the change in resistance of the heating coil and using the temperature coefficient of resistivity to determine the temperature. As described in greater detail below, the temperature determination and/or power applied may be optionally corrected in cases where there are different electrically conductive materials connecting the resistive heater to the power supply/power, in which the Seebeck effect may be an issue, using a sensing circuit to estimate and compensate for this potential source of inaccuracy.

In any of the apparatuses described herein, the temperature may be adjusted or selected by the user. As mentioned, in some variations the apparatus does not include an exterior control or user input, but still allows the user to select the temperature from among a plurality (e.g., two or more, three or more, etc.) of pre-set heating/vaporizing temperatures above 100° C. This may be achieved by allowing the user to coordinate (in time, e.g., within 60 seconds, within 50 seconds, within 40 seconds, within 45 seconds, within 40 seconds, within 30 seconds, within 20 seconds, within 10 seconds, between 1 second and 60 seconds, between 2 seconds and 60 seconds, between 3 seconds and 60 seconds, etc.) a pair of distinct inputs that are based detection of inputs that are internal to the apparatus (e.g., not from controls on the surface of the apparatus), such detection an accelerometer input (e.g., tapping, such as one or more, e.g. 3 or more, taps, rotations of the device in the long axis, etc.) within a predefined time after removing the cartridge and/or inserting the cartridge. For example, the apparatus may enter into a temperature selection mode to allow a user to select the temperature by removing the cartridge after shaking the apparatus (e.g., for 1 or more seconds, e.g., 2 or more seconds, etc.). Once in a temperature selection mode, the user may select from among a number (e.g., 4) or pre-set temperatures by tapping the housing of the device to cycle through the pre-set temperatures, which may be displayed on an output (e.g., LED, monitor, LCD, etc.) on the apparatus.

Any other input on the device that is not (or not connected to) a button, and particularly an external button, may be used in a predetermined activation sequence (e.g., pattern of taps detected by the accelerometer, insertion/removal of cartridge, etc.) or in a set of sequential independent actuations. For example, the apparatus may enter into a temperature selection mode after removing and inserting a cartridge three times in quick successions (e.g., within 5 seconds of each step). In any of the variations described herein, merely shaking the apparatus may display information about the status of the device (e.g., the charge) using the output; the additional non-button input (e.g., removing the cartridge and/or inserting the cartridge) within the predetermined time may then allow the operating temperature to be selected.

In some variations, the apparatus includes multiple (e.g., 4) presets, and an optional additional preset (e.g., 5th preset or more) that may be user-settable. Alternatively or additionally, an external controller (smartphone, pad, computer, etc.) in may communicate with the apparatus to allow setting and/or selecting the operating temperature.

In on example, the apparatus may be operated to allow the user to select the operating temp (set mode) by shaking the device with a cartridge inserted. In some variations this may then change the display (e.g., multi-colored LEDs on the surface of the device), for example, displaying battery life using the multiple LEDs arranged (e.g., in an X pattern **897**, see, e.g., FIG. **8**C). While in this state, removing cartridge enters temp set mode. The device automatically cycles through the 4 (+1 or more, when user defined) presets. The user may then choose one by reinserting the pod at appropriate time. In some variations, the preset temperatures are: 270° C., 320° C., 370° C., 420° C. In some variations the user may modify or include an additional preset within a temp range around each preset, e.g.: within an operational range of between 270-420° C.

As mentioned above, any of the apparatuses described herein may be operated with an external processor to receive input and/or output to control operation of the device. For example, the vaporizer apparatus may be operated with an application software ("app") that allows control of the temperature or other functional setting and/or allows storage, display and/or transmission of operational and/or use information, including dose information. As described herein, an approximate estimate for dose may be determined based on the power applied to the heater (resistive coil) during inhalation (over time), e.g., power applied to coil multiplied by time of draw. This approximate 'dose' estimate may be accumulated over the use of a particular cartridge (e.g., once a cartridge is inserted, it may be accumulated and/or displayed until the cartridge is removed, roughly amounting to a "session" with that cartridge).

For example, FIGS. **21** and **22** illustrate exemplary user interfaces for an application software that allows the user to set and or adjust the pre-set temperatures of the apparatus. In FIG. **21**, the user may select the per-set temperature. FIG. **22** illustrates the use of the app to control the appearance and activity of the apparatus. For example, the user may lock/unlock the apparatus, and track usage (e.g., by does estimation).

In any of the apparatuses described herein the apparatus may allow the user to play one or more interactive "games" with the device. For example, any of these apparatuses may include an entertainment mode that may be entered by manipulating the device (e.g., by tapping, shaking, rotating, puffing in a predetermined pattern, etc.). In general, the entertainment mode may include one or more presentations (e.g., LED light displays, tones/music, patterns of vibrations, or combinations of these) and/or games. The device may be configured to allow selection of the presentation states or game states (games) to be played, or it may randomly select one. In general the games may be interactive, allowing the user to provide input, e.g., via the one or more inputs, such as movement of the device, via motions sensing, touching the device, via a button and/or capacitive sensor (e.g., lip sensing, etc.), puff/airflow sensing, inserting and/or removing the cartridge, etc.

For example, the entertainment mode may include a game such as a pattern-following game, wherein the device presents an output (e.g., one or more LEDS illuminated in a pattern and/or color), and the device (e.g. controller) may determine if a response entered by the user on the input correlates with a predetermined response. In general, the same controller used to control the heater may be used to control the entertainment mode including the games. Alter-

natively a separate controller may be used, and may communicate with the controller controlling the heater.

The one or more games may include a memory game. For example, in a memory game the device may presents an output sequence and determines if a sequence of responses entered by the user on the input correlates with a predetermined sequence of responses. The one or more games may include a triggered output game wherein the device presents an output in response to a predetermined user input. For example, the device may illuminate a series differently positioned and/or colored LEDs based on the angle or movement that the user holds the device.

The one or more games may include a chance type game, wherein the device is configured to display a random pattern of one or more of colors, tones or vibrations, in response to a predetermined user input. The entertainment mode may include a display game wherein the output comprises a plurality of LEDs and wherein the device is configured to cycle the LEDs through a predetermined sequence of colors in response to a predetermined user input. The entertainment mode may include a tone game wherein the output comprises a plurality of tones and wherein the device is configured to play a predetermined sequence of tones in response to a predetermined user input.

As mentioned, the device may be configured to be toggled between the normal mode and the entertainment mode by applying one or more predetermined user manipulations to the input. For example, the device may be rotated. In some variations, the device input comprises an accelerometer, and the device may be configured to be toggled between the normal mode and the entertainment mode by rolling or rotating the device (e.g., three or more times) in one or more directions.

In addition to or alternative to the games, the entertainment mode may include an entertainment output (display) that is triggered upon entering into the entertainment mode. For example, as mentioned, the entertainment output may include one or more of: a display of a plurality of colors and/or patterns on the output, a tone or series of tones, a vibration or series of vibrations.

Leak Prevention

Any of the apparatuses described herein may be configured to prevent or reduce leakage of the vaporizable material. As mentioned, leaking an oil-based (and particularly cannabinoid oils) is particularly troublesome in a vaporizer because the vaporizable material may dry as a sticky, tarry substance that is both messy and may disrupt operation of the apparatus, particular the reusable (e.g., vaporizer base) portion.

For example, any of the apparatuses described herein may include one or more absorbent pads or members that are oriented to prevent leakage without disrupting the airflow or formation of vapor. In general, moisture and particles from the vapor can be deposited on a filter pad that is off-axis relative to the vapor path. The vaporization device may be a handheld vaporization device.

As described above, any of the vaporization apparatuses (device and systems) may comprise a heating element, including a resistive heating element. The heating element may heat the material such that the temperature of the material increases. Vapor may be generated as a result of heating the material.

In some cases, a vaporization device may have an "atomizer" or "cartomizer" configured to heat an aerosol forming solution (e.g., vaporizable material). The vaporizable material may be heated to a sufficient temperature such that it may vaporize (e.g., between 200° C. and 500° C., e.g., between 250-450° C., between 270-420° C., etc.). The apparatus or method may include one or more pre-set vaporization temperatures and the apparatus or method may control (via controller including feedback logic) the temperature to a predetermined and/or selected temperature.

An atomizer may comprise a small heating element configured to heat and/or vaporize at least a portion of the vaporizable material and a wicking material that may draw a liquid vaporizable material into the atomizer (e.g., heater). When the apparatus includes a wicking material, the wicking material may comprise silica fibers, cotton, ceramic, hemp, stainless steel mesh, and/or rope cables. The wicking material may be configured to draw the liquid vaporizable material in to the atomizer without a pump or other mechanical moving part. A resistance wire may be wrapped around the wicking material and then connected to a positive and negative pole of a current source (e.g., energy source). The resistance wire may be a coil. When the resistance wire is activated, the resistance wire (or coil) may have a temperature increase as a result of the current flowing through the resistive wire to generate heat. The heat may be transferred to at least a portion of the vaporizable material through conductive, convective, and/or radiative heat transfer such that at least a portion of the vaporizable material vaporizes.

Alternatively or in addition to the atomizer, the vaporization device may be configured as a "cartomizer" to generate an aerosol from the vaporizable material for inhalation by the user. The cartomizer may comprise a cartridge and an atomizer. The cartomizer may comprise a heating element surrounded by a liquid-soaked poly-foam that acts as holder for the vaporizable material (e.g., the liquid). The cartomizer may be reusable, rebuildable, refillable, and/or disposable. The cartomizer may be used with a tank for extra storage of a vaporizable material.

Air may be drawn into the vaporization device to carry the vaporized aerosol away from the heating element, where it then cools and condenses to form liquid particles suspended in air, which may then be drawn out of the mouthpiece by the user. For example, any of the apparatuses described herein may include a draw channel or passage. The draw channel may be in fluid communication with the heater so that vapor formed by the heater passes into the draw channel, which is also in fluid communication with the mouthpiece, which may be integrated with the device (including a cartridge).

One or more aspects of the vaporization device may be designed and/or controlled in order to deliver a vapor with one or more specified properties to the user. For example, aspects of the vaporization device that may be designed and/or controlled to deliver the vapor with specified properties may comprise the heating temperature, heating mechanism, device air inlets, internal volume of the device, and/or composition of the material.

Energy may be required to operate the heating element. The energy may be derived from a battery in electrical communication with the heating element. Alternatively, a chemical reaction (e.g., combustion or other exothermic reaction) may provide energy to the heating element.

The term "aerosol" may generally refer to a colloid of fine solid particles or liquid droplets in air or another gas. In general, the aerosols described herein are liquid aerosols of primarily (e.g., >80%, >85%, >90%, >95%) liquid particles in air. The liquid or solid particles in an aerosol may have varying diameters of average mass that may range from monodisperse aerosols, producible in the laboratory, and containing particles of uniform size, to polydisperse colloidal systems, exhibiting a range of particle sizes. As the sizes

of these particles become larger, they have a greater settling speed which causes them to settle out of the aerosol faster, making the appearance of the aerosol less dense and to shorten the time in which the aerosol will linger in air. Interestingly, an aerosol with smaller particles will appear thicker or denser because it has more particles. Particle number has a much bigger impact on light scattering than particle size (at least for the considered ranges of particle size), thus allowing for a vapor cloud with many more smaller particles to appear denser than a cloud having fewer, but larger particle sizes.

A vapor may generally refer to a substance in the gas phase at a temperature lower than its critical point. As used herein, a vapor may include a liquid aerosol. For convenience the term vapor and aerosol, which may generally refer to liquid aerosols, may be used interchangeably herein, as is common in the art of electronic vaporization devices.

The methods and apparatuses described herein have a wide range of applications for inhalation of an active substance, such as botanicals, pharmaceuticals, nutraceuticals, or any other substance for inhalation to provide a benefit or sensation to an end user. In some embodiments, the devices described herein include a tank having a liquid containing an active ingredient, such as nicotine, *cannabis*, or a cannabinoid.

The term "*cannabis*" refers to plants of the genus *Cannabis* and loose-leaf products or extracts thereof. As mentioned above, the term "cannabinoid" refers to plant based or synthetic chemical compounds capable of acting on cannabinoid receptors and inducing a biological effect. Cannabinoids include acids, salts, and bioactive stereo isomers. Exemplary cannabinoids include tetrahydrocannabinol (THC), cannabigerolic acid (CBGA), cannabigerol (CBG), tetrahydrocannabinolic acid (THCA), cannabichromene (CBC), cannabicyclol (CBL), cannabivarin (CBV), cannabichromevarin (CBCV), cannabigerovarin (CBGV), cannabigerol Monomethyl Ether (CBGM), delta-8-tetrahydrocannabinol (D8THC), delta-9-tetrahydrocannabinol (D9THC), tetrahydrocannabivarin (THCV), cannabinolic acid (CBNA), Cannabinol (CBN), cannabidiolic acid (CBDA), Cannabidivaric acid (CBDVA), cannabidiol (CBD), cannabichromenic acid (CBCA), Cannabichromene (CBC), or cannabicyclolic acid (CBLA) and/or any salt or stereo isomer of the above.

The devices described herein for generating an inhalable aerosol may include a body having a battery, a cartridge or tank including or configured to include the vaporizable material, at least input (e.g., in some variations without any input on an outer surface of the apparatus, e.g., "button less"), and circuitry for controlling the device.

An exemplary vaporization device **200** is shown in FIGS. **1** and **2**. The vaporization device **200** includes two filter pads **222***a,b*. The filter pads **222***a,b* are positioned off of the central axis of the air path **212**. As the vapor travels down the air tube **208** and begins to return to liquid state, both condensation and particle aggregation will occur. As the vapor exits the air tube **208** into the air path **212**, the moisture (see FIG. **1**) and larger particles (see FIG. **2**) can filter onto the pads **222***a,b* (i.e., via gravity) without interfering with the user's draw on the device.

The one or more pads for use with any of the embodiments described herein (including pads **222***a,b*) can be made of an absorbent material. The absorbent material can both wick moisture quickly and allow it to disperse quickly therethrough. Thus, the absorbent material can be hydrophilic. Exemplary materials include cotton, e.g., a nonwoven cotton lintner paper, felt, cellulose, or hydrophilic polymers. Further, the one or more pads can be curved, as shown in FIGS. **1** and **2** or can be substantially flat panels. In some embodiments, the one or more pads can each be made of two or more thin sheets of layered material.

The one or more pads can be positioned within or proximate to the mouthpiece so as to capture moisture just prior to inhalation by the user. Further, in some embodiments, as shown in FIGS. **1** and **2**, the one or more pads can be pushed up against the interior surface of the vaporizer so as to minimize interference with other components of the vaporizer. In other embodiments, the one or more pads can be pulled away from the interior walls so as to maximize the surface area available for moisture absorption. The pads can be rectangular, circular, ovoid, triangular, square, or other shape. The shape and size of the pads can be chosen so as to minimize interference with the air path while maximizing moisture and particle collection.

Another exemplary vaporizer **300** utilizing moisture deposition pads **322***a,b* is shown in FIGS. **3**A and **3**B. The vaporizer **300** includes a cartridge **301** that is attachable to a reusable component **300** (which can include the electronics to power the device, etc.). As shown in FIGS. **3**A and **3**B, the cartridge **301** can include a tank **302**, a heater assembly **343**, an air tube **308**, and a mouthpiece **303**. The pads **322***a,b* can be rectangular, flat, and positioned in parallel within the mouthpiece **303** on either side of the air tube **308** (i.e., off-axis with the air tube **308**). The vaporizer **300** can further include any of the features described in U.S. application Ser. No. 15/053,927, titled "VAPORIZATION DEVICE SYSTEMS AND METHODS," filed on Feb. 25, 2016, Publication No. US 2016-0174611 A1, the entirety of which is incorporated by reference herein.

Another exemplary vaporizer **400** that can utilize one or more pads is shown in FIGS. **4**A-**6**B. As shown in FIGS. **4**A and **4**B, the vaporizer **400** includes a reusable component **411** and a cartridge **401**. The diameter of device **400** is greater than the width (e.g., greater than 1.2×, 1.3×, 1.4×, 1.5×, 1.6×, 1.7×, 1.8×1.9×, etc.), making the device have a substantially long and flat appearance and feel.

Referring to FIGS. **5**A and **5**B, the reusable component **411** includes a shell **431**, which can include the electronics for operating the vaporizer. Further, the reusable component **411** can include a visual indicator **421**, such as an LED, for signaling the operating status of the vaporizer **400**. The distal end of the reusable component **411** (shown in FIG. **5**F) includes a charging element **433** configured for charging the device. Further, the proximal end of the device (FIG. **5**E) includes contacts **435** for maintaining an electrical connection with the cartridge **401**.

The cartridge **401** is shown in FIGS. **6**A-**6**D. As best shown in the exploded view of FIG. **6**D the cartridge **401** includes a tank **441** configured to hold a liquid vaporizable material therein, a heater (e.g. a wick and coil assembly) **443** configured to heat the vaporizable material in the tank **441**, and an air tube **408** extending from the tank to a mouthpiece **403**. Contacts **535** are configured to connect with contacts **435** on the reusable component **411** to provide power to activate the wick and coil assembly **443**. At the distal end of the cartridge the walls of the elongate and flattened tubular body **441** and a bottom cover piece **691** form an overflow leak chamber **699**, which is shown with a pair of absorbent pads **495***a,b* are positioned along the long walls (along the diameter) of the overflow leak chamber. An option felt cover **693** may be included (also acting as an absorbent member).

As shown in FIGS. **4**A-**5**D, the device **400** further includes openings, configured as air inlets **762***a,b*, on the side of the shell **431**. The air inlets are proximate to openings

(air inlets) **662***a,b* on the distal end of the cartridge **401** (see FIGS. **6**A and **6**B) opening into the overflow leak chamber (not visible). Referring to FIG. **11**A (which is a cross-section of the device **400** at the center), the air flow path **777** from inlets **762***a,b* to inlets **662***a,b*, extends through the tube **408** until it reaches the stop **433** (see FIG. **12**) and then divides into two separate paths that extend along the inner surface of the mouthpiece **402** (between the pads **422***a,b*) and out through the outlets of the mouthpiece **403**.

As shown in FIGS. **6**D and **12-14**, parallel absorbent pads **422***a,b* can be positioned within the mouthpiece **403**. The absorbent pads **422***a,b* are rectangular and parallel with one another. The absorbent pads **422***a,b* are positioned substantially parallel to the flat side of the device **400** (parallel with the plane of the length **1** and width w in FIG. **4**A) and parallel with one another. In some embodiments, the pads **422***a,b* can be biased fully against the inside walls of the mouthpiece **403** so as to easily capture liquid that rolls along the walls. A distance between the two pads **422***a,b* can be, for example, between 3 and 6 mm, such as between 4 and 5 mm, e.g., approximately 4.8 mm. The gap between the absorbent pads **422***a,b* advantageously prevents the pads from interfering with the air flow path when a user draws on the mouthpiece **403**.

Further, as shown in FIGS. **6**D, **12** and **13** in some embodiments, over-flow pads **445***a,b* are positioned proximate to the tank **441**, i.e., within an overflow leak chamber below the tank, to absorb liquid that may leak out of the tank **441** during use. The over-flow pads **445***a,b* can be similarly placed parallel to one another and/or against the sides of the shell **431** as described above with respect to pads **422***a,b*.

FIG. **13** (which is a cross-section of the device **400** through the pads **422***a,b* and **445***a,b*) shows the air flow path **777** in dotted lines relative to the placement of the pads **442***a,b* and **445***a,b*. The air path **777** extends alongside all of the pads **422***a,b* without extending therethrough. That is, the pads **422***a,b* and **445***a,b* extend off-axis relative to the air path **777** and do not interfere with user draw. However, the pads **422***a,b* and **445***a,b* are positioned so that the air path **777** travels along, besides, and/or in contact with the pads **422***a,b* and **445***a,b* for an extended period of time so as to allow maximum absorption of liquid.

In use (i.e., when the user draws on the device), the device **400** can be held horizontally with the width, w, in the vertical direction and the diameter, d, in the horizontal direction. As such, at least one of the pads **422***a,b* and/or **445***a,b* will be substantially horizontal while the user draws on the device, ensuring that gravity will pull any moisture or particles down onto the lower pad **422***a,b* and/or **445***a,b*. Further, having two pads **422***a,b* and/or **445***a,b* advantageously ensures that moisture will be caught whether the user holds the device with pad **422***a* or **445***a* on top or **422***b* or **445***b* on top. This can both prevent interference with the electronics of the device and prevent the user from getting any liquid from the tank in his or her mouth when drawing on the device.

Referring to FIGS. **15**A-**15**D, exemplary device **800** is similar to device **400** (similar reference numbers are therefore used) except that it includes a single plug **888** in the proximal section of the cartridge **801** (i.e., as opposed to the two tank seals **604***a,b* shown in FIG. **6**D). The plug **888** is configured to simultaneously seal both outlets of the mouthpiece **403** while also sealing around the tube **408**.

Although sets of absorbent pads are shown and described with respect to the embodiments herein, only a single off-axis (i.e. "off air path") pad can be used in each location. Likewise, more than two (e.g., 3, 4, 5, or more) off-axis pads, such as strips of absorbent material, may be used. Similarly, only a single set of pads can be used.

In some embodiments, the absorbent pads can be located only in the cartridge area (i.e., in the disposable portion). In other embodiments, additional absorbent pads can also be used in the reusable portion of the device.

The wick for use with any of the embodiments herein can be large to handle higher viscosity liquids (e.g., liquids with cannabinoids). For example, the wick can be greater than 1.5 mm in diameter, such as approximately 2 mm in diameter.

Referring to FIG. **16**, in some embodiments, the openings (also referred to as air inlets) **962***a,b* to the cartridge **901** can include a protective annular ring **992***a,b* or seal therearound that extends away from the inner wall of the cartridge **901**. This ring can help prevent any spilled liquid from splashing into the inlets **962***a,b*. This ring may be lip or ridge projecting into the overflow leak chamber, as shown in FIG. **16**.

Referring still to FIG. **16**, in some embodiments, the contacts **935** of the reusable portion **911** of the device **900** can be pin contacts while the contacts **1035** of the cartridge **901** can be annular contacts or pin receptacles configured to mate with the pins. Further, in some embodiments, pin receptacles **1035** can include spring-loaded wiping mechanisms on the inner diameter thereof. The spring-loaded wiping mechanisms can be configured to wipe the pins as they pass therethrough. As a result, any vapor residue on the pins can be removed to maintain the proper electrical connection there between.

Power and Temperature Control

In any of the apparatuses described herein, the vaporizer apparatus may be controlled so that the temperature used to vaporize the vaporizable material is maintained within a preset range (e.g., one or more preset temperatures as discussed above, within +/−a few degrees (e.g., +/−3° C., 2° C., 1° C., 0.5° C., etc.). In general, the microcontroller may control the temperature of the resistive heater (e.g., resistive coil, etc.) based on a change in resistance due to temperature (e.g., TCR). For example, a heater may be any appropriate resistive heater, such as a resistive coil. The heater is typically coupled to the heater controller via two or more connectors (electrically conductive wires or lines) so that the heater controller applies power (e.g., from the power source) to the heater. The heater controller may include regulatory control logic to regulate the temperature of the heater by adjusting the applied power. The heater controller may include a dedicated or general-purpose processor, circuitry, or the like and is generally connected to the power source and may receive input from the power source to regulate the applied power to the heater.

For example, any of the apparatuses described herein may include logic for determining the temperature of the heater based on the TCR of the heating element (resistive coil), based on sensed resistance of the coil. The resistance of the heater (e.g., a resistive heater) may be measured ($R_{heater}$) and the controller may use the known properties of the heater (e.g., the temperature coefficient of resistance) for the heater to determine the temperature of the heater. For example, the resistance of the heater may be detected by a detection circuit connected at the electrical contacts that connect to the cartridge, and this resistance compared to a target resistance, which is typically the resistance of the resistive heater at the target temperature. In some cases this resistance may be estimated from the resistance of the resistive hearing element at ambient temperature (baseline).

In some variations, a reference resistor ($R_{reference}$) may be used to set the target resistance. The ratio of the heater resistance to the reference resistance ($R_{heater}/R_{reference}$) is

linearly related to the temperature (above room temp) of the heater, and may be directly converted to a calibrated temperature. For example, a change in temperature of the heater relative to room temperature may be calculated using an expression such as $(R_{heater}/R_{reference}-1)*(1/TCR)$, where TCR is the temperature coefficient of resistivity for the heater. In one example, TCR for a particular device heater is 0.00014/° C. In determining the partial doses and doses described herein, the temperature value used (e.g., the temperature of the vaporizable material during a dose interval, $T_1$, described in more detail below) may refer to the unit less resistive ratio (e.g., $R_{heater}/R_{reference}$) or it may refer to the normalized/corrected temperature (e.g., in ° C.).

When controlling a vaporization device by comparing a measure resistance of a resistive heater to a target resistance, the target resistance may be initially calculated and may be factory preset and/or calibrated by a user-initiated event. For example, the target resistance of the resistive heater during operation of the apparatus may be set by the percent change in baseline resistance plus the baseline resistance of the resistive heater, as will be described in more detail below. As mentioned, the resistance of the heating element at ambient is the baseline resistance. For example, the target resistance may be based on the resistance of the resistive heater at an ambient temperature and a target change in temperature of the resistive heater.

As mentioned above, the target resistance of the resistive heater may be based on a target heating element temperature. Any of the apparatuses and methods for using them herein may include determining the target resistance of the resistive heater based on a resistance of the resistive heater at ambient temperature and a percent change in a resistance of the resistive heater at an ambient temperature.

In any of the methods and apparatuses described herein, the resistance of the resistive heater may be measured (using a resistive measurement circuit) and compared to a target resistance by using a voltage divider. Alternatively or additionally any of the methods and apparatuses described herein may compare a measured resistance of the resistive heater to a target resistance using a Wheatstone bridge and thereby adjust the power to increase/decrease the applied power based on this comparison.

In any of the variations described herein, adjusting the applied power to the resistive heater may comprise comparing the resistance (actual resistance) of the resistive heater to a target resistance using a voltage divider, Wheatstone bridge, amplified Wheatstone bridge, or RC charge time circuit.

When using resistance and/or power applied to determine the temperature of the apparatus and/or to control temperature for vaporization, the inventors have determined that there may be a surprising disparity between the actual temperature and that predetected or determined using resistance of the heater alone. This problem because particularly acute when the distance between the heating element (e.g. resistive coil) and the electrical input into the cartridge (the power contacts from the vaporizer base) is longer, or there is a change in the conductive material between the heater and the contacts, as shown in FIG. **15**A. Where there is a change in the conductive material between the contacts, the electrical wiring and the resistive coil, thermoelectric effects arising due to this change in electrical characteristics (resistance) may give rise to inaccuracies when determining the power applied.

In the exemplary cartridges described above, the heating coil is connected to the electrical contacts by extension wires **1054**, **1054'** (see, e.g., FIG. **10**B). Because the extension wires are different materials, a voltage (EMF) may be generated at the junction between the different electrical conductors when there is a temperature gradient. This thermoelectric effect may be referred to as the Seebeck effect, and may generate a voltage that is based on the material properties of the different conductors. In the variations described above, although the heating coil, extensions and wick are nearly symmetric, during normal usage there may be uneven temperatures across the three, developing a temperature gradient. This may result in an uneven voltage being generated; this disparity may then lead to inaccuracies in controlling the heater (applied power) and/or estimation of the temperature.

Although at any particular time, the effect may be relatively minor (and therefore overlooked), the cumulative effect may lead to dramatic reductions in accuracy and temperature control; other systems may attempt to avoid this problem by modifying the resistance of the material used for the resistive heater, requiring a larger power; although this may reduce the overall contribution of the offset EMF voltage due to the thermoelectric property mismatch, it also requires a larger wattage and therefore battery (and resulting power) be applied.

Instead, any of the apparatuses described herein may include a precision resistance measurement circuit to track resistance of the heating element (e.g., a coil made from resistive heating alloy wire) when not heating and heating to control the temperature of the coil based on changes in coil resistance from room temperature to vaporization temperatures, as discussed above. For example, in some variations, the measurement circuit is an amplified Wheatstone bridge where the heating element (when connected) is one half of one of the two voltage dividers in the Wheatstone bridge and the two divider voltages are inputs to a differential op amp circuit. This control circuit may be modified as described herein to account for the mismatch in thermoelectric properties leading to the offset voltage.

Currently known resistance measurement systems typically use a two-terminal sensing or four-terminal sensing circuit, and are prone to measurement error when the load to be measured is also a voltage source or has an additional unknown voltage applied to it. As just mentioned above, in vaporizers that use resistive heating elements (often coils), extension leads are often used to route power to the heating element with minimal Joule heating and losses in the path between the heating element (where Joule heating is desired) and the voltage source (often a battery or power supply). For manufacturability, these extension leads are often the only connection between the device (or contacts that connect to the device) and the heating element, so measurement of the resistance of the heating element invariably includes the resistance of the extension leads and measurement error arising from the mismatched thermoelectric properties (Seebeck error). The heating element and extension leads (three conductors if considered individually) each have some temperature gradient along their lengths, and this temperature gradient generates an electromotive force (EMF, which is also a measureable voltage when the conductor is open circuit) in each conductor, which is $E_{emf}=-S\ \nabla T$, where S is the Seebeck coefficient of the conductor which depends heavily on the conductor material (but also on temperature of the conductor) and $\nabla T$ is the temperature gradient across the material. Because ideal materials for the heating element and extension leads often have different Seebeck coefficients, and since the temperatures at the two connection points between each extension lead and the heating element are likely to differ while heating (due to acceptable asym-

metries in both heating element assembly and heat transferred from the heating element and extension leads that are expected in a mass-produced product), there will be a net EMF across the extensions and heating element (seen as one load in any vaporization system where one set of extension leads electrically connects the heating element to the device) which will skew the resistance measurement, making temperature control of the heating element using measured resistance impossible without correction for this effect. More generally, measured resistance of the heating element will be skewed by the mismatched thermoelectric properties (e.g., the Seebeck effect) whenever there is a temperature difference between and material transition at the two heating element terminals where contacts or extensions are connected.

A simplified model of a heating element with two extension leads of the same material is shown in FIG. **17**. In this example, the heating element and extension lead combination connects to the device at the open ends of the extension leads shown above, so the resistance measurement of the heating element is taken through the extension leads connecting to it. S**1** and S**3** are constant coefficients that depend on the material properties (Seebeck coefficients) of each of the two extension lead materials, and S**2** is the Seebeck coefficient of the heating element. T**1** and T**4** are temperatures at the ends of the extensions that electrically connect to the vaporization device. T**2** and T**3** are temperatures of the connections between the extension leads and heating element (which may be welds, crimps, solder joints, or other electrical connections). The EMF, $E_{net}$ is expected to skew the resistance measurement if $E_{net}$ is non-zero. $E_{net}$ from the Seebeck effect is expected to be:

$$E_{net}=-S1(T2-T1)-S2(T3-T2)-S3(T4-T3).$$

To illustrate how temperature differences between T**2** and T**3** can create a non-zero Enet, consider a further simplified model where temperatures at the two open (as shown) ends of the conductive path are assumed to be the same and close to the device temperature (T**1**=T**4**), which is an acceptable simplification in systems like ours where extensions connect to electrical contacts with large thermal mass at T**1** and T**4**. Seebeck coefficients for the two extensions are assumed to be the same since the two extension leads are of the same material (S**1**=S**3**). This reduces the above expression to:

$$E_{net}=(S2-S1)(T2-T3)$$

From the above expression, if S**2** and S**1** are not equal (heating element and extension leads have different Seebeck coefficients) and T**2** and T**3** are not equal (non-zero net temp gradient across the two points where heating element meets extensions), Enet will not be zero, and it will skew the resistance measurement taken by the device. For comparison, if there are no extension leads, EMF for the heating element alone can be considered:

$$E_{net}=S2(T2-T3)$$

When the heating element is connected directly to electrical contacts that are large thermal masses, it is expected (and can be measured) that T**2** and T**3** are very close and Seebeck effect introduces negligible error in resistance measurement. In other systems where extension leads are used, the Seebeck effect will skew measured resistance, making temperature control impossible when Seebeck effect is not corrected for.

Additionally, some systems without extension leads may still see a temperature difference between T**2** and T**3** depending on the device and heating element assembly. If this temperature difference is significant, this effect will have to be corrected for if accurate resistance measurements is desired.

The simple model above with extension leads and heating element is provided to illustrate the source of heating element EMF. In most systems there will be additional material transitions and temperature gradients in each material in the resistance measurement path. As described below, a complete understanding or modeling of all material transitions and junction temperatures is not needed to correct for this effect. The heating element EMF (caused by the Seebeck effect) can simply be measured and used to correct for the error it introduces in resistance measurements.

In a vaporization devices that uses measured heating element resistance for temperature control of the heating element as described above, heating element EMF may also measure and used to control the power applied and/or estimates of temperature. The Seebeck effect may be observed to be the main contributor to heating element EMF and is the only known contributor to heating element EMF when no current (or constant current) has been flowing through the element for some time. Measured heating element EMF can be used to correct for resistance measurement error caused by heating element EMF. The resistance measurement (skewed by Seebeck EMF) and the Seebeck EMF measurement together can be used to calculate accurate heating element resistances, which can be used to control average temperature of the heating element.

The effect of heating element EMF on the resistance measurement depends on the measurement circuit used. Heating element EMF will produce measurement error in all known resistance measurement circuits, so heating element EMF may be separately measured to correct for the error it causes in the resistance measurement. Sensitivity of the resistance measurement to heating element EMF may be understood so that measured heating element EMF can be used correctly to calculate heating element resistance from the two measurements taken. For example, the same differential op-amp used for the resistance measurement may also be used for the heating element EMF measurement. In the resistance measurement, the heating element may be powered through a voltage divider so that there is a measureable voltage across the heater which is compared against a reference voltage or summed with other reference voltages and amplified by the differential op amp circuit. For heating element EMF measurement, no voltage is applied to the heating element, which allows for direct measurement of the EMF, which is compared against another close reference voltage and amplified by the same differential op amp circuit used for the resistance measurement.

Because the same amplification circuit may be used, the sensitivities of both the resistance measurement and the heating element EMF measurement to heating element EMF will be the same. The two measurements may then be used to calculate accurate heating element resistances, the raw reading difference between measured heating element EMFs when the device is heating and when device has not been heating for some time (note that Seebeck EMF is 0 when heating element reaches thermal equilibrium in device) and may be subtracted from the raw resistance measurement reading before other calculations are performed to yield heating element resistance from corrected resistance measurement reading.

FIG. **18** illustrates one example of a measurement circuit that may be used as part of a vaporization apparatus. Operation of this circuit to control heating element resistance while heating may be as follows (with signal and

component names below referencing signals and components from schematic of FIG. **18**); except for H+ **1821**, all output boxes (**1801**, **1803**, **1805**, **1807**, **1809**, **1811**, **1813**) are connected to the microcontroller, which is not shown; timing noted below is for one exemplary software implementation and may be different or modified for different implementations). Heating element is connected between H+ **1821** and GND.

In FIG. **18**, when device is heating, HEATER **1807** is driven with PWM to connect VBAT to H+ **1821** through Q**5** (powering heating element with battery voltage) at some duty cycle to generate a known power in the heating element. When device is heating or in a wake state but not heating, every 3.9 ms (256 Hz measurement), HEATER **1807** is held off and HM_PWR **1805** is held on (powering differential op-amp circuit and voltage references required for measurements) for 268 μs so that either the heating element resistance or heating element EMF can be measured. Heating element resistance and EMF are each measured every 7.8 ms (each is measured during every other measurement window). The first 200 us of this 268 μs measurement window is settling time for the op-amp output as seen by microcontroller (HM_OUT **1809**) to stabilize. ADC is performed by the microcontroller on HM_OUT **1809** between AREF_HM_OUT **1801** and GND during the last 68 μs of the measurement window. For the heating element resistance measurement, HM_NEG_REF_EN **1803** is on to bias the heating element so that the voltage divider formed by R**19** and the heating element can compared by the differential op amp circuit (comprised of U**5**, R**21**, R**22**, R**23**, and R**33**) against a fixed voltage divider formed by R**20** and R**32**, and some combination of R**28**, R**29**, and R**30**, which are used to keep HM_OUT **1809** in a usable voltage range between AREF_HM_OUT **1801** and GND for the range of heating element resistances that the device might see. HM_SCALE_**0-2** **1813** are either allowed to float (high impedance) or connected to GND within the microcontroller to use R**28-30** to set the resistance measurement range of the circuit.

For the heating element EMF measurement, HM_NEG_REF_EN **1803** is off to allow H+ to float to a voltage that is the heating element EMF (relative GND) and SEEBECK_REF_EN **1815** is on to make the fixed reference used by the differential op amp circuit close enough to heating element EMF that HM_OUT **1809** will be usable (will be between AREF_HM_OUT **1801** and GND) over the range of heating element EMFs expected when heating element is heated. Heating element EMF may be as high as +/−3 mV. The heating element EMF measurement circuit can measure between +/−5 mV. The measurement circuit yields a non-zero ADC value when device has not been heating for some time and EMF is 0; this value is used to "zero" the heating element EMF readings when used in resistance calculations. Resistance calculations are as follows:

Heating Element Resistance=(resistance measurement ADC raw−(EMF measurement ADC raw−EMF measurement ADC zero))*resistance measurement sensitivity+resistance measurement offset

Resistance measurement sensitivities and offsets may depend on the active resistance measurement scale (selected using HM_SCALE_**0-2** **1813**) and may be solved for using circuit component values and then included in the device (e.g., in the firmware, hardware or software of the apparatus).

Baseline resistance (measured resistance when heating element has not been heated for some time) may be used to calculate a target resistance that corresponds to a target average heating element temperature based on the heating element's resistivity vs. temperature curve.

The resistance measurement circuit may be a two-terminal sensing circuit, as just discussed. In other variations, a four-terminal sensing may be used to mitigate effects of variable contact resistance and trace or lead resistance in series with the heating element resistance measurement. Changing contact resistance and trace/lead resistance have a negligible impact on resistance measurement and temperature control, but these effects may be more pronounced in variations which have a lower resistance heating element and different heating element and device assembly. In this case, a four-terminal (also known as four-point) resistance and EMF measurement circuit, such as the one shown in FIG. **19**, may be used.

Operation of the circuit shown in FIG. **19** to control heating element resistance while heating may be done as follows (with signal and component names below referencing signals and components from schematic above; signals **1903**, **1905**, **1907**, **1909**, **1911**, **1913**, **1915**, **1917**) are connected to the microcontroller, which is not shown; timing noted below is exemplary only, and may be different). In FIG. **19**, HI+ **1822** and HV+ **1826** connect directly to one terminal of the heating element, while HV− **1828** and HI− **1824** connect directly to the other terminal of the heating element.

When device is heating, HEATER **1907** is driven with PWM to connect VBAT to H+ **1822** through Q**2** (powering heating element with battery voltage) at some duty cycle to generate a known power in the heating element.

When device is heating or in a wake state but not heating, every 3.9 ms (256 Hz measurement), HEATER **197** is held off and HM_PWR **1905** is held on (powering the differential summing op-amp circuit and voltage references required for measurements) for 268 μs so that either the heating element resistance or heating element EMF can be measured. Heating element resistance and EMF are each measured every 7.8 ms (each is measured during every other measurement window). The first 200 μs of this 268 μs measurement window is settling time for the op-amp output as seen by microcontroller (HM_OUT **1915**) to stabilize. ADC is performed by the microcontroller on HM_OUT **1915** between AREF_HM_OUT **1913** and GND during the last 68 μs of the measurement window.

For the heating element resistance measurement, HM_W-S_ISRC_EN**0** negative feedback at the negative input of the op-amp. This differential summing configuration keeps HM_OUT **1915** in a usable range (will be between AREF_HM_OUT **1913** and GND) over the range of heating element EMFs expected when heating element is heated. With the values shown above, the heating element EMF measurement circuit can measure between +/−3.5 mV. The measurement circuit yields a non-zero ADC value when device has not been heating for some time and EMF is 0; this value is used to "zero" the heating element EMF readings when used in resistance calculations.

Resistance calculations are as follows:

Heating Element Resistance=(resistance measurement ADC raw−(EMF measurement ADC raw−EMF measurement ADC zero))*resistance measurement sensitivity+resistance measurement offset Resistance measurement sensitivities and offsets depend on the active resistance measurement scale (selected using HM_SCALE_**0-4** **1911**) and may be solved for using circuit component values and then included in the device.

Baseline resistance (measured resistance when heating element has not been heated for some time) may be used to calculate a target resistance that corresponds to a target average heating element temperature based on the heating element's resistivity vs. temperature curve.

As described above, the mismatch in thermoelectric properties and the resulting EM (e.g., the Seebeck EMF) has been found by the inventors to be a potential source of resistance measurement error after data taken from controlled tests of vaporizer prototypes (e.g., using heating elements with extension leads). A single heating element run with temp control of the heating element (using measured heating element resistance without correction for this EMF) may consistently run with much higher power when connected in one polarity vs. the other polarity. It was discovered that asymmetries in the heating element (in this case the wick and coil) assembly could consistently produce hotter temperatures at one of the two heating element/extension lead junctions, resulting in consistent offset voltage at operating temperatures that skewed the resistance measurement in one direction with the heating element connected in one polarity and in the other direction with heating element connected in the other polarity. Although measured resistance was controlled during these tests, these devices were not accurately controlling heating element temperatures because measurements were skewed by this offset EMF resulting from the mismatch in thermoelectric properties of the components. With the correction described above, used to correct for the error in resistance measurement, it is observed that heating element polarity does not have an effect on the power required to hold the heating element at operating temperatures during controlled testing, which suggests that this correction yields accurate calculated heating element resistances that remove the effect of the offset EMF, providing much more accurate temperature control of the heating element than when not corrected.

Thus, in any of the variations described herein, the apparatus may include an offset correction circuit (also referred to as a Seebeck correction circuit) to correct for the offset voltage resulting from the mismatch in thermoelectric properties between the resistive heating coil and the conductive connectors linking the resistive heating coil to the power input (e.g., from the vaporizer base, including the vaporizer power controller) in the cartridge. The offset correction circuit may be located in the vaporizer base and connected between the coupling connectors **595**, **595'** to couple with the cartridge connectors and determine the offset voltage due to the mismatch in thermoelectric properties of the heating (resistive) coil and the wires linking the coil to the connector on the cartridge. Also described herein are methods of correcting for the mismatch (Seebeck effect) in thermoelectric properties between the coil and the wires (electrical extensions) connecting to the electrical connectors.

Dose Monitoring

As mentioned above, any of the apparatuses described herein may also or alternatively detect and display the dose of material applied. U.S. patent application Ser. No. 14/960,259 (filed on Dec. 4, 2015, and published as US-2016-0157524-A1), herein incorporated by reference in its entirety, describes examples of methods for determining dose (and apparatuses including dose determination). Generally these methods may be used to accurately calculate dose based on the power applied to the heater and the temperature of the heater (or a material in contact with the heater) during an immediately before a small increment of time; total dose may be determined by summing these small increments up over a desired time range. These methods may be incorporated herein, and may be made even more accurate by correcting the power applied as described above (e.g., accounting for the offset EMF due to the Seebeck effect).

Alternatively or additionally, described herein are methods and apparatuses that may provide a rough approximation of dose based on the power applied over time to vaporize the material within the cartridge. This may be referred to herein as the consumption (of the vaporizable material in the cartridge, an indication of consumption) of the cartridge or vaporizable material, or the like. In general, the apparatus may aggregate the power during operation of the apparatus (e.g., the power applied over time during a puff/inhalation and/or the power applied over this time multiplied times the duration of the inhalation).

The apparatus may further provide an output of the amount of consumption. This output may be, in particular, a qualitative approximation. For example, the output may be incrementally increasing the number, intensity and/or color of one or more LEDs on the surface of the apparatus. For example, in this case, the consumption amount (dose) is not an absolute amount, but is an indicator or readout of the power applied to vaporize the material (power applied to the coils) over time. In FIG. **9**C, for example, when the user first installs a cartridge and the apparatus is set up to display consumption/dose, the four LEDS **897** may initially be unlit or lit to the neutral color (e.g., white). As the user draws on the device and vaporizes the material within the cartridge, the number of LEDS illuminated may be increased and the intensity and/or color of illumination may be increased to indicate increasing dosage or consumption; for example the calculation of power applied over time may determine based on a number or predetermined increments, whether to increase the number of illuminated LEDS of a particular color and/or intensity, to change color and/or intensity, etc.

The accumulated dose may be reset manually (e.g., using an app, shaking the device, etc.) or by removing the cartridge. Alternatively or additionally to the qualitative output described above, a quantitative estimate based on the power may be displayed or output to a remote processor (e.g. smartphone, etc.).

Thermocouple as Heater

In any of the apparatuses described herein, the heater may be configured as a thermocouple junction. See, e.g., FIGS. **20**A and **20**B. Thus, a thermocouple junction (comprising materials having dissimilar thermoelectric properties) may be used to measure temperature at a point along the heater coil. As discussed above, this may allow an apparatus to resistively determine temperature along the heater coil using the thermoelectric properties described above. Thus, similar to what is described above, the heating element performs both as a heater and a temperature sensor. For example, a resistive heater may comprised of two dissimilar conductors (e.g., stainless steel and titanium) welded together, as shown in FIG. **20**A. When the heater (heating coil) heats up, the dissimilar material will be heated differentially, resulting in a temperature gradient and a resulting offset voltage (EMF), due to the Seebeck effect discussed above, at the junction of the two dissimilar materials. This effect may be used to determine the temperature at that junction (whereas typically, we determine the average temperature of the entire heater by using TCR, temperature coefficient of resistance, as also discussed above.

The Seebeck effect also occurs at the junction between the heater end poles and passive electrical conduits. Although the correction circuits discussed above are aimed at correct-

ing for the effect, it may also be possible to take advantage of the effect for a more localized temperature measurement. Compare, FIG. **20**B to FIG. **20**A, for example. In FIG. **20**A, the junction is located in the middle of the heating element, and determining the offset voltage in this case, which is based on the temperature, may allow accurate temperature determination. This embodiment may be particularly relevant for a convection vaporizer, where you likely have a (relatively) large heater and you care about the temperature at just the air outlet end.

In vaporization systems where the heating element is connected to the device through extension leads, if Seebeck coefficients are known for both materials, the measured Seebeck EMF can be used to determine the net temperature gradient across the heating element. With some modeling, this measurement could be used to approximately control maximum heating element temperature instead of or in addition to average heating element temperature. This measurement can also be used to perform quality control where the heating element assembly is manufactured. In vaporization systems where the heating element is connected to the device through extension leads and the heating element is used to primarily heat air, if Seebeck coefficients are known for both materials, Seebeck EMF can be used to determine the net temperature gradient across the heating element, which with a known air flow path and thermal modeling of the system can be used to predict average air temperature at some point down-stream of the heating element. As mentioned above, this may be particularly advantageous in convection (hot-air) vaporization systems as two measurements (resistance and Seebeck EMF) taken from the actuator can allow for accurate temperature control of air flowing from the outlet of the heating element without additional sensors in the air path or connected to the heating element.

As shown in FIG. **20**A, the Seebeck effect alone or the Seebeck effect in conjunction with resistance measurement can be used for temperature control of a heating element that has a material transition (junction) at the position where temperature is to be controlled. This is essentially creating a thermocouple out of resistive heating alloys so that the Seebeck EMF can be measured in order to control temperature at the hot junction of the thermocouple resistive heater. The junction could be positioned where the heating element is expected to be hottest to control maximum temperature of the heating element. The control algorithm could use a target average temperature of the heating element (calculated using resistance and EMF measurements) as well as a maximum acceptable max temperature of the heating element (calculated using just the EMF measurement). A device that knows both the average temperature of the heating element and the maximum temperature of the heating element could know more about the temperature gradient along the heating element and be better at predicting mass of material vaporized while heating than a device that only knows either maximum or average heating element temperature (device knowing precise mass of material vaporized is critical for dose-control in vaporizers). If extensions are used in such a system, they could be the same material as the intended heating element but much larger gauge for reduced losses in the extensions. Alternatively, extensions with Seebeck coefficients that are very similar to the Seebeck coefficients of the two heating element sections could be used so that Seebeck EMF is still usable for temp control of the hot junction (small contribution of heating element/extension junctions to net Seebeck EMF).

Vaporizers without Cartridges

Any of the features described herein may be incorporated into a vaporizer apparatus that does not require the uses of a separate (e.g., removable cartridge), including vaporizer apparatuses such as loose-leaf vaporizer apparatuses.

Such apparatuses are described, for example, in each of the following applications, herein incorporated by reference in their entirety: U.S. patent application Ser. No. 13/837,438, filed on Mar. 15, 2013, Publication No. US 2013-0312742 A1; U.S. patent application Ser. No. 15/166,001, filed on May 26, 2016, Publication No. US 2016-0262459 A1; U.S. patent application Ser. No. 14/581,666, filed on Dec. 23, 2014, Publication No. US 2015-0208729 A1; U.S. patent application Ser. No. 15/053,927, filed on Feb. 25, 2016, Publication No. US 2016-0174611 A1; U.S. patent application Ser. No. 15/257,748, filed on Sep. 6, 2016; U.S. patent application Ser. No. 15/257,760, filed on Sep. 6, 2016, Publication No. US 2016-0374399 A1; and U.S. patent application Ser. No. 15/257,768, filed on Sep. 6, 2016, Publication No. US 2016-0366947 A1.

For example such a device may include preset and allow the user to enter temp set mode by holding down on a button (on or under the mouthpiece) for >0.6 seconds. Pressing the button again cycles through the 4+1 presets. To exit temp set, again hold the button for >0.6 sec. The presets may be, e.g.: 180C, 193C, 204C, 216C.

Any of the apparatuses described herein may include haptic feedback that may include distinct profiles for different events: For example:

/‾\—trapezoid—power on, and Bluetooth connect

||—quick click—manual power off, and Bluetooth disconnect

|‾||‾|—2 long clicks—temp reached

|‾|—1 long click—entered low temp standby, and auto shutoff

Also the user may change the intensity of these envelopes via the app.

Although the disclosure, including the figures, described herein may described and/or exemplify these different variations separately, it should be understood that all or some, or components of them, may be combined.

Although various illustrative embodiments are described above, any of a number of changes may be made to various embodiments without departing from the scope of the invention as described by the claims. For example, the order in which various described method steps are performed may often be changed in alternative embodiments, and in other alternative embodiments one or more method steps may be skipped altogether. Optional features of various device and system embodiments may be included in some embodiments and not in others. Therefore, the foregoing description is provided primarily for exemplary purposes and should not be interpreted to limit the scope of the invention as it is set forth in the claims.

When a feature or element is herein referred to as being "on" another feature or element, it can be directly on the other feature or element or intervening features and/or elements may also be present. In contrast, when a feature or element is referred to as being "directly on" another feature or element, there are no intervening features or elements present. It will also be understood that, when a feature or element is referred to as being "connected", "attached" or "coupled" to another feature or element, it can be directly connected, attached or coupled to the other feature or element or intervening features or elements may be present. In contrast, when a feature or element is referred to as being "directly connected", "directly attached" or "directly coupled" to another feature or element, there are no inter-

vening features or elements present. Although described or shown with respect to one embodiment, the features and elements so described or shown can apply to other embodiments. It will also be appreciated by those of skill in the art that references to a structure or feature that is disposed "adjacent" another feature may have portions that overlap or underlie the adjacent feature.

Terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. For example, as used herein, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, steps, operations, elements, components, and/or groups thereof. As used herein, the term "and/or" includes any and all combinations of one or more of the associated listed items and may be abbreviated as "/".

Spatially relative terms, such as "under", "below", "lower", "over", "upper" and the like, may be used herein for ease of description to describe one element or feature's relationship to another element(s) or feature(s) as illustrated in the figures. It will be understood that the spatially relative terms are intended to encompass different orientations of the device in use or operation in addition to the orientation depicted in the figures. For example, if a device in the figures is inverted, elements described as "under" or "beneath" other elements or features would then be oriented "over" the other elements or features. Thus, the exemplary term "under" can encompass both an orientation of over and under. The device may be otherwise oriented (rotated 90 degrees or at other orientations) and the spatially relative descriptors used herein interpreted accordingly. Similarly, the terms "upwardly", "downwardly", "vertical", "horizontal" and the like are used herein for the purpose of explanation only unless specifically indicated otherwise.

Although the terms "first" and "second" may be used herein to describe various features/elements (including steps), these features/elements should not be limited by these terms, unless the context indicates otherwise. These terms may be used to distinguish one feature/element from another feature/element. Thus, a first feature/element discussed below could be termed a second feature/element, and similarly, a second feature/element discussed below could be termed a first feature/element without departing from the teachings of the present invention.

Throughout this specification and the claims which follow, unless the context requires otherwise, the word "comprise", and variations such as "comprises" and "comprising" means various components can be co-jointly employed in the methods and articles (e.g., compositions and apparatuses including device and methods). For example, the term "comprising" will be understood to imply the inclusion of any stated elements or steps but not the exclusion of any other elements or steps.

As used herein in the specification and claims, including as used in the examples and unless otherwise expressly specified, all numbers may be read as if prefaced by the word "about" or "approximately," even if the term does not expressly appear. The phrase "about" or "approximately" may be used when describing magnitude and/or position to indicate that the value and/or position described is within a reasonable expected range of values and/or positions. For example, a numeric value may have a value that is +/−0.1% of the stated value (or range of values), +/−1% of the stated value (or range of values), +/−2% of the stated value (or range of values), +/−5% of the stated value (or range of values), +/−10% of the stated value (or range of values), etc. Any numerical values given herein should also be understood to include about or approximately that value, unless the context indicates otherwise.

The examples and illustrations included herein show, by way of illustration and not of limitation, specific embodiments in which the subject matter may be practiced. As mentioned, other embodiments may be utilized and derived there from, such that structural and logical substitutions and changes may be made without departing from the scope of this disclosure. Such embodiments of the inventive subject matter may be referred to herein individually or collectively by the term "invention" merely for convenience and without intending to voluntarily limit the scope of this application to any single invention or inventive concept, if more than one is, in fact, disclosed. Thus, although specific embodiments have been illustrated and described herein, any arrangement calculated to achieve the same purpose may be substituted for the specific embodiments shown. This disclosure is intended to cover any and all adaptations or variations of various embodiments. Combinations of the above embodiments, and other embodiments not specifically described herein, will be apparent to those of skill in the art upon reviewing the above description.

What is claimed is:

**1**. A vaporizer cartridge comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, the mouthpiece comprising an outlet;

a reservoir configured to hold a vaporizable material;

a first pad positioned within an interior of the mouthpiece;

a second pad positioned within the interior of the mouthpiece;

a heater chamber comprising:

a heater configured to heat the vaporizable material from the reservoir to generate an aerosol;

a housing piece configured to house at least a portion of the heater, the housing piece comprising a housing opening configured to receive at least a portion of the heater;

an air tube extending from the housing piece;

a bottom cover comprising a bottom portion positioned distally relative to the cartridge body, the bottom portion comprising: a first air opening and a second air opening; and

a distal member positioned at least partially within the cartridge body between the housing piece and the bottom cover, the distal member comprising:

a proximal side;

a distal side opposite the proximal side;

a lateral side extending between the proximal side and the distal side; and

at least one recessed surface positioned on the lateral side;

wherein an air chamber is formed between the distal member and the bottom portion of the bottom cover; and

wherein the first air opening and the second air opening of the bottom portion allow air to pass into the air chamber.

**2**. The vaporizer cartridge of claim **1**, wherein at least a portion of the distal member comprises a perimeter that has

a first shape corresponding to a second shape of an inner surface of the cartridge body.

**3**. The vaporizer cartridge of claim **1**, wherein the distal member comprises:

an extension feature having a cylindrical shape, the extension feature extending from the proximal side of the distal member.

**4**. The vaporizer cartridge of claim **3**, wherein the extension feature comprises an opening extending therethrough that allows air to pass through the distal member.

**5**. The vaporizer cartridge of claim **1**, further comprising:

a cartridge electrical contact configured to contact a corresponding body electrical contact on a vaporizer body.

**6**. The vaporizer cartridge of claim **5**, wherein at least a portion of the heater extends at least partially through the distal member to contact the cartridge electrical contact.

**7**. The vaporizer cartridge of claim **1**, wherein the air tube is configured to deliver the aerosol from the heater to the mouthpiece; and wherein the first pad and the second pad do not intersect with a central axis of the air tube.

**8**. The vaporizer cartridge of claim **1**, wherein the vaporizer cartridge is configured to be magnetically coupled and secured within a cartridge receiver of a vaporizer body.

**9**. A vaporizer device, comprising:

the vaporizer cartridge of claim **1**; and

a vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge, the cartridge receiver comprising:

a first body electrical contact;

a second body electrical contact;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end.

**10**. The vaporizer device of claim **9**, further comprising:

a pressure sensor configured to detect a draw on the mouthpiece to activate the heater; and

a channel extending from the base of the cartridge receiver to the pressure sensor.

**11**. The vaporizer device of claim **9**, further comprising one or more LEDs, wherein the vaporizer device is configured to cause the one or more LEDs to illuminate during the generation of the aerosol by the heater of the vaporizer cartridge.

**12**. The vaporizer cartridge of claim **1**, wherein the bottom cover comprises exactly two air openings, the air openings comprising the first air opening and the second air opening.

**13**. The vaporizer cartridge of claim **1**, wherein the bottom portion of the bottom cover comprises:

a first cartridge electrical contact opening through which a first cartridge electrical contact of the vaporizer cartridge is exposed; and

a second cartridge electrical contact opening through which a second cartridge electrical contact of the vaporizer cartridge is exposed.

**14**. The vaporizer cartridge of claim **13**, wherein the bottom cover comprises exactly two air openings, the air openings comprising the first air opening and the second air opening; wherein the bottom portion of the bottom cover comprises a region positioned between the first cartridge electrical contact opening and the second cartridge electrical contact opening; and wherein the first air opening and the second air opening are not positioned within the region.

**15**. A vaporizer device comprising:

a vaporizer cartridge, comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, the mouthpiece comprising an outlet;

a reservoir configured to hold a vaporizable material;

a first pad positioned within an interior of the mouthpiece;

a second pad positioned within the interior of the mouthpiece;

a heater chamber comprising:

a heater configured to heat the vaporizable material from the reservoir to generate an aerosol;

a housing piece configured to house at least a portion of the heater, the housing piece configured to receive at least a portion of the heater;

an air tube extending from the housing piece;

a bottom cover comprising a bottom portion positioned distally relative to the cartridge body, the bottom portion comprising: a first air opening and a second air opening;

a distal member positioned at least partially within the cartridge body between the housing piece and the bottom cover, the distal member comprising:

a proximal side;

a distal side opposite the proximal side;

a lateral side extending between the proximal side and the distal side; and

at least one recessed surface positioned on the lateral side;

wherein an air chamber is formed between the distal member and the bottom portion of the bottom cover; and

wherein the first air opening and the second air opening of the bottom portion allow air to pass into the air chamber;

a first cartridge electrical contact; and

a second cartridge electrical contact; and

a vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge, the cartridge receiver comprising:

a first body electrical contact configured to electrically couple to the first cartridge electrical contact of the vaporizer cartridge;

a second body electrical contact configured to electrically couple to the second cartridge electrical contact of the vaporizer cartridge;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end; and

one or more LEDs, wherein the vaporizer device is configured to cause the one or more LEDs to illuminate during the generation of the aerosol by the heater of the vaporizer cartridge.

**16**. The vaporizer device of claim **15**, wherein at least a portion of the distal member comprises a perimeter that has a first shape corresponding to a second shape of an inner surface of the cartridge body.

**17**. The vaporizer device of claim **15**, wherein the distal member comprises:

an extension feature having a cylindrical shape, the extension feature extending from the proximal side of the distal member.

**18**. The vaporizer device of claim **17**, wherein the extension feature comprises an opening extending therethrough that allows air to pass through the distal member.

**19**. The vaporizer device of claim **15**, wherein at least a first portion of the heater extends at least partially through the distal member to contact the first cartridge electrical contact; and at least a second portion of the heater extends at least partially through the distal member to contact the second cartridge electrical contact.

**20**. The vaporizer device of claim **15**, wherein the bottom portion of the bottom cover comprises: a first cartridge electrical contact opening through which the first cartridge electrical contact of the vaporizer cartridge is exposed; a second cartridge electrical contact opening through which the second cartridge electrical contact of the vaporizer cartridge is exposed; and a region positioned between the first cartridge electrical contact opening and the second cartridge electrical contact opening;

wherein the bottom cover comprises exactly two air openings, the air openings comprising the first air opening and the second air opening; and

wherein the first air opening and the second air opening are not positioned within the region.

* * * * *



8427234

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 31, 2023

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,766,527*
ISSUE DATE: *September 26, 2023*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. Tar

Miguel Tarver
Certifying Officer

US011766527B2

(12) **United States Patent**
**Hatton et al.**

(10) **Patent No.: US 11,766,527 B2**
(45) **Date of Patent: *Sep. 26, 2023**

(54) **LEAK-RESISTANT VAPORIZER DEVICE**

(71) Applicant: **JUUL Labs, Inc.**, Washington, DC (US)

(72) Inventors: **Nicholas Jay Hatton**, Oakland, CA (US); **Steven Christensen**, Burlingame, CA (US); **Esteban Leon Duque**, Berkeley, CA (US); **Ariel Atkins**, San Francisco, CA (US); **James Monsees**, San Francisco, CA (US); **Adam Bowen**, San Mateo, CA (US)

(73) Assignee: **JUUL Labs, Inc.**, Washington, DC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/173,712**

(22) Filed: **Feb. 23, 2023**

(65) **Prior Publication Data**

US 2023/0201485 A1 Jun. 29, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 15/396,584, filed on Dec. 31, 2016, now Pat. No. 11,660,403.

(Continued)

(51) **Int. Cl.**
***A24F 40/40*** (2020.01)
***A24F 40/10*** (2020.01)

(Continued)

(52) **U.S. Cl.**
CPC ............... ***A61M 11/00*** (2013.01); ***A24F 7/00*** (2013.01); ***A24F 40/40*** (2020.01); ***A24F 40/42*** (2020.01); ***A24F 40/44*** (2020.01); ***A24F 40/46*** (2020.01); ***A24F 40/485*** (2020.01); ***A61M 11/042*** (2014.02); ***A61M 11/044*** (2014.02); ***A61M 15/06*** (2013.01); *A24F 40/10* (2020.01);

(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,671,185 A 5/1928 Flynn
1,950,542 A 3/1934 Copell

(Continued)

FOREIGN PATENT DOCUMENTS

AT 507187 A4 3/2010
CA 2920973 C 9/2018

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 15/396,584, filed Dec. 31, 2016, US 20180077967 A1.

(Continued)

*Primary Examiner* — Phu H Nguyen
(74) *Attorney, Agent, or Firm* — Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

(57) **ABSTRACT**

Vaporizer cartridges and vaporizer apparatuses, and methods for making, using and delivering vapor to a user, that are leak-resistant for use with cannabinoids. In particular, described herein are leak-resistant vaporizer cartridges and apparatuses adapted for use with oil-based vaporizable materials including cannabis oils.

**30 Claims, 26 Drawing Sheets**



**Related U.S. Application Data**

(60) Provisional application No. 62/398,494, filed on Sep. 22, 2016.

(51) **Int. Cl.**

| | |
|---|---|
| ***A61M 11/00*** | (2006.01) |
| ***A61M 11/04*** | (2006.01) |
| ***A24F 40/485*** | (2020.01) |
| ***A24F 40/46*** | (2020.01) |
| ***A24F 40/44*** | (2020.01) |
| ***A24F 40/42*** | (2020.01) |
| ***A24F 7/00*** | (2006.01) |
| ***A61M 15/06*** | (2006.01) |
| *A61M 15/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ... *A61M 15/0021* (2014.02); *A61M 2205/121* (2013.01); *A61M 2205/123* (2013.01); *A61M 2205/8206* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,900,989 A 8/1959 Davidson
4,945,931 A 8/1990 Gori
6,516,796 B1 2/2003 Cox et al.
6,637,430 B1 10/2003 Voges et al.
7,284,553 B2 10/2007 Hochrainer
7,802,569 B2 9/2010 Yeates et al.
8,528,569 B1 9/2013 Newton
8,714,161 B2 5/2014 Liu
8,752,545 B2 6/2014 Buchberger
8,833,364 B2 9/2014 Buchberger
8,899,240 B2 12/2014 Mass
8,948,578 B2 2/2015 Buchberger
9,010,335 B1 4/2015 Scatterday
9,078,474 B2 7/2015 Thompson
9,089,166 B1 7/2015 Scatterday
9,155,336 B2 10/2015 Liu
9,247,773 B2 2/2016 Memari et al.
9,289,014 B2 3/2016 Tucker et al.
9,351,522 B2 5/2016 Safari
9,364,025 B2 6/2016 Liu
9,427,022 B2 8/2016 Levin et al.
9,497,998 B2 11/2016 Chen
9,510,623 B2 12/2016 Tucker et al.
9,526,272 B2 12/2016 Liu
9,648,908 B1 5/2017 Rinehart et al.
9,668,520 B2 6/2017 Boldrini
9,668,522 B2 6/2017 Memari et al.
9,681,688 B1 6/2017 Rinehart et al.
9,763,475 B2 9/2017 Liu
9,763,478 B2 9/2017 Cameron
9,770,055 B2 9/2017 Cameron
9,795,168 B2 10/2017 Zhu
9,833,021 B2 12/2017 Perez et al.
9,844,234 B2 12/2017 Thorens et al.
9,861,135 B2 1/2018 Chen
9,877,519 B2 1/2018 Xiang
9,918,496 B2 3/2018 Kane et al.
9,955,726 B2 5/2018 Brinkley et al.
9,986,762 B2 6/2018 Alarcon et al.
10,058,128 B2 8/2018 Cameron
10,070,668 B2 9/2018 Li et al.
10,080,387 B2 9/2018 Phillips et al.
10,085,481 B2 10/2018 Verleur et al.
10,085,486 B2 10/2018 Cameron
10,130,123 B2 11/2018 Hatton et al.
10,131,532 B2 11/2018 Murison et al.
10,159,282 B2 12/2018 Monsees et al.
10,206,429 B2 2/2019 Davis et al.
10,279,934 B2 5/2019 Christensen et al.
10,299,513 B2 5/2019 Perez et al.
10,383,368 B2 8/2019 Larson
10,426,199 B2 10/2019 Turner et al.
10,492,542 B1 12/2019 Worm et al.
2003/0154991 A1 8/2003 Fournier et al.
2007/0215168 A1 9/2007 Banerjee et al.
2009/0255534 A1 10/2009 Paterno
2010/0186757 A1 7/2010 Crooks et al.
2010/0200008 A1 8/2010 Taieb
2012/0018529 A1 1/2012 Gammon et al.
2012/0318882 A1 12/2012 Abehasera
2013/0192615 A1 8/2013 Tucker et al.
2013/0199528 A1 8/2013 Goodman et al.
2013/0312742 A1 11/2013 Monsees et al.
2014/0041655 A1 2/2014 Barron et al.
2014/0041658 A1 2/2014 Goodman et al.
2014/0150810 A1 6/2014 Hon
2014/0158129 A1 6/2014 Pratt, Jr.
2014/0182612 A1 7/2014 Chen
2014/0202454 A1 7/2014 Buchberger
2014/0238421 A1 8/2014 Shapiro
2014/0261399 A1 9/2014 Murphy
2014/0261408 A1 9/2014 John et al.
2014/0290677 A1 10/2014 Liu
2014/0345635 A1 11/2014 Rabinowitz et al.
2014/0355969 A1 12/2014 Stern
2015/0007836 A1 1/2015 Li et al.
2015/0040929 A1 2/2015 Hon
2015/0136158 A1 5/2015 Stevens et al.
2015/0144147 A1 5/2015 Li et al.
2015/0150305 A1 6/2015 Shenkal
2015/0157054 A1 6/2015 Liu
2015/0164147 A1 6/2015 Verleur et al.
2015/0181941 A1 7/2015 Liu
2015/0184846 A1 7/2015 Liu
2015/0189919 A1 7/2015 Liu
2015/0201674 A1 7/2015 Dooly et al.
2015/0208729 A1 7/2015 Monsees et al.
2015/0216236 A1 8/2015 Bless et al.
2015/0223521 A1 8/2015 Menting et al.
2015/0223522 A1 8/2015 Ampolini et al.
2015/0245654 A1 9/2015 Memari et al.
2015/0245655 A1 9/2015 Memari et al.
2015/0245657 A1 9/2015 Memari et al.
2015/0245665 A1 9/2015 Memari et al.
2015/0245666 A1 9/2015 Memari et al.
2015/0245667 A1 9/2015 Memari et al.
2015/0245668 A1 9/2015 Memari et al.
2015/0257451 A1 9/2015 Brannon et al.
2015/0272217 A1 10/2015 Chen
2015/0282530 A1 10/2015 Johnson et al.
2015/0289565 A1 10/2015 Cadieux et al.
2015/0305406 A1 10/2015 Li et al.
2015/0313287 A1 11/2015 Verleur et al.
2015/0320116 A1 11/2015 Bleloch et al.
2015/0327595 A1 11/2015 Scatterday
2015/0328415 A1 11/2015 Minskoff et al.
2015/0342258 A1 12/2015 Chen
2015/0366267 A1 12/2015 Liu
2016/0000147 A1 1/2016 Li et al.
2016/0000149 A1 1/2016 Scatterday
2016/0007655 A1 1/2016 Li et al.
2016/0044965 A1 2/2016 Liu
2016/0057811 A1 2/2016 Alarcon et al.
2016/0073692 A1 3/2016 Alarcon et al.
2016/0081394 A1 3/2016 Alarcon et al.
2016/0095357 A1 4/2016 Burton
2016/0100632 A1 4/2016 Debono et al.
2016/0120226 A1 5/2016 Rado
2016/0120227 A1 5/2016 Levitz et al.
2016/0128384 A1 5/2016 Luciani
2016/0129205 A1 5/2016 Shahaf et al.
2016/0135504 A1 5/2016 Li et al.
2016/0150823 A1 6/2016 Liu
2016/0150824 A1 6/2016 Memari et al.
2016/0157524 A1 6/2016 Bowen et al.
2016/0174611 A1 6/2016 Monsees et al.
2016/0193434 A1 7/2016 Gleixner et al.
2016/0198767 A1 7/2016 Verleur
2016/0198769 A1 7/2016 Liu
2016/0198770 A1 7/2016 Alarcon

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2016/0213866 | A1 | 7/2016 | Tan |
| 2016/0219934 | A1 | 8/2016 | Li et al. |
| 2016/0219937 | A1 | 8/2016 | Rado |
| 2016/0235120 | A1 | 8/2016 | Liu |
| 2016/0235125 | A1 | 8/2016 | Safari |
| 2016/0249684 | A1 | 9/2016 | Liu |
| 2016/0262452 | A1 | 9/2016 | Zhu |
| 2016/0262459 | A1 | 9/2016 | Monsees et al. |
| 2016/0278163 | A1 | 9/2016 | Chen |
| 2016/0286860 | A1 | 10/2016 | Flayler |
| 2016/0286863 | A1 | 10/2016 | Lin |
| 2016/0286865 | A1 | 10/2016 | King et al. |
| 2016/0302487 | A1 | 10/2016 | Chen |
| 2016/0309785 | A1 | 10/2016 | Holtz |
| 2016/0324217 | A1 | 11/2016 | Cameron |
| 2016/0325055 | A1 | 11/2016 | Cameron |
| 2016/0331022 | A1 | 11/2016 | Cameron |
| 2016/0331023 | A1 | 11/2016 | Cameron |
| 2016/0331024 | A1 | 11/2016 | Cameron |
| 2016/0331025 | A1 | 11/2016 | Cameron |
| 2016/0331026 | A1 | 11/2016 | Cameron |
| 2016/0331034 | A1 | 11/2016 | Cameron |
| 2016/0331037 | A1 | 11/2016 | Cameron |
| 2016/0332754 | A1 | 11/2016 | Brown et al. |
| 2016/0334847 | A1 | 11/2016 | Cameron |
| 2016/0337141 | A1 | 11/2016 | Cameron |
| 2016/0337444 | A1 | 11/2016 | Cameron |
| 2016/0338413 | A1 | 11/2016 | Li et al. |
| 2016/0345621 | A1 | 12/2016 | Li et al. |
| 2016/0356751 | A1 | 12/2016 | Blackley |
| 2016/0360789 | A1 | 12/2016 | Hawes et al. |
| 2016/0363570 | A1 | 12/2016 | Blackley |
| 2016/0363917 | A1 | 12/2016 | Blackley |
| 2016/0366936 | A1 | 12/2016 | Liu |
| 2016/0366943 | A1 | 12/2016 | Li et al. |
| 2016/0366945 | A1 | 12/2016 | Rado |
| 2016/0366947 | A1 | 12/2016 | Monsees et al. |
| 2016/0367925 | A1 | 12/2016 | Blackley |
| 2016/0370335 | A1 | 12/2016 | Blackley |
| 2016/0374399 | A1 | 12/2016 | Monsees et al. |
| 2017/0006922 | A1 | 1/2017 | Wang et al. |
| 2017/0013885 | A1 | 1/2017 | Qiu |
| 2017/0018000 | A1 | 1/2017 | Cameron |
| 2017/0020188 | A1 | 1/2017 | Cameron |
| 2017/0020195 | A1 | 1/2017 | Cameron |
| 2017/0020196 | A1 | 1/2017 | Cameron |
| 2017/0020197 | A1 | 1/2017 | Cameron |
| 2017/0035110 | A1 | 2/2017 | Keen |
| 2017/0042229 | A1 | 2/2017 | Liu |
| 2017/0042246 | A1 | 2/2017 | Lau et al. |
| 2017/0049153 | A1 | 2/2017 | Guo et al. |
| 2017/0055586 | A1 | 3/2017 | Liu |
| 2017/0055588 | A1 | 3/2017 | Cameron |
| 2017/0071249 | A1 | 3/2017 | Ampolini et al. |
| 2017/0108210 | A1 | 4/2017 | Meinhart et al. |
| 2017/0112193 | A1 | 4/2017 | Chen |
| 2017/0119057 | A1 | 5/2017 | Liu |
| 2017/0119060 | A1 | 5/2017 | Li et al. |
| 2017/0196265 | A1 | 7/2017 | Liu |
| 2017/0196272 | A1 | 7/2017 | Li et al. |
| 2017/0208857 | A1 | 7/2017 | Branton et al. |
| 2017/0224013 | A1 | 8/2017 | Huang |
| 2017/0231282 | A1 | 8/2017 | Bowen et al. |
| 2017/0231286 | A1 | 8/2017 | Borkovec et al. |
| 2017/0233114 | A1 | 8/2017 | Christensen et al. |
| 2017/0245546 | A1 | 8/2017 | Huang |
| 2017/0259170 | A1 | 9/2017 | Bowen et al. |
| 2017/0347706 | A1 | 12/2017 | Aoun et al. |
| 2017/0360093 | A1 | 12/2017 | Fernando |
| 2018/0016040 | A1 | 1/2018 | Ewing et al. |
| 2018/0022516 | A1 | 1/2018 | Liu |
| 2018/0064169 | A1 | 3/2018 | Biel et al. |
| 2018/0160733 | A1 | 6/2018 | Leadley et al. |
| 2018/0161525 | A1 | 6/2018 | Liu et al. |
| 2018/0168227 | A1 | 6/2018 | Fraser et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101263935 | A | 9/2008 |
| CN | 100589726 | C | 2/2010 |
| CN | 201430916 | Y | 3/2010 |
| CN | 204180941 | U | 3/2015 |
| CN | 204217907 | U | 3/2015 |
| CN | 204426692 | U | 7/2015 |
| CN | 105249536 | A | 1/2016 |
| CN | 205456063 | U | 8/2016 |
| CN | 105962419 | A | 9/2016 |
| DE | 202015009688 | U1 | 3/2019 |
| EP | 0535695 | A2 | 4/1993 |
| EP | 1093936 | A1 | 4/2001 |
| EP | 2789248 | A1 | 10/2014 |
| EP | 3031339 | A1 | 6/2016 |
| EP | 3143884 | A2 | 3/2017 |
| EP | 3158883 | A2 | 4/2017 |
| EP | 3195738 | A2 | 7/2017 |
| EP | 3024344 | B1 | 9/2018 |
| EP | 3313215 | B1 | 6/2019 |
| EP | 3409597 | B1 | 6/2019 |
| JP | 2002231420 | A | 8/2002 |
| JP | 2016525345 | A | 8/2016 |
| KR | 20110006928 | U | 7/2011 |
| KR | 200461404 | Y1 | 7/2012 |
| KR | 20-0462610 | Y1 | 9/2012 |
| KR | 20120006582 | U | 9/2012 |
| KR | 200473510 | Y1 | 8/2014 |
| KR | 101541750 | B1 | 8/2015 |
| KR | 101634882 | B1 | 6/2016 |
| KR | 200481405 | Y1 | 10/2016 |
| KR | 101774283 | B1 | 9/2017 |
| KR | 101995956 | B1 | 7/2019 |
| RU | 2621596 | C2 | 2/2016 |
| WO | WO-2006021153 | A1 | 3/2006 |
| WO | WO-2009135729 | A1 | 11/2009 |
| WO | WO-2010045671 | A1 | 4/2010 |
| WO | WO-2010118644 | A1 | 10/2010 |
| WO | WO-2012040512 | A2 | 3/2012 |
| WO | WO-2012134117 | A2 | 10/2012 |
| WO | WO-2012173322 | A1 | 12/2012 |
| WO | WO-2012174677 | A1 | 12/2012 |
| WO | WO-2013089358 | A1 | 6/2013 |
| WO | WO-2013089551 | A1 | 6/2013 |
| WO | WO-2014020953 | A1 | 2/2014 |
| WO | WO-2014071747 | A1 | 5/2014 |
| WO | WO-2014101734 | A1 | 7/2014 |
| WO | WO-2014185937 | A1 | 11/2014 |
| WO | WO-2015070398 | A1 | 5/2015 |
| WO | WO-2015070405 | A1 | 5/2015 |
| WO | WO-2015100361 | A1 | 7/2015 |
| WO | WO-2015106440 | A1 | 7/2015 |
| WO | WO-2015107552 | A1 | 7/2015 |
| WO | WO-2015117703 | A1 | 8/2015 |
| WO | WO-2015120589 | A1 | 8/2015 |
| WO | WO-2015128665 | A1 | 9/2015 |
| WO | WO-2015144057 | A1 | 10/2015 |
| WO | WO-2015149311 | A1 | 10/2015 |
| WO | WO-2015149403 | A1 | 10/2015 |
| WO | WO-2015154309 | A1 | 10/2015 |
| WO | WO-2015157900 | A1 | 10/2015 |
| WO | WO-2015161407 | A1 | 10/2015 |
| WO | WO-2015161553 | A1 | 10/2015 |
| WO | WO-2015161557 | A1 | 10/2015 |
| WO | WO-2015165081 | A1 | 11/2015 |
| WO | WO-2015165083 | A1 | 11/2015 |
| WO | WO-2015165105 | A1 | 11/2015 |
| WO | WO-2015172331 | A1 | 11/2015 |
| WO | WO-2015172368 | A1 | 11/2015 |
| WO | WO-2015176230 | A1 | 11/2015 |
| WO | WO-2015176580 | A1 | 11/2015 |
| WO | WO-2015180061 | A1 | 12/2015 |
| WO | WO-2015180088 | A1 | 12/2015 |
| WO | WO-2015184747 | A1 | 12/2015 |
| WO | WO-2015188295 | A1 | 12/2015 |
| WO | WO-2015192377 | A1 | 12/2015 |
| WO | WO-2015196463 | A1 | 12/2015 |
| WO | WO-2016000206 | A1 | 1/2016 |

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO-2016000214 | A1 | 1/2016 |
| WO | WO-2016019353 | A1 | 2/2016 |
| WO | WO-2016023212 | A1 | 2/2016 |
| WO | WO-2016023824 | A1 | 2/2016 |
| WO | WO-2016026104 | A1 | 2/2016 |
| WO | WO-2016029344 | A1 | 3/2016 |
| WO | WO-2016061730 | A1 | 4/2016 |
| WO | WO-2016061859 | A1 | 4/2016 |
| WO | WO-2016074229 | A1 | 5/2016 |
| WO | WO-2016090303 | A1 | 6/2016 |
| WO | WO-2016090602 | A1 | 6/2016 |
| WO | WO-2016095220 | A1 | 6/2016 |
| WO | WO-2016103202 | A1 | 6/2016 |
| WO | WO-2016106476 | A1 | 7/2016 |
| WO | WO-2016106500 | A1 | 7/2016 |
| WO | WO-2016108694 | A1 | 7/2016 |
| WO | WO-2016109931 | A1 | 7/2016 |
| WO | WO-2016115701 | A1 | 7/2016 |
| WO | WO-2016119098 | A1 | 8/2016 |
| WO | WO-2016119101 | A1 | 8/2016 |
| WO | WO-2016119167 | A1 | 8/2016 |
| WO | WO-2016119225 | A1 | 8/2016 |
| WO | WO-2016120177 | A1 | 8/2016 |
| WO | WO-2016122417 | A1 | 8/2016 |
| WO | WO-2016123764 | A1 | 8/2016 |
| WO | WO-2016123780 | A1 | 8/2016 |
| WO | WO-2016123781 | A1 | 8/2016 |
| WO | WO-2016127360 | A1 | 8/2016 |
| WO | WO-2016127406 | A1 | 8/2016 |
| WO | WO-2016141508 | A1 | 9/2016 |
| WO | WO-2016145611 | A1 | 9/2016 |
| WO | WO-2016149932 | A1 | 9/2016 |
| WO | WO-2016154798 | A1 | 10/2016 |
| WO | WO-2016172898 | A1 | 11/2016 |
| WO | WO-2016179828 | A1 | 11/2016 |
| WO | WO-2016184247 | A1 | 11/2016 |
| WO | WO-2016201602 | A1 | 12/2016 |
| WO | WO-2016202304 | A1 | 12/2016 |
| WO | WO-2017001818 | A1 | 1/2017 |
| WO | WO-2017001819 | A1 | 1/2017 |
| WO | WO-2017021536 | A2 | 2/2017 |
| WO | WO-2017028167 | A1 | 2/2017 |
| WO | WO-2017035720 | A1 | 3/2017 |
| WO | WO-2017055799 | A1 | 4/2017 |
| WO | WO-2017055802 | A1 | 4/2017 |
| WO | WO-2017055803 | A1 | 4/2017 |
| WO | WO-2017066955 | A1 | 4/2017 |
| WO | WO-2017070871 | A1 | 5/2017 |
| WO | WO-2017082728 | A1 | 5/2017 |
| WO | WO-2017093452 | A1 | 6/2017 |
| WO | WO-2017093535 | A1 | 6/2017 |
| WO | WO-2017107546 | A1 | 6/2017 |
| WO | WO-2017109448 | A2 | 6/2017 |
| WO | WO-2017113106 | A1 | 7/2017 |
| WO | WO-2017124662 | A1 | 7/2017 |
| WO | WO-2017137554 | A1 | 8/2017 |
| WO | WO-2017153270 | A1 | 9/2017 |
| WO | WO-2017156696 | A1 | 9/2017 |
| WO | WO-2017163046 | A1 | 9/2017 |
| WO | WO-2017163050 | A1 | 9/2017 |
| WO | WO-2017163051 | A1 | 9/2017 |
| WO | WO-2017163052 | A1 | 9/2017 |
| WO | WO-2017166263 | A1 | 10/2017 |
| WO | WO-2019210402 | A1 | 11/2019 |

OTHER PUBLICATIONS

U.S. Appl. No. 17/199,370, filed Mar. 11, 2021, US 20210268206 A1.
U.S. Appl. No. 17/199,377, filed Mar. 11, 2021, U.S. Pat. No. 11,369,755.
U.S. Appl. No. 17/204,148, filed Mar. 17, 2021, U.S. Pat. No. 11,369,756.
U.S. Appl. No. 17/364,436, filed Jun 30, 2021, U.S. Pat. No. 11,369,757.
U.S. Appl. No. 18/173,715, filed Feb 23, 2023.
U.S. Appl. No. 18/124,249, filed Mar 21, 2023.



FIG. 1



FIG. 2



301
300
311

FIG. 3A

303
MOUTHPIECE
301
ABSORBENT PAD
AIRPATH
322b
322a
WICK / COIL ASSY
343
ELASTOMERIC
TANK CAP
CAP
WICK HOUSING
308
ELECTRICAL CONTACTS
J1-J131 TANK

FIG. 3B

400
401
411
762a
d
w
ℓ
FIG. 4A
400
411
762a
401
FIG. 4B

FIG. 5C

FIG. 5B

FIG. 5A

FIG. 5D

FIG. 5F

FIG. 5E

FIG. 6C

FIG. 6A

FIG. 6B



403
422b
404b
422a
404a
K3-J152- O Ring
K3-J133- Wick Housing Female
K3-J150- O Ring
441
443
K3-J145- O Ring
K3-J142- Wick Housing Male
408
445b
699
445a
401
662a
693
604a
691
662b
604b

FIG. 6D

795
FIG. 7D
FIG.7F
792
796'
796
FIG. 7E
790
791
793
FIG. 7C
700
790
15D
15D'
FIG. 7A
792
FIG. 7B

800
890
897
FIG. 8A
892
FIG. 8B
897
FIG. 8C
894
FIG. 8D
FIG. 8E
899
FIG. 8F
FIG. 8G

FIG. 9E
FIG. 9G
FIG. 9D
FIG. 9F
FIG. 9C
897
12
12'
897
900
FIG. 9A
15C'
15A'
15C
15A
16
14
16'
14'
FIG. 9B

403
422b
422a
888
1009
1005
408
443
1015
1013
445b
445a
1021
1019

FIG. 10A



403
422b
422a
1009
1015
888
1005
408
1011
1054
1054'
443
1013
445b
445a
1021
1021'
1019

FIG. 10B



FIG. 11A



892
595
595'
1109
FIG. 11B
892
FIG. 11C



FIG. 12



FIG. 13



FIG. 14

800

411

793

443

888

408

441

403

FIG. 15A



FIG. 15B



FIG. 15C

FIG. 16

FIG. 15D



Heating Element
T3
Extension
T4
S3
S2
S1
Enet
T2
Extension
T1

FIG. 17

FIG. 18

FIG. 19



U.S. Patent Sep. 26, 2023 Sheet 25 of 26 US 11,766,527 B2

POINT MEASUREMENT
CONDUCTOR A
CONDUCTOR B

FIG. 20A

(HEATER HAS 1 MATERIAL)
PASSIVE CONDUCTORS

FIG. 20B

Ex. A, Pg. 146



U.S. Patent Sep. 26, 2023 Sheet 26 of 26 US 11,766,527 B2

dvt 94 - Bowen
PUFF MODE
LOCK DEVICE
Tap the home i
to return home

FIG. 22

dvt 94 - Bowen

FIG. 21

Ex. A, Pg. 147

# LEAK-RESISTANT VAPORIZER DEVICE

## CROSS REFERENCE TO RELATED APPLICATIONS

This patent application is a continuation of U.S. patent application Ser. No. 15/396,584, titled "LEAK-RESISTANT VAPORIZER DEVICE," filed on Dec. 31, 2016, which claims priority to U.S. Provisional Patent Application No. 62/398,494, filed on Sep. 22, 2016 and entitled "VAPORIZER APPARATUSES FOR USE WITH CANNABINOIDS", the disclosure of each of which is incorporated herein by reference in its entirety.

## INCORPORATION BY REFERENCE

All publications and patent applications mentioned in this specification are herein incorporated by reference in their entirely to the same extent as if each individual publication or patent application was specifically and individually indicated to be incorporated by reference.

## FIELD

Described herein are vaporizer apparatuses, including vaporizer or vaporization devices and vaporizer systems, and methods for making, using and delivering vapor to a user. In particular, vaporizer apparatuses adapted for use with oil-based vaporizable materials including cannabis oils.

## BACKGROUND

Electronic devices that produce an inhalable aerosol (e.g., inhalable aerosol devices or alternatively referred to as vaporizers, vaporizer devices, vaporization devices, electronic vaping devices, etc.) typically utilize a vaporizable material that is heated to create an aerosol vapor capable of delivering an active ingredient to a user. Vaporizers have been described for vaporizing solids (herbs, tobacco, cannabis, etc.), liquids (extracts, waxes, etc.) and combinations of both solids and liquids.

Current market inhalable aerosol devices often consist of a tank or cartridge, vaporizable liquid in the tank or cartridge, an air tube, and a wick/coil subassembly that generates the vapor. Air commonly enters the cartridge through the distal end of the product and is forced through the heated zone where the immediate air becomes fully saturated. As the vapor continues its way through the air tube, it comes in contact with cooler surfaces, causing moisture to collect throughout its use. Depending on the complexity of the air path, particle deposition can add to the existing condensation. As a result, some of the liquid can work its way from the tank or cartridge holding the liquid to other areas of the vaporizer, including the mouthpiece and/or the electronics, causing user dissatisfaction and/or problems with the electronic circuitry.

Conventional vaporizers for aqueous (e.g., water, glycerol, etc.) based vaporizable materials do not manage condensation and leakage of the liquid vaporizable material particularly well, and this problem is particularly acute for oils such as cannabis extract oils, in which the liquid material may be particularly oily and/or viscous, and for which evaporation of the liquid material may result in a sticky residue that may impair the operation of the vaporizer. Further, vaporization of cannabis extract liquids may be more technically difficult than vaporization of other liquids (such as nicotine solutions).

For example, conventional e-cigarettes may address moisture build-up by integrating a filter pad in line with air flow. However, having a filter pad in line with the air flow can impede or restrict the air flow as the user draws on the mouthpiece. Moreover, this restriction to draw incrementally climbs as the filter becomes more saturated throughout, often requiring the user to change his or her draw accordingly and increasing the possibility of drawing liquid of the product and into the user's mouth.

In addition, the control of the temperature when vaporizing cannabis extracts may require a high degree of precision. Virtually all vaporizers currently available today would benefit from a higher degree of precision in power management and control of the heater (atomizer). In particular, vaporizers well suited for vaporizing cannabis (e.g., liquid cannabis extract solutions) may benefit from precise and accurate control of the heater forming the vapor.

It would also be beneficial to provide cartridges that do not roll and may rest in a small number of secure positions (e.g., cartridges having non-circular cross-sections) and to provide an immediate approximate (visual) estimate of the amount of material consumed.

Finally, it would be particularly beneficial to provide pre-loaded and tightly controllable cartridges for use in consuming cannabis extract liquids that prevent or reduce leakage of particularly viscous vaporizable materials such as cannabis oils/extracts.

Accordingly, described herein are vaporizers (including vaporizer cartridges) and methods of operating and using them addresses the issues raised above.

## SUMMARY OF THE DISCLOSURE

In general, described herein are apparatuses such as devices and systems for vaporizing a material (including, in particular, but not limited to, cannabis extract liquids) and method of using them. For example, described herein are vaporizers, cartridges for use with such vaporizers, and vaporizer control systems.

Described herein are vaporizer cartridges that are pre-loaded (filled) with a cannabis vaporizer material. The vaporizable cannabis material is typically a liquid material, and may be a cannabis extract liquid (cannabis "oil"). Also described herein are vaporizers with or without cartridges that are adapted for use with cannabis liquid extracts. Either or both the vaporizer base (which males with the vaporizer cartridge to form the vaporizer device) and vaporizer cartridge may be adapted specifically for use with cannabis liquid extracts, although any of the apparatuses and methods described herein may be operated with other vaporizable materials, including nicotine solutions and/or solutions having no active ingredient at all (e.g., just including a carrier such as polyether compounds like polyethylene glycol and/or glycerol, or the like, and flavorants).

For example, a cartridge as described herein may include a vaporizable material such as cannabis oil. Cannabis oils present particular challenges when vaporized using a cartridge and/or a handheld vaporizer device. For example, cannabis oil is relatively "sticky" and may be viscous, particularly once it dries out. Thus, leakage may be a more serious consideration and challenge compared to other aqueous vaporizable materials. In particular, leakage of cannabis oil may result in clogging of the device and disturbing the electrical components, particularly the electrical contacts, which may be otherwise "gummed up" by leaked oil. The dried oil is not only sticky, but may also be electrically insulative, and may disrupt the electrical control of the

vaporizer. Described herein are apparatuses and methods to prevent or control leakage and to avoid disruption of electrical contacts between cartridges containing the cannabis extract and the rest of the vaporizer.

For example, the apparatuses described herein may include one or more electrical contacts (e.g., between the cartridge and the vaporizer base) referred to herein as wiping or scraping contacts. These electrical connections may be configured so that as a connection/contact is made between two electrically conductive surfaces, the contact (e.g., on the cartridge and/or the vaporizer base) scrapes the mating surface of the other contact to remove any vaporizable material, including vaporizable material that has dried on the contact. For example, a contact may include a canister with one or more extensions (e.g., wipers, knives, fingers, or scrapers) that are driven against and across the mating surface of the opposite electrical contact to scrape away any leaked vaporizable material (including dried-on material). The complimentary electrical contact may be a pin (including a pogo-pin) electrically conductive connector that is scraped as it enters into the canister by the wiper/scraper(s) therein. Thus, in general, the electrical contact in the vaporizer base may be configured to scrape across and against the corresponding electrical contact surface in the vaporizer cartridge and/or the electrical contact in the vaporizer cartridge may be configured to scrape across and against the corresponding electrical contact surface in the vaporizer base to remove contaminating material. Thus either contact may include a scraping projection (e.g., edge, blade, wire, etc.) that is driven across the opposite surface. Typically two or more contacts are included in the vaporizer cartridge, and each of them may be configured as a scraping or wiping contact. In some variations, it may be desirable to have the scrapers on the connectors of the cartridge, although the scrapers may be present on the vaporizer base instead or in addition.

Any of the cartridges described herein may include a tank or storage region within the cartridge and/or forming a portion of the body of the cartridge. In particular, all or a portion of the cartridge (including the tank) may be clear, transparent and/or translucent so that the level of vaporizable material within the tank can be seen by a user. The tank may be prefilled or fillable. The tank may be sealed closed at the top (near the mouthpiece, which may cover the top of the cartridge). The mouthpiece may be plastic and may be secured over the tank by a snap fit, a friction fit, and adhesive, or the like. For example, the distal end of the elongate and flattened tubular body is configured to be secured by a friction fit within a vaporizer body. As described in greater detail herein, one or more absorbent members. (e.g., sponges, pads, felts, etc.) may be included in the mouthpiece between the tank and the mouthpiece, to prevent leakage of vaporizable material from contacting the portion of the mouthpiece where the user applies her or his lips. The tank may be sealed, e.g., by a tank seal that covers the one or more openings for filling the tank. In some variations, rather than one or more small plugs (which may be difficult to install) the tank may be sealed by a multi-seal component (e.g., a single piece) that seals between the mouthpiece and the top of the tank as and closes off two or more openings into the tank.

During inhalation through the apparatus, the user may draw on the mouthpiece (by inhaling/sucking on the mouthpiece) to draw air through the mouthpiece. The device may be turned on by one or more of: a control on the device (e.g., on an outer surface of the device), but installing the cartridge into the vaporizer base, detecting inhalation, detecting lip contact with the mouthpiece. In some variations, the device is turned on, and the heater rises to an initial set temperature, when the device is in a ready to turn on state and when the user draws on the mouthpiece. The vaporizer may be placed in a ready to turn on state by connecting (or detecting connection of) a cartridge and/or by a switch or control on the outside of the apparatus and/or by the battery level being sufficient to operate the device.

Once the device is turned on, it may be operated by drawing on the mouthpiece to cause the temperature to cause the vaporizer heater (the atomizer) to heat to the desired temperature setting (which may be preset, selected from a plurality of pre-set temperatures or may be user selectable, including using a computer or other device having a processor and user interface that communicates with the device, either wirelessly or via a wired connection, such as a smartphone wirelessly communicating with the device).

Drawing on the mouthpiece typically causes airflow to enter the cartridge receiver region of the vaporizer base through one or more (e.g., two) air openings that are positioned through the wall of the cartridge receiver near a base of the cartridge receiver. Air may pass into the cartridge receiver and up through the cartridge via one or more openings in the base (bottom) of the cartridge. The air may then pass into a heater connector region that also includes one or more (e.g., two, parallel) absorbent pads or sponges for absorbing any leakage of vaporizable material that may enter into this air-filled heater connector region, which is also open to the vaporizing chamber across which a wick and heating coil is extended to form vapor. The two absorbent pads positioned in this air region positioned on the long axis of the cartridge, against the major faces of the cartridge body so that they don't block the air path into the vaporizationchamber from the opening(s) at the base. These absorbent pads (e.g., sponges) may prevent dripping or leakage of the fluid from the vaporization chamber (e.g., off of the wick) even when the heater is not being heated. In order to prevent leakage should the absorbent pads not be sufficient, the opening into the base of the air chamber may include a rim or boss on the inner surface (within the heater connector region at the base of the cartridge) that prevents small amounts of fluid (e.g., vaporization fluid such as cannabis oil) to drip out of the opening(s) into the cartridge (e.g., the air chamber of the cartridge).

The air path from the vaporization chamber to the mouthpiece may have a minimum diameter that is slightly larger than previously described. For example, the minimum diameter of the air path between the vaporization chamber and the mouthpiece may be about 1.5 mm or greater, about 1.6 mm or greater, than about 1.7 mm or greater, than about 1.8 mm or greater, than about 1.9 mm or greater, than about 2 mm or greater, than about 2.1 mm or greater, than about 2.2 mm or greater, than about 2.3 mm or greater, than about 2.4 mm or greater, than about 2.5 mm or greater, etc. For example the minimum diameter may be 2.0 mm or greater.

In any of the variations described herein, the apparatus may include a wick as part of the atomizer (heater). In variations for use with cannabis oil the wick may be larger than typical cartridge wicks and may have a slightly larger pore size, because of the higher viscosity of the cannabis oil as compared to other (including nicotine) aqueous vaporization solutions. For example, the wick may be larger than 1.5 mm in diameter (e.g., about 1.9 mm or larger, about 2.0 mm or larger, about 2.1 mm or larger, about 2.2 mm or larger, about 2.3 mm or larger, about 2.4 mm or larger, about 2.5 mm or larger, etc., including between about 1.8 mm and about 5 mm, between about 1.9 mm and about 4 mm,

between about 2 mm and about 4 mm, etc.). The wick may generally extend across the vaporization chamber, e.g., along or perpendicular to the long axis of the cartridge, and between either the major or minor sides (in oval or flattened cartridges). The wick material may be any appropriate material, particularly those that are biocompatible, have a sufficient pore size, compatible with cannabis oils and may be resistant to heat up to the maximum heating temperature of the apparatus (e.g., will not degrade or combust significantly at temperatures up to about 450° C., 500° C. 550° C., 600° C., 650° C., etc.). For example, the wick may be made of a silica material (e.g., fiberglass).

In any of the heaters described herein, the heater (atomizer) may include a heating coil that may be wrapped around the wick for conductive heating. In any of the variations described herein convective heating of the liquid material (e.g., cannabis oil) wicked by the wick. The heating coil may be any appropriate material, but in particular, electrically resistive materials such as nichrome or other resistive materials, particularly those which change their resistance with heat (e.g., having a resistance that increases linearly and predictably with temperature over the desired range of temperatures, e.g., between 30° C., and 600° C., etc., including stainless steel, titanium, nickel, alloys of nickel, etc.).

The cartridge may have any desired shape or configuration. In some variations it may be beneficial in particular to have a shape that is cylindrical, and particularly a flattened cylinder, such as an approximately oval shape, with curved sides. Two of the sides (though curved) may be major sides, having a larger diameter, and two may be minor sides (though curved), having a smaller diameter. The flattened shape may prevent rolling when the device is placed on its side. In some variations the mouthpiece may extend in a slightly tapered shape. The tank may form a central region of the cartridge, bounded by the mouthpiece at one end (at the top) and the air chamber (at the bottom). A central cannula may form the air path between the vaporization chamber and the mouthpiece. The vaporization chamber and cannula may be surrounded by the tank, and may be visible through the walls of the tank (e.g., the vaporization chamber and cannula may be opaque, transparent or translucent). One or more seals, including o-rings, may be used to seal and secure the mouthpiece from the tank and the air chamber (base of the cartridge) from the tank. For example an inner seal may be between the mouthpiece and the outer wall of the tank (which may include a channel or track for the seal/o-ring) and a second seal (o-ring) may be positioned in an inner wall of the tank between the tank and the walls forming the air chamber and/or vaporization chamber at the base of the cartridge.

In any of the variations described herein it may be useful to provide an indication of the amount of the cartridge vaporized, which may be approximately correlated to the dose of the vaporizable material delivered. In any of the apparatuses described herein, the apparatus may include an output (e.g., LED, LCD or other display, etc.) on the apparatus or on a device in communication (e.g., wireless communication) with the apparatus such as a smartphone, laptop, desktop, pad, or the like. The output may indicate a qualitative and/or quantitative amount of the dose of vapor delivered from a particular cartridge. Dose may be determined using the processor of the apparatus to indicate approximately how much of the material, e.g., cannabis oil, has been consumed based on the power applied to the heater and the duration of heating. A qualitative output may be provided by sequentially illuminating (and/or changing the intensity and/or color of illumination) of a plurality of LEDs.

In another example a 'status bar' showing consumption or dose delivered from a cartridge may be displayed on the apparatus body (e.g., the vaporizer body) or another device (e.g., smartphone) in communication therewith. For example, a plurality of LEDs (RGB) may be illuminated to provide qualitative feedback to a user on the operation of the vaporizer. Upon inserting a cartridge, the vaporizer apparatus may display using the LEDs an illumination corresponding to the intensity of the inhalation and/or the progression of consumption of vaporizable material from the cartridge. The processor in the vaporizer apparatus may estimate a dose based on the power applied to the vaporizer and the duration of heating and/or the duration of draw (inhalation). For example, the power applied*duration of draw may be accumulated by the processor, and the value output. In some variations the output may be provided for display on the body of the apparatus (e.g., by illuminating a sequence of LEDs. This may provide immediate visual feedback to the user.

The apparatuses, and particularly the cartridges, described herein may be adapted specifically for use with oils such as cannabis oils. As discussed above, existing cartridges are poorly suited for use with cannabis oils, as they may leak. Leaking of cannabis oils is both messy and detrimental to the operation of the vaporizer, as the leaked cannabis oils may disrupt the electrical connections driving vaporization and may clog or jam the operation of the apparatus. The cartridges described herein may include a number of specific modifications that address these issues; individually, these modifications may be helpful, but as will be described below, in combination these features have proven surprisingly effective at providing a robustly leak-resistant and reliable cartridge when using an oil such as a cannabis oil.

For example a cartridge device for holding a vaporizable cannabinoid material without leaking (e.g., that is substantially leak-resistant) may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having a width and a diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece at the proximal end of the elongate and flattened tubular body; an overflow leak chamber at a distal end of the elongate and flattened tubular body; an air path extending from the overflow leak chamber through the tank to the mouthpiece; a heater comprising a wick and a heating coil extending within the air path; an opening into the overflow leak chamber from an external surface of the device, wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

In particular the combination of the flattened elongate body shape (which may be oval or rectangular) along with the enlarged and enclosed overflow leak chamber (typically having an open volume of greater 0.5× or greater the tank volume) at the distal end, and one or more (e.g., two, three, four, etc.) openings into the overflow leak chamber, which may preferably include a lip region around the openings inside the overflow leak chamber. The use of absorbents pads positioned within the overflow leak chamber (e.g., positioned off-axis, along a major wall of the overflow leak chamber, such as the wall extending in the diameter) provides an effective leakage barrier even when changing altitudes or when the user misuses the cartridge, e.g., user-induced failure modes such as biting or squeezing the mouthpiece, and/or blowing into the mouthpiece. Surprisingly, other combinations of such features are less effective,

particularly in user-induced failure modes. For example, otherwise similar cylindrical devices, e.g., having a width and diameter that are equivalent or nearly equivalent (e.g., a diameter less than 1.2×, or greater than 0.8×, the width) may show greater leakage compared to more flattened devices; the addition of one or more absorbent pads, particularly along the long wall of an overflow leak chamber) show an even greater reduction in leakage.

The one or more openings into the overflow leak chamber may be present on any surface of the cartridge, including through the distal end of the overflow leak chamber. Although placement of the opening at the distal end may otherwise result in an increase in leakage of the highly viscous oil from the cartridge, including the leak chamber and the absorbent pad(s) prevents or reduces leakage. In addition, the one or more openings may be surrounded by a lip within the leak chamber. The lip may have a height above the inner wall of the chamber that is 0.3 mm or greater (e.g., 0.5 mm or greater, 0.7 mm or greater, 0.8 mm or greater, 0.9 mm or greater, 1 mm or greater, 1.2 mm or greater, 1.3 mm or greater, 1.4 mm or greater, 1.5 mm or greater, 2 mm or greater, etc.).

The one or more absorbent pads may be positioned within the overflow leak chamber along the diameter, off-axis relative to an air flow path through overflow leak chamber from the opening to the air path.

In general, the overflow leak chamber may be relatively large, e.g., the volume of the overflow leak chamber (including the absorbent pad(s)) may be between 0.4 and 1.5× the volume of the tank (reservoir). In particular, the volume of the overflow leak chamber may be between 0.4 and 1× the volume of the tank (e.g., 0.4× or greater, 0.5× or greater, 0.6× or greater, 0.7× or greater, etc. than the volume of the tank). Alternatively, this may be described as the length of the overflow leak chamber along the distal to proximal axis relative to the length of the tank, and may be between 0.4× and 2× the length of the tank along the distal to proximal axis (e.g., between 0.4× and 1×, between 0.5× and 2×, between 0.5× and 1.5×, etc.), typically 0.4× or greater. In general, the overflow leak chamber may be enclosed within the distal end of the elongate and flattened tubular body.

In general, the cartridges described herein may be configured for insertion (e.g., by friction fitting) into a vaporizer body. Thus, the cartridge, and particularly the distal end of the cartridge, may be adapted to be inserted securely into the re-usable vaporizer device. The cartridge may therefore have straight (e.g., flat) or inwardly tapered sides and may include one or more friction-engagement regions that couple within the vaporizer. In some variations the distal end region of the cartridge may include a channel, rim, lip, ridge, protrusion, etc. that may engage with a complimentary region in the vaporizer (e.g., in a cartridge receiver in the vaporizer body). Thus, the cartridge may be configured to 'snap' fit into the vaporizer body. For example, the distal end of the elongate and flattened tubular body may include a lip or rim configured to snap into a vaporizer body.

The cartridge may also include one or more (e.g., a pair) of electrical contacts on the distal end of the cartridge (e.g., on the distal end of the overflow leak chamber) in electrical communication with the heater. These electrical contacts may also be configured and adapted to prevent or ameliorate the effects of leakage of oil from the cartridge. For example, the electrical contacts may comprise scraping contacts (also referred to as wiping or wiper contacts), which may include an edge or edge to scrape against the contact (e.g., pogo pin) from the vaporizer before (and/or separately from) making electrical contact. For example, the pair of electrical contacts may comprise pin receptacles. These pin receptacles may include an outer scraping edge with an inner conductive surface.

In any of the variations described herein, the tank may include a cannabinoid solution (e.g., a cannabis oil solution). Thus, the cartridge may be pre-filled with a cannabis oil. The tank volume may be configured to hold between about 0.2 mL and about 2 mL or more of oil. For example, the tank may be configured to hold between about 0.4 mL and about 1.2 mL (e.g., between about 0.4 mL and 0.8 mL, etc.)

The mouthpiece may be configured to fit over the proximal end of the elongate and flattened tubular body, and may be in fluid communication with the air path through the tank. The mouthpiece may include an internal volume; one or more absorbent pads may be positioned within this internal volume. The one or more mouthpiece absorbent pads within the mouthpiece may generally be off-axis relative to the air path (leaving a central air path that is not occluded by the absorbent pads). For example, the mouthpiece absorbent pads may be off-axis relative to an air flow path from the air path and out of the mouthpiece. The mouthpiece absorbent pads may be positioned on the sides of the mouthpiece (e.g., the major sides, corresponding to the diameter of the mouthpiece). The absorbent pad(s) may be between a proximal end of the mouthpiece and the elongate and flattened tubular body.

In any of the devices described herein the air path may extend through the cartridge, from the distal end (e.g., the opening(s) into the overflow leak chamber), past the heater, through and/or around the tank, and out of the mouthpiece. In some variations, the air path comprises a cannula extending through the tank. In general, the elongate body may be transparent or translucent, and any material in the tank may be visible; when the device includes a cannula running through the tank this may also be visible.

The absorbent pads in the overflow leak chamber may be the same material and/or dimensions as those (if present) in the mouthpiece, or they may be different materials and/or dimensions. The one or more absorbent pads may be made of a sponge or felt material. The one or more absorbent pads may comprise a pair of flat absorbent pads arranged in parallel. For example, the one or more absorbent pads may comprise a cotton material. The one or more absorbent pads may be rectangular.

As mentioned, the one or more absorbent pads in the overflow leak chamber may be a pair of absorbent pads positioned within the overflow leak chamber off-axis relative to an air flow path through the overflow leak chamber from the opening to the air path.

The heater (e.g., wick and coil) may be positioned within the air path so that it is parallel, transverse or oblique to the air path. For example, the heater may extend across the air path in a transverse direction.

The elongate and flattened tubular body may have an oval cross-section or a rectangular cross-section transverse to the distal to proximal axis, and may be any appropriate size. For example, the elongate tubular housing may be between about 1 cm and 10 cm long (e.g., between about 2 cm and 7 cm long, etc.). It may be particularly beneficial to have the elongate tubular housing be somewhat short and compact (e.g., less than 8 cm, less than 7 cm, less than 6 cm, less than 5.5 cm, less than 5 cm, etc.)

The sizes of the openings into the air path (through the overflow leak chamber, e.g., at the distal end of the cartridge) may be configured to allow relatively easy draw through the cartridge, while preventing leakage out of the overflow leak path. Leaking may occur from the heater (e.g.,

the exposed wick) which is inserted through the wall of the tank; the air path within the cartridge is open and continuous, which would otherwise allow the material to leak. Thus, for example, the size of the one or more openings may be specified within a range identified as allowing sufficient air flow without permitting excessive leaking. For example, in some variations, the diameter of the opening(s) into the overflow leak chamber is/are between 0.1 mm and 5 mm (e.g., between 0.1 mm and 3 mm, between about 0.1 mm and 2 mm, etc.).

The tank portion of the device may be filled by an opening beneath the mouthpiece, which may be sealed or plugged. For example, the cartridge may include a plug between the mouthpiece and the elongate and flattened tubular body, wherein the plug closes off the tank of the elongate and flattened tubular body.

Any of the cartridge devices for holding a vaporizable cannabinoid material without leaking may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having width and diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece on the proximal end of the elongate and flattened tubular body; an enclosed overflow leak chamber at a distal end of the elongate and flattened tubular body. The device of claim **1**, wherein a length of the overflow leak chamber along the distal to proximal axis is 0.5 times or greater than a length of the tank along the distal to proximal axis; an air path extending from the overflow leak chamber through the tank to the mouthpiece; a heater comprising a wick and a heating coil extending within the air path proximal to the overflow leak chamber, an opening through the distal end of the overflow leak chamber, wherein the opening is surrounded by a lip within the leak chamber and further wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

For example, a cartridge device for holding a vaporizable cannabinoid material without leaking may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having width and diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece at the proximal end of the elongate and flattened tubular body; an overflow leak chamber at a distal end of the elongate and flattened tubular body, wherein a length of the overflow leak chamber along the distal to proximal axis is between 0.5 and 2 times a length of the tank along the distal to proximal axis; an air path extending proximally from the overflow leak chamber through the tank to the mouthpiece, wherein the air path comprises a cannula extending through the middle of the tank; a heater comprising a wick and a heating coil extending within the air path; an opening into the overflow leak chamber from an external surface of the device, wherein the opening is surrounded by a lip within the leak chamber and further wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1** and **2** show moisture and vapor deposition on a pair of filter pads that are off-axis relative to the airflow path of the device.

FIGS. **3**A and **3**B show a vaporization device with a pair of filter pads that are off-axis relative to the airflow path of the device.

FIGS. **4**A and **4**B show an exemplary vaporization device. This exemplary device includes two pairs of absorbent filter pads, as described herein. FIGS. **4**A and **4**B show a cartridge placed within the reusable component of the device.

FIGS. **5**A-**5**F illustrate the vaporizer body (e.g., a reusable component of the vaporizer device of FIGS. **4**A and **4**B). FIG. **5**A is a bottom perspective view; FIG. **5**B is a front view, FIG. **5**C is a top perspective view (looking into the cartridge receiver region including electrical contacts), FIG. **5**D is a side view. FIG. **5**E is a top view, and FIG. **5**F is a bottom view, showing the electrical connection to a charger or other wired electrical connection.

FIGS. **6**A-**6**D illustrate the cartridge of the device of FIGS. **4**A and **4**B. FIG. **6**A is a bottom perspective view, FIG. **6**B is a bottom view, FIG. **6**C is a top perspective view (showing the opening into the mouthpiece) and FIG. **6**D is an exploded view of the cartridge of FIG. **6**A.

FIGS. **7**A-**7**F illustrate an alternative view of a cartridge as described herein. FIG. **7**A shows a bottom perspective view; FIG. **7**B is a top perspective view; FIG. **7**C is a front view; FIG. **7**D is a side view; FIG. **7**E is a bottom view; and FIG. **7**F is a top view.

FIGS. **8**A-**8**G show a variation of a vaporizer base of a vaporizer apparatus into which a cartridge such as the one shown in FIGS. **7**A-**7**F may be inserted. FIG. **8**A is a bottom perspective view; FIG. **8**B is a top perspective view showing the cartridge receiver portion of the vaporizer base; FIGS. **8**C, **8**D and SE show front, side and back views, respectively of the vaporizer base; and FIGS. **8**F and **8**G show bottom and top views, respectively of the vaporizer base.

FIGS. **9**A-**9**G show an assembled vaporizer apparatus including a vaporizer cartridge such as the one shown in FIGS. **7**A-**7**F that has been fully seated and retained in a vaporizer base such as the one shown in FIGS. **8**A-**8**G. FIGS. **9**A and **9**B show bottom perspective and top perspective views, respectively of the assembled vaporizer apparatus; FIGS. **9**C, **9**D and **9**E show front, side and back views, respectively of the assembled vaporizer apparatus; FIGS. **9**F and **9**G show bottom and top views, respectively, of the vaporizer apparatus.

FIG. **10**A is an exploded view of the cartridge of FIGS. **7**A-**7**F with the components arranged in line.

FIG. **10**B is an alternative exploded view of the cartridge of FIGS. **7**A-**7**F, showing the component parts positioned adjacent to each other at the approximate vertical position for assembly.

FIG. **11**A is a semi-transparent view (in which the outer casing of the vaporizer base, mouthpiece, and cartridge housing have been a made transparent) showing the air path through the assembled vaporizer apparatus such as the one shown in FIGS. **7**A-**9**G.

FIGS. **11**B and **11**C show front and back views, respectively, of an example of a vaporizer base with the outer housing (case or shell) made transparent, showing the cartridge receiving end including connectors and air entry port therein.

FIG. **12** is an enlarged view of a section through a midline of the proximal (top) region of a cartridge (as shown by dashed line **12**-**12**' in FIG. **9**A), showing the air path from the vaporization chamber to the mouthpiece openings.

FIG. **13** is a section through the midline of a vaporizer apparatus (including a vaporizer base into which a vaporizer cartridge has been coupled), showing the air path during inhalation (puffing, drawing, etc.).

FIG. **14** show a section through a cartridge, just beneath the mouthpiece (as shown by dashed line **14'-14'** in FIG. **9**B) showing the arrangement of the distal pair of absorbent pads offset from the airflow path.

FIG. **15**A is a section through the midline of an assembled vaporizer apparatus such as the one shown in FIG. **9**A (through line **15**A-**15**A').

FIG. **15**B is another section through an assembled vaporizer apparatus such as the one shown in FIG. **9**A (through line **12-12'**).

FIG. **15**C shows another section through the assembled vaporizer apparatus (through line **15**C-**15**C' in FIG. **9**B).

FIG. **15**D is a section through a cartridge (through line **15**D-**15**D' of a cartridge such as the one shown in FIG. **7**A) showing a pair of overflow filter pads that are off-axis relative to the airflow path of the device.

FIG. **16** is a section through another of another exemplary vaporization device (at line **16-16'** in FIG. **9**B), near the base of the cartridge and inserted into the cartridge receiver of the vaporizer base.

FIG. **17** is an electrical schematic of a heating element and connectors showing the Seebeck coefficients for a simplified model of the components of the heating circuit.

FIG. **18** is a Seebeck measurement circuit for a vaporizer apparatus correcting for the Seebeck effect, configured as a two-terminal sensing circuit.

FIG. **19** is another example of a Seebeck measurement circuit for a vaporizer apparatus, configured as a four-terminal (four-point) circuit.

FIGS. **20**A and **20**B illustrate two examples of heating coils comprising different component conductors coupled to result in resistive heater from which a temperature measurement may be determined using a Seebeck sensing circuit as described herein.

FIG. **21** is one example of a user interface (UI) for interacting with the apparatuses described herein using an external controller (e.g., smartphone, pad, etc.)

FIG. **22** is another example of a US for interacting with an apparatus as described herein.

## DETAILED DESCRIPTION

The apparatuses and methods described herein generally include forming a vapor from a material (including in particular, liquid and oil-type plant materials) using a vaporization device. The vapor may be delivered for inhalation by a user. These apparatuses may be particularly adapted for use with an oil-based vaporizable material, including cannabis oils.

The vaporizer apparatuses, including cartridges (vaporizer cartridges) and reusable vaporizers bases described herein may be used with any appropriate vaporizable material, including aqueous vaporizable materials. These apparatuses may be particularly well adapted for use with viscous, oil-based vaporizable materials, including cannabis oils. For example, any of the cartridges described herein may be used (e.g., filled) with a vaporizable material comprising viscous liquid such as a cannabis oil. In some variations the cannabis oil comprises between 40-100% cannabis oil extract. The viscous oil may include a carrier for improving vapor formation, such as propylene glycol, glycerol, etc., at between 0.01% and 25% (e.g., between 0.1% and 22%, between 1% and 20%, between 1% and 15%, etc.). In some variations the vapor-forming carrier is 1,3-Propanediol. A cannabis oil may include a cannabinoid or cannabinoids (natural and/or synthetic), and/or a terpene or terpenes. For example, any of the vaporizable materials described

herein may include one or more (e.g., a mixture of) cannabinoid including one or more of: CBG (Cannabigerol), CBC (Cannabichromene), CBL (Cannabicyclol), CBV (Cannabivarin), THCV (Tetrahydrocannabivarin), CBDV (Cannabidivarin), CBCV (Cannabichromevarin), CBGV (Cannabigerovarin), CBGM (Cannabigerol Monomethyl Ether), Tetrahydrocannabinol, Cannabidiol (CBD), Cannabinol (CBN), one or more Endocannabinoids (e.g., anandamide, 2-Arachidonoylglycerol, 2-Arachidonyl glyceryl ether. N-Arachidonoyl dopamine, Virodhamine, Lysophosphatidylinositol), and/or a synthetic cannabinoids such as one or more of: JWH-018, JWH-073, CP-55940, Dimethylheptylpyran, HU-210, HU-331, SR144528, WIN 55,212-2, JWH-133, Levonantradol (Nantrodolum), and AM-2201. The oil vaporization material may include one or more terpene, such as Hemiterpenes, Monoterpenes (e.g., geraniol, terpineol, limonene, myrcene, linalool, pinene. Iridoids), Sesquiterpenes (e.g., humulene, farnesenes, famesol), Diterpenes (e.g., cafestoI, kahweol, cembrene and taxadiene), Sesterterpenes, (e.g., geranylfarnesol). Triterpenes (e.g., squalene), Sesquarterpenes (e.g., ferrugicadiol and tetraprenylcurcumene). Tetraterpenes (lycopene, gamma-carotene, alpha- and beta-carotenes), Polyterpenes, and Norisoprenoids. For example, an oil vaporization material as described herein may include between 20-80% cannabinoids (e.g., 30-90%, 40-80%, 50-75%, 60-80%, etc.), 0-40% terpenes (e.g., 1-30%, 10-30%, 10-20%, etc.), and 0-25% carrier (e.g., polyethylene glycol).

In any of the oil vaporization materials described herein (including in particular, the cannabinoid-based vaporization materials, the viscosity may be within a predetermined range. The range may be between about 30 cP (centipoise) and 115 KcP (kilocentipoise). For example, the viscosity may be between 40 cP and 113 KcP. Outside of this range, the vaporizable material may fail to wick appropriately to form a vapor as described herein. In particular, the oil may be made sufficiently thin to both permits wicking at a rate that is useful with the apparatuses described herein, while also limiting leaking (e.g., viscosities below that of ~40 cP might result in problems with leaking).

For example, FIGS. **7**A-**7**F illustrate one example of a cartridge that is adapted for use with a viscous oil-based vaporizable material (having a viscosity at room temperature of between 40 cP and 113 KcP), such as a cannabis oil. In this example, the cartridge **700** includes a flattened body that is approximately oval in cross-sectional area (see, e.g., FIGS. **7**E and **7**F showing top and bottom views) and includes a mouthpiece that is attached over a clear body forming a reservoir region holding the vaporizable material. The body **790** may be transparent, translucent or opaque. The mouthpiece may include one or more openings **792** at the proximal end (top) out of which vapor may be inhaled, by drawing breath through the device. The bottom may also include a locking feature (e.g., tab, indent, magnetic lock, etc.) for coupling and securing the cartridge within a cartridge receiver of a vaporizer base, such as the reusable vaporizer base **800** shown in FIGS. **8**A-**8**G. In this example, the body may be elongate and may include an outer shell or cover **890**; the proximal end of the vaporizer base may include an opening forming a cartridge receiver **892**. The cartridge receiver may include one or more opening therethrough (e.g., lateral openings) to allow airflow therein, as described in more detail below. Any of these cartridges may also or alternatively include a rim, ridge, channel, protrusion, lip, etc. along the distal end region for engaging a complimentary portion of the vaporizer device. For example, in FIG. 7D, the cartridge include a channel or lip

**795** at the distal end which may engage with a deflectable or deformable tab or protrusion in the cartridge receiving portion of the vaporizer; this may provide a snap fit. In general, the cartridge may fit within the cartridge receiver of the vaporizer by a friction fit. The snap-fit may provide audible and/or tactile confirmation that the cartridge is held in position. This fit may also lock or hold the cartridge within the receiver, but still allow it to be easily withdrawn to remove the cartridge.

As shown in FIG. **7**C, the elongate and flattened body **790** may contain within it the tank region **791** (e.g., holding the vaporizable oil material) and a distal overflow leak chamber **793**. These structures may be formed by the internal components within the elongate and tubular body, as shown below.

FIGS. **10**A and **10**B show exploded view of a cartridge as described herein. In this example, the apparatus includes a cartridge body **1005** that may be clear (transparent), opaque and/or translucent. The cartridge body may form a reservoir for the liquid vaporizable material, and particularly for a viscous liquid vaporizable material such as the cannabinoid oils described herein. The cartridge may include an outer seal (e.g., o-ring **1009**) that seals the mouthpiece **403** over the body **1005**. The reservoir (tank) may be sealed on the top (at the proximal end) under the mouthpiece by a single-piece plug **888** that covers multiple openings which may be used for filling the tank. The vaporization chamber may be formed at the bottom (distal end) of the cartridge; in exemplary cartridges described herein the vaporization chamber is formed from a cannula and housing piece **1011** that includes opening into which the wick (wick portion of wick and coil **443**) passes into the chamber; the walls forming the vaporization chamber separate it from the tank and mate with a back piece **1013** that forms the bottom (distal end) of the tank within the cartridge body. This piece is also sealed (e.g., by an O-ring **1015**) to the cartridge body from within the cartridge body, as shown. An air chamber is then formed between the bottom of the cartridge **1019** and the back piece **1013** of the tank. One or more (e.g., two) air openings **796**, **796'** through this bottom **1019** allow air to pass (after entering the cartridge receiver through one or more openings **894** in the side) into the distal end of the cartridge, into the air chamber region and then up through an opening into the vaporization chamber. The piece forming the bottom of the cartridge **1019** may also accommodate or include one or more (e.g., two) electrical connectors that are configured to mate with the connectors on the vaporizer base. As mentioned, these contacts may be wiper or scraping contacts. In FIGS. **10**A and **10**B, they are shown as cans **1021**, **1021'** having openings into which the pins project to form an electrical contact.

The vaporizer body typically includes a battery and one or more control circuits housed within the cover **890**. The control circuitry may control the heater, which in this example, is present in the cartridge. The heater may generally include a heating coil (resistive heater) in thermal contact with the wick; additional connectors formed of a different material (e.g., conductive material) may connect the heater coil to the electrical contacts on the base of the cartridge; although this may lead to inaccuracies in detecting and controlling temperature electrically, as described below, the control circuitry may include one or more additional circuits, such as Seebeck measurement circuits, that correct for offsets and other inaccuracies in the determination of temperature and therefore the power applied to the apparatus. The control circuitry may also include and may control and/or communicate with a batter regulator (which may regulate the battery output, regulate charging/discharging of the battery, and may provide alerts to indicate when the battery charge is low, etc.). The co control circuitry may also include and may control and/or communicate with an output, such as a display, one or more LEDs, one or more LCDS, a haptic output, or any combination of these. In the example shown in FIGS. **7**A-**9**G, the apparatus includes only four (RGB) LEDs **897**, arranged in a pattern (e.g., a circular, spiral or floral pattern; other patterns may include linear patterns). Any of the apparatuses described herein may also include a wireless communication circuitry that is part of, connected and/or controlled by the control circuitry. The apparatus may be configured to wireless communicate with a remote processor (e.g., smartphone, pad, wearable electronics, etc.); thus the apparatus may receive control information (e.g., for setting temperature, resetting a dose counter, etc.) and/or output information (dose information, operational information, error information, temperature setting information, charge/battery information, etc.).

The apparatus may also include one or more inputs, such as an accelerometer, a lip sensing input, a contact input, or the like. In particular, described herein arm vaporizer apparatuses in which the device does not include any visible buttons, switches or external user input on an outer surface of the cartridge or vaporizer base. Instead, the input may be an accelerometer (coupled to, part of, and/or controlled by the control circuitry). The accelerometer and any accelerometer control circuitry may be configured to detect tapping on the apparatus (e.g., the case) and/or rolling of the apparatus (e.g., around the long axis or the short axis of the device). In some variations the apparatus may also include circuitry for sensing/detecting when a cartridge is connected and/or removed from the vaporizer base. For example, cartridge-detection circuitry may determine when a cartridge is connected to the device based on an electrical state of the electrical contacts within the cartridge reliever in the vaporizer base. For example, FIG. **5**C illustrates the two electrical contacts **595**, **595'**. Without a cartridge inserted into the apparatus the circuit is open (e.g., between **595** and **595'**) with the cartridge inserted, the electrical contacts (shown as pins **595**, **595'** in FIGS. **5**D and **11**B) engage with the contacts (such as wiping contracts, described above, which scrape to remove leaked and/or dried vaporizable material on the electrode contact surfaces). The controller (via a separate or integrated cartridge-detection circuit) may determine that a cartridge has been inserted when the resistance between these contacts changes to within a recognizable range (from the open circuit). Other cartridge detectors may be used alternatively or additionally, including a trip switch (which is activated when the cartridge is present), or the like. Any of the apparatuses described herein may also include one or more breath detectors, including a pressure sensor **1109** (e.g., microphone coil) having a connection to the inside of the cartridge receiver, as shown in FIG. **11**B.

The vaporizer body may also include a connector **899** at the distal end for coupling the device to a charger and/or data connection. The internal battery may be charged when coupling the device to a connector, alternatively other electrical connectors and/or inductive charging may be used.

FIGS. **9**A-**9**G illustrate an example of an apparatus (vaporizer apparatus) in which the cartridge **700** has been inserted completely into the vaporizer body **800**. The resulting device is small, lightweight, hand-held and may be safely stored in a pocket, purse, or the like.

In operation, the user may (once charged sufficiently), may activate the vaporizer by being drawing (inhaling)

through the mouthpiece. The device may detect a draw (e.g., using a pressure sensor, flow sensors, or the like, including a sensor configured to detect a change in temperature or power applied to a hater element, e.g., anemometer detection) and may increase the power to a predetermined temperature preset. The power may be regulated by the controller by detecting the change in resistance of the heating coil and using the temperature coefficient of resistivity to determine the temperature. As described in greater detail below, the temperature determination and/or power applied may be optionally corrected in cases where there are different electrically conductive materials connecting the resistive heater to the power supply/power, in which the Seebeck effect may be an issue, using a sensing circuit to estimate and compensate for this potential source of inaccuracy.

In any of the apparatuses described herein, the temperature may be adjusted or selected by the user. As mentioned, in some variations the apparatus does not include an exterior control or user input, but still allows the user to select the temperature from among a plurality (e.g., two or more, three or more, etc.) of pre-set heating/vaporizing temperatures above 100° C. This may be achieved by allowing the user to coordinate (in time, e.g., within 60 seconds, within 50 seconds, within 40 seconds, within 45 seconds, within 40 seconds, within 30 seconds, within 20 seconds, within 10 seconds, between 1 second and 60 seconds, between 2 seconds and 60 seconds, between 3 seconds and 60 seconds, etc.) a pair of distinct inputs that are based detection of inputs that are internal to the apparatus (e.g., not from controls on the surface of the apparatus), such detection an accelerometer input (e.g., tapping, such as one or more, e.g. 3 or more, taps, rotations of the device in the long axis, etc.) within a predefined time after removing the cartridge and/or inserting the cartridge. For example, the apparatus may enter into a temperature selection mode to allow a user to select the temperature by removing the cartridge after shaking the apparatus (e.g., for 1 or more seconds, e.g., 2 or more seconds, etc.). Once in a temperature selection mode, the user may select from among a number (e.g., 4) or pre-set temperatures by tapping the housing of the device to cycle through the pre-set temperatures, which may be displayed on an output (e.g., LED, monitor, LCD, etc.) on the apparatus.

Any other input on the device that is not (or not connected to) a button, and particularly an external button, may be used in a predetermined activation sequence (e.g., pattern of taps detected by the accelerometer, insertion/removal of cartridge, etc.) or in a set of sequential independent actuations. For example, the apparatus may enter into a temperature selection mode after removing and inserting a cartridge three times in quick successions (e.g., within 5 seconds of each step). In any of the variations described herein, merely shaking the apparatus may display information about the status of the device (e.g., the charge) using the output; the additional non-button input (e.g., removing the cartridge and/or inserting the cartridge) within the predetermined time may then allow the operating temperature to be selected.

In some variations, the apparatus includes multiple (e.g., 4) presets, and an optional additional preset (e.g., 5th preset or more) that may be user-settable. Alternatively or additionally, an external controller (smartphone, pad, computer, etc.) in may communicate with the apparatus to allow setting and/or selecting the operating temperature.

In on example, the apparatus may be operated to allow the user to select the operating temp (set mode) by shaking the device with a cartridge inserted. In some variations this may then change the display (e.g., multi-colored LEDs on the

surface of the device), for example, displaying battery life using the multiple LEDs arranged (e.g., in an X pattern **897**, see, e.g., FIG. **8**C). While in this state, removing cartridge enters temp set mode. The device automatically cycles through the 4 (+1 or more, when user defined) presets. The user may then choose one by reinserting the pod at appropriate time. In some variations, the preset temperatures are: 270° C. 320° C., 370° C., 420° C. In some variations the user may modify or include an additional preset within a temp range around each preset, e.g.: within an operational range of between 270-420° C.

As mentioned above, any of the apparatuses described herein may be operated with an external processor to receive input and/or output to control operation of the device. For example, the vaporizer apparatus may be operated with an application software ("app") that allows control of the temperature or other functional setting and/or allows storage, display and/or transmission of operational and/or use information, including dose information. As described herein, an approximate estimate for dose may be determined based on the power applied to the heater (resistive coil) during inhalation (over time), e.g., power applied to coil multiplied by time of draw. This approximate 'dose' estimate may be accumulated over the use of a particular cartridge (e.g., once a cartridge is inserted, it may be accumulated and/or displayed until the cartridge is removed, roughly amounting to a "session" with that cartridge).

For example, FIGS. **21** and **22** illustrate exemplary user interfaces for an application software that allows the user to set and or adjust the pre-set temperatures of the apparatus. In FIG. **21**, the user may select the per-set temperature. FIG. **22** illustrates the use of the app to control the appearance and activity of the apparatus. For example, the user may lock/unlock the apparatus, and track usage (e.g., by does estimation).

In any of the apparatuses described herein the apparatus may allow the user to play one or more interactive "games" with the device. For example, any of these apparatuses may include an entertainment mode that may be entered by manipulating the device (e.g., by tapping, shaking, rotating, puffing in a predetermined pattern, etc.). In general, the entertainment mode may include one or more presentations (e.g., LED light displays, tones/music, patterns of vibrations, or combinations of these) and/or games. The device may be configured to allow selection of the presentation states or game states (games) to be played, or it may randomly select one. In general the games may be interactive, allowing the user to provide input, e.g., via the one or more inputs, such as movement of the device, via motions sensing, touching the device, via a button and/or capacitive sensor (e.g., lip sensing, etc.), puff/airflow sensing, inserting and/or removing the cartridge, etc.

For example, the entertainment mode may include a game such as a pattern-following game, wherein the device presents an output (e.g., one or more LEDS illuminated in a pattern and/or color), and the device (e.g, controller) may determine if a response entered by the user on the input correlates with a predetermined response. In general, the same controller used to control the heater may be used to control the entertainment mode including the games. Alternatively a separate controller may be used, and may communicate with the controller controlling the heater.

The one or more games may include a memory game. For example, in a memory game the device may presents an output sequence and determines if a sequence of responses entered by the user on the input correlates with a predetermined sequence of responses. The one or more games may

include a triggered output game wherein the device presents an output in response to a predetermined user input. For example, the device may illuminate a series differently positioned and/or colored LEDs based on the angle or movement that the user holds the device.

The one or more games may include a chance type game, wherein the device is configured to display a random pattern of one or more of colors, tones or vibrations, in response to a predetermined user input. The entertainment mode may include a display game wherein the output comprises a plurality of LEDs and wherein the device is configured to cycle the LEDs through a predetermined sequence of colors in response to a predetermined user input. The entertainment mode may include a tone game wherein the output comprises a plurality of tones and wherein the device is configured to play a predetermined sequence of tones in response to a predetermined user input.

As mentioned, the device may be configured to be toggled between the normal mode and the entertainment mode by applying one or more predetermined user manipulations to the input. For example, the device may be rotated. In some variations, the device input comprises an accelerometer, and the device may be configured to be toggled between the normal mode and the entertainment mode by rolling or rotating the device (e.g., three or more times) in one or more directions.

In addition to or alternative to the games, the entertainment mode may include an entertainment output (display) that is triggered upon entering into the entertainment mode. For example, as mentioned, the entertainment output may include one or more of: a display of a plurality of colors and/or patterns on the output, a tone or series of tones, a vibration or series of vibrations.

Leak Prevention

Any of the apparatuses described herein may be configured to prevent or reduce leakage of the vaporizable material. As mentioned, leaking an oil-based (and particularly cannabinoid oils) is particularly troublesome in a vaporizer because the vaporizable material may dry as a sticky, tarry substance that is both messy and may disrupt operation of the apparatus, particular the reusable (e.g., vaporizer base) portion.

For example, any of the apparatuses described herein may include one or more absorbent pads or members that are oriented to prevent leakage without disrupting the airflow or formation of vapor. In general, moisture and particles from the vapor can be deposited on a filter pad that is off-axis relative to the vapor path. The vaporization device may be a handheld vaporization device.

As described above, any of the vaporization apparatuses (device and systems) may comprise a heating element, including a resistive heating element. The heating element may heat the material such that the temperature of the material increases. Vapor may be generated as a result of heating the material.

In some cases, a vaporization device may have an "atomizer" or "cartomizer" configured to heat an aerosol forming solution (e.g., vaporizable material). The vaporizable material may be heated to a sufficient temperature such that it may vaporize (e.g., between 200° C., and 500° C., e.g., between 250-450° C., between 270-420° C., etc.). The apparatus or method may include one or more pre-set vaporization temperatures and the apparatus or method may control (via controller including feedback logic) the temperature to a predetermined and/or selected temperature.

An atomizer may comprise a small heating element configured to heat and/or vaporize at least a portion of the vaporizable material and a wicking material that may draw a liquid vaporizable material into the atomizer (e.g., heater). When the apparatus includes a wicking material, the wicking material may comprise silica fibers, cotton, ceramic, hemp, stainless steel mesh, and/or rope cables. The wicking material may be configured to draw the liquid vaporizable material in to the atomizer without a pump or other mechanical moving part. A resistance wire may be wrapped around the wicking material and then connected to a positive and negative pole of a current source (e.g., energy source). The resistance wire may be a coil. When the resistance wire is activated, the resistance wire (or coil) may have a temperature increase as a result of the current flowing through the resistive wire to generate heat. The heat may be transferred to at least a portion of the vaporizable material through conductive, convective, and/or radiative heat transfer such that at least a portion of the vaporizable material vaporizes.

Alternatively or in addition to the atomizer, the vaporization device may be configured as a "cartomizer" to generate an aerosol from the vaporizable material for inhalation by the user. The cartomizer may comprise a cartridge and an atomizer. The cartomizer may comprise a heating element surrounded by a liquid-soaked poly-foam that acts as holder for the vaporizable material (e.g., the liquid). The cartomizer may be reusable, rebuildable, refillable, and/or disposable. The cartomizer may be used with a tank for extra storage of a vaporizable material.

Air may be drawn into the vaporization device to carry the vaporized aerosol away from the heating element, where it then cools and condenses to form liquid particles suspended in air, which may then be drawn out of the mouthpiece by the user. For example, any of the apparatuses described herein may include a draw channel or passage. The draw channel may be in fluid communication with the heater so that vapor formed by the heater passes into the draw channel, which is also in fluid communication with the mouthpiece, which may be integrated with the device (including a cartridge).

One or more aspects of the vaporization device may be designed and/or controlled in order to deliver a vapor with one or more specified properties to the user. For example, aspects of the vaporization device that may be designed and/or controlled to deliver the vapor with specified properties may comprise the heating temperature, heating mechanism, device air inlets, internal volume of the device, and/or composition of the material.

Energy may be required to operate the heating element. The energy may be derived from a battery in electrical communication with the heating element. Alternatively, a chemical reaction (e.g., combustion or other exothermic reaction) may provide energy to the heating element.

The term "aerosol" may generally refer to a colloid of fine solid particles or liquid droplets in air or another gas. In general, the aerosols described herein are liquid aerosols of primarily (e.g., >80%, >85%, >90%, >95%) liquid particles in air. The liquid or solid particles in an aerosol may have varying diameters of average mass that may range from monodisperse aerosols, producible in the laboratory, and containing particles of uniform size, to polydisperse colloidal systems, exhibiting a range of particle sizes. As the sizes of these particles become larger, they have a greater settling speed which causes them to settle out of the aerosol faster, making the appearance of the aerosol less dense and to shorten the time in which the aerosol will linger in air. Interestingly, an aerosol with smaller particles will appear thicker or denser because it has more particles. Particle number has a much bigger impact on light scattering than

particle size (at least for the considered ranges of particle size), thus allowing for a vapor cloud with many more smaller particles to appear denser than a cloud having fewer, but larger particle sizes.

A vapor may generally refer to a substance in the gas phase at a temperature lower than its critical point. As used herein, a vapor may include a liquid aerosol. For convenience the term vapor and aerosol, which may generally refer to liquid aerosols, may be used interchangeably herein, as is common in the art of electronic vaporization devices.

The methods and apparatuses described herein have a wide range of applications for inhalation of an active substance, such as botanicals, pharmaceuticals, nutraceuticals, or any other substance for inhalation to provide a benefit or sensation to an end user. In some embodiments, the devices described herein include a tank having a liquid containing an active ingredient, such as nicotine, cannabis, or a cannabinoid.

The term "cannabis" refers to plants of the genus Cannabis and loose-leaf products or extracts thereof. As mentioned above, the term "cannabinoid" refers to plant based or synthetic chemical compounds capable of acting on cannabinoid receptors and inducing a biological effect. Cannabinoids include acids, salts, and bioactive stereo isomers. Exemplary cannabinoids include tetrahydrocannabinol (THC), cannabigerolic acid (CBGA), cannabigerol (CBG), tetrahydrocannabinolic acid (THCA), cannabichromene (CBC), cannabicyclol (CBL), cannabivarin (CBV), cannabichromevarin (CBCV), cannabigerovarin (CBGV), cannabigerol Monomethyl Ether (CBGM), delta-8-tetrahydrocannabinol (D8THC), delta-9-tetrahydrocannabinol (D9THC), tetrahydrocannabivarin (THCV), cannabinolic acid (CBNA), Cannabinol (CBN), cannabidiolic acid (CBDA), Cannabidivaric acid (CBDVA), cannabidiol (CBD), cannabichromenic acid (CBCA), Cannabichromene (CBC), or cannabicyclolic acid (CBLA) and/or any salt or stereo isomer of the above.

The devices described herein for generating an inhalable aerosol may include a body having a battery, a cartridge or tank including or configured to include the vaporizable material, at least input (e.g., in some variations without any input on an outer surface of the apparatus, e.g., "button less"), and circuitry for controlling the device.

An exemplary vaporization device **200** is shown in FIGS. **1** and **2**. The vaporization device **200** includes two filter pads **222***a,b*. The filter pads **222***a,b* are positioned off of the central axis of the air path **212**. As the vapor travels down the air tube **208** and begins to return to liquid state, both condensation and particle aggregation will occur. As the vapor exits the air tube **208** into the air path **212**, the moisture (see FIG. **1**) and larger particles (sec FIG. **2**) can filter onto the pads **222***a,b* (i.e., via gravity) without interfering with the user's draw on the device.

The one or more pads for use with any of the embodiments described herein (including pads **222***a,b*) can be made of an absorbent material. The absorbent material can both wick moisture quickly and allow it to disperse quickly therethrough. Thus, the absorbent material can be hydrophilic. Exemplary materials include cotton, e.g., a non-woven cotton lintner paper, felt, cellulose, or hydrophilic polymers. Further, the one or more pads can be curved, as shown in FIGS. **1** and **2** or can be substantially flat panels. In some embodiments, the one or more pads can each be made of two or more thin sheets of layered material.

The one or more pads can be positioned within or proximate to the mouthpiece so as to capture moisture just prior to inhalation by the user. Further, in some embodiments, as shown in FIGS. **1** and **2**, the one or more pads can be pushed up against the interior surface of the vaporizer so as to minimize interference with other components of the vaporizer. In other embodiments, the one or more pads can be pulled away from the interior walls so as to maximize the surface area available for moisture absorption. The pads can be rectangular, circular, ovoid, triangular, square, or other shape. The shape and size of the pads can be chosen so as to minimize interference with the air path while maximizing moisture and particle collection.

Another exemplary vaporizer **300** utilizing moisture deposition pads **322***a,b* is shown in FIGS. **3**A and **3**B. The vaporizer **300** includes a cartridge **301** that is attachable to a reusable component **300** (which can include the electronics to power the device, etc.). As shown in FIGS. **3**A and **3**B, the cartridge **301** can include a tank **302**, a heater assembly **343**, an air tube **308**, and a mouthpiece **303**. The pads **322***a,b* can be rectangular, flat, and positioned in parallel within the mouthpiece **303** on either side of the air tube **308** (i.e., off-axis with the air tube **308**). The vaporizer **300** can further include any of the features described in U.S. application Ser. No. 15/053,927, titled "VAPORIZATION DEVICE SYSTEMS AND METHODS." filed on Feb. 25, 2016, Publication No. US 2016-0174611 A1, the entirety of which is incorporated by reference herein.

Another exemplary vaporizer **400** that can utilize one or more pads is shown in FIGS. **4**A-**6**B. As shown in FIGS. **4**A and **4**B, the vaporizer **400** includes a reusable component **411** and a cartridge **401**. The diameter of device **400** is greater than the width (e.g., greater than 1.2×, 1.3×, 1.4×, 1.5×, 1.6×, 1.7×, 1.8× 1.9×, etc.), making the device have a substantially long and flat appearance and feel.

Referring to FIGS. **5**A and **5**B, the reusable component **411** includes a shell **431**, which can include the electronics for operating the vaporizer. Further, the reusable component **411** can include a visual indicator **421**, such as an LED, for signaling the operating status of the vaporizer **400**. The distal end of the reusable component **411** (shown in FIG. **5**F) includes a charging element **433** configured for charging the device. Further, the proximal end of the device (FIG. **5**E) includes contacts **435** for maintaining an electrical connection with the cartridge **401**.

The cartridge **401** is shown in FIGS. **6**A-**6**D. As best shown in the exploded view of FIG. **6**D the cartridge **401** includes a tank **441** configured to hold a liquid vaporizable material therein, a heater (e.g, a wick and coil assembly) **443** configured to heat the vaporizable material in the tank **441**, and an air tube **408** extending from the tank to a mouthpiece **403**. Contacts **535** are configured to connect with contacts **435** on the reusable component **411** to provide power to activate the wick and coil assembly **443**. At the distal end of the cartridge the walls of the elongate and flattened tubular body **441** and a bottom cover piece **691** form an overflow leak chamber **699**, which is shown with a pair of absorbent pads **495***a,b* are positioned along the long walls (along the diameter) of the overflow leak chamber. An option felt cover **693** may be included (also acting as an absorbent member).

As shown in FIGS. **4**A-**5**D, the device **400** further includes openings, configured as air inlets **762***a,b*, on the side of the shell **431**. The air inlets are proximate to openings (air inlets) **662***a,b* on the distal end of the cartridge **401** (see FIGS. **6**A and **6**B) opening into the overflow leak chamber (not visible). Referring to FIG. **11**A (which is a cross-section of the device **400** at the center), the air flow path **777** from inlets **762***a,b* to inlets **662***a,b*, extends through the tube **408** until it reaches the stop **433** (see FIG. **12**) and then divides into two separate paths that extend along the inner surface of

the mouthpiece **402** (between the pads **422***a,b*) and out through the outlets of the mouthpiece **403**.

As shown in FIGS. **6**D and **12-14**, parallel absorbent pads **422***a,b* can be positioned within the mouthpiece **403**. The absorbent pads **422***a,b* are rectangular and parallel with one another. The absorbent pads **422***a,b* are positioned substantially parallel to the flat side of the device **400** (parallel with the plane of the length l and width w in FIG. **4**A) and parallel with one another. In some embodiments, the pads **422***a,b* can be biased fully against the inside walls of the mouthpiece **403** so as to easily capture liquid that rolls along the walls. A distance between the two pads **422***a,b* can be, for example, between 3 and 6 mm, such as between 4 and 5 mm, e.g., approximately 4.8 mm. The gap between the absorbent pads **422***a,b* advantageously prevents the pads from interfering with the air flow path when a user draws on the mouthpiece **403**.

Further, as shown in FIGS. **6**D, **12** and **13** in some embodiments, over-flow pads **445***a,b* are positioned proximate to the tank **441**, i.e., within an overflow leak chamber below the tank, to absorb liquid that may leak out of the tank **441** during use. The over-flow pads **445***a,b* can be similarly placed parallel to one another and/or against the sides of the shell **431** as described above with respect to pads **422***a,b.*

FIG. **13** (which is a cross-section of the device **400** through the pads **422***a,b* and **445***a,b*) shows the air flow path **777** in dotted lines relative to the placement of the pads **442***a,b* and **445***a,b*. The air path **777** extends alongside all of the pads **422***a,b* without extending therethrough. That is, the pads **422***a,b* and **445***a,b* extend off-axis relative to the air path **777** and do not interfere with user draw. However, the pads **422***a,b* and **445***a,b* are positioned so that the air path **777** travels along, besides, and/or in contact with the pads **422***a,b* and **445***a,b* for an extended period of time so as to allow maximum absorption of liquid.

In use (i.e., when the user draws on the device), the device **400** can be held horizontally with the width, w, in the vertical direction and the diameter, d, in the horizontal direction. As such, at least one of the pads **422***a,b* and/or **445***a,b* will be substantially horizontal while the user draws on the device, ensuring that gravity will pull any moisture or particles down onto the lower pad **422***a,b* and/or **445***a,b*. Further, having two pads **422***a,b* and/or **445***a,b* advantageously ensures that moisture will be caught whether the user holds the device with pad **422***a* or **445***a* on top or **422***b* or **445***b* on top. This can both prevent interference with the electronics of the device and prevent the user from getting any liquid from the tank in his or her mouth when drawing on the device.

Referring to FIGS. **15**A-**15**D, exemplary device **800** is similar to device **400** (similar reference numbers are therefore used) except that it includes a single plug **888** in the proximal section of the cartridge **801** (i.e., as opposed to the two tank seals **604***a,b* shown in FIG. **6**D). The plug **888** is configured to simultaneously seal both outlets of the mouthpiece **403** while also sealing around the tube **408**.

Although sets of absorbent pads are shown and described with respect to the embodiments herein, only a single off-axis (i.e. "off air path") pad can be used in each location. Likewise, more than two (e.g., 3, 4, 5, or more) off-axis pads, such as strips of absorbent material, may be used. Similarly, only a single set of pads can be used.

In some embodiments, the absorbent pads can be located only in the cartridge area (i.e., in the disposable portion). In other embodiments, additional absorbent pads can also be used in the reusable portion of the device.

The wick for use with any of the embodiments herein can be large to handle higher viscosity liquids (e.g., liquids with cannabinoids). For example, the wick can be greater than 1.5 mm in diameter, such as approximately 2 mm in diameter.

Referring to FIG. **16**, in some embodiments, the openings (also referred to as air inlets) **962***a,b* to the cartridge **901** can include a protective annular ring **992***a,b* or seal therearound that extends away from the inner wall of the cartridge **901**. This ring can help prevent any spilled liquid from splashing into the inlets **962***a,b*. This ring may be lip or ridge projecting into the overflow leak chamber, as shown in FIG. **16**.

Referring still to FIG. **16**, in some embodiments, the contacts **935** of the reusable portion **911** of the device **900** can be pin contacts while the contacts **1035** of the cartridge **901** can be annular contacts or pin receptacles configured to mate with the pins. Further, in some embodiments, pin receptacles **1035** can include spring-loaded wiping mechanisms on the inner diameter thereof. The spring-loaded wiping mechanisms can be configured to wipe the pins as they pass therethrough. As a result, any vapor residue on the pins can be removed to maintain the proper electrical connection there between.

Power and Temperature Control

In any of the apparatuses described herein, the vaporizer apparatus may be controlled so that the temperature used to vaporize the vaporizable material is maintained within a preset range (e.g., one or more preset temperatures as discussed above, within +/−a few degrees (e.g., +/−3° C., 2° C., 1° C., 0.5° C., etc.). In general, the microcontroller may control the temperature of the resistive heater (e.g., resistive coil, etc.) based on a change in resistance due to temperature (e.g., TCR). For example, a heater may be any appropriate resistive heater, such as a resistive coil. The heater is typically coupled to the heater controller via two or more connectors (electrically conductive wires or lines) so that the heater controller applies power (e.g., from the power source) to the heater. The heater controller may include regulatory control logic to regulate the temperature of the heater by adjusting the applied power. The heater controller may include a dedicated or general-purpose processor, circuitry, or the like and is generally connected to the power source and may receive input from the power source to regulate the applied power to the heater.

For example, any of the apparatuses described herein may include logic for determining the temperature of the heater based on the TCR of the heating element (resistive coil), based on sensed resistance of the coil. The resistance of the heater (e.g., a resistive heater) may be measured ($R_{heater}$) and the controller may use the known properties of the heater (e.g., the temperature coefficient of resistance) for the heater to determine the temperature of the heater. For example, the resistance of the heater may be detected by a detection circuit connected at the electrical contacts that connect to the cartridge, and this resistance compared to a target resistance, which is typically the resistance of the resistive heater at the target temperature. In some cases this resistance may be estimated from the resistance of the resistive hearing element at ambient temperature (baseline).

In some variations, a reference resistor ($R_{reference}$) may be used to set the target resistance. The ratio of the heater resistance to the reference resistance ($R_{heater}/R_{reference}$) is linearly related to the temperature (above room temp) of the heater, and may be directly converted to a calibrated temperature. For example, a change in temperature of the heater relative to room temperature may be calculated using an expression such as ($R_{heater}/R_{reference}-1$)*(1/TCR), where TCR is the temperature coefficient of resistivity for the

heater. In one example, TCR for a particular device heater is 0.00014/° C. In determining the partial doses and doses described herein, the temperature value used (e.g., the temperature of the vaporizable material during a dose interval, $T_i$, described in more detail below) may refer to the unit less resistive ratio (e.g., $R_{heater}/R_{reference}$) or it may refer to the normalized/corrected temperature (e.g., in ° C.).

When controlling a vaporization device by comparing a measure resistance of a resistive heater to a target resistance, the target resistance may be initially calculated and may be factory preset and/or calibrated by a user-initiated event. For example, the target resistance of the resistive heater during operation of the apparatus may be set by the percent change in baseline resistance plus the baseline resistance of the resistive heater, as will be described in more detail below. As mentioned, the resistance of the heating element at ambient is the baseline resistance. For example, the target resistance may be based on the resistance of the resistive heater at an ambient temperature and a target change in temperature of the resistive heater.

As mentioned above, the target resistance of the resistive heater may be based on a target heating element temperature. Any of the apparatuses and methods for using them herein may include determining the target resistance of the resistive heater based on a resistance of the resistive heater at ambient temperature and a percent change in a resistance of the resistive heater at an ambient temperature.

In any of the methods and apparatuses described heron, the resistance of the resistive heater may be measured (using a resistive measurement circuit) and compared to a target resistance by using a voltage divider. Alternatively or additionally any of the methods and apparatuses described herein may compare a measured resistance of the resistive heater to a target resistance using a Wheatstone bridge and thereby adjust the power to increase/decrease the applied power based on this comparison.

In any of the variations described herein, adjusting the applied power to the resistive heater may comprise comparing the resistance (actual resistance) of the resistive heater to a target resistance using a voltage divider, Wheatstone bridge, amplified Wheatstone bridge, or RC charge time circuit.

When using resistance and/or power applied to determine the temperature of the apparatus and/or to control temperature for vaporization, the inventors have determined that there may be a surprising disparity between the actual temperature and that predetected or determined using resistance of the heater alone. This problem because particularly acute when the distance between the heating element (e.g. resistive coil) and the electrical input into the cartridge (the power contacts from the vaporizer base) is longer, or there is a change in the conductive material between the heater and the contacts, as shown in FIG. **15**A. Where there is a change in the conductive material between the contacts, the electrical wiring and the resistive coil, thermoelectric effects arising due to this change in electrical characteristics (resistance) may give rise to inaccuracies when determining the power applied.

In the exemplary cartridges described above, the heating coil is connected to the electrical contacts by extension wires **1054**, **1054'** (see, e.g., FIG. **10**B). Because the extension wires are different materials, a voltage (EMF) may be generated at the junction between the different electrical conductors when there is a temperature gradient. This thermoelectric effect may be referred to as the Seebeck effect, and may generate a voltage that is based on the material properties of the different conductors. In the variations described above, although the heating coil, extensions and wick are nearly symmetric, during normal usage there may be uneven temperatures across the three, developing a temperature gradient. This may result in an uneven voltage being generated; this disparity may then lead to inaccuracies in controlling the heater (applied power) and/or estimation of the temperature.

Although at any particular time, the effect may be relatively minor (and therefore overlooked), the cumulative effect may lead to dramatic reductions in accuracy and temperature control; other systems may attempt to avoid this problem by modifying the resistance of the material used for the resistive heater, requiring a larger power; although this may reduce the overall contribution of the offset EMF voltage due to the thermoelectric property mismatch, it also requires a larger wattage and therefore battery (and resulting power) be applied.

Instead, any of the apparatuses described herein may include a precision resistance measurement circuit to track resistance of the heating element (e.g., a coil made from resistive heating alloy wire) when not heating and heating to control the temperature of the coil based on changes in coil resistance from room temperature to vaporization temperatures, as discussed above. For example, in some variations, the measurement circuit is an amplified Wheatstone bridge where the heating element (when connected) is one half of one of the two voltage dividers in the Wheatstone bridge and the two divider voltages are inputs to a differential op amp circuit. This control circuit may be modified as described herein to account for the mismatch in thermoelectric properties leading to the offset voltage.

Currently known resistance measurement systems typically use a two-terminal sensing or four-terminal sensing circuit, and are prone to measurement error when the load to be measured is also a voltage source or has an additional unknown voltage applied to it. As just mentioned above, in vaporizers that use resistive heating elements (often coils), extension leads are often used to mute power to the heating element with minimal Joule heating and losses in the path between the heating element (where Joule heating is desired) and the voltage source (often a battery or power supply). For manufacturability, these extension leads are often the only connection between the device (or contacts that connect to the device) and the heating element, so measurement of the resistance of the heating element invariably includes the resistance of the extension leads and measurement error arising from the mismatched thermoelectric properties (Seebeck error). The heating element and extension leads (three conductors if considered individually) each have some temperature gradient along their lengths, and this temperature gradient generates an electromotive force (EMF, which is also a measureable voltage when the conductor is open circuit) in each conductor, which is $E_{emf}=-S\nabla\Gamma$, where S is the Seebeck coefficient of the conductor which depends heavily on the conductor material (but also on temperature of the conductor) and $\nabla\Gamma$ is the temperature gradient across the material. Because ideal materials for the heating element and extension leads often have different Seebeck coefficients, and since the temperatures at the two connection points between each extension lead and the heating element are likely to differ while heating (due to acceptable asymmetries in both heating element assembly and heat transferred from the heating element and extension leads that are expected in a mass-produced product), there will be a net EMF across the extensions and heating element (seen as one load in any vaporization system where one set of extension leads electrically connects the heating element to the device)

which will skew the resistance measurement, making temperature control of the heating element using measured resistance impossible without correction for this effect. More generally, measured resistance of the heating element will be skewed by the mismatched thermoelectric properties (e.g., the Seebeck effect) whenever there is a temperature difference between and material transition at the two heating element terminals where contacts or extensions are connected.

A simplified model of a heating element with two extension leads of the same material is shown in FIG. **17**. In this example, the heating element and extension lead combination connects to the device at the open ends of the extension leads shown above, so the resistance measurement of the heating element is taken through the extension leads connecting to it. S1 and S3 are constant coefficients that depend on the material properties (Seebeck coefficients) of each of the two extension lead materials, and S2 is the Seebeck coefficient of the heating element. T1 and T4 are temperatures at the ends of the extensions that electrically connect to the vaporization device. T2 and T3 are temperatures of the connections between the extension leads and heating element (which may be welds, crimps, solder joints, or other electrical connections). The EMF, $E_{net}$ is expected to skew the resistance measurement if $E_{net}$ is non-zero. $E_{net}$ from the Seebeck effect is expected to be:

$$E_{net}=-S1(T2-T1)-S2(T3-T2)-S3(T4-T3).$$

To illustrate how temperature differences between T2 and T3 can create a non-zero Enet, consider a further simplified model where temperatures at the two open (as shown) ends of the conductive path are assumed to be the same and close to the device temperature (T1=T4), which is an acceptable simplification in systems like ours where extensions connect to electrical contacts with large thermal mass at T1 and T4. Seebeck coefficients for the two extensions are assumed to be the same since the two extension leads are of the same material (S1=S3). This reduces the above expression to:

$$E_{net}=(S2-S1)(T2-T3)$$

From the above expression, if S2 and S1 are not equal (heating element and extension leads have different Seebeck coefficients) and T2 and T3 are not equal (non-zero net temp gradient across the two points where heating element meets extensions), Enet will not be zero, and it will skew the resistance measurement taken by the device. For comparison, if there are no extension leads, EMF for the heating element alone can be considered:

$$E_{net}=S2(T2-T3)$$

When the heating element is connected directly to electrical contacts that are large thermal masses, it is expected (and can be measured) that T2 and T3 are very close and Seebeck effect introduces negligible error in resistance measurement. In other systems where extension leads are used, the Seebeck effect will skew measured resistance, making temperature control impossible when Seebeck effect is not corrected for.

Additionally, some systems without extension leads may still see a temperature difference between T2 and T3 depending on the device and heating element assembly. If this temperature difference is significant, this effect will have to be corrected for if accurate resistance measurements is desired.

The simple model above with extension leads and heating element is provided to illustrate the source of heating element EMP. In most systems there will be additional material transitions and temperature gradients in each material in the resistance measurement path. As described below, a complete understanding or modeling of all material transitions and junction temperatures is not needed to correct for this effect. The heating element EMF (caused by the Seebeck effect) can simply be measured and used to correct for the error it introduces in resistance measurements.

In a vaporization devices that uses measured heating element resistance for temperature control of the heating element as described above, heating element EMF may also measure and used to control the power applied and/or estimates of temperature. The Seebeck effect may be observed to be the main contributor to heating element EMF and is the only known contributor to heating element EMF when no current (or constant current) has been flowing through the element for some time. Measured heating element EMF can be used to correct for resistance measurement error caused by heating element EMF. The resistance measurement (skewed by Seebeck EMF) and the Seebeck EMF measurement together can be used to calculate accurate heating element resistances, which can be used to control average temperature of the heating element.

The effect of heating element EMF on the resistance measurement depends on the measurement circuit used. Heating element EMF will produce measurement error in all known resistance measurement circuits, so heating element EMF may be separately measured to correct for the error it causes in the resistance measurement. Sensitivity of the resistance measurement to heating element EMF may be understood so that measured heating element EMF can be used correctly to calculate heating element resistance from the two measurements taken. For example, the same differential op-amp used for the resistance measurement may also be used for the heating element EMF measurement. In the resistance measurement, the heating element may be powered through a voltage divider so that there is a measurable voltage across the heater which is compared against a reference voltage or summed with other reference voltages and amplified by the differential op amp circuit. For heating element EMF measurement, no voltage is applied to the heating element, which allows for direct measurement of the EMF, which is compared against another close reference voltage and amplified by the same differential op amp circuit used for the resistance measurement.

Because the same amplification circuit may be used, the sensitivities of both the resistance measurement and the heating element EMF measurement to heating element EMF will be the same. The two measurements may then be used to calculate accurate heating element resistances, the raw reading difference between measured heating element EMFs when the device is heating and when device has not been heating for some time (note that Seebeck EMF is 0 when heating element reaches thermal equilibrium in device) and may be subtracted from the raw resistance measurement reading before other calculations are performed to yield heating element resistance from corrected resistance measurement reading.

FIG. **18** illustrates one example of a measurement circuit that may be used as part of a vaporization apparatus. Operation of this circuit to control heating element resistance while heating may be as follows (with signal and component names below referencing signals and components from schematic of FIG. **18**); except for H+ **1821**, all output boxes (**1801**, **1803**, **1805**, **1807**, **1809**, **1811**, **1813**) are connected to the microcontroller, which is not shown; timing noted below is for one exemplary software imple-

mentation and may be different or modified for different implementations). Heating element is connected between H+ **1821** and GND.

In FIG. **18**, when device is heating. HEATER **1807** is driven with PWM to connect VBAT to H+ **1821** through Q5 (powering heating element with battery voltage) at some duty cycle to generate a known power in the heating element. When device is heating or in a wake state but not heating, every 3.9 ms (256 Hz measurement). HEATER **1807** is held off and HM_PWR **1805** is held on (powering differential op-amp circuit and voltage references required for measurements) for 268 μs so that either the heating element resistance or heating element EMF can be measured. Heating element resistance and EMF are each measured every 7.8 ms (each is measured during every other measurement window). The first 200 us of this 268 μs measurement window is settling time for the op-amp output as seen by microcontroller (HM_OUT **1809**) to stabilize. ADC is performed by the microcontroller on HM_OUT **1809** between AREF_HM_OUT **1801** and GND during the last 68 μs of the measurement window. For the heating element resistance measurement, HM_NEG_REF_EN **1803** is on to bias the heating element so that the voltage divider formed by R19 and the heating element can compared by the differential op amp circuit (comprised of U5, R21, R22, R23, and R33) against a fixed voltage divider formed by R20 and R32, and some combination of R28, R29, and R30, which are used to keep HM_OUT **1809** in a usable voltage range between AREF_HM_OUT **1801** and GND for the range of heating element resistances that the device might see. HM_SCALE_0-2 **1813** are either allowed to float (high impedance) or connected to GND within the microcontroller to use R28-30 to set the resistance measurement range of the circuit.

For the heating element EMF measurement. HM_NEG_REF_EN **1803** is off to allow H+ to float to a voltage that is the heating element EMF (relative GND) and SEEBECK_REF_EN **1815** is on to make the fixed reference used by the differential op amp circuit close enough to heating element EMF that HM_OUT **1809** will be usable (will be between AREF_HM_OUT **1801** and GND) over the range of heating element EMFs expected when heating element is heated. Heating element EMF may be as high as +/−3 mV. The heating element EMF measurement circuit can measure between +/−5 mV. The measurement circuit yields a non-zero ADC value when device has not been heating for some time and EMF is 0; this value is used to "zero" the heating element EMF readings when used in resistance calculations. Resistance calculations are as follows:

Heating Element Resistance=(resistance measurement ADC raw−(EMF measurement ADC raw−EMF measurement ADC zero))*resistance measurement sensitivity+resistance measurement offset

Resistance measurement sensitivities and offsets may depend on the active resistance measurement scale (selected using HM_SCALE_0-2 **1813**) and may be solved for using circuit component values and then included in the device (e.g., in the firmware, hardware or software of the apparatus).

Baseline resistance (measured resistance when heating element has not been heated for some time) may be used to calculate a target resistance that corresponds to a target average heating element temperature based on the heating element's resistivity vs, temperature curve.

The resistance measurement circuit may be a two-terminal sensing circuit, as just discussed. In other variations, a four-terminal sensing may be used to mitigate effects of variable contact resistance and trace or lead resistance in series with the heating element resistance measurement. Changing contact resistance and trace/lead resistance have a negligible impact on resistance measurement and temperature control, but these effects may be more pronounced in variations which have a lower resistance heating element and different heating element and device assembly. In this case, a four-terminal (also known as four-point) resistance and EMF measurement circuit, such as the one shown in FIG. **19**, may be used.

Operation of the circuit shown in FIG. **19** to control heating element resistance while heating may be done as follows (with signal and component names below referencing signals and components from schematic above; signals **1903**, **1905**, **1907**, **1909**, **1911**, **1913**, **1915**, **1917**) are connected to the microcontroller, which is not shown; timing noted below is exemplary only, and may be different). In FIG. **19**, HI+ **1822** and HV+ **1826** connect directly to one terminal of the heating element, while HV− **1828** and HI− **1824** connect directly to the other terminal of the heating element.

When device is heating, HEATER **1907** is driven with PWM to connect VBAT to H+ **1822** through Q2 (powering heating element with battery voltage) at some duty cycle to generate a known power in the heating element.

When device is heating or in a wake state but not heating, every 3.9 ms (256 Hz measurement), HEATER **197** is held off and HM_PWR **1905** is held on (powering the differential summing op-amp circuit and voltage references required for measurements) for 268 μs so that either the heating element resistance or heating element EMF can be measured. Heating element resistance and EMF are each measured every 7.8 ms (each is measured during every other measurement window). The first 200 μs of this 268 μs measurement window is settling time for the op-amp output as seen by microcontroller (HM_OUT **1915**) to stabilize. ADC is performed by the microcontroller on HM_OUT **1915** between AREF_HM_OUT **1913** and GND during the last 68 μs of the measurement window.

For the heating element resistance measurement. HM_WS_ISRC_EN **1903** is on to bias the heating element through R20 and HI+/− terminals so that the voltage across HV+/− can measured by the differential summing op amp circuit (comprised of U2, R19, R23-25, and optionally R10-14, R17, and R21). HM_WS_POS_REF_EN **1903** is on to sum GND through R19 with HV+ through R25. Some combination of HM_SCALE_0-5 are on to sum HV− through R24 with VBAT through some respective combination of R10-14 to keep HM_OUT **1915** in a usable voltage range between AREF_HM_OUT **1913** and GND for the range of heating element resistances that the device might see.

For the heating element EMF measurement. HM_WS_ISRC_EN **1903** is off to allow HV+ to float to a voltage that is the heating element EMF (relative HV−), HM_WS_POS_REF_EN **1909** is off to sum the R17, R21, R19 voltage divider through R19 with HV+ through R25, and HM_SCALE0-4 **1911** are all off to provide no summing and only negative feedback at the negative input of the op-amp. This differential summing configuration keeps HM_OUT **1915** in a usable range (will be between AREF_HM_OUT **1913** and GND) over the range of heating element EMFs expected when heating element is heated. With the values shown above, the heating element EMF measurement circuit can measure between +/− 3.5 mV. The measurement circuit yields a non-zero ADC value when device has not been

heating for some time and EMF is 0; this value is used to "zero" the heating element EMF readings when used in resistance calculations.

Resistance calculations are as follows:

Heating Element Resistance=(resistance measurement ADC raw−(EMF measurement ADC raw−EMF measurement ADC zero))*resistance measurement sensitivity+resistance measurement offset Resistance measurement sensitivities and offsets depend on the active resistance measurement scale (selected using HM_SCALE_0-4 **1911**) and may be solved for using circuit component values and then included in the device.

Baseline resistance (measured resistance when heating element has not been heated for some time) may be used to calculate a target resistance that corresponds to a target average heating element temperature based on the heating element's resistivity vs, temperature curve.

As described above, the mismatch in thermoelectric properties and the resulting EM (e.g., the Seebeck EMF) has been found by the inventors to be a potential source of resistance measurement error after data taken from controlled tests of vaporizer prototypes (e.g., using heating elements with extension leads). A single heating element run with temp control of the heating element (using measured heating element resistance without correction for this EMF) may consistently run with much higher power when connected in one polarity vs, the other polarity. It was discovered that asymmetries in the heating element (in this case the wick and coil) assembly could consistently produce hotter temperatures at one of the two heating element/extension lead junctions, resulting in consistent offset voltage at operating temperatures that skewed the resistance measurement in one direction with the heating element connected in one polarity and in the other direction with heating element connected in the other polarity. Although measured resistance was controlled during these tests, these devices were not accurately controlling heating element temperatures because measurements were skewed by this offset EMF resulting from the mismatch in thermoelectric properties of the components. With the correction described above, used to correct for the error in resistance measurement, it is observed that heating element polarity does not have an effect on the power required to hold the heating element at operating temperatures during controlled testing, which suggests that this correction yields accurate calculated heating element resistances that remove the effect of the offset EMF, providing much more accurate temperature control of the heating element than when not corrected.

Thus, in any of the variations described herein, the apparatus may include an offset correction circuit (also referred to as a Seebeck correction circuit) to correct for the offset voltage resulting from the mismatch in thermoelectric properties between the resistive heating coil and the conductive connectors linking the resistive heating coil to the power input (e.g., from the vaporizer base, including the vaporizer power controller) in the cartridge. The offset correction circuit may be located in the vaporizer base and connected between the coupling connectors **595**, **595**' to couple with the cartridge connectors and determine the offset voltage due to the mismatch in thermoelectric properties of the heating (resistive) coil and the wires linking the coil to the connector on the cartridge. Also described herein are methods of correcting for the mismatch (Seebeck effect) in thermoelectric properties between the coil and the wires (electrical extensions) connecting to the electrical connectors.

Dose Monitoring

As mentioned above, any of the apparatuses described herein may also or alternatively detect and display the dose of material applied. U.S. patent application Ser. No. 14/960,259 (filed on Dec. 4, 2015, and published as US-2016-0157524-A1), herein incorporated by reference in its entirety, describes examples of methods for determining dose (and apparatuses including dose determination). Generally these methods may be used to accurately calculate dose based on the power applied to the heater and the temperature of the heater (or a material in contact with the heater) during an immediately before a small increment of time; total dose may be determined by summing these small increments up over a desired time range. These methods may be incorporated herein, and may be made even more accurate by correcting the power applied as described above (e.g., accounting for the offset EMF due to the Seebeck effect).

Alternatively or additionally, described herein are methods and apparatuses that may provide a rough approximation of dose based on the power applied over time to vaporize the material within the cartridge. This may be referred to herein as the consumption (of the vaporizable material in the cartridge, an indication of consumption) of the cartridge or vaporizable material, or the like. In general, the apparatus may aggregate the power during operation of the apparatus (e.g., the power applied over time during a puff/inhalation and/or the power applied over this time multiplied times the duration of the inhalation).

The apparatus may further provide an output of the amount of consumption. This output may be, in particular, a qualitative approximation. For example, the output may be incrementally increasing the number, intensity and/or color of one or more LEDs on the surface of the apparatus. For example, in this case, the consumption amount (dose) is not an absolute amount, but is an indicator or readout of the power applied to vaporize the material (power applied to the coils) over time. In FIG. **9**C, for example, when the user first installs a cartridge and the apparatus is set up to display consumption/dose, the four LEDS **897** may initially be unlit or lit to the neutral color (e.g., white). As the user draws on the device and vaporizes the material within the cartridge, the number of LEDS illuminated may be increased and the intensity and/or color of illumination may be increased to indicate increasing dosage or consumption; for example the calculation of power applied over time may determine based on a number or predetermined increments, whether to increase the number of illuminated LEDS of a particular color and/or intensity, to change color and/or intensity, etc.

The accumulated dose may be reset manually (e.g., using an app, shaking the device, etc.) or by removing the cartridge. Alternatively or additionally to the qualitative output described above, a quantitative estimate based on the power may be displayed or output to a remote processor (e.g. smartphone, etc.).

Thermocouple as Heater

In any of the apparatuses described herein, the heater may be configured as a thermocouple junction. See, e.g., FIGS. **20**A and **20**B. Thus, a thermocouple junction (comprising materials having dissimilar thermoelectric properties) may be used to measure temperature at a point along the heater coil. As discussed above, this may allow an apparatus to resistively determine temperature along the heater coil using the thermoelectric properties described above. Thus, similar to what is described above, the heating element performs both as a heater and a temperature sensor. For example, a resistive heater may comprised of two dissimilar conductors

(e.g., stainless steel and titanium) welded together, as shown in FIG. **20**A. When the heater (heating coil) heats up, the dissimilar material will be heated differentially, resulting in a temperature gradient and a resulting offset voltage (EMF), due to the Seebeck effect discussed above, at the junction of the two dissimilar materials. This effect may be used to determine the temperature at that junction (whereas typically, we determine the average temperature of the entire heater by using TCR, temperature coefficient of resistance, as also discussed above.

The Seebeck effect also occurs at the junction between the heater end poles and passive electrical conduits. Although the correction circuits discussed above are aimed at correcting for the effect, it may also be possible to take advantage of the effect for a more localized temperature measurement. Compare. FIG. **20**B to FIG. **20**A, for example. In FIG. **20**A, the junction is located in the middle of the heating element, and determining the offset voltage in this case, which is based on the temperature, may allow accurate temperature determination. This embodiment may be particularly relevant for a convection vaporizer, where you likely have a (relatively) large heater and you care about the temperature at just the air outlet end.

In vaporization systems where the heating element is connected to the device through extension leads, if Seebeck coefficients are known for both materials, the measured Seebeck EMF can be used to determine the net temperature gradient across the heating element. With some modeling, this measurement could be used to approximately control maximum heating element temperature instead of or in addition to average heating element temperature. This measurement can also be used to perform quality control where the heating element assembly is manufactured. In vaporization systems where the heating element is connected to the device through extension leads and the heating element is used to primarily heat air, if Seebeck coefficients are known for both materials. Seebeck EMF can be used to determine the net temperature gradient across the heating element, which with a known air flow path and thermal modeling of the system can be used to predict average air temperature at some point down-stream of the heating element. As mentioned above, this may be particularly advantageous in convection (hot-air) vaporization systems as two measurements (resistance and Seebeck EMF) taken from the actuator can allow for accurate temperature control of air lowing from the outlet of the heating element without additional sensors in the air path or connected to the heating element.

As shown in FIG. **20**A, the Seebeck effect alone or the Seebeck effect in conjunction with resistance measurement can be used for temperature control of a heating element that has a material transition (junction) at the position where temperature is to be controlled. This is essentially creating a thermocouple out of resistive heating alloys so that the Seebeck EMF can be measured in order to control temperature at the hot junction of the thermocouple resistive heater. The junction could be positioned where the heating element is expected to be hottest to control maximum temperature of the heating element. The control algorithm could use a target average temperature of the heating element (calculated using resistance and EMF measurements) as well as a maximum acceptable max temperature of the heating element (calculated using just the EMF measurement). A device that knows both the average temperature of the heating element and the maximum temperature of the heating element could know more about the temperature gradient along the heating element and be better at predicting mass of material vaporized while heating than a device that only knows either maximum or average heating element temperature (device knowing precise mass of material vaporized is critical for dose-control in vaporizers). If extensions are used in such a system, they could be the same material as the intended heating element but much larger gauge for reduced losses in the extensions. Alternatively, extensions with Seebeck coefficients that are very similar to the Seebeck coefficients of the two heating element sections could be used so that Seebeck EMF is still usable for temp control of the hot junction (small contribution of heating element/extension junctions to net Seebeck EMF).

Vaporizers without Cartridges

Any of the features described herein may be incorporated into a vaporizer apparatus that does not require the uses of a separate (e.g., removable cartridge), including vaporizer apparatuses such as loose-leaf vaporizer apparatuses.

Such apparatuses are described, for example, in each of the following applications, herein incorporated by reference in their entirety: U.S. patent application Ser. No. 13/837,438, filed on Mar. 15, 2013, Publication No. US 2013-0312742 A1; U.S. patent application Ser. No. 15/166,001, filed on May 26, 2016, Publication No. US 2016-0262459 A1; U.S. patent application Ser. No. 14/581,666, filed on Dec. 23, 2014, Publication No. US 2015-0208729 A1; U.S. patent application Ser. No. 15/053,927, filed on Feb. 25, 2016, Publication No. US 2016-0174611 A1; U.S. patent application Ser. No. 15/257,748, filed on Sep. 6, 2016; U.S. patent application Ser. No. 15/257,760, filed on Sep. 6, 2016. Publication No. US 2016-0374399 A1; and U.S. patent application Ser. No. 15/257,768, filed on Sep. 6, 2016, Publication No. US 2016-0366947 A1.

For example such a device may include preset and allow the user to enter temp set mode by holding down on a button (on or under the mouthpiece) for >0.6 seconds. Pressing the button again cycles through the 4+1 presets. To exit temp set, again hold the button for >0.6 sec. The presets may be, e.g.: 180 C, 193 C, 204 C, 216 C.

Any of the apparatuses described herein may include haptic feedback that may include distinct profiles for different events: For example:

/¯\—trapezoid—power on, and Bluetooth connect

||—quick click—manual power off, and Bluetooth disconnect

|¯||¯|—2 long clicks—temp reached

|¯|—1 long click—entered low temp standby, and auto shutoff

Also the user may change the intensity of these envelopes via the app.

Although the disclosure, including the figures, described herein may described and/or exemplify these different variations separately, it should be understood that all or some, or components of them, may be combined.

Although various illustrative embodiments are described above, any of a number of changes may be made to various embodiments without departing from the scope of the invention as described by the claims. For example, the order in which various described method steps are performed may often be changed in alternative embodiments, and in other alternative embodiments one or more method steps may be skipped altogether. Optional features of various device and system embodiments may be included in some embodiments and not in others. Therefore, the foregoing description is provided primarily for exemplary purposes and should not be interpreted to limit the scope of the invention as it is set forth in the claims.

When a feature or element is herein referred to as being "on" another feature or element, it can be directly on the

other feature or element or intervening features and/or elements may also be present. In contrast, when a feature or element is referred to as being "directly on" another feature or element, there are no intervening features or elements present. It will also be understood that, when a feature or element is referred to as being "connected", "attached" or "coupled" to another feature or element, it can be directly connected, attached or coupled to the other feature or element or intervening features or elements may be present. In contrast, when a feature or element is referred to as being "directly connected", "directly attached" or "directly coupled" to another feature or element, there are no intervening features or elements present. Although described or shown with respect to one embodiment, the features and elements so described or shown can apply to other embodiments. It will also be appreciated by those of skill in the art that references to a structure or feature that is disposed "adjacent" another feature may have portions that overlap or underlie the adjacent feature.

Terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. For example, as used herein, the singular forms "a". "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, steps, operations, elements, components, and/or groups thereof. As used herein, the term "and/or" includes any and all combinations of one or more of the associated listed items and may be abbreviated as "/".

Spatially relative terms, such as "under", "below", "lower", "over", "upper" and the like, may be used herein for ease of description to describe one element or feature's relationship to another element(s) or feature(s) as illustrated in the figures. It will be understood that the spatially relative terms are intended to encompass different orientations of the device in use or operation in addition to the orientation depicted in the figures. For example, if a device in the figures is inverted, elements described as "under" or "beneath" other elements or features would then be oriented "over" the other elements or features. Thus, the exemplary term "under" can encompass both an orientation of over and under. The device may be otherwise oriented (rotated 90 degrees or at other orientations) and the spatially relative descriptors used herein interpreted accordingly. Similarly, the terms "upwardly". "downwardly", "vertical", "horizontal" and the like are used herein for the purpose of explanation only unless specifically indicated otherwise.

Although the terms "first" and "second" may be used herein to describe various features/elements (including steps), these features/elements should not be limited by these terms, unless the context indicates otherwise. These terms may be used to distinguish one feature/element from another feature/element. Thus, a first feature/element discussed below could be termed a second feature/element, and similarly, a second feature/element discussed below could be termed a first feature/element without departing from the teachings of the present invention.

Throughout this specification and the claims which follow, unless the context requires otherwise, the word "comprise", and variations such as "comprises" and "comprising" means various components can be co-jointly employed in the methods and articles (e.g., compositions and apparatuses including device and methods). For example, the term "comprising" will be understood to imply the inclusion of any stated elements or steps but not the exclusion of any other elements or steps.

As used herein in the specification and claims, including as used in the examples and unless otherwise expressly specified, all numbers may be read as if prefaced by the word "about" or "approximately," even if the term does not expressly appear. The phrase "about" or "approximately" may be used when describing magnitude and/or position to indicate that the value and/or position described is within a reasonable expected range of values and/or positions. For example, a numeric value may have a value that is +/−0.1% of the stated value (or range of values), +/−1% of the stated value (or range of values), +/−2% of the stated value (or range of values), +/−5% of the stated value (or range of values), +/−10% of the stated value (or range of values), etc. Any numerical values given herein should also be understood to include about or approximately that value, unless the context indicates otherwise.

The examples and illustrations included herein show, by way of illustration and not of limitation, specific embodiments in which the subject matter may be practiced. As mentioned, other embodiments may be utilized and derived there from, such that structural and logical substitutions and changes may be made without departing from the scope of this disclosure. Such embodiments of the inventive subject matter may be referred to herein individually or collectively by the term "invention" merely for convenience and without intending to voluntarily limit the scope of this application to any single invention or inventive concept, if more than one is, in fact, disclosed. Thus, although specific embodiments have been illustrated and described herein, any arrangement calculated to achieve the same purpose may be substituted for the specific embodiments shown. This disclosure is intended to cover any and all adaptations or variations of various embodiments. Combinations of the above embodiments, and other embodiments not specifically described herein, will be apparent to those of skill in the art upon reviewing the above description.

What is claimed is:

**1**. A vaporizer cartridge comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, wherein the mouthpiece comprises an outlet;

a reservoir comprising an internal volume at least partially defined by the cartridge body, wherein the internal volume is configured to hold a vaporizable material;

a first reservoir seal configured to cover a first reservoir opening exposing the internal volume of the reservoir;

a second reservoir seal configured to cover a second reservoir opening exposing the internal volume of the reservoir, wherein the first reservoir seal and the second reservoir seal are positioned within an interior of the mouthpiece;

a bottom cover comprising a bottom portion positioned distally relative to the cartridge body, wherein the bottom portion comprises at least a first air opening;

a first cartridge electrical contact configured to contact a first body electrical contact on a vaporizer body;

a second cartridge electrical contact configured to contact a second body electrical contact on the vaporizer body; and

a vaporization chamber comprising:

a heating element configured to heat the vaporizable material from the reservoir to generate an aerosol

a wicking material comprising ceramic;

a housing piece configured to house at least a portion of the wicking material, wherein the housing piece comprises a housing opening into which at least the portion of the wicking material passes into the housing piece; and

an air tube configured to deliver the aerosol to the mouthpiece.

**2**. The vaporizer cartridge of claim **1**, wherein at least a portion of the housing piece is cylindrical.

**3**. The vaporizer cartridge of claim **1**, wherein the vaporizer cartridge is configured to be magnetically coupled and secured within a cartridge receiver of the vaporizer body.

**4**. The vaporizer cartridge of claim **1**, further comprising a gasket positioned between the reservoir and the bottom cover.

**5**. A vaporizer device, comprising:

the vaporizer cartridge of claim **1**; and

the vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge, wherein the cartridge receiver comprises:

the first body electrical contact configured to electrically couple to the first cartridge electrical contact of the vaporizer cartridge;

the second body electrical contact configured to electrically couple to the second cartridge electrical contact of the vaporizer cartridge;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end.

**6**. The vaporizer device of claim **5**, further comprising: a pressure sensor configured to detect a draw on the mouthpiece to activate the vaporizer device; and a channel extending from the base of the cartridge receiver to the pressure sensor.

**7**. The vaporizer device of claim **5**, further comprising one or more LEDs, wherein the vaporizer device is configured to cause the one or more LEDs to illuminate during the generation of the aerosol by the heating element of the vaporizer cartridge.

**8**. The vaporizer cartridge of claim **1**, wherein the bottom cover consists of two air openings comprising the first air opening and a second air opening.

**9**. The vaporizer cartridge of claim **1**, consisting of two cartridge electrical contacts comprising the first cartridge electrical contact and the second cartridge electrical contact.

**10**. The vaporizer cartridge of claim **1**, wherein the bottom cover comprises a bottom portion, and wherein the bottom portion comprises: the first air opening; a second air opening; a first cartridge electrical contact opening through which the first cartridge electrical contact is exposed; and a second cartridge electrical contact opening through which the second cartridge electrical contact is exposed.

**11**. A vaporizer device, comprising:

a vaporizer cartridge comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, wherein the mouthpiece comprises an outlet;

a reservoir comprising an internal volume at least partially defined by the cartridge body, wherein the internal volume is configured to hold a vaporizable material;

a first reservoir seal configured to cover a first reservoir opening exposing the internal volume of the reservoir;

a second reservoir seal configured to cover a second reservoir opening exposing the internal volume of the reservoir, wherein the first reservoir seal and the second reservoir seal are positioned within an interior of the mouthpiece;

a bottom cover comprising a bottom portion positioned distally relative to the cartridge body, wherein the bottom portion comprises at least a first air opening;

a first cartridge electrical contact configured to contact a first body electrical contact on a vaporizer body;

a second cartridge electrical contact configured to contact a second body electrical contact on the vaporizer body; and

a vaporization chamber comprising:

a heating element configured to heat the vaporizable material from the reservoir to generate an aerosol;

a wicking material comprising ceramic;

a housing piece configured to house at least a portion of the wicking material, wherein the housing piece comprises a housing opening into which at least the portion of the wicking material passes into the housing piece; and

an air tube configured to deliver the aerosol to the mouthpiece; and

a vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge, wherein the cartridge receiver comprises:

a first body electrical contact configured to electrically couple to the first cartridge electrical contact of the vaporizer cartridge;

a second body electrical contact configured to electrically couple to the second cartridge electrical contact of the vaporizer cartridge;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end;

a pressure sensor configured to detect a change in pressure, causing activation of the vaporizer device; and

a channel extending between the base of the cartridge receiver and the pressure sensor.

**12**. The vaporizer device of claim **11**, wherein the vaporizer body further comprises one or more LEDs, wherein the vaporizer device is configured to cause the one or more LEDs to illuminate during the generation of the aerosol by the heating element of the vaporizer cartridge.

**13**. The vaporizer device of claim **11**, wherein at least a portion of the housing piece is cylindrical.

**14**. The vaporizer device of claim **11**, wherein the vaporizer cartridge is configured to be magnetically coupled and secured within the cartridge receiver of the vaporizer body.

**15**. The vaporizer device of claim **11**, wherein the bottom cover consists of two air openings comprising the first air opening and a second air opening.

**16**. The vaporizer device of claim **11**, wherein the vaporizer cartridge consists of two cartridge electrical contacts comprising the first cartridge electrical contact and the second cartridge electrical contact.

**17**. The vaporizer device of claim **11**, wherein the bottom cover comprises a bottom portion, and wherein the bottom portion comprises the first air opening; a second air opening; a first cartridge electrical contact opening through which the first cartridge electrical contact is exposed; and a second cartridge electrical contact opening through which the second cartridge electrical contact is exposed.

18. A vaporizer cartridge comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, wherein the mouthpiece comprises an outlet;

a reservoir comprising an internal volume at least partially defined by the cartridge body, wherein the internal volume is configured to hold a vaporizable material;

a first reservoir seal configured to cover a first reservoir opening exposing the internal volume of the reservoir;

a second reservoir seal configured to cover a second reservoir opening exposing the internal volume of the reservoir, wherein the first reservoir seal and the second reservoir seal are positioned within an interior of the mouthpiece;

at least one pad positioned within an interior of the mouthpiece;

a bottom cover comprising a bottom portion positioned distally relative to the cartridge body, wherein the bottom portion comprises at least a first air opening;

a first cartridge electrical contact configured to contact a first body electrical contact on a vaporizer body;

a second cartridge electrical contact configured to contact a second body electrical contact on the vaporizer body; and

a vaporization chamber comprising:

a heating element configured to heat the vaporizable material from the reservoir to generate an aerosol;

a wicking material comprising ceramic;

a housing piece configured to house at least a portion of the wicking material, wherein the housing piece comprises a housing opening into which at least the portion of the wicking material passes into the housing piece; and

an air tube configured to deliver the aerosol to the mouthpiece.

19. The vaporizer cartridge of claim 18, wherein at least a portion of the housing piece is cylindrical.

20. The vaporizer cartridge of claim 18, wherein the vaporizer cartridge is configured to be magnetically coupled and secured within a cartridge receiver of the vaporizer body.

21. The vaporizer cartridge of claim 18, further comprising a gasket positioned between the reservoir and the bottom cover.

22. The vaporizer cartridge of claim 18, wherein the at least one pad includes two pads.

23. A vaporizer device, comprising:

the vaporizer cartridge of claim 18; and

the vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge, wherein the cartridge receiver comprises:

the first body electrical contact configured to electrically couple to the first cartridge electrical contact of the vaporizer cartridge;

the second body electrical contact configured to electrically couple to the second cartridge electrical contact of the vaporizer cartridge;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end.

24. The vaporizer device of claim 23, further comprising: a pressure sensor configured to detect a draw on the mouthpiece to activate the vaporizer device; and a channel extending from the base of the cartridge receiver to the pressure sensor.

25. The vaporizer device of claim 23, further comprising one or more LEDs, wherein the vaporizer device is configured to cause the one or more LEDs to illuminate during the generation of the aerosol by the heating element of the vaporizer cartridge.

26. A vaporizer device, comprising:

a vaporizer cartridge comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, wherein the mouthpiece comprises an outlet;

a reservoir comprising an internal volume at least partially defined by the cartridge body, wherein the internal volume is configured to hold a vaporizable material;

a first reservoir seal configured to cover a first reservoir opening exposing the internal volume of the reservoir;

a second reservoir seal configured to cover a second reservoir opening exposing the internal volume of the reservoir, wherein the first reservoir seal and the second reservoir seal are positioned within an interior of the mouthpiece;

at least one pad positioned within an interior of the mouthpiece;

a bottom cover comprising a bottom portion positioned distally relative to the cartridge body, wherein the bottom portion comprises at least a first air opening;

a first cartridge electrical contact configured to contact a first body electrical contact on a vaporizer body;

a second cartridge electrical contact configured to contact a second body electrical contact on the vaporizer body; and

a vaporization chamber comprising:

a heating element configured to heat the vaporizable material from the reservoir to generate an aerosol;

a wicking material comprising ceramic;

a housing piece configured to house at least a portion of the wicking material, wherein the housing piece comprises a housing opening into which at least the portion of the wicking material passes into the housing piece; and

an air tube configured to deliver the aerosol to the mouthpiece; and

a vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge, wherein the cartridge receiver comprises:

a first body electrical contact configured to electrically couple to the first cartridge electrical contact of the vaporizer cartridge;

a second body electrical contact configured to electrically couple to the second cartridge electrical contact of the vaporizer cartridge;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end;

a pressure sensor configured to detect a change in pressure, causing activation of the vaporizer device; and

a channel extending between the base of the cartridge receiver and the pressure sensor.

27. The vaporizer device of claim 26, wherein the vaporizer body further comprises one or more LEDs, wherein the vaporizer device is configured to cause the one or more LEDs to illuminate during the generation of the aerosol by the heating element of the vaporizer cartridge.

**28**. The vaporizer device of claim **26**, wherein at least a portion of the housing piece is cylindrical.

**29**. The vaporizer device of claim **26**, wherein the vaporizer cartridge is configured to be magnetically coupled and secured within the cartridge receiver of the vaporizer body.

**30**. The vaporizer device of claim **26**, wherein the at least one pad includes two pads.

* * * * *



8427234

# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 31, 2023

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,759,580*
ISSUE DATE: *September 19, 2023*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Sylvia Holley
Certifying Officer

US011759580B2

(12) **United States Patent**
**Hatton et al.**

(10) **Patent No.: US 11,759,580 B2**
(45) **Date of Patent: *Sep. 19, 2023**

(54) **LEAK-RESISTANT VAPORIZER DEVICE**

(71) Applicant: **JUUL Labs, Inc.**, Washington, DC (US)

(72) Inventors: **Nicholas Jay Hatton**, Oakland, CA (US); **Steven Christensen**, Burlingame, CA (US); **Esteban Leon Duque**, Berkeley, CA (US); **Ariel Atkins**, San Francisco, CA (US); **James Monsees**, San Francisco, CA (US); **Adam Bowen**, San Mateo, CA (US)

(73) Assignee: **JUUL Labs, Inc.**, Washington, DC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/173,715**

(22) Filed: **Feb. 23, 2023**

(65) **Prior Publication Data**

US 2023/0211093 A1 Jul. 6, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 15/396,584, filed on Dec. 31, 2016, now Pat. No. 11,660,403.

(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| ***A61M 11/00*** | (2006.01) |
| ***A24F 40/40*** | (2020.01) |
| ***A61M 11/04*** | (2006.01) |
| ***A61M 15/06*** | (2006.01) |
| ***A24F 40/10*** | (2020.01) |
| ***A61M 15/00*** | (2006.01) |

(52) **U.S. Cl.**

CPC ............ ***A61M 11/00*** (2013.01); ***A24F 40/40*** (2020.01); ***A61M 11/042*** (2014.02); ***A61M 15/06*** (2013.01); *A24F 40/10* (2020.01); *A61M 15/0021* (2014.02); *A61M 2205/8206* (2013.01)

(58) **Field of Classification Search**

None

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,671,185 A 5/1928 Flynn
1,950,542 A 3/1934 Copell

(Continued)

FOREIGN PATENT DOCUMENTS

AT 507187 A4 3/2010
CA 2920973 C 9/2018

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 15/396,584, filed Dec. 31, 2016, US 20180077967 A1.

(Continued)

*Primary Examiner* — Phu H Nguyen

(74) *Attorney, Agent, or Firm* — Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

(57) **ABSTRACT**

Vaporizer cartridges and vaporizer apparatuses, and methods for making, using and delivering vapor to a user, that are leak-resistant for use with cannabinoids. In particular, described herein are leak-resistant vaporizer cartridges and apparatuses adapted for use with oil-based vaporizable materials including cannabis oils.

**20 Claims, 26 Drawing Sheets**



**Related U.S. Application Data**

(60) Provisional application No. 62/398,494, filed on Sep. 22, 2016.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,900,989 | A | 8/1959 | Davidson |
| 4,945,931 | A | 8/1990 | Gori |
| 6,516,796 | B1 | 2/2003 | Cox et al. |
| 6,637,430 | B1 | 10/2003 | Voges et al. |
| 7,284,553 | B2 | 10/2007 | Hochrainer |
| 7,802,569 | B2 | 9/2010 | Yeates et al. |
| 8,528,569 | B1 | 9/2013 | Newton |
| 8,714,161 | B2 | 5/2014 | Liu |
| 8,752,545 | B2 | 6/2014 | Buchberger |
| 8,833,364 | B2 | 9/2014 | Buchberger |
| 8,899,240 | B2 | 12/2014 | Mass |
| 8,948,578 | B2 | 2/2015 | Buchberger |
| 9,010,335 | B1 | 4/2015 | Scatterday |
| 9,078,474 | B2 | 7/2015 | Thompson |
| 9,089,166 | B1 | 7/2015 | Scatterday |
| 9,155,336 | B2 | 10/2015 | Liu |
| 9,247,773 | B2 | 2/2016 | Memari et al. |
| 9,289,014 | B2 | 3/2016 | Tucker et al. |
| 9,351,522 | B2 | 5/2016 | Safari |
| 9,364,025 | B2 | 6/2016 | Liu |
| 9,427,022 | B2 | 8/2016 | Levin et al. |
| 9,497,998 | B2 | 11/2016 | Chen |
| 9,510,623 | B2 | 12/2016 | Tucker et al. |
| 9,526,272 | B2 | 12/2016 | Liu |
| 9,648,908 | B1 | 5/2017 | Rinehart et al. |
| 9,668,520 | B2 | 6/2017 | Boldrini |
| 9,668,522 | B2 | 6/2017 | Memari et al. |
| 9,681,688 | B1 | 6/2017 | Rinehart et al. |
| 9,763,475 | B2 | 9/2017 | Liu |
| 9,763,478 | B2 | 9/2017 | Cameron et al. |
| 9,770,055 | B2 | 9/2017 | Cameron et al. |
| 9,795,168 | B2 | 10/2017 | Zhu |
| 9,833,021 | B2 | 12/2017 | Perez et al. |
| 9,844,234 | B2 | 12/2017 | Thorens et al. |
| 9,861,135 | B2 | 1/2018 | Chen |
| 9,877,519 | B2 | 1/2018 | Xiang |
| 9,918,496 | B2 | 3/2018 | Kane et al. |
| 9,955,726 | B2 | 5/2018 | Brinkley et al. |
| 9,986,762 | B2 | 6/2018 | Alarcon et al. |
| 10,058,128 | B2 | 8/2018 | Cameron et al. |
| 10,070,668 | B2 | 9/2018 | Li et al. |
| 10,080,387 | B2 | 9/2018 | Phillips et al. |
| 10,085,481 | B2 | 10/2018 | Verleur et al. |
| 10,085,486 | B2 | 10/2018 | Cameron |
| 10,130,123 | B2 | 11/2018 | Hatton et al. |
| 10,131,532 | B2 | 11/2018 | Murison et al. |
| 10,159,282 | B2 | 12/2018 | Monsees et al. |
| 10,206,429 | B2 | 2/2019 | Davis et al. |
| 10,279,934 | B2 | 5/2019 | Christensen et al. |
| 10,299,513 | B2 | 5/2019 | Perez et al. |
| 10,383,368 | B2 | 8/2019 | Larson |
| 10,426,199 | B2 | 10/2019 | Turner et al. |
| 10,492,542 | B1 | 12/2019 | Worm et al. |
| 2003/0154991 | A1 | 8/2003 | Fournier et al. |
| 2007/0215168 | A1 | 9/2007 | Banerjee et al. |
| 2009/0255534 | A1 | 10/2009 | Paterno |
| 2010/0186757 | A1 | 7/2010 | Crooks et al. |
| 2010/0200008 | A1 | 8/2010 | Taieb |
| 2012/0018529 | A1 | 1/2012 | Gammon et al. |
| 2012/0318882 | A1 | 12/2012 | Abehasera |
| 2013/0192615 | A1 | 8/2013 | Tucker et al. |
| 2013/0199528 | A1 | 8/2013 | Goodman et al. |
| 2013/0312742 | A1 | 11/2013 | Monsees et al. |
| 2014/0041655 | A1 | 2/2014 | Barron et al. |
| 2014/0041658 | A1 | 2/2014 | Goodman et al. |
| 2014/0150810 | A1 | 6/2014 | Hon |
| 2014/0158129 | A1 | 6/2014 | Pratt, Jr. |
| 2014/0182612 | A1 | 7/2014 | Chen |
| 2014/0202454 | A1 | 7/2014 | Buchberger |
| 2014/0238421 | A1 | 8/2014 | Shapiro |
| 2014/0261399 | A1 | 9/2014 | Murphy |
| 2014/0261408 | A1 | 9/2014 | John et al. |
| 2014/0290677 | A1 | 10/2014 | Liu |
| 2014/0345635 | A1 | 11/2014 | Rabinowitz et al. |
| 2014/0355969 | A1 | 12/2014 | Stern |
| 2015/0007836 | A1 | 1/2015 | Li et al. |
| 2015/0040929 | A1 | 2/2015 | Hon |
| 2015/0136158 | A1 | 5/2015 | Stevens et al. |
| 2015/0144147 | A1 | 5/2015 | Li et al. |
| 2015/0150305 | A1 | 6/2015 | Shenkal |
| 2015/0157054 | A1 | 6/2015 | Liu |
| 2015/0164147 | A1 | 6/2015 | Verleur et al. |
| 2015/0181941 | A1 | 7/2015 | Liu |
| 2015/0184846 | A1 | 7/2015 | Liu |
| 2015/0189919 | A1 | 7/2015 | Liu |
| 2015/0201674 | A1 | 7/2015 | Dooly et al. |
| 2015/0208729 | A1 | 7/2015 | Monsees et al. |
| 2015/0216236 | A1 | 8/2015 | Bless et al. |
| 2015/0223521 | A1 | 8/2015 | Menting et al. |
| 2015/0223522 | A1 | 8/2015 | Ampolini et al. |
| 2015/0245654 | A1 | 9/2015 | Memari et al. |
| 2015/0245655 | A1 | 9/2015 | Memari et al. |
| 2015/0245657 | A1 | 9/2015 | Memari et al. |
| 2015/0245665 | A1 | 9/2015 | Memari et al. |
| 2015/0245666 | A1 | 9/2015 | Memari et al. |
| 2015/0245667 | A1 | 9/2015 | Memari et al. |
| 2015/0245668 | A1 | 9/2015 | Memari et al. |
| 2015/0257451 | A1 | 9/2015 | Brannon et al. |
| 2015/0272217 | A1 | 10/2015 | Chen |
| 2015/0282530 | A1 | 10/2015 | Johnson et al. |
| 2015/0289565 | A1 | 10/2015 | Cadieux et al. |
| 2015/0305406 | A1 | 10/2015 | Li et al. |
| 2015/0313287 | A1 | 11/2015 | Verleur et al. |
| 2015/0320116 | A1 | 11/2015 | Bleloch et al. |
| 2015/0327595 | A1 | 11/2015 | Scatterday |
| 2015/0328415 | A1 | 11/2015 | Minskoff et al. |
| 2015/0342258 | A1 | 12/2015 | Chen |
| 2015/0366267 | A1 | 12/2015 | Liu |
| 2016/0000147 | A1 | 1/2016 | Li et al. |
| 2016/0000149 | A1 | 1/2016 | Scatterday |
| 2016/0007655 | A1 | 1/2016 | Li et al. |
| 2016/0044965 | A1 | 2/2016 | Liu |
| 2016/0057811 | A1 | 2/2016 | Alarcon et al. |
| 2016/0073692 | A1 | 3/2016 | Alarcon et al. |
| 2016/0081394 | A1 | 3/2016 | Alarcon et al. |
| 2016/0095357 | A1 | 4/2016 | Burton |
| 2016/0100632 | A1 | 4/2016 | Debono et al. |
| 2016/0120226 | A1 | 5/2016 | Rado |
| 2016/0120227 | A1 | 5/2016 | Levitz et al. |
| 2016/0128384 | A1 | 5/2016 | Luciani |
| 2016/0129205 | A1 | 5/2016 | Shahaf et al. |
| 2016/0135504 | A1 | 5/2016 | Li et al. |
| 2016/0150823 | A1 | 6/2016 | Liu |
| 2016/0150824 | A1 | 6/2016 | Memari et al. |
| 2016/0157524 | A1 | 6/2016 | Bowen et al. |
| 2016/0174611 | A1 | 6/2016 | Monsees et al. |
| 2016/0193434 | A1 | 7/2016 | Gleixner et al. |
| 2016/0198767 | A1 | 7/2016 | Verleur |
| 2016/0198769 | A1 | 7/2016 | Liu |
| 2016/0198770 | A1 | 7/2016 | Alarcon |
| 2016/0213866 | A1 | 7/2016 | Tan |
| 2016/0219934 | A1 | 8/2016 | Li et al. |
| 2016/0219937 | A1 | 8/2016 | Rado |
| 2016/0235120 | A1 | 8/2016 | Liu |
| 2016/0235125 | A1 | 8/2016 | Safari |
| 2016/0249684 | A1 | 9/2016 | Liu |
| 2016/0262452 | A1 | 9/2016 | Zhu |
| 2016/0262459 | A1 | 9/2016 | Monsees et al. |
| 2016/0278163 | A1 | 9/2016 | Chen |
| 2016/0286860 | A1 | 10/2016 | Flayler |
| 2016/0286863 | A1 | 10/2016 | Lin |
| 2016/0286865 | A1 | 10/2016 | King et al. |
| 2016/0302487 | A1 | 10/2016 | Chen |
| 2016/0309785 | A1 | 10/2016 | Holtz |
| 2016/0324217 | A1 | 11/2016 | Cameron |
| 2016/0325055 | A1 | 11/2016 | Cameron |
| 2016/0331022 | A1 | 11/2016 | Cameron |
| 2016/0331023 | A1 | 11/2016 | Cameron |
| 2016/0331024 | A1 | 11/2016 | Cameron |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2016/0331025 | A1 | 11/2016 | Cameron |
| 2016/0331026 | A1 | 11/2016 | Cameron |
| 2016/0331034 | A1 | 11/2016 | Cameron |
| 2016/0331037 | A1 | 11/2016 | Cameron |
| 2016/0332754 | A1 | 11/2016 | Brown et al. |
| 2016/0334847 | A1 | 11/2016 | Cameron |
| 2016/0337141 | A1 | 11/2016 | Cameron |
| 2016/0337444 | A1 | 11/2016 | Cameron |
| 2016/0338413 | A1 | 11/2016 | Li et al. |
| 2016/0345621 | A1 | 12/2016 | Li et al. |
| 2016/0356751 | A1 | 12/2016 | Blackley |
| 2016/0360789 | A1 | 12/2016 | Hawes et al. |
| 2016/0363570 | A1 | 12/2016 | Blackley |
| 2016/0363917 | A1 | 12/2016 | Blackley |
| 2016/0366936 | A1 | 12/2016 | Liu |
| 2016/0366943 | A1 | 12/2016 | Li et al. |
| 2016/0366945 | A1 | 12/2016 | Rado |
| 2016/0366947 | A1 | 12/2016 | Monsees et al. |
| 2016/0367925 | A1 | 12/2016 | Blackley |
| 2016/0370335 | A1 | 12/2016 | Blackley |
| 2016/0374399 | A1 | 12/2016 | Monsees et al. |
| 2017/0006922 | A1 | 1/2017 | Wang et al. |
| 2017/0013885 | A1 | 1/2017 | Qiu |
| 2017/0018000 | A1 | 1/2017 | Cameron |
| 2017/0020188 | A1 | 1/2017 | Cameron |
| 2017/0020195 | A1 | 1/2017 | Cameron |
| 2017/0020196 | A1 | 1/2017 | Cameron |
| 2017/0020197 | A1 | 1/2017 | Cameron |
| 2017/0035110 | A1 | 2/2017 | Keen |
| 2017/0042229 | A1 | 2/2017 | Liu |
| 2017/0042246 | A1 | 2/2017 | Lau et al. |
| 2017/0049153 | A1 | 2/2017 | Guo et al. |
| 2017/0055586 | A1 | 3/2017 | Liu |
| 2017/0055588 | A1 | 3/2017 | Cameron |
| 2017/0071249 | A1 | 3/2017 | Ampolini et al. |
| 2017/0108210 | A1 | 4/2017 | Meinhart et al. |
| 2017/0112193 | A1 | 4/2017 | Chen |
| 2017/0119057 | A1 | 5/2017 | Liu |
| 2017/0119060 | A1 | 5/2017 | Li et al. |
| 2017/0196265 | A1 | 7/2017 | Liu |
| 2017/0196272 | A1 | 7/2017 | Li et al. |
| 2017/0208857 | A1 | 7/2017 | Branton et al. |
| 2017/0224013 | A1 | 8/2017 | Huang |
| 2017/0231282 | A1 | 8/2017 | Bowen et al. |
| 2017/0231286 | A1 | 8/2017 | Borkovec et al. |
| 2017/0233114 | A1 | 8/2017 | Christensen et al. |
| 2017/0245546 | A1 | 8/2017 | Huang |
| 2017/0259170 | A1 | 9/2017 | Bowen et al. |
| 2017/0347706 | A1 | 12/2017 | Aoun et al. |
| 2017/0360093 | A1 | 12/2017 | Fernando |
| 2018/0016040 | A1 | 1/2018 | Ewing et al. |
| 2018/0022516 | A1 | 1/2018 | Liu |
| 2018/0064169 | A1 | 3/2018 | Biel et al. |
| 2018/0160733 | A1 | 6/2018 | Leadley et al. |
| 2018/0161525 | A1 | 6/2018 | Liu et al. |
| 2018/0168227 | A1 | 6/2018 | Fraser et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101263935 | A | 9/2008 |
| CN | 100589726 | C | 2/2010 |
| CN | 201430916 | Y | 3/2010 |
| CN | 204180941 | U | 3/2015 |
| CN | 204217907 | U | 3/2015 |
| CN | 204426692 | U | 7/2015 |
| CN | 105249536 | A | 1/2016 |
| CN | 205456063 | U | 8/2016 |
| CN | 105962419 | A | 9/2016 |
| DE | 202015009688 | U1 | 3/2019 |
| EP | 0535695 | A2 | 4/1993 |
| EP | 1093936 | A1 | 4/2001 |
| EP | 2789248 | A1 | 10/2014 |
| EP | 3031339 | A1 | 6/2016 |
| EP | 3143884 | A2 | 3/2017 |
| EP | 3158883 | A2 | 4/2017 |
| EP | 3195738 | A2 | 7/2017 |
| EP | 3024344 | B1 | 9/2018 |
| EP | 3313215 | B1 | 6/2019 |
| EP | 3409597 | B1 | 6/2019 |
| JP | 2002231420 | A | 8/2002 |
| JP | 2016525345 | A | 8/2016 |
| KR | 20110006928 | U | 7/2011 |
| KR | 200461404 | Y1 | 7/2012 |
| KR | 20-0462610 | Y1 | 9/2012 |
| KR | 20120006582 | U | 9/2012 |
| KR | 200473510 | Y1 | 8/2014 |
| KR | 101541750 | B1 | 8/2015 |
| KR | 101634882 | B1 | 6/2016 |
| KR | 200481405 | Y1 | 10/2016 |
| KR | 101774283 | B1 | 9/2017 |
| KR | 101995956 | B1 | 7/2019 |
| RU | 2621596 | C2 | 2/2016 |
| WO | WO-2006021153 | A1 | 3/2006 |
| WO | WO-2009135729 | A1 | 11/2009 |
| WO | WO-2010045671 | A1 | 4/2010 |
| WO | WO-2010118644 | A1 | 10/2010 |
| WO | WO-2012040512 | A2 | 3/2012 |
| WO | WO-2012134117 | A2 | 10/2012 |
| WO | WO-2012173322 | A1 | 12/2012 |
| WO | WO-2012174677 | A1 | 12/2012 |
| WO | WO-2013089358 | A1 | 6/2013 |
| WO | WO-2013089551 | A1 | 6/2013 |
| WO | WO-2014020953 | A1 | 2/2014 |
| WO | WO-2014071747 | A1 | 5/2014 |
| WO | WO-2014101734 | A1 | 7/2014 |
| WO | WO-2014185937 | A1 | 11/2014 |
| WO | WO-2015070398 | A1 | 5/2015 |
| WO | WO-2015070405 | A1 | 5/2015 |
| WO | WO-2015100361 | A1 | 7/2015 |
| WO | WO-2015106440 | A1 | 7/2015 |
| WO | WO-2015107552 | A1 | 7/2015 |
| WO | WO-2015117703 | A1 | 8/2015 |
| WO | WO-2015120589 | A1 | 8/2015 |
| WO | WO-2015128665 | A1 | 9/2015 |
| WO | WO-2015144057 | A1 | 10/2015 |
| WO | WO-2015149311 | A1 | 10/2015 |
| WO | WO-2015149403 | A1 | 10/2015 |
| WO | WO-2015154309 | A1 | 10/2015 |
| WO | WO-2015157900 | A1 | 10/2015 |
| WO | WO-2015161407 | A1 | 10/2015 |
| WO | WO-2015161553 | A1 | 10/2015 |
| WO | WO-2015161557 | A1 | 10/2015 |
| WO | WO-2015165081 | A1 | 11/2015 |
| WO | WO-2015165083 | A1 | 11/2015 |
| WO | WO-2015165105 | A1 | 11/2015 |
| WO | WO-2015172331 | A1 | 11/2015 |
| WO | WO-2015172368 | A1 | 11/2015 |
| WO | WO-2015176230 | A1 | 11/2015 |
| WO | WO-2015176580 | A1 | 11/2015 |
| WO | WO-2015180061 | A1 | 12/2015 |
| WO | WO-2015180088 | A1 | 12/2015 |
| WO | WO-2015184747 | A1 | 12/2015 |
| WO | WO-2015188295 | A1 | 12/2015 |
| WO | WO-2015192377 | A1 | 12/2015 |
| WO | WO-2015196463 | A1 | 12/2015 |
| WO | WO-2016000206 | A1 | 1/2016 |
| WO | WO-2016000214 | A1 | 1/2016 |
| WO | WO-2016019353 | A1 | 2/2016 |
| WO | WO-2016023212 | A1 | 2/2016 |
| WO | WO-2016023824 | A1 | 2/2016 |
| WO | WO-2016026104 | A1 | 2/2016 |
| WO | WO-2016029344 | A1 | 3/2016 |
| WO | WO-2016061730 | A1 | 4/2016 |
| WO | WO-2016061859 | A1 | 4/2016 |
| WO | WO-2016074229 | A1 | 5/2016 |
| WO | WO-2016090303 | A1 | 6/2016 |
| WO | WO-2016090602 | A1 | 6/2016 |
| WO | WO-2016095220 | A1 | 6/2016 |
| WO | WO-2016103202 | A1 | 6/2016 |
| WO | WO-2016106476 | A1 | 7/2016 |
| WO | WO-2016106500 | A1 | 7/2016 |
| WO | WO-2016108694 | A1 | 7/2016 |
| WO | WO-2016109931 | A1 | 7/2016 |
| WO | WO-2016115701 | A1 | 7/2016 |

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO-2016119098 | A1 | 8/2016 |
| WO | WO-2016119101 | A1 | 8/2016 |
| WO | WO-2016119167 | A1 | 8/2016 |
| WO | WO-2016119225 | A1 | 8/2016 |
| WO | WO-2016120177 | A1 | 8/2016 |
| WO | WO-2016122417 | A1 | 8/2016 |
| WO | WO-2016123764 | A1 | 8/2016 |
| WO | WO-2016123780 | A1 | 8/2016 |
| WO | WO-2016123781 | A1 | 8/2016 |
| WO | WO-2016127360 | A1 | 8/2016 |
| WO | WO-2016127406 | A1 | 8/2016 |
| WO | WO-2016141508 | A1 | 9/2016 |
| WO | WO-2016145611 | A1 | 9/2016 |
| WO | WO-2016149932 | A1 | 9/2016 |
| WO | WO-2016154798 | A1 | 10/2016 |
| WO | WO-2016172898 | A1 | 11/2016 |
| WO | WO-2016179828 | A1 | 11/2016 |
| WO | WO-2016184247 | A1 | 11/2016 |
| WO | WO-2016201602 | A1 | 12/2016 |
| WO | WO-2016202304 | A1 | 12/2016 |
| WO | WO-2017001818 | A1 | 1/2017 |
| WO | WO-2017001819 | A1 | 1/2017 |
| WO | WO-2017021536 | A2 | 2/2017 |
| WO | WO-2017028167 | A1 | 2/2017 |
| WO | WO-2017035720 | A1 | 3/2017 |
| WO | WO-2017055799 | A1 | 4/2017 |
| WO | WO-2017055802 | A1 | 4/2017 |
| WO | WO-2017055803 | A1 | 4/2017 |
| WO | WO-2017066955 | A1 | 4/2017 |
| WO | WO-2017070871 | A1 | 5/2017 |
| WO | WO-2017082728 | A1 | 5/2017 |
| WO | WO-2017093452 | A1 | 6/2017 |
| WO | WO-2017093535 | A1 | 6/2017 |
| WO | WO-2017107546 | A1 | 6/2017 |
| WO | WO-2017109448 | A2 | 6/2017 |
| WO | WO-2017113106 | A1 | 7/2017 |
| WO | WO-2017124662 | A1 | 7/2017 |
| WO | WO-2017137554 | A1 | 8/2017 |
| WO | WO-2017153270 | A1 | 9/2017 |
| WO | WO-2017156696 | A1 | 9/2017 |
| WO | WO-2017163046 | A1 | 9/2017 |
| WO | WO-2017163050 | A1 | 9/2017 |
| WO | WO-2017163051 | A1 | 9/2017 |
| WO | WO-2017163052 | A1 | 9/2017 |
| WO | WO-2017166263 | A1 | 10/2017 |
| WO | WO-2019210402 | A1 | 11/2019 |

OTHER PUBLICATIONS

U.S. Appl. No. 17/199,370, filed Mar. 11, 2021, US 20210268206 A1.
U.S. Appl. No. 17/199,377, filed Mar. 11, 2021, U.S. Pat. No. 11,369,755.
U.S. Appl. No. 17/204,148, filed Mar. 17, 2021, U.S. Pat. No. 11,369,756.
U.S. Appl. No. 17/364,436, filed Jun. 30, 2021, U.S. Pat. No. 11,369,757.
U.S. Appl. No. 18/173,712, filed Feb. 23, 2023.
U.S. Appl. No. 18/124,249, filed Mar. 21, 2023.



FIG. 1



FIG. 2



301
300
311

FIG. 3A

303
MOUTHPIECE
301
ABSORBENT PAD
AIRPATH
322b
322a
ELASTOMERIC
TANK CAP
WICK / COIL ASSY
343
CAP
WICK HOUSING
308
ELECTRICAL CONTACTS
J1-J131 TANK

FIG. 3B



FIG. 4A

FIG. 4B

FIG. 5C

FIG. 5B

FIG. 5A

FIG. 5D

FIG. 5F

FIG. 5E

401
FIG. 6C
401
535
662a
662b
FIG. 6A
401
535
662a
662b
FIG. 6B

403
422b
404b
422a
404a
K3-J152- O Ring
K3-J133- Wick Housing Female
K3-J150- O Ring
441
408
443
K3-J145- O Ring
K3-J142- Wick Housing Male
445b
699
445a
662a
401
693
691
604a
662b
604b

FIG. 6D

795
FIG. 7D
792
FIG.7F
796'
796
FIG. 7E
790
791
793
FIG. 7C
700
790
15D
15D'
FIG. 7A
792
FIG. 7B

FIG. 8E

FIG. 8G

894

FIG. 8D

897

FIG. 8C

899

FIG. 8F

897

800

890

FIG. 8A

FIG. 8B

892

FIG. 9E

FIG. 9D

FIG. 9C

FIG. 9G

FIG. 9F

FIG. 9A

FIG. 9B

403
422b
422a
888
1009
1005
408
1015
443
1013
445b
445a
1021
1019

FIG. 10A



403
422b
422a
1009
1015
888
1005
408
1011
1054
1054'
443
1013
445b
445a
1021
1021'
1019

FIG. 10B



FIG. 11A



FIG. 11B

FIG. 11C



FIG. 12



FIG. 13



FIG. 14

800

411

793

443

888

408

441

403

FIG. 15A



FIG. 15B



FIG. 15C

FIG. 16



FIG. 15D



Heating Element
T3
Extension
T4
S3
S2
S1
Enet
T2
Extension
T1

FIG. 17

U.S. Patent Sep. 19, 2023 Sheet 23 of 26 US 11,759,580 B2

FIG. 18

Ex. A, Pg. 195

FIG. 19



FIG. 20A



FIG. 20B



dvt 94 - Bowen
PUFF MODE
LOCK DEVICE
Tap the home i
to return home

FIG. 22

dvt 94 - Bowen

FIG. 21

# LEAK-RESISTANT VAPORIZER DEVICE

## CROSS REFERENCE TO RELATED APPLICATIONS

This patent application is a continuation of U.S. patent application Ser. No. 15/396,584, titled "LEAK-RESISTANT VAPORIZER DEVICE." filed on Dec. 31, 2016, which claims priority to U.S. Provisional Patent Application No. 62/398,494, filed on Sep. 22, 2016 and entitled "VAPORIZER APPARATUSES FOR USE WITH CANNABINOIDS", the disclosure of each of which is incorporated herein by reference in its entirety.

## INCORPORATION BY REFERENCE

All publications and patent applications mentioned in this specification are herein incorporated by reference in their entirely to the same extent as if each individual publication or patent application was specifically and individually indicated to be incorporated by reference.

## FIELD

Described herein are vaporizer apparatuses, including vaporizer or vaporization devices and vaporizer systems, and methods for making, using and delivering vapor to a user. In particular, vaporizer apparatuses adapted for use with oil-based vaporizable materials including cannabis oils.

## BACKGROUND

Electronic devices that produce an inhalable aerosol (e.g., inhalable aerosol devices or alternatively referred to as vaporizers, vaporizer devices, vaporization devices, electronic vaping devices, etc.) typically utilize a vaporizable material that is heated to create an aerosol vapor capable of delivering an active ingredient to a user. Vaporizers have been described for vaporizing solids (herbs, tobacco, cannabis, etc.), liquids (extracts, waxes, etc.) and combinations of both solids and liquids.

Current market inhalable aerosol devices often consist of a tank or cartridge, vaporizable liquid in the tank or cartridge, an air tube, and a wick/coil subassembly that generates the vapor. Air commonly enters the cartridge through the distal end of the product and is forced through the heated zone where the immediate air becomes fully saturated. As the vapor continues its way through the air tube, it comes in contact with cooler surfaces, causing moisture to collect throughout its use. Depending on the complexity of the air path, particle deposition can add to the existing condensation. As a result, some of the liquid can work its way from the tank or cartridge holding the liquid to other areas of the vaporizer, including the mouthpiece and/or the electronics, causing user dissatisfaction and/or problems with the electronic circuitry.

Conventional vaporizers for aqueous (e.g., water, glycerol, etc.) based vaporizable materials do not manage condensation and leakage of the liquid vaporizable material particularly well, and this problem is particularly acute for oils such as cannabis extract oils, in which the liquid material may be particularly oily and/or viscous, and for which evaporation of the liquid material may result in a sticky residue that may impair the operation of the vaporizer. Further, vaporization of cannabis extract liquids may be more technically difficult than vaporization of other liquids (such as nicotine solutions).

For example, conventional e-cigarettes may address moisture build-up by integrating a filter pad in line with air flow. However, having a filter pad in line with the air flow can impede or restrict the air flow as the user draws on the mouthpiece. Moreover, this restriction to draw incrementally climbs as the filter becomes more saturated throughout, often requiring the user to change his or her draw accordingly and increasing the possibility of drawing liquid of the product and into the user's mouth.

In addition, the control of the temperature when vaporizing cannabis extracts may require a high degree of precision. Virtually all vaporizers currently available today would benefit from a higher degree of precision in power management and control of the heater (atomizer). In particular, vaporizers well suited for vaporizing cannabis (e.g., liquid cannabis extract solutions) may benefit from precise and accurate control of the heater forming the vapor.

It would also be beneficial to provide cartridges that do not roll and may rest in a small number of secure positions (e.g., cartridges having non-circular cross-sections) and to provide an immediate approximate (visual) estimate of the amount of material consumed.

Finally, it would be particularly beneficial to provide pre-loaded and tightly controllable cartridges for use in consuming cannabis contract liquids that prevent or reduce leakage of particularly viscous vaporizable materials such as cannabis oils/extracts.

Accordingly, described herein are vaporizers (including vaporizer cartridges) and methods of operating and using them addresses the issues raised above.

## SUMMARY OF THE DISCLOSURE

In general, described herein are apparatuses such as devices and systems for vaporizing a material (including, in particular, but not limited to, cannabis extract liquids) and method of using them. For example, described herein are vaporizers, cartridges for use with such vaporizers, and vaporizer control systems.

Described herein are vaporizer cartridges that are pre-loaded (filled) with a cannabis vaporizer material. The vaporizable cannabis material is typically a liquid material, and may be a cannabis extract liquid (cannabis "oil"). Also described herein are vaporizers with or without cartridges that are adapted for use with cannabis liquid extracts. Either or both the vaporizer base (which males with the vaporizer cartridge to form the vaporizer device) and vaporizer cartridge may be adapted specifically for use with cannabis liquid extracts, although any of the apparatuses and methods described herein may be operated with other vaporizable materials, including nicotine solutions and/or solutions having no active ingredient at all (e.g., just including a carrier such as polyether compounds like polyethylene glycol and/or glycerol, or the like, and flavorants).

For example, a cartridge as described herein may include a vaporizable material such as cannabis oil. Cannabis oils present particular challenges when vaporized using a cartridge and/or a handheld vaporizer device. For example, cannabis oil is relatively "sticky" and may be viscous, particularly once it dries out. Thus, leakage may be a more serious consideration and challenge compared to other aqueous vaporizable materials. In particular, leakage of cannabis oil may result in clogging of the device and disturbing the electrical components, particularly the electrical contacts, which may be otherwise "gummed up" by leaked oil. The dried oil is not only sticky, but may also be electrically insulative, and may disrupt the electrical control of the

vaporizer. Described herein are apparatuses and methods to prevent or control leakage and to avoid disruption of electrical contacts between cartridges containing the cannabis extract and the rest of the vaporizer.

For example, the apparatuses described herein may include one or more electrical contacts (e.g., between the cartridge and the vaporizer base) referred to herein as wiping or scraping contacts. These electrical connections may be configured so that as a connection/contact is made between two electrically conductive surfaces, the contact (e.g., on the cartridge and/or the vaporizer base) scrapes the mating surface of the other contact to remove any vaporizable material, including vaporizable material that has dried on the contact. For example, a contact may include a canister with one or more extensions (e.g., wipers, knives, fingers, or scrapers) that are driven against and across the mating surface of the opposite electrical contact to scrape away any leaked vaporizable material (including dried-on material). The complimentary electrical contact may be a pin (including a pogo-pin) electrically conductive connector that is scraped as it enters into the canister by the wiper/scraper(s) therein. Thus, in general, the electrical contact in the vaporizer base may be configured to scrape across and against the corresponding electrical contact surface in the vaporizer cartridge and/or the electrical contact in the vaporizer cartridge may be configured to scrape across and against the corresponding electrical contact surface in the vaporizer base to remove contaminating material. Thus either contact may include a scraping projection (e.g., edge, blade, wire, etc.) that is driven across the opposite surface. Typically two or more contacts are included in the vaporizer cartridge, and each of them may be configured as a scraping or wiping contact. In some variations, it may be desirable to have the scrapers on the connectors of the cartridge, although the scrapers may be present on the vaporizer base instead or in addition.

Any of the cartridges described herein may include a tank or storage region within the cartridge and/or forming a portion of the body of the cartridge. In particular, all or a portion of the cartridge (including the tank) may be clear, transparent and/or translucent so that the level of vaporizable material within the tank can be seen by a user. The tank may be prefilled or fillable. The tank may be sealed closed at the top (near the mouthpiece, which may cover the top of the cartridge). The mouthpiece may be plastic and may be secured over the tank by a snap fit, a friction fit, and adhesive, or the like. For example, the distal end of the elongate and flattened tubular body is configured to be secured by a friction fit within a vaporizer body. As described in greater detail herein, one or more absorbent members. (e.g., sponges, pads, felts, etc.) may be included in the mouthpiece between the tank and the mouthpiece, to prevent leakage of vaporizable material from contacting the portion of the mouthpiece where the user applies her or his lips. The tank may be sealed, e.g., by a tank seal that covers the one or more openings for filling the tank. In some variations, rather than one or more small plugs (which may be difficult to install) the tank may be sealed by a multi-seal component (e.g., a single piece) that seals between the mouthpiece and the top of the tank as and closes off two or more openings into the tank.

During inhalation through the apparatus, the user may draw on the mouthpiece (by inhaling/sucking on the mouthpiece) to draw air through the mouthpiece. The device may be turned on by one or more of: a control on the device (e.g., on an outer surface of the device), but installing the cartridge into the vaporizer base, detecting inhalation, detecting lip contact with the mouthpiece. In some variations, the device is turned on, and the heater rises to an initial set temperature, when the device is in a ready to turn on state and when the user draws on the mouthpiece. The vaporizer may be placed in a ready to turn on state by connecting (or detecting connection of) a cartridge and/or by a switch or control on the outside of the apparatus and/or by the battery level being sufficient to operate the device.

Once the device is turned on, it may be operated by drawing on the mouthpiece to cause the temperature to cause the vaporizer heater (the atomizer) to heat to the desired temperature setting (which may be preset, selected from a plurality of pre-set temperatures or may be user selectable, including using a computer or other device having a processor and user interface that communicates with the device, either wirelessly or via a wired connection, such as a smartphone wirelessly communicating with the device).

Drawing on the mouthpiece typically causes airflow to enter the cartridge receiver region of the vaporizer base through one or more (e.g., two) air openings that are positioned through the wall of the cartridge receiver near a base of the cartridge receiver. Air may pass into the cartridge receiver and up through the cartridge via one or more openings in the base (bottom) of the cartridge. The air may then pass into a heater connector region that also includes one or more (e.g., two, parallel) absorbent pads or sponges for absorbing any leakage of vaporizable material that may enter into this air-filled heater connector region, which is also open to the vaporizing chamber across which a wick and heating coil is extended to form vapor. The two absorbent pads positioned in this air region positioned on the long axis of the cartridge, against the major faces of the cartridge body so that they don't block the air path into the vaporization chamber from the opening(s) at the base. These absorbent pads (e.g., sponges) may prevent dripping or leakage of the fluid from the vaporization chamber (e.g., off of the wick) even when the heater is not being heated. In order to prevent leakage should the absorbent pads not be sufficient, the opening into the base of the air chamber may include a rim or boss on the inner surface (within the heater connector region at the base of the cartridge) that prevents small amounts of fluid (e.g., vaporization fluid such as cannabis oil) to drip out of the opening(s) into the cartridge (e.g., the air chamber of the cartridge).

The air path from the vaporization chamber to the mouthpiece may have a minimum diameter that is slightly larger than previously described. For example, the minimum diameter of the air path between the vaporization chamber and the mouthpiece may be about 1.5 mm or greater, about 1.6 mm or greater, than about 1.7 mm or greater, than about 1.8 mm or greater, than about 1.9 mm or greater, than about 2 mm or greater, than about 2.1 mm or greater, than about 2.2 mm or greater, than about 2.3 mm or greater, than about 2.4 mm or greater, than about 2.5 mm or greater, etc. For example the minimum diameter may be 2.0 mm or greater.

In any of the variations described herein, the apparatus may include a wick as part of the atomizer (heater). In variations for use with cannabis oil the wick may be larger than typical cartridge wicks and may have a slightly larger pore size, because of the higher viscosity of the cannabis oil as compared to other (including nicotine) aqueous vaporization solutions. For example, the wick may be larger than 1.5 mm in diameter (e.g., about 1.9 mm or larger, about 2.0 mm or larger, about 2.1 mm or larger, about 2.2 mm or larger, about 2.3 mm or larger, about 2.4 mm or larger, about 2.5 mm or larger, etc., including between about 1.8 mm and about 5 mm, between about 1.9 mm and about 4 mm,

between about 2 mm and about 4 mm, etc.). The wick may generally extend across the vaporization chamber, e.g., along or perpendicular to the long axis of the cartridge, and between either the major or minor sides (in oval or flattened cartridges). The wick material may be any appropriate material, particularly those that are biocompatible, have a sufficient pore size, compatible with cannabis oils and may be resistant to heat up to the maximum heating temperature of the apparatus (e.g., will not degrade or combust significantly at temperatures up to about 450° C., 500° C. 550° C., 600° C., 650° C., etc.). For example, the wick may be made of a silica material (e.g., fiberglass).

In any of the heaters described herein, the heater (atomizer) may include a heating coil that may be wrapped around the wick for conductive heating. In any of the variations described herein convective heating of the liquid material (e.g., cannabis oil) wicked by the wick. The heating coil may be any appropriate material, but in particular, electrically resistive materials such as nichrome or other resistive materials, particularly those which change their resistance with heat (e.g., having a resistance that increases linearly and predictably with temperature over the desired range of temperatures, e.g., between 30° C. and 600° C. etc., including stainless steel, titanium, nickel, alloys of nickel, etc.).

The cartridge may have any desired shape or configuration. In some variations it may be beneficial in particular to have a shape that is cylindrical, and particularly a flattened cylinder, such as an approximately oval shape, with curved sides. Two of the sides (though curved) may be major sides, having a larger diameter, and two may be minor sides (though curved), having a smaller diameter. The flattened shape may prevent rolling when the device is placed on its side. In some variations the mouthpiece may extend in a slightly tapered shape. The tank may form a central region of the cartridge, bounded by the mouthpiece at one end (at the top) and the air chamber (at the bottom). A central cannula may form the air path between the vaporization chamber and the mouthpiece. The vaporization chamber and cannula may be surrounded by the tank, and may be visible through the walls of the tank (e.g., the vaporization chamber and cannula may be opaque, transparent or translucent). One or more seals, including o-rings, may be used to seal and secure the mouthpiece from the tank and the air chamber (base of the cartridge) from the tank. For example an inner seal may be between the mouthpiece and the outer wall of the tank (which may include a channel or track for the seal/o-ring) and a second seal (o-ring) may be positioned in an inner wall of the tank between the tank and the walls forming the air chamber and/or vaporization chamber at the base of the cartridge.

In any of the variations described herein it may be useful to provide an indication of the amount of the cartridge vaporized, which may be approximately correlated to the dose of the vaporizable material delivered. In any of the apparatuses described herein, the apparatus may include an output (e.g., LED, LCD or other display, etc.) on the apparatus or on a device in communication (e.g., wireless communication) with the apparatus such as a smartphone, laptop, desktop, pad, or the like. The output may indicate a qualitative and/or quantitative amount of the dose of vapor delivered from a particular cartridge. Dose may be determined using the processor of the apparatus to indicate approximately how much of the material, e.g., cannabis oil, has been consumed based on the power applied to the heater and the duration of heating. A qualitative output may be provided by sequentially illuminating (and/or changing the intensity and/or color of illumination) of a plurality of LEDs. In another example a ‘status bar’ showing consumption or dose delivered from a cartridge may be displayed on the apparatus body (e.g., the vaporizer body) or another device (e.g., smartphone) in communication therewith. For example, a plurality of LEDs (RGB) may be illuminated to provide qualitative feedback to a user on the operation of the vaporizer. Upon inserting a cartridge, the vaporizer apparatus may display using the LEDs an illumination corresponding to the intensity of the inhalation and/or the progression of consumption of vaporizable material from the cartridge. The processor in the vaporizer apparatus may estimate a dose based on the power applied to the vaporizer and the duration of heating and/or the duration of draw (inhalation). For example, the power applied*duration of draw may be accumulated by the processor, and the value output. In some variations the output may be provided for display on the body of the apparatus (e.g., by illuminating a sequence of LEDs. This may provide immediate visual feedback to the user.

The apparatuses, and particularly the cartridges, described herein may be adapted specifically for use with oils such as cannabis oils. As discussed above, existing cartridges are poorly suited for use with cannabis oils, as they may leak. Leaking of cannabis oils is both messy and detrimental to the operation of the vaporizer, as the leaked cannabis oils may disrupt the electrical connections driving vaporization and may clog or jam the operation of the apparatus. The cartridges described herein may include a number of specific modifications that address these issues; individually, these modifications may be helpful, but as will be described below, in combination these features have proven surprisingly effective at providing a robustly leak-resistant and reliable cartridge when using an oil such as a cannabis oil.

For example a cartridge device for holding a vaporizable cannabinoid material without leaking (e.g., that is substantially leak-resistant) may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having a width and a diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece at the proximal end of the elongate and flattened tubular body; an overflow leak chamber at a distal end of the elongate and flattened tubular body; an air path extending from the overflow leak chamber through the tank to the mouthpiece; a heater comprising a wick and a heating coil extending within the air path: an opening into the overflow leak chamber from an external surface of the device, wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

In particular the combination of the flattened elongate body shape (which may be oval or rectangular) along with the enlarged and enclosed overflow leak chamber (typically having an open volume of greater 0.5× or greater the tank volume) at the distal end, and one or more (e.g., two, three, four, etc.) openings into the overflow leak chamber, which may preferably include a lip region around the openings inside the overflow leak chamber. The use of absorbents pads positioned within the overflow leak chamber (e.g., positioned off-axis, along a major wall of the overflow leak chamber, such as the wall extending in the diameter) provides an effective leakage barrier even when changing altitudes or when the user misuses the cartridge, e.g., user-induced failure modes such as biting or squeezing the mouthpiece, and/or blowing into the mouthpiece. Surprisingly, other combinations of such features are less effective,

particularly in user-induced failure modes. For example, otherwise similar cylindrical devices, e.g., having a width and diameter that are equivalent or nearly equivalent (e.g., a diameter less than 1.2×, or greater than 0.8×, the width) may show greater leakage compared to more flattened devices; the addition of one or more absorbent pads, particularly along the long wall of an overflow leak chamber) show an even greater reduction in leakage.

The one or more openings into the overflow leak chamber may be present on any surface of the cartridge, including through the distal end of the overflow leak chamber. Although placement of the opening at the distal end may otherwise result in an increase in leakage of the highly viscous oil from the cartridge, including the leak chamber and the absorbent pad(s) prevents or reduces leakage. In addition, the one or more openings may be surrounded by a lip within the leak chamber. The lip may have a height above the inner wall of the chamber that is 0.3 mm or greater (e.g., 0.5 mm or greater, 0.7 mm or greater, 0.8 mm or greater, 0.9 mm or greater, 1 mm or greater, 1.2 mm or greater, 1.3 mm or greater, 1.4 mm or greater, 1.5 mm or greater, 2 mm or greater, etc.).

The one or more absorbent pads may be positioned within the overflow leak chamber along the diameter, off-axis relative to an air flow path through overflow leak chamber from the opening to the air path.

In general, the overflow leak chamber may be relatively large. e.g., the volume of the overflow leak chamber (including the absorbent pad(s)) may be between 0.4 and 1.5× the volume of the tank (reservoir). In particular, the volume of the overflow leak chamber may be between 0.4 and 1× the volume of the tank (e.g., 0.4× or greater, 0.5× or greater, 0.6× or greater, 0.7× or greater, etc. than the volume of the tank). Alternatively, this may be described as the length of the overflow leak chamber along the distal to proximal axis relative to the length of the tank, and may be between 0.4× and 2× the length of the tank along the distal to proximal axis (e.g., between 0.4× and 1×, between 0.5× and 2×, between 0.5× and 1.5×, etc.), typically 0.4× or greater. In general, the overflow leak chamber may be enclosed within the distal end of the elongate and flattened tubular body.

In general, the cartridges described herein may be configured for insertion (e.g., by friction fitting) into a vaporizer body. Thus, the cartridge, and particularly the distal end of the cartridge, may be adapted to be inserted securely into the re-usable vaporizer device. The cartridge may therefore have straight (e.g., flat) or inwardly tapered sides and may include one or more friction-engagement regions that couple within the vaporizer. In some variations the distal end region of the cartridge may include a channel, rim, lip, ridge, protrusion, etc. that may engage with a complimentary region in the vaporizer (e.g., in a cartridge receiver in the vaporizer body). Thus, the cartridge may be configured to 'snap' fit into the vaporizer body. For example, the distal end of the elongate and flattened tubular body may include a lip or rim configured to snap into a vaporizer body.

The cartridge may also include one or more (e.g., a pair) of electrical contacts on the distal end of the cartridge (e.g., on the distal end of the overflow leak chamber) in electrical communication with the heater. These electrical contacts may also be configured and adapted to prevent or ameliorate the effects of leakage of oil from the cartridge. For example, the electrical contacts may comprise scraping contacts (also referred to as wiping or wiper contacts), which may include an edge or edge to scrape against the contact (e.g., pogo pin) from the vaporizer before (and/or separately from) making electrical contact. For example, the pair of electrical contacts may comprise pin receptacles. These pin receptacles may include an outer scraping edge with an inner conductive surface.

In any of the variations described herein, the tank may include a cannabinoid solution (e.g., a cannabis oil solution). Thus, the cartridge may be pre-filled with a cannabis oil. The tank volume may be configured to hold between about 0.2 mL and about 2 mL or more of oil. For example, the tank may be configured to hold between about 0.4 mL and about 1.2 mL (e.g., between about 0.4 mL and 0.8 mL, etc.)

The mouthpiece may be configured to fit over the proximal end of the elongate and flattened tubular body, and may be in fluid communication with the air path through the tank. The mouthpiece may include an internal volume; one or more absorbent pads may be positioned within this internal volume. The one or more mouthpiece absorbent pads within the mouthpiece may generally be off-axis relative to the air path (leaving a central air path that is not occluded by the absorbent pads). For example, the mouthpiece absorbent pads may be off-axis relative to an air flow path from the air path and out of the mouthpiece. The mouthpiece absorbent pads may be positioned on the sides of the mouthpiece (e.g., the major sides, corresponding to the diameter of the mouthpiece). The absorbent pad(s) may be between a proximal end of the mouthpiece and the elongate and flattened tubular body.

In any of the devices described herein the air path may extend through the cartridge, from the distal end (e.g., the opening(s) into the overflow leak chamber), past the heater, through and/or around the tank, and out of the mouthpiece. In some variations, the air path comprises a cannula extending through the tank. In general, the elongate body may be transparent or translucent, and any material in the tank may be visible; when the device includes a cannula running through the tank this may also be visible.

The absorbent pads in the overflow leak chamber may be the same material and/or dimensions as those (if present) in the mouthpiece, or they may be different materials and/or dimensions. The one or more absorbent pads may be made of a sponge or felt material. The one or more absorbent pads may comprise a pair of flat absorbent pads arranged in parallel. For example, the one or more absorbent pads may comprise a cotton material. The one or more absorbent pads may be rectangular.

As mentioned, the one or more absorbent pads in the overflow leak chamber may be a pair of absorbent pads positioned within the overflow leak chamber off-axis relative to an air flow path through the overflow leak chamber from the opening to the air path.

The heater (e.g., wick and coil) may be positioned within the air path so that it is parallel, transverse or oblique to the air path. For example, the heater may extend across the air path in a transverse direction.

The elongate and flattened tubular body may have an oval cross-section or a rectangular cross-section transverse to the distal to proximal axis, and may be any appropriate size. For example, the elongate tubular housing may be between about 1 cm and 10 cm long (e.g., between about 2 cm and 7 cm long, etc.). It may be particularly beneficial to have the elongate tubular housing be somewhat short and compact (e.g., less than 8 cm, less than 7 cm, less than 6 cm, less than 5.5 cm, less than 5 cm, etc.)

The sizes of the openings into the air path (through the overflow leak chamber, e.g., at the distal end of the cartridge) may be configured to allow relatively easy draw through the cartridge, while preventing leakage out of the overflow leak path. Leaking may occur from the heater (e.g.,

the exposed wick) which is inserted through the wall of the tank; the air path within the cartridge is open and continuous, which would otherwise allow the material to leak. Thus, for example, the size of the one or more openings may be specified within a range identified as allowing sufficient air flow without permitting excessive leaking. For example, in some variations, the diameter of the opening(s) into the overflow leak chamber is/are between 0.1 mm and 5 mm (e.g., between 0.1 mm and 3 mm, between about 0.1 mm and 2 mm, etc.).

The tank portion of the device may be filled by an opening beneath the mouthpiece, which may be sealed or plugged. For example, the cartridge may include a plug between the mouthpiece and the elongate and flattened tubular body, wherein the plug closes off the tank of the elongate and flattened tubular body.

Any of the cartridge devices for holding a vaporizable cannabinoid material without leaking may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having width and diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece on the proximal end of the elongate and flattened tubular body; an enclosed overflow leak chamber at a distal end of the elongate and flattened tubular body. The device of claim **1**, wherein a length of the overflow leak chamber along the distal to proximal axis is 0.5 times or greater than a length of the tank along the distal to proximal axis; an air path extending from the overflow leak chamber through the tank to the mouthpiece; a heater comprising a wick and a heating coil extending within the air path proximal to the overflow leak chamber, an opening through the distal end of the overflow leak chamber, wherein the opening is surrounded by a lip within the leak chamber and further wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

For example, a cartridge device for holding a vaporizable cannabinoid material without leaking may include: an elongate and flattened tubular body extending in a distal to a proximal axis and having width and diameter that are transverse to the distal to proximal axis, wherein the diameter is 1.2 times or greater than the width; a tank within a proximal end of the elongate and flattened tubular body, the tank configured to hold the vaporizable cannabinoid material; a mouthpiece at the proximal end of the elongate and flattened tubular body; an overflow leak chamber at a distal end of the elongate and flattened tubular body, wherein a length of the overflow leak chamber along the distal to proximal axis is between 0.5 and 2 times a length of the tank along the distal to proximal axis; an air path extending proximally from the overflow leak chamber through the tank to the mouthpiece, wherein the air path comprises a cannula extending through the middle of the tank; a heater comprising a wick and a heating coil extending within the air path; an opening into the overflow leak chamber from an external surface of the device, wherein the opening is surrounded by a lip within the leak chamber and further wherein the opening is fluidly connected with the air path; and one or more absorbent pads within the overflow leak chamber.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1** and **2** show moisture and vapor deposition on a pair of filter pads that are off-axis relative to the airflow path of the device.

FIGS. **3**A and **3**B show a vaporization device with a pair of filter pads that are off-axis relative to the airflow path of the device.

FIGS. **4**A and **4**B show an exemplary vaporization device. This exemplary device includes two pairs of absorbent filter pads, as described herein. FIGS. **4**A and **4**B show a cartridge placed within the reusable component of the device.

FIGS. **5**A-**5**F illustrate the vaporizer body (e.g., a reusable component of the vaporizer device of FIGS. **4**A and **4**B). FIG. **5**A is a bottom perspective view; FIG. **5**B is a front view, FIG. **5**C is a top perspective view (looking into the cartridge receiver region including electrical contacts), FIG. **5**D is a side view. FIG. **5**E is a top view, and FIG. **5**F is a bottom view, showing the electrical connection to a charger or other wired electrical connection.

FIGS. **6**A-**6**D illustrate the cartridge of the device of FIGS. **4**A and **4**B. FIG. **6**A is a bottom perspective view, FIG. **6**B is a bottom view, FIG. **6**C is a top perspective view (showing the opening into the mouthpiece) and FIG. **6**D is an exploded view of the cartridge of FIG. **6**A.

FIGS. **7**A-**7**F illustrate an alternative view of a cartridge as described herein. FIG. **7**A shows a bottom perspective view; FIG. **7**B is a top perspective view; FIG. **7**C is a front view;

FIG. **7**D is a side view; FIG. **7**E is a bottom view; and FIG. **7**F is a top view.

FIGS. **8**A-**8**G show a variation of a vaporizer base of a vaporizer apparatus into which a cartridge such as the one shown in FIGS. **7**A-**7**F may be inserted. FIG. **8**A is a bottom perspective view; FIG. **8**B is a top perspective view showing the cartridge receiver portion of the vaporizer base; FIGS. **8**C, **8**D and SE show front, side and back views, respectively of the vaporizer base; and FIGS. **8**F and **8**G show bottom and top views, respectively of the vaporizer base.

FIGS. **9**A-**9**G show an assembled vaporizer apparatus including a vaporizer cartridge such as the one shown in FIGS. **7**A-**7**F that has been fully seated and retained in a vaporizer base such as the one shown in FIGS. **8**A-**8**G. FIGS. **9**A and **9**B show bottom perspective and top perspective views, respectively of the assembled vaporizer apparatus; FIGS. **9**C, **9**D and **9**E show front, side and back views, respectively of the assembled vaporizer apparatus; FIGS. **9**F and **9**G show bottom and top views, respectively, of the vaporizer apparatus.

FIG. **10**A is an exploded view of the cartridge of FIGS. **7**A-**7**F with the components arranged in line.

FIG. **10**B is an alternative exploded view of the cartridge of FIGS. **7**A-**7**F, showing the component parts positioned adjacent to each other at the approximate vertical position for assembly.

FIG. **11**A is a semi-transparent view (in which the outer casing of the vaporizer base, mouthpiece, and cartridge housing have been a made transparent) showing the air path through the assembled vaporizer apparatus such as the one shown in FIGS. **7**A-**9**G.

FIGS. **11**B and **11**C show front and back views, respectively, of an example of a vaporizer base with the outer housing (case or shell) made transparent, showing the cartridge receiving end including connectors and air entry port therein.

FIG. **12** is an enlarged view of a section through a midline of the proximal (top) region of a cartridge (as shown by dashed line **12**-**12**' in FIG. **9**A), showing the air path from the vaporization chamber to the mouthpiece openings.

FIG. **13** is a section through the midline of a vaporizer apparatus (including a vaporizer base into which a vaporizer

cartridge has been coupled), showing the air path during inhalation (puffing, drawing, etc.).

FIG. **14** show a section through a cartridge, just beneath the mouthpiece (as shown by dashed line **14'-14'** in FIG. **9**B) showing the arrangement of the distal pair of absorbent pads offset from the airflow path.

FIG. **15**A is a section through the midline of an assembled vaporizer apparatus such as the one shown in FIG. **9**A (through line **15**A-**15**A').

FIG. **15**B is another section through an assembled vaporizer apparatus such as the one shown in FIG. **9**A (through line **12-12'**).

FIG. **15**C shows another section through the assembled vaporizer apparatus (through line **15**C-**15**C' in FIG. **9**B).

FIG. **15**D is a section through a cartridge (through line **15**D-**15**D' of a cartridge such as the one shown in FIG. **7**A) showing a pair of overflow filter pads that are off-axis relative to the airflow path of the device.

FIG. **16** is a section through another of another exemplary vaporization device (at line **16-16'** in FIG. **9**B), near the base of the cartridge and inserted into the cartridge receiver of the vaporizer base.

FIG. **17** is an electrical schematic of a heating element and connectors showing the Seebeck coefficients for a simplified model of the components of the heating circuit.

FIG. **18** is a Seebeck measurement circuit for a vaporizer apparatus correcting for the Seebeck effect, configured as a two-terminal sensing circuit.

FIG. **19** is another example of a Seebeck measurement circuit for a vaporizer apparatus, configured as a four-terminal (four-point) circuit.

FIGS. **20**A and **20**B illustrate two examples of heating coils comprising different component conductors coupled to result in resistive heater from which a temperature measurement may be determined using a Seebeck sensing circuit as described herein.

FIG. **21** is one example of a user interface (UI) for interacting with the apparatuses described herein using an external controller (e.g., smartphone, pad, etc.)

FIG. **22** is another example of a US for interacting with an apparatus as described herein.

## DETAILED DESCRIPTION

The apparatuses and methods described herein generally include forming a vapor from a material (including in particular, liquid and oil-type plant materials) using a vaporization device. The vapor may be delivered for inhalation by a user. These apparatuses may be particularly adapted for use with an oil-based vaporizable material, including cannabis oils.

The vaporizer apparatuses, including cartridges (vaporizer cartridges) and reusable vaporizers bases described herein may be used with any appropriate vaporizable material, including aqueous vaporizable materials. These apparatuses may be particularly well adapted for use with viscous, oil-based vaporizable materials, including cannabis oils. For example, any of the cartridges described herein may be used (e.g., filled) with a vaporizable material comprising viscous liquid such as a cannabis oil. In some variations the cannabis oil comprises between 40-100% cannabis oil extract. The viscous oil may include a carrier for improving vapor formation, such as propylene glycol, glycerol, etc., at between 0.01% and 25% (e.g., between 0.1% and 22%, between 1% and 20%, between 1% and 15%, etc.). In some variations the vapor-forming carrier is 1,3-Propanediol. A cannabis oil may include a cannabinoid or cannabinoids (natural and/or synthetic), and/or a terpene or terpenes. For example, any of the vaporizable materials described herein may include one or more (e.g., a mixture of) cannabinoid including one or more of: CBG (Cannabigerol), CBC (Cannabichromene). CBL (Cannabicyclol), CBV (Cannabivarin), THCV (Tetrahydrocannabivarin), CBDV (Cannabidivarin). CBCV (Cannabichromevarin). CBGV (Cannabigerovarin). CBGM (Cannabigerol Monomethyl Ether), Tetrahydrocannabinol, Cannabidiol (CBD), Cannabinol (CBN), one or more Endocannabinoids (e.g., anandamide, 2-Arachidonoylglycerol, 2-Arachidonyl glyceryl ether. N-Arachidonoyl dopamine, Virodhamine. Lysophosphatidylinositol), and/or a synthetic cannabinoids such as one or more of: JWH-018, JWH-073, CP-55940, Dimethylheptylpyran, HU-210. HU-331, SR144528, WIN 55,212-2, JWH-133, Levonantradol (Nantrodolum), and AM-2201. The oil vaporization material may include one or more terpene, such as Hemiterpenes, Monoterpenes (e.g., geraniol, terpineol, limonene, myrcene, linalool, pinene. Iridoids), Sesquiterpenes (e.g., humulene, farnesenes, famesol). Diterpenes (e.g., cafestol, kahweol, cembrene and taxadiene), Sesterterpenes, (e.g., geranylfarnesol). Triterpenes (e.g., squalene), Sesquarterpenes (e.g., ferrugicadiol and tetraprenylcurcumene). Tetraterpenes (lycopene, gamma-carotene, alpha- and beta-carotenes), Polyterpenes, and Norisoprenoids. For example, an oil vaporization material as described herein may include between 20-80% cannabinoids (e.g., 30-90%, 40-80%, 50-75%, 60-80%, etc.), 0-40% terpenes (e.g., 1-30%, 10-30%, 10-20%, etc.), and 0-25% carrier (e.g., polyethylene glycol).

In any of the oil vaporization materials described herein (including in particular, the cannabinoid-based vaporization materials, the viscosity may be within a predetermined range. The range may be between about 30 cP (centipoise) and 115 KcP (kilocentipoise). For example, the viscosity may be between 40 cP and 113 KcP. Outside of this range, the vaporizable material may fail to wick appropriately to form a vapor as described herein. In particular, the oil may be made sufficiently thin to both permits wicking at a rate that is useful with the apparatuses described herein, while also limiting leaking (e.g., viscosities below that of ~40 cP might result in problems with leaking).

For example, FIGS. **7**A-**7**F illustrate one example of a cartridge that is adapted for use with a viscous oil-based vaporizable material (having a viscosity at room temperature of between 40 cP and 113 KcP), such as a cannabis oil. In this example, the cartridge **700** includes a flattened body that is approximately oval in cross-sectional area (see, e.g., FIGS. **7**E and **7**F showing top and bottom views) and includes a mouthpiece that is attached over a clear body forming a reservoir region holding the vaporizable material. The body **790** may be transparent, translucent or opaque. The mouthpiece may include one or more openings **792** at the proximal end (top) out of which vapor may be inhaled, by drawing breath through the device. The bottom may also include a locking feature (e.g., tab, indent, magnetic lock, etc.) for coupling and securing the cartridge within a cartridge receiver of a vaporizer base, such as the reusable vaporizer base **800** shown in FIGS. **8**A-**8**G. In this example, the body may be elongate and may include an outer shell or cover **890**; the proximal end of the vaporizer base may include an opening forming a cartridge receiver **892**. The cartridge receiver may include one or more opening therethrough (e.g., lateral openings) to allow airflow therein, as described in more detail below. Any of these cartridges may also or alternatively include a rim, ridge, channel, protrusion, lip, etc. along the distal end region for engaging a

complimentary portion of the vaporizer device. For example, in FIG. **7**D, the cartridge include a channel or lip **795** at the distal end which may engage with a deflectable or deformable tab or protrusion in the cartridge receiving portion of the vaporizer; this may provide a snap fit. In general, the cartridge may fit within the cartridge receiver of the vaporizer by a friction fit. The snap-fit may provide audible and/or tactile confirmation that the cartridge is held in position. This fit may also lock or hold the cartridge within the receiver, but still allow it to be easily withdrawn to remove the cartridge.

As shown in FIG. **7**C, the elongate and flattened body **790** may contain within it the tank region **791** (e.g., holding the vaporizable oil material) and a distal overflow leak chamber **793**. These structures may be formed by the internal components within the elongate and tubular body, as shown below.

FIGS. **10**A and **10**B show exploded view of a cartridge as described herein. In this example, the apparatus includes a cartridge body **1005** that may be clear (transparent), opaque and/or translucent. The cartridge body may form a reservoir for the liquid vaporizable material, and particularly for a viscous liquid vaporizable material such as the cannabinoid oils described herein. The cartridge may include an outer seal (e.g., o-ring **1009**) that seals the mouthpiece **403** over the body **1005**. The reservoir (tank) may be sealed on the top (at the proximal end) under the mouthpiece by a single-piece plug **888** that covers multiple openings which may be used for filling the tank. The vaporization chamber may be formed at the bottom (distal end) of the cartridge; in exemplary cartridges described herein the vaporization chamber is formed from a cannula and housing piece **1011** that includes opening into which the wick (wick portion of wick and coil **443**) passes into the chamber; the walls forming the vaporization chamber separate it from the tank and mate with a back piece **1013** that forms the bottom (distal end) of the tank within the cartridge body. This piece is also sealed (e.g., by an O-ring **1015**) to the cartridge body from within the cartridge body, as shown. An air chamber is then formed between the bottom of the cartridge **1019** and the back piece **1013** of the tank. One or more (e.g., two) air openings **796**, **796'** through this bottom **1019** allow air to pass (after entering the cartridge receiver through one or more openings **894** in the side) into the distal end of the cartridge, into the air chamber region and then up through an opening into the vaporization chamber. The piece forming the bottom of the cartridge **1019** may also accommodate or include one or more (e.g., two) electrical connectors that are configured to mate with the connectors on the vaporizer base. As mentioned, these contacts may be wiper or scraping contacts. In FIGS. **10**A and **10**B, they are shown as cans **1021**, **1021'** having openings into which the pins project to form an electrical contact.

The vaporizer body typically includes a battery and one or more control circuits housed within the cover **890**. The control circuitry may control the heater, which in this example, is present in the cartridge. The heater may generally include a heating coil (resistive heater) in thermal contact with the wick; additional connectors formed of a different material (e.g., conductive material) may connect the heater coil to the electrical contacts on the base of the cartridge; although this may lead to inaccuracies in detecting and controlling temperature electrically, as described below, the control circuitry may include one or more additional circuits, such as Seebeck measurement circuits, that correct for offsets and other inaccuracies in the determination of temperature and therefore the power applied to the apparatus. The control circuitry may also include and may control and/or communicate with a batter regulator (which may regulate the battery output, regulate charging/discharging of the battery, and may provide alerts to indicate when the battery charge is low, etc.). The co control circuitry may also include and may control and/or communicate with an output, such as a display, one or more LEDs, one or more LCDS, a haptic output, or any combination of these. In the example shown in FIGS. **7**A-**9**G, the apparatus includes only four (RGB) LEDs **897**, arranged in a pattern (e.g., a circular, spiral or floral pattern; other patterns may include linear patterns). Any of the apparatuses described herein may also include a wireless communication circuitry that is part of, connected and/or controlled by the control circuitry. The apparatus may be configured to wireless communicate with a remote processor (e.g., smartphone, pad, wearable electronics, etc.); thus the apparatus may receive control information (e.g., for setting temperature, resetting a dose counter, etc.) and/or output information (dose information, operational information, error information, temperature setting information, charge/battery information, etc.).

The apparatus may also include one or more inputs, such as an accelerometer, a lip sensing input, a contact input, or the like. In particular, described herein arm vaporizer apparatuses in which the device does not include any visible buttons, switches or external user input on an outer surface of the cartridge or vaporizer base. Instead, the input may be an accelerometer (coupled to, part of, and/or controlled by the control circuitry). The accelerometer and any accelerometer control circuitry may be configured to detect tapping on the apparatus (e.g., the case) and/or rolling of the apparatus (e.g., around the long axis or the short axis of the device). In some variations the apparatus may also include circuitry for sensing/detecting when a cartridge is connected and/or removed from the vaporizer base. For example, cartridge-detection circuitry may determine when a cartridge is connected to the device based on an electrical state of the electrical contacts within the cartridge reliever in the vaporizer base. For example, FIG. **5**C illustrates the two electrical contacts **595**, **595'**. Without a cartridge inserted into the apparatus the circuit is open (e.g., between **595** and **595'**) with the cartridge inserted, the electrical contacts (shown as pins **595**, **595'** in FIGS. **5**D and **11**B) engage with the contacts (such as wiping contracts, described above, which scrape to remove leaked and/or dried vaporizable material on the electrode contact surfaces). The controller (via a separate or integrated cartridge-detection circuit) may determine that a cartridge has been inserted when the resistance between these contacts changes to within a recognizable range (from the open circuit). Other cartridge detectors may be used alternatively or additionally, including a trip switch (which is activated when the cartridge is present), or the like. Any of the apparatuses described herein may also include one or more breath detectors, including a pressure sensor **1109** (e.g., microphone coil) having a connection to the inside of the cartridge receiver, as shown in FIG. **11**B.

The vaporizer body may also include a connector **899** at the distal end for coupling the device to a charger and/or data connection. The internal battery may be charged when coupling the device to a connector, alternatively other electrical connectors and/or inductive charging may be used.

FIGS. **9**A-**9**G illustrate an example of an apparatus (vaporizer apparatus) in which the cartridge **700** has been inserted completely into the vaporizer body **800**. The resulting device is small, lightweight, hand-held and may be safely stored in a pocket, purse, or the like.

In operation, the user may (once charged sufficiently), may activate the vaporizer by being drawing (inhaling) through the mouthpiece. The device may detect a draw (e.g., using a pressure sensor, flow sensors, or the like, including a sensor configured to detect a change in temperature or power applied to a heater element. e.g., anemometer detection) and may increase the power to a predetermined temperature preset. The power may be regulated by the controller by detecting the change in resistance of the heating coil and using the temperature coefficient of resistivity to determine the temperature. As described in greater detail below, the temperature determination and/or power applied may be optionally corrected in cases where there are different electrically conductive materials connecting the resistive heater to the power supply/power, in which the Seebeck effect may be an issue, using a sensing circuit to estimate and compensate for this potential source of inaccuracy.

In any of the apparatuses described herein, the temperature may be adjusted or selected by the user. As mentioned, in some variations the apparatus does not include an exterior control or user input, but still allows the user to select the temperature from among a plurality (e.g., two or more, three or more, etc.) of pre-set heating/vaporizing temperatures above 100° C. This may be achieved by allowing the user to coordinate (in time, e.g., within 60 seconds, within 50 seconds, within 40 seconds, within 45 seconds, within 40 seconds, within 30 seconds, within 20 seconds, within 10 seconds, between 1 second and 60 seconds, between 2 seconds and 60 seconds, between 3 seconds and 60 seconds, etc.) a pair of distinct inputs that are based detection of inputs that are internal to the apparatus (e.g., not from controls on the surface of the apparatus), such detection an accelerometer input (e.g., tapping, such as one or more, e.g. 3 or more, taps, rotations of the device in the long axis, etc.) within a predefined time after removing the cartridge and/or inserting the cartridge. For example, the apparatus may enter into a temperature selection mode to allow a user to select the temperature by removing the cartridge after shaking the apparatus (e.g., for 1 or more seconds, e.g., 2 or more seconds, etc.). Once in a temperature selection mode, the user may select from among a number (e.g., 4) or pre-set temperatures by tapping the housing of the device to cycle through the pre-set temperatures, which may be displayed on an output (e.g., LED, monitor, LCD, etc.) on the apparatus.

Any other input on the device that is not (or not connected to) a button, and particularly an external button, may be used in a predetermined activation sequence (e.g., pattern of taps detected by the accelerometer, insertion/removal of cartridge, etc.) or in a set of sequential independent actuations. For example, the apparatus may enter into a temperature selection mode after removing and inserting a cartridge three times in quick successions (e.g., within 5 seconds of each step). In any of the variations described herein, merely shaking the apparatus may display information about the status of the device (e.g., the charge) using the output; the additional non-button input (e.g., removing the cartridge and/or inserting the cartridge) within the predetermined time may then allow the operating temperature to be selected.

In some variations, the apparatus includes multiple (e.g., **4**) presets, and an optional additional preset (e.g., 5th preset or more) that may be user-settable. Alternatively or additionally, an external controller (smartphone, pad, computer, etc.) in may communicate with the apparatus to allow setting and/or selecting the operating temperature.

In on example, the apparatus may be operated to allow the user to select the operating temp (set mode) by shaking the device with a cartridge inserted. In some variations this may then change the display (e.g., multi-colored LEDs on the surface of the device), for example, displaying battery life using the multiple LEDs arranged (e.g., in an X pattern **897**, see, e.g., FIG. **8**C). While in this state, removing cartridge enters temp set mode. The device automatically cycles through the 4 (+1 or more, when user defined) presets. The user may then choose one by reinserting the pod at appropriate time. In some variations, the preset temperatures are: 270° C. 320° C., 370° C., 420° C. In some variations the user may modify or include an additional preset within a temp range around each preset. e.g.: within an operational range of between 270-420° C.

As mentioned above, any of the apparatuses described herein may be operated with an external processor to receive input and/or output to control operation of the device. For example, the vaporizer apparatus may be operated with an application software ("app") that allows control of the temperature or other functional setting and/or allows storage, display and/or transmission of operational and/or use information, including dose information. As described herein, an approximate estimate for dose may be determined based on the power applied to the heater (resistive coil) during inhalation (over time), e.g., power applied to coil multiplied by time of draw. This approximate 'dose' estimate may be accumulated over the use of a particular cartridge (e.g., once a cartridge is inserted, it may be accumulated and/or displayed until the cartridge is removed, roughly amounting to a "session" with that cartridge).

For example, FIGS. **21** and **22** illustrate exemplary user interfaces for an application software that allows the user to set and or adjust the pre-set temperatures of the apparatus. In FIG. **21**, the user may select the per-set temperature. FIG. **22** illustrates the use of the app to control the appearance and activity of the apparatus. For example, the user may lock/unlock the apparatus, and track usage (e.g., by does estimation).

In any of the apparatuses described herein the apparatus may allow the user to play one or more interactive "games" with the device. For example, any of these apparatuses may include an entertainment mode that may be entered by manipulating the device (e.g., by tapping, shaking, rotating, puffing in a predetermined pattern, etc.). In general, the entertainment mode may include one or more presentations (e.g., LED light displays, tones/music, patterns of vibrations, or combinations of these) and/or games. The device may be configured to allow selection of the presentation states or game states (games) to be played, or it may randomly select one. In general the games may be interactive, allowing the user to provide input, e.g., via the one or more inputs, such as movement of the device, via motions sensing, touching the device, via a button and/or capacitive sensor (e.g., lip sensing, etc.), puff/airflow sensing, inserting and/or removing the cartridge, etc.

For example, the entertainment mode may include a game such as a pattern-following game, wherein the device presents an output (e.g., one or more LEDS illuminated in a pattern and/or color), and the device (e.g. controller) may determine if a response entered by the user on the input correlates with a predetermined response. In general, the same controller used to control the heater may be used to control the entertainment mode including the games. Alternatively a separate controller may be used, and may communicate with the controller controlling the heater.

The one or more games may include a memory game. For example, in a memory game the device may presents an output sequence and determines if a sequence of responses

entered by the user on the input correlates with a predetermined sequence of responses. The one or more games may include a triggered output game wherein the device presents an output in response to a predetermined user input. For example, the device may illuminate a series differently positioned and/or colored LEDs based on the angle or movement that the user holds the device.

The one or more games may include a chance type game, wherein the device is configured to display a random pattern of one or more of colors, tones or vibrations, in response to a predetermined user input. The entertainment mode may include a display game wherein the output comprises a plurality of LEDs and wherein the device is configured to cycle the LEDs through a predetermined sequence of colors in response to a predetermined user input. The entertainment mode may include a tone game wherein the output comprises a plurality of tones and wherein the device is configured to play a predetermined sequence of tones in response to a predetermined user input.

As mentioned, the device may be configured to be toggled between the normal mode and the entertainment mode by applying one or more predetermined user manipulations to the input. For example, the device may be rotated. In some variations, the device input comprises an accelerometer, and the device may be configured to be toggled between the normal mode and the entertainment mode by rolling or rotating the device (e.g., three or more times) in one or more directions.

In addition to or alternative to the games, the entertainment mode may include an entertainment output (display) that is triggered upon entering into the entertainment mode. For example, as mentioned, the entertainment output may include one or more of: a display of a plurality of colors and/or patterns on the output, a tone or series of tones, a vibration or series of vibrations.

Leak Prevention

Any of the apparatuses described herein may be configured to prevent or reduce leakage of the vaporizable material. As mentioned, leaking an oil-based (and particularly cannabinoid oils) is particularly troublesome in a vaporizer because the vaporizable material may dry as a sticky, tarry substance that is both messy and may disrupt operation of the apparatus, particular the reusable (e.g., vaporizer base) portion.

For example, any of the apparatuses described herein may include one or more absorbent pads or members that are oriented to prevent leakage without disrupting the airflow or formation of vapor. In general, moisture and particles from the vapor can be deposited on a filter pad that is off-axis relative to the vapor path. The vaporization device may be a handheld vaporization device.

As described above, any of the vaporization apparatuses (device and systems) may comprise a heating element, including a resistive heating element. The heating element may heat the material such that the temperature of the material increases. Vapor may be generated as a result of heating the material.

In some cases, a vaporization device may have an “atomizer” or “cartomizer” configured to heat an aerosol forming solution (e.g., vaporizable material). The vaporizable material may be heated to a sufficient temperature such that it may vaporize (e.g., between 200° C. and 500° C., e.g., between 250-450° C., between 270-420° C., etc.). The apparatus or method may include one or more pre-set vaporization temperatures and the apparatus or method may control (via controller including feedback logic) the temperature to a predetermined and/or selected temperature.

An atomizer may comprise a small heating element configured to heat and/or vaporize at least a portion of the vaporizable material and a wicking material that may draw a liquid vaporizable material into the atomizer (e.g., heater). When the apparatus includes a wicking material, the wicking material may comprise silica fibers, cotton, ceramic, hemp, stainless steel mesh, and/or rope cables. The wicking material may be configured to draw the liquid vaporizable material in to the atomizer without a pump or other mechanical moving part. A resistance wire may be wrapped around the wicking material and then connected to a positive and negative pole of a current source (e.g., energy source). The resistance wire may be a coil. When the resistance wire is activated, the resistance wire (or coil) may have a temperature increase as a result of the current flowing through the resistive wire to generate heat. The heat may be transferred to at least a portion of the vaporizable material through conductive, convective, and/or radiative heat transfer such that at least a portion of the vaporizable material vaporizes.

Alternatively or in addition to the atomizer, the vaporization device may be configured as a “cartomizer” to generate an aerosol from the vaporizable material for inhalation by the user. The cartomizer may comprise a cartridge and an atomizer. The cartomizer may comprise a heating element surrounded by a liquid-soaked poly-foam that acts as holder for the vaporizable material (e.g., the liquid). The cartomizer may be reusable, rebuildable, refillable, and/or disposable. The cartomizer may be used with a tank for extra storage of a vaporizable material.

Air may be drawn into the vaporization device to carry the vaporized aerosol away from the heating element, where it then cools and condenses to form liquid particles suspended in air, which may then be drawn out of the mouthpiece by the user. For example, any of the apparatuses described herein may include a draw channel or passage. The draw channel may be in fluid communication with the heater so that vapor formed by the heater passes into the draw channel, which is also in fluid communication with the mouthpiece, which may be integrated with the device (including a cartridge).

One or more aspects of the vaporization device may be designed and/or controlled in order to deliver a vapor with one or more specified properties to the user. For example, aspects of the vaporization device that may be designed and/or controlled to deliver the vapor with specified properties may comprise the heating temperature, heating mechanism, device air inlets, internal volume of the device, and/or composition of the material.

Energy may be required to operate the heating element. The energy may be derived from a battery in electrical communication with the heating element. Alternatively, a chemical reaction (e.g., combustion or other exothermic reaction) may provide energy to the heating element.

The term “aerosol” may generally refer to a colloid of fine solid particles or liquid droplets in air or another gas. In general, the aerosols described herein are liquid aerosols of primarily (e.g., >80%, >85%, >90%, >95%) liquid particles in air. The liquid or solid particles in an aerosol may have varying diameters of average mass that may range from monodisperse aerosols, producible in the laboratory, and containing particles of uniform size, to polydisperse colloidal systems, exhibiting a range of particle sizes. As the sizes of these particles become larger, they have a greater settling speed which causes them to settle out of the aerosol faster, making the appearance of the aerosol less dense and to shorten the time in which the aerosol will linger in air. Interestingly, an aerosol with smaller particles will appear

thicker or denser because it has more particles. Particle number has a much bigger impact on light scattering than particle size (at least for the considered ranges of particle size), thus allowing for a vapor cloud with many more smaller particles to appear denser than a cloud having fewer, but larger particle sizes.

A vapor may generally refer to a substance in the gas phase at a temperature lower than its critical point. As used herein, a vapor may include a liquid aerosol. For convenience the term vapor and aerosol, which may generally refer to liquid aerosols, may be used interchangeably herein, as is common in the art of electronic vaporization devices.

The methods and apparatuses described herein have a wide range of applications for inhalation of an active substance, such as botanicals, pharmaceuticals, nutraceuticals, or any other substance for inhalation to provide a benefit or sensation to an end user. In some embodiments, the devices described herein include a tank having a liquid containing an active ingredient, such as nicotine, cannabis, or a cannabinoid.

The term "cannabis" refers to plants of the genus Cannabis and loose-leaf products or extracts thereof. As mentioned above, the term "cannabinoid" refers to plant based or synthetic chemical compounds capable of acting on cannabinoid receptors and inducing a biological effect. Cannabinoids include acids, salts, and bioactive stereo isomers. Exemplary cannabinoids include tetrahydrocannabinol (THC), cannabigerolic acid (CBGA), cannabigerol (CBG), tetrahydrocannabinolic acid (THCA), cannabichromene (CBC), cannabicyclol (CBL), cannabivarin (CBV), cannabichromevarin (CBCV), cannabigerovarin (CBGV), cannabigerol Monomethyl Ether (CBGM), delta-8-tetrahydrocannabinol (D8THC), delta-9-tetrahydrocannabinol (D9THC), tetrahydrocannabivarin (THCV), cannabinolic acid (CBNA), Cannabinol (CBN), cannabidiolic acid (CBDA). Cannabidivaric acid (CBDVA), cannabidiol (CBD), cannabichromenic acid (CBCA), Cannabichromene (CBC), or cannabicyclolic acid (CBLA) and/or any salt or stereo isomer of the above.

The devices described herein for generating an inhalable aerosol may include a body having a battery, a cartridge or tank including or configured to include the vaporizable material, at least input (e.g., in some variations without any input on an outer surface of the apparatus, e.g., "button less"), and circuitry for controlling the device.

An exemplary vaporization device **200** is shown in FIGS. **1** and **2**. The vaporization device **200** includes two filter pads **222***a,b*. The filter pads **222***a,b* are positioned off of the central axis of the air path **212**. As the vapor travels down the air tube **208** and begins to return to liquid state, both condensation and particle aggregation will occur. As the vapor exits the air tube **208** into the air path **212**, the moisture (see FIG. **1**) and larger particles (sec FIG. **2**) can filter onto the pads **222***a,b* (i.e., via gravity) without interfering with the user's draw on the device.

The one or more pads for use with any of the embodiments described herein (including pads **222***a,b*) can be made of an absorbent material. The absorbent material can both wick moisture quickly and allow it to disperse quickly therethrough. Thus, the absorbent material can be hydrophilic. Exemplary materials include cotton. e.g., a non-woven cotton lintner paper, felt, cellulose, or hydrophilic polymers. Further, the one or more pads can be curved, as shown in FIGS. **1** and **2** or can be substantially flat panels. In some embodiments, the one or more pads can each be made of two or more thin sheets of layered material.

The one or more pads can be positioned within or proximate to the mouthpiece so as to capture moisture just prior to inhalation by the user. Further, in some embodiments, as shown in FIGS. **1** and **2**, the one or more pads can be pushed up against the interior surface of the vaporizer so as to minimize interference with other components of the vaporizer. In other embodiments, the one or more pads can be pulled away from the interior walls so as to maximize the surface area available for moisture absorption. The pads can be rectangular, circular, ovoid, triangular, square, or other shape. The shape and size of the pads can be chosen so as to minimize interference with the air path while maximizing moisture and particle collection.

Another exemplary vaporizer **300** utilizing moisture deposition pads **322***a,b* is shown in FIGS. **3**A and **3**B. The vaporizer **300** includes a cartridge **301** that is attachable to a reusable component **300** (which can include the electronics to power the device, etc.). As shown in FIGS. **3**A and **3**B, the cartridge **301** can include a tank **302**, a heater assembly **343**, an air tube **308**, and a mouthpiece **303**. The pads **322***a,b* can be rectangular, flat, and positioned in parallel within the mouthpiece **303** on either side of the air tube **308** (i.e., off-axis with the air tube **308**). The vaporizer **300** can further include any of the features described in U.S. application Ser. No. 15/053,927, titled "VAPORIZATION DEVICE SYSTEMS AND METHODS." filed on Feb. 25, 2016, Publication No. US 2016-0174611 A1, the entirety of which is incorporated by reference herein.

Another exemplary vaporizer **400** that can utilize one or more pads is shown in FIGS. **4**A-**6**B. As shown in FIGS. **4**A and **4**B, the vaporizer **400** includes a reusable component **411** and a cartridge **401**. The diameter of device **400** is greater than the width (e.g., greater than 1.2×, 1.3×, 1.4×, 1.5×, 1.6×, 1.7×, 1.8× 1.9×, etc.), making the device have a substantially long and flat appearance and feel.

Referring to FIGS. **5**A and **5**B, the reusable component **411** includes a shell **431**, which can include the electronics for operating the vaporizer. Further, the reusable component **411** can include a visual indicator **421**, such as an LED, for signaling the operating status of the vaporizer **400**. The distal end of the reusable component **411** (shown in FIG. **5**F) includes a charging element **433** configured for charging the device. Further, the proximal end of the device (FIG. **5**E) includes contacts **435** for maintaining an electrical connection with the cartridge **401**.

The cartridge **401** is shown in FIGS. **6**A-**6**D. As best shown in the exploded view of FIG. **6**D the cartridge **401** includes a tank **441** configured to hold a liquid vaporizable material therein, a heater (e.g. a wick and coil assembly) **443** configured to heat the vaporizable material in the tank **441**, and an air tube **408** extending from the tank to a mouthpiece **403**. Contacts **535** are configured to connect with contacts **435** on the reusable component **411** to provide power to activate the wick and coil assembly **443**. At the distal end of the cartridge the walls of the elongate and flattened tubular body **441** and a bottom cover piece **691** form an overflow leak chamber **699**, which is shown with a pair of absorbent pads **495***a,b* are positioned along the long walls (along the diameter) of the overflow leak chamber. An option felt cover **693** may be included (also acting as an absorbent member).

As shown in FIGS. **4**A-**5**D, the device **400** further includes openings, configured as air inlets **762***a,b*, on the side of the shell **431**. The air inlets are proximate to openings (air inlets) **662***a,b* on the distal end of the cartridge **401** (see FIGS. **6**A and **6**B) opening into the overflow leak chamber (not visible). Referring to FIG. **11**A (which is a cross-section of the device **400** at the center), the air flow path **777** from

inlets **762***a,b* to inlets **662***a,b*, extends through the tube **408** until it reaches the stop **433** (see FIG. **12**) and then divides into two separate paths that extend along the inner surface of the mouthpiece **402** (between the pads **422***a,b*) and out through the outlets of the mouthpiece **403**.

As shown in FIGS. **6**D and **12**-**14**, parallel absorbent pads **422***a,b* can be positioned within the mouthpiece **403**. The absorbent pads **422***a,b* are rectangular and parallel with one another. The absorbent pads **422***a,b* are positioned substantially parallel to the flat side of the device **400** (parallel with the plane of the length l and width w in FIG. **4**A) and parallel with one another. In some embodiments, the pads **422***a,b* can be biased fully against the inside walls of the mouthpiece **403** so as to easily capture liquid that rolls along the walls. A distance between the two pads **422***a,b* can be, for example, between 3 and 6 mm, such as between 4 and 5 mm, e.g., approximately 4.8 mm. The gap between the absorbent pads **422***a,b* advantageously prevents the pads from interfering with the air flow path when a user draws on the mouthpiece **403**.

Further, as shown in FIGS. **6**D, **12** and **13** in some embodiments, over-flow pads **445***a,b* are positioned proximate to the tank **441**, i.e., within an overflow leak chamber below the tank, to absorb liquid that may leak out of the tank **441** during use. The over-flow pads **445***a,b* can be similarly placed parallel to one another and/or against the sides of the shell **431** as described above with respect to pads **422***a,b*.

FIG. **13** (which is a cross-section of the device **400** through the pads **422***a,b* and **445***a,b*) shows the air flow path **777** in dotted lines relative to the placement of the pads **442***a,b* and **445***a,b*. The air path **777** extends alongside all of the pads **422***a,b* without extending therethrough. That is, the pads **422***a,b* and **445***a,b* extend off-axis relative to the air path **777** and do not interfere with user draw. However, the pads **422***a,b* and **445***a,b* are positioned so that the air path **777** travels along, besides, and/or in contact with the pads **422***a,b* and **445***a,b* for an extended period of time so as to allow maximum absorption of liquid.

In use (i.e., when the user draws on the device), the device **400** can be held horizontally with the width, w, in the vertical direction and the diameter, d, in the horizontal direction. As such, at least one of the pads **422***a,b* and/or **445***a,b* will be substantially horizontal while the user draws on the device, ensuring that gravity will pull any moisture or particles down onto the lower pad **422***a,b* and/or **445***a,b*. Further, having two pads **422***a,b* and/or **445***a,b* advantageously ensures that moisture will be caught whether the user holds the device with pad **422***a* or **445***a* on top or **422***b* or **445***b* on top. This can both prevent interference with the electronics of the device and prevent the user from getting any liquid from the tank in his or her mouth when drawing on the device.

Referring to FIGS. **15**A-**15**D, exemplary device **800** is similar to device **400** (similar reference numbers are therefore used) except that it includes a single plug **888** in the proximal section of the cartridge **801** (i.e., as opposed to the two tank seals **604***a,b* shown in FIG. **6**D). The plug **888** is configured to simultaneously seal both outlets of the mouthpiece **403** while also sealing around the tube **408**.

Although sets of absorbent pads are shown and described with respect to the embodiments herein, only a single off-axis (i.e. "off air path") pad can be used in each location. Likewise, more than two (e.g., 3, 4, 5, or more) off-axis pads, such as strips of absorbent material, may be used. Similarly, only a single set of pads can be used.

In some embodiments, the absorbent pads can be located only in the cartridge area (i.e., in the disposable portion). In other embodiments, additional absorbent pads can also be used in the reusable portion of the device.

The wick for use with any of the embodiments herein can be large to handle higher viscosity liquids (e.g., liquids with cannabinoids). For example, the wick can be greater than 1.5 mm in diameter, such as approximately 2 mm in diameter.

Referring to FIG. **16**, in some embodiments, the openings (also referred to as air inlets) **962***a,b* to the cartridge **901** can include a protective annular ring **992***a,b* or seal theraround that extends away from the inner wall of the cartridge **901**. This ring can help prevent any spilled liquid from splashing into the inlets **962***a,b*. This ring may be lip or ridge projecting into the overflow leak chamber, as shown in FIG. **16**.

Referring still to FIG. **16**, in some embodiments, the contacts **935** of the reusable portion **911** of the device **900** can be pin contacts while the contacts **1035** of the cartridge **901** can be annular contacts or pin receptacles configured to mate with the pins. Further, in some embodiments, pin receptacles **1035** can include spring-loaded wiping mechanisms on the inner diameter thereof. The spring-loaded wiping mechanisms can be configured to wipe the pins as they pass therethrough. As a result, any vapor residue on the pins can be removed to maintain the proper electrical connection there between.

Power and Temperature Control

In any of the apparatuses described herein, the vaporizer apparatus may be controlled so that the temperature used to vaporize the vaporizable material is maintained within a preset range (e.g., one or more preset temperatures as discussed above, within +/− a few degrees (e.g., +/−3° C., 2° C., 1° C., 0.5° C., etc.). In general, the microcontroller may control the temperature of the resistive heater (e.g., resistive coil, etc.) based on a change in resistance due to temperature (e.g., TCR). For example, a heater may be any appropriate resistive heater, such as a resistive coil. The heater is typically coupled to the heater controller via two or more connectors (electrically conductive wires or lines) so that the heater controller applies power (e.g., from the power source) to the heater. The heater controller may include regulatory control logic to regulate the temperature of the heater by adjusting the applied power. The heater controller may include a dedicated or general-purpose processor, circuitry, or the like and is generally connected to the power source and may receive input from the power source to regulate the applied power to the heater.

For example, any of the apparatuses described herein may include logic for determining the temperature of the heater based on the TCR of the heating element (resistive coil), based on sensed resistance of the coil. The resistance of the heater (e.g., a resistive heater) may be measured ($R_{heater}$) and the controller may use the known properties of the heater (e.g., the temperature coefficient of resistance) for the heater to determine the temperature of the heater. For example, the resistance of the heater may be detected by a detection circuit connected at the electrical contacts that connect to the cartridge, and this resistance compared to a target resistance, which is typically the resistance of the resistive heater at the target temperature. In some cases this resistance may be estimated from the resistance of the resistive hearing element at ambient temperature (baseline).

In some variations, a reference resistor ($R_{reference}$) may be used to set the target resistance. The ratio of the heater resistance to the reference resistance ($R_{heater}/R_{reference}$) is linearly related to the temperature (above room temp) of the heater, and may be directly converted to a calibrated temperature. For example, a change in temperature of the heater relative to room temperature may be calculated using an

expression such as $(R_{heater}/R_{reference}-1)*(1/TCR)$, where TCR is the temperature coefficient of resistivity for the heater. In one example, TCR for a particular device heater is 0.00014/° C. In determining the partial doses and doses described herein, the temperature value used (e.g., the temperature of the vaporizable material during a dose interval, $T_i$, described in more detail below) may refer to the unit less resistive ratio (e.g., $R_{heater}/R_{reference}$) or it may refer to the normalized/corrected temperature (e.g., in ° C.).

When controlling a vaporization device by comparing a measure resistance of a resistive heater to a target resistance, the target resistance may be initially calculated and may be factory preset and/or calibrated by a user-initiated event. For example, the target resistance of the resistive heater during operation of the apparatus may be set by the percent change in baseline resistance plus the baseline resistance of the resistive heater, as will be described in more detail below. As mentioned, the resistance of the heating element at ambient is the baseline resistance. For example, the target resistance may be based on the resistance of the resistive heater at an ambient temperature and a target change in temperature of the resistive heater.

As mentioned above, the target resistance of the resistive heater may be based on a target heating element temperature. Any of the apparatuses and methods for using them herein may include determining the target resistance of the resistive heater based on a resistance of the resistive heater at ambient temperature and a percent change in a resistance of the resistive heater at an ambient temperature.

In any of the methods and apparatuses described herein, the resistance of the resistive heater may be measured (using a resistive measurement circuit) and compared to a target resistance by using a voltage divider. Alternatively or additionally any of the methods and apparatuses described herein may compare a measured resistance of the resistive heater to a target resistance using a Wheatstone bridge and thereby adjust the power to increase/decrease the applied power based on this comparison.

In any of the variations described herein, adjusting the applied power to the resistive heater may comprise comparing the resistance (actual resistance) of the resistive heater to a target resistance using a voltage divider, Wheatstone bridge, amplified Wheatstone bridge, or RC charge time circuit.

When using resistance and/or power applied to determine the temperature of the apparatus and/or to control temperature for vaporization, the inventors have determined that there may be a surprising disparity between the actual temperature and that predetected or determined using resistance of the heater alone. This problem because particularly acute when the distance between the heating element (e.g. resistive coil) and the electrical input into the cartridge (the power contacts from the vaporizer base) is longer, or there is a change in the conductive material between the heater and the contacts, as shown in FIG. **15**A. Where there is a change in the conductive material between the contacts, the electrical wiring and the resistive coil, thermoelectric effects arising due to this change in electrical characteristics (resistance) may give rise to inaccuracies when determining the power applied.

In the exemplary cartridges described above, the heating coil is connected to the electrical contacts by extension wires **1054**, **1054'** (see, e.g., FIG. **10**B). Because the extension wires are different materials, a voltage (EMF) may be generated at the junction between the different electrical conductors when there is a temperature gradient. This thermoelectric effect may be referred to as the Seebeck effect, and may generate a voltage that is based on the material properties of the different conductors. In the variations described above, although the heating coil, extensions and wick are nearly symmetric, during normal usage there may be uneven temperatures across the three, developing a temperature gradient. This may result in an uneven voltage being generated; this disparity may then lead to inaccuracies in controlling the heater (applied power) and/or estimation of the temperature.

Although at any particular time, the effect may be relatively minor (and therefore overlooked), the cumulative effect may lead to dramatic reductions in accuracy and temperature control; other systems may attempt to avoid this problem by modifying the resistance of the material used for the resistive heater, requiring a larger power; although this may reduce the overall contribution of the offset EMF voltage due to the thermoelectric property mismatch, it also requires a larger wattage and therefore battery (and resulting power) be applied.

Instead, any of the apparatuses described herein may include a precision resistance measurement circuit to track resistance of the heating element (e.g., a coil made from resistive heating alloy wire) when not heating and heating to control the temperature of the coil based on changes in coil resistance from room temperature to vaporization temperatures, as discussed above. For example, in some variations, the measurement circuit is an amplified Wheatstone bridge where the heating element (when connected) is one half of one of the two voltage dividers in the Wheatstone bridge and the two divider voltages are inputs to a differential op amp circuit. This control circuit may be modified as described herein to account for the mismatch in thermoelectric properties leading to the offset voltage.

Currently known resistance measurement systems typically use a two-terminal sensing or four-terminal sensing circuit, and are prone to measurement error when the load to be measured is also a voltage source or has an additional unknown voltage applied to it. As just mentioned above, in vaporizers that use resistive heating elements (often coils), extension leads are often used to mute power to the heating element with minimal Joule heating and losses in the path between the heating element (where Joule heating is desired) and the voltage source (often a battery or power supply). For manufacturability, these extension leads are often the only connection between the device (or contacts that connect to the device) and the heating element, so measurement of the resistance of the heating element invariably includes the resistance of the extension leads and measurement error arising from the mismatched thermoelectric properties (Seebeck error). The heating element and extension leads (three conductors if considered individually) each have some temperature gradient along their lengths, and this temperature gradient generates an electromotive force (EMF, which is also a measureable voltage when the conductor is open circuit) in each conductor, which is $E_{emf}=-S\nabla T$, where S is the Seebeck coefficient of the conductor which depends heavily on the conductor material (but also on temperature of the conductor) and $\nabla T$ is the temperature gradient across the material. Because ideal materials for the heating element and extension leads often have different Seebeck coefficients, and since the temperatures at the two connection points between each extension lead and the heating element are likely to differ while heating (due to acceptable asymmetries in both heating element assembly and heat transferred from the heating element and extension leads that are expected in a mass-produced product), there will be a net EMF across the extensions and heating element (seen as one

load in any vaporization system where one set of extension leads electrically connects the heating element to the device) which will skew the resistance measurement, making temperature control of the heating element using measured resistance impossible without correction for this effect. More generally, measured resistance of the heating element will be skewed by the mismatched thermoelectric properties (e.g., the Seebeck effect) whenever there is a temperature difference between and material transition at the two heating element terminals where contacts or extensions are connected.

A simplified model of a heating element with two extension leads of the same material is shown in FIG. **17**. In this example, the heating element and extension lead combination connects to the device at the open ends of the extension leads shown above, so the resistance measurement of the heating element is taken through the extension leads connecting to it. S1 and S3 are constant coefficients that depend on the material properties (Seebeck coefficients) of each of the two extension lead materials, and S2 is the Seebeck coefficient of the heating element. T1 and T4 are temperatures at the ends of the extensions that electrically connect to the vaporization device. T2 and T3 are temperatures of the connections between the extension leads and heating element (which may be welds, crimps, solder joints, or other electrical connections). The EMF, $E_{net}$ is expected to skew the resistance measurement if $E_{net}$ is non-zero. $E_{net}$ from the Seebeck effect is expected to be:

$$E_{net}=-S1(T2-T1)-S2(T3-T2)-S3(T4-T3).$$

To illustrate how temperature differences between T2 and T3 can create a non-zero Enet, consider a further simplified model where temperatures at the two open (as shown) ends of the conductive path are assumed to be the same and close to the device temperature (T1=T4), which is an acceptable simplification in systems like ours where extensions connect to electrical contacts with large thermal mass at T1 and T4. Seebeck coefficients for the two extensions are assumed to be the same since the two extension leads are of the same material (S1=S3). This reduces the above expression to:

$$E_{net}=(S2-S1)(T2-T3)$$

From the above expression, if S2 and S1 are not equal (heating element and extension leads have different Seebeck coefficients) and T2 and T3 are not equal (non-zero net temp gradient across the two points where heating element meets extensions), Enet will not be zero, and it will skew the resistance measurement taken by the device. For comparison, if there are no extension leads, EMF for the heating element alone can be considered:

$$E_{net}=S2(T2-T3)$$

When the heating element is connected directly to electrical contacts that are large thermal masses, it is expected (and can be measured) that T2 and T3 are very close and Seebeck effect introduces negligible error in resistance measurement. In other systems where extension leads are used, the Seebeck effect will skew measured resistance, making temperature control impossible when Seebeck effect is not corrected for.

Additionally, some systems without extension leads may still see a temperature difference between T2 and T3 depending on the device and heating element assembly. If this temperature difference is significant, this effect will have to be corrected for if accurate resistance measurements is desired.

The simple model above with extension leads and heating element is provided to illustrate the source of heating element EMP. In most systems there will be additional material transitions and temperature gradients in each material in the resistance measurement path. As described below, a complete understanding or modeling of all material transitions and junction temperatures is not needed to correct for this effect. The heating element EMF (caused by the Seebeck effect) can simply be measured and used to correct for the error it introduces in resistance measurements.

In a vaporization devices that uses measured heating element resistance for temperature control of the heating element as described above, heating element EMF may also measure and used to control the power applied and/or estimates of temperature. The Seebeck effect may be observed to be the main contributor to heating element EMF and is the only known contributor to heating element EMF when no current (or constant current) has been flowing through the element for some time. Measured heating element EMF can be used to correct for resistance measurement error caused by heating element EMF. The resistance measurement (skewed by Seebeck EMF) and the Seebeck EMF measurement together can be used to calculate accurate heating element resistances, which can be used to control average temperature of the heating element.

The effect of heating element EMF on the resistance measurement depends on the measurement circuit used. Heating element EMF will produce measurement error in all known resistance measurement circuits, so heating element EMF may be separately measured to correct for the error it causes in the resistance measurement. Sensitivity of the resistance measurement to heating element EMF may be understood so that measured heating element EMF can be used correctly to calculate heating element resistance from the two measurements taken. For example, the same differential op-amp used for the resistance measurement may also be used for the heating element EMF measurement. In the resistance measurement, the heating element may be powered through a voltage divider so that there is a measurable voltage across the heater which is compared against a reference voltage or summed with other reference voltages and amplified by the differential op amp circuit. For heating element EMF measurement, no voltage is applied to the heating element, which allows for direct measurement of the EMF, which is compared against another close reference voltage and amplified by the same differential op amp circuit used for the resistance measurement.

Because the same amplification circuit may be used, the sensitivities of both the resistance measurement and the heating element EMF measurement to heating element EMF will be the same. The two measurements may then be used to calculate accurate heating element resistances, the raw reading difference between measured heating element EMFs when the device is heating and when device has not been heating for some time (note that Seebeck EMF is 0 when heating element reaches thermal equilibrium in device) and may be subtracted from the raw resistance measurement reading before other calculations are performed to yield heating element resistance from corrected resistance measurement reading.

FIG. **18** illustrates one example of a measurement circuit that may be used as part of a vaporization apparatus. Operation of this circuit to control heating element resistance while heating may be as follows (with signal and component names below referencing signals and components from schematic of FIG. **18**); except for H+ **1821**, all output boxes (**1801**, **1803**, **1805**, **1807**, **1809**, **1811**, **1813**)

are connected to the microcontroller, which is not shown; timing noted below is for one exemplary software implementation and may be different or modified for different implementations). Heating element is connected between H+**1821** and GND.

In FIG. **18**, when device is heating. HEATER **1807** is driven with PWM to connect VBAT to H+**1821** through Q**5** (powering heating element with battery voltage) at some duty cycle to generate a known power in the heating element. When device is heating or in a wake state but not heating, every 3.9 ms (256 Hz measurement). HEATER **1807** is held off and HM_PWR **1805** is held on (powering differential op-amp circuit and voltage references required for measurements) for 268 μs so that either the heating element resistance or heating element EMF can be measured. Heating element resistance and EMF are each measured every 7.8 ms (each is measured during every other measurement window). The first 200 us of this 268 μs measurement window is settling time for the op-amp output as seen by microcontroller (HM_OUT **1809**) to stabilize. ADC is performed by the microcontroller on HM_OUT **1809** between AREF_HM_OUT **1801** and GND during the last 68 μs of the measurement window. For the heating element resistance measurement, HM_NEG_REF_EN **1803** is on to bias the heating element so that the voltage divider formed by R**19** and the heating element can compared by the differential op amp circuit (comprised of U**5**, R**21**, R**22**, R**23**, and R**33**) against a fixed voltage divider formed by R**20** and R**32**, and some combination of R**28**, R**29**, and R**30**, which are used to keep HM_OUT **1809** in a usable voltage range between AREF_HM_OUT **1801** and GND for the range of heating element resistances that the device might see. HM_SCALE_**0-2** **1813** are either allowed to float (high impedance) or connected to GND within the microcontroller to use R**28-30** to set the resistance measurement range of the circuit.

For the heating element EMF measurement. HM_NEG_REF_EN **1803** is off to allow H+ to float to a voltage that is the heating element EMF (relative GND) and SEEBECK_REF_EN **1815** is on to make the fixed reference used by the differential op amp circuit close enough to heating element EMF that HM_OUT **1809** will be usable (will be between AREF_HM_OUT **1801** and GND) over the range of heating element EMFs expected when heating element is heated. Heating element EMF may be as high as +/−3 mV. The heating element EMF measurement circuit can measure between +/−5 mV. The measurement circuit yields a non-zero ADC value when device has not been heating for some time and EMF is 0; this value is used to "zero" the heating element EMF readings when used in resistance calculations. Resistance calculations are as follows:

Heating Element Resistance=(resistance measurement ADC raw−(EMF measurement ADC raw−EMF measurement ADC zero))*resistance measurement sensitivity+resistance measurement offset

Resistance measurement sensitivities and offsets may depend on the active resistance measurement scale (selected using HM_SCALE_**0-2** **1813**) and may be solved for using circuit component values and then included in the device (e.g., in the firmware, hardware or software of the apparatus).

Baseline resistance (measured resistance when heating element has not been heated for some time) may be used to calculate a target resistance that corresponds to a target average heating element temperature based on the heating element's resistivity vs. temperature curve.

The resistance measurement circuit may be a two-terminal sensing circuit, as just discussed. In other variations, a four-terminal sensing may be used to mitigate effects of variable contact resistance and trace or lead resistance in series with the heating element resistance measurement. Changing contact resistance and trace/lead resistance have a negligible impact on resistance measurement and temperature control, but these effects may be more pronounced in variations which have a lower resistance heating element and different heating element and device assembly. In this case, a four-terminal (also known as four-point) resistance and EMF measurement circuit, such as the one shown in FIG. **19**, may be used.

Operation of the circuit shown in FIG. **19** to control heating element resistance while heating may be done as follows (with signal and component names below referencing signals and components from schematic above; signals **1903**, **1905**, **1907**, **1909**, **1911**, **1913**, **1915**, **1917**) are connected to the microcontroller, which is not shown; timing noted below is exemplary only, and may be different). In FIG. **19**. HI+**1822** and HV+**1826** connect directly to one terminal of the heating element, while HV−**1828** and HI−**1824** connect directly to the other terminal of the heating element.

When device is heating, HEATER **1907** is driven with PWM to connect VBAT to H+**1822** through Q**2** (powering heating element with battery voltage) at some duty cycle to generate a known power in the heating element.

When device is heating or in a wake state but not heating, every 3.9 ms (256 Hz measurement), HEATER **197** is held off and HM_PWR **1905** is held on (powering the differential summing op-amp circuit and voltage references required for measurements) for 268 μs so that either the heating element resistance or heating element EMF can be measured. Heating element resistance and EMF are each measured every 7.8 ms (each is measured during every other measurement window). The first 200 μs of this 268 μs measurement window is settling time for the op-amp output as seen by microcontroller (HM_OUT **1915**) to stabilize. ADC is performed by the microcontroller on HM_OUT **1915** between AREF_HM_OUT **1913** and GND during the last 68 μs of the measurement window.

For the heating element resistance measurement. HM_WS_ISRC_EN **1903** is on to bias the heating element through R**20** and HI+/− terminals so that the voltage across HV+/− can measured by the differential summing op amp circuit (comprised of U**2**, R**19**, R**23-25**, and optionally R**10-14**. R**17**, and R**21**). HM_WS_POS_REF_EN **1903** is on to sum GND through R**19** with HV+ through R**25**. Some combination of HM_SCALE_**0-5** are on to sum HV− through R**24** with VBAT through some respective combination of R**10-14** to keep HM_OUT **1915** in a usable voltage range between AREF_HM_OUT **1913** and GND for the range of heating element resistances that the device might see.

For the heating element EMF measurement. HM_WS_ISRC_EN **1903** is off to allow HV+ to float to a voltage that is the heating element EMF (relative HV−), HM_WS_POS_REF_EN **1909** is off to sum the R**17**, R**21**, R**19** voltage divider through R**19** with HV+ through R**25**, and HM_SCALE**0-4** **1911** are all off to provide no summing and only negative feedback at the negative input of the op-amp. This differential summing configuration keeps HM_OUT **1915** in a usable range (will be between AREF_HM_OUT **1913** and GND) over the range of heating element EMFs expected when heating element is heated. With the values shown above, the heating element EMF measurement circuit can measure between +/−3.5 mV. The measurement circuit

yields a non-zero ADC value when device has not been heating for some time and EMF is 0; this value is used to "zero" the heating element EMF readings when used in resistance calculations.

Resistance calculations are as follows:

Heating Element Resistance=(resistance measurement ADC raw−(EMF measurement ADC raw−EMF measurement ADC zero))*resistance measurement sensitivity+resistance measurement offset Resistance measurement sensitivities and offsets depend on the active resistance measurement scale(selected using HM_SCALE_**0-4** **1911**) and may be solved for using circuit component values and then included in the device.

Baseline resistance (measured resistance when heating element has not been heated for some time) may be used to calculate a target resistance that corresponds to a target average heating element temperature based on the heating element's resistivity vs. temperature curve.

As described above, the mismatch in thermoelectric properties and the resulting EM (e.g., the Seebeck EMF) has been found by the inventors to be a potential source of resistance measurement error after data taken from controlled tests of vaporizer prototypes (e.g., using heating elements with extension leads). A single heating element run with temp control of the heating element (using measured heating element resistance without correction for this EMF) may consistently run with much higher power when connected in one polarity vs. the other polarity. It was discovered that asymmetries in the heating element (in this case the wick and coil) assembly could consistently produce hotter temperatures at one of the two heating element/extension lead junctions, resulting in consistent offset voltage at operating temperatures that skewed the resistance measurement in one direction with the heating element connected in one polarity and in the other direction with heating element connected in the other polarity. Although measured resistance was controlled during these tests, these devices were not accurately controlling heating element temperatures because measurements were skewed by this offset EMF resulting from the mismatch in thermoelectric properties of the components. With the correction described above, used to correct for the error in resistance measurement, it is observed that heating element polarity does not have an effect on the power required to hold the heating element at operating temperatures during controlled testing, which suggests that this correction yields accurate calculated heating element resistances that remove the effect of the offset EMF, providing much more accurate temperature control of the heating element than when not corrected.

Thus, in any of the variations described herein, the apparatus may include an offset correction circuit (also referred to as a Seebeck correction circuit) to correct for the offset voltage resulting from the mismatch in thermoelectric properties between the resistive heating coil and the conductive connectors linking the resistive heating coil to the power input (e.g., from the vaporizer base, including the vaporizer power controller) in the cartridge. The offset correction circuit may be located in the vaporizer base and connected between the coupling connectors **595**, **595'** to couple with the cartridge connectors and determine the offset voltage due to the mismatch in thermoelectric properties of the heating (resistive) coil and the wires linking the coil to the connector on the cartridge. Also described herein are methods of correcting for the mismatch (Seebeck effect) in thermoelectric properties between the coil and the wires (electrical extensions) connecting to the electrical connectors.

Dose Monitoring

As mentioned above, any of the apparatuses described herein may also or alternatively detect and display the dose of material applied. U.S. patent application Ser. No. 14/960,259 (filed on Dec. 4, 2015, and published as US-2016-0157524-A1), herein incorporated by reference in its entirety, describes examples of methods for determining dose (and apparatuses including dose determination). Generally these methods may be used to accurately calculate dose based on the power applied to the heater and the temperature of the heater (or a material in contact with the heater) during an immediately before a small increment of time; total dose may be determined by summing these small increments up over a desired time range. These methods may be incorporated herein, and may be made even more accurate by correcting the power applied as described above (e.g., accounting for the offset EMF due to the Seebeck effect).

Alternatively or additionally, described herein are methods and apparatuses that may provide a rough approximation of dose based on the power applied over time to vaporize the material within the cartridge. This may be referred to herein as the consumption (of the vaporizable material in the cartridge, an indication of consumption) of the cartridge or vaporizable material, or the like. In general, the apparatus may aggregate the power during operation of the apparatus (e.g., the power applied over time during a puff/inhalation and/or the power applied over this time multiplied times the duration of the inhalation).

The apparatus may further provide an output of the amount of consumption. This output may be, in particular, a qualitative approximation. For example, the output may be incrementally increasing the number, intensity and/or color of one or more LEDs on the surface of the apparatus. For example, in this case, the consumption amount (dose) is not an absolute amount, but is an indicator or readout of the power applied to vaporize the material (power applied to the coils) over time. In FIG. **9**C, for example, when the user first installs a cartridge and the apparatus is set up to display consumption/dose, the four LEDS **897** may initially be unlit or lit to the neutral color (e.g., white). As the user draws on the device and vaporizes the material within the cartridge, the number of LEDS illuminated may be increased and the intensity and/or color of illumination may be increased to indicate increasing dosage or consumption; for example the calculation of power applied over time may determine based on a number or predetermined increments, whether to increase the number of illuminated LEDS of a particular color and/or intensity, to change color and/or intensity, etc.

The accumulated dose may be reset manually (e.g., using an app, shaking the device, etc.) or by removing the cartridge. Alternatively or additionally to the qualitative output described above, a quantitative estimate based on the power may be displayed or output to a remote processor (e.g. smartphone, etc.).

Thermocouple as Heater

In any of the apparatuses described herein, the heater may be configured as a thermocouple junction. See, e.g., FIGS. **20**A and **20**B. Thus, a thermocouple junction (comprising materials having dissimilar thermoelectric properties) may be used to measure temperature at a point along the heater coil. As discussed above, this may allow an apparatus to resistively determine temperature along the heater coil using the thermoelectric properties described above. Thus, similar to what is described above, the heating element performs both as a heater and a temperature sensor. For example, a resistive heater may comprised of two dissimilar conductors

(e.g., stainless steel and titanium) welded together, as shown in FIG. **20**A. When the heater (heating coil) heats up, the dissimilar material will be heated differentially, resulting in a temperature gradient and a resulting offset voltage (EMF), due to the Seebeck effect discussed above, at the junction of the two dissimilar materials. This effect may be used to determine the temperature at that junction (whereas typically, we determine the average temperature of the entire heater by using TCR, temperature coefficient of resistance, as also discussed above.

The Seebeck effect also occurs at the junction between the heater end poles and passive electrical conduits. Although the correction circuits discussed above are aimed at correcting for the effect, it may also be possible to take advantage of the effect for a more localized temperature measurement. Compare. FIG. **20**B to FIG. **20**A, for example. In FIG. **20**A, the junction is located in the middle of the heating element, and determining the offset voltage in this case, which is based on the temperature, may allow accurate temperature determination. This embodiment may be particularly relevant for a convection vaporizer, where you likely have a (relatively) large heater and you care about the temperature at just the air outlet end.

In vaporization systems where the heating element is connected to the device through extension leads, if Seebeck coefficients are known for both materials, the measured Seebeck EMF can be used to determine the net temperature gradient across the heating element. With some modeling, this measurement could be used to approximately control maximum heating element temperature instead of or in addition to average heating element temperature. This measurement can also be used to perform quality control where the heating element assembly is manufactured. In vaporization systems where the heating element is connected to the device through extension leads and the heating element is used to primarily heat air, if Seebeck coefficients are known for both materials. Seebeck EMF can be used to determine the net temperature gradient across the heating element, which with a known air flow path and thermal modeling of the system can be used to predict average air temperature at some point down-stream of the heating element. As mentioned above, this may be particularly advantageous in convection (hot-air) vaporization systems as two measurements (resistance and Seebeck EMF) taken from the actuator can allow for accurate temperature control of air lowing from the outlet of the heating element without additional sensors in the air path or connected to the heating element.

As shown in FIG. **20**A, the Seebeck effect alone or the Seebeck effect in conjunction with resistance measurement can be used for temperature control of a heating element that has a material transition (junction) at the position where temperature is to be controlled. This is essentially creating a thermocouple out of resistive heating alloys so that the Seebeck EMF can be measured in order to control temperature at the hot junction of the thermocouple resistive heater. The junction could be positioned where the heating element is expected to be hottest to control maximum temperature of the heating element. The control algorithm could use a target average temperature of the heating element (calculated using resistance and EMF measurements) as well as a maximum acceptable max temperature of the heating element (calculated using just the EMF measurement). A device that knows both the average temperature of the heating element and the maximum temperature of the heating element could know more about the temperature gradient along the heating element and be better at predicting mass of material vaporized while heating than a device that only knows either maximum or average heating element temperature (device knowing precise mass of material vaporized is critical for dose-control in vaporizers). If extensions are used in such a system, they could be the same material as the intended heating element but much larger gauge for reduced losses in the extensions. Alternatively, extensions with Seebeck coefficients that are very similar to the Seebeck coefficients of the two heating element sections could be used so that Seebeck EMF is still usable for temp control of the hot junction (small contribution of heating element/extension junctions to net Seebeck EMF).

Vaporizers without Cartridges

Any of the features described herein may be incorporated into a vaporizer apparatus that does not require the uses of a separate (e.g., removable cartridge), including vaporizer apparatuses such as loose-leaf vaporizer apparatuses.

Such apparatuses are described, for example, in each of the following applications, herein incorporated by reference in their entirety: U.S. patent application Ser. No. 13/837,438, filed on Mar. 15, 2013, Publication No. US 2013-0312742 A1; U.S. patent application Ser. No. 15/166,001, filed on May 26, 2016, Publication No. US 2016-0262459 A1; U.S. patent application Ser. No. 14/581,666, filed on Dec. 23, 2014, Publication No. US 2015-0208729 A1; U.S. patent application Ser. No. 15/053,927, filed on Feb. 25, 2016, Publication No. US 2016-0174611 A1; U.S. patent application Ser. No. 15/257,748, filed on Sep. 6, 2016; U.S. patent application Ser. No. 15/257,760, filed on Sep. 6, 2016. Publication No. US 2016-0374399 A1; and U.S. patent application Ser. No. 15/257,768, filed on Sep. 6, 2016. Publication No. US 2016-0366947 A1.

For example such a device may include preset and allow the user to enter temp set mode by holding down on a button (on or under the mouthpiece) for >0.6 seconds. Pressing the button again cycles through the 4+1 presets. To exit temp set, again hold the button for >0.6 sec. The presets may be, e.g.: **180**C, **193**C. **204**C, **216**C.

Any of the apparatuses described herein may include haptic feedback that may include distinct profiles for different events: For example:

/‾\—trapezoid—power on, and Bluetooth connect

||—quick click—manual power off, and Bluetooth disconnect

|‾||‾|—2 long clicks—temp reached

|‾|—1 long click—entered low temp standby, and auto shutoff

Also the user may change the intensity of these envelopes via the app.

Although the disclosure, including the figures, described herein may described and/or exemplify these different variations separately, it should be understood that all or some, or components of them, may be combined.

Although various illustrative embodiments are described above, any of a number of changes may be made to various embodiments without departing from the scope of the invention as described by the claims. For example, the order in which various described method steps are performed may often be changed in alternative embodiments, and in other alternative embodiments one or more method steps may be skipped altogether. Optional features of various device and system embodiments may be included in some embodiments and not in others. Therefore, the foregoing description is provided primarily for exemplary purposes and should not be interpreted to limit the scope of the invention as it is set forth in the claims.

When a feature or element is herein referred to as being "on" another feature or element, it can be directly on the other feature or element or intervening features and/or elements may also be present. In contrast, when a feature or element is referred to as being "directly on" another feature or element, there are no intervening features or elements present. It will also be understood that, when a feature or element is referred to as being "connected", "attached" or "coupled" to another feature or element, it can be directly connected, attached or coupled to the other feature or element or intervening features or elements may be present. In contrast, when a feature or element is referred to as being "directly connected", "directly attached" or "directly coupled" to another feature or element, there are no intervening features or elements present. Although described or shown with respect to one embodiment, the features and elements so described or shown can apply to other embodiments. It will also be appreciated by those of skill in the art that references to a structure or feature that is disposed "adjacent" another feature may have portions that overlap or underlie the adjacent feature.

Terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. For example, as used herein, the singular forms "a". "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the terms "comprises" and/or "comprising," when used in this specification, specify the presence of stated features, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, steps, operations, elements, components, and/or groups thereof. As used herein, the term "and/or" includes any and all combinations of one or more of the associated listed items and may be abbreviated as "/".

Spatially relative terms, such as "under", "below", "lower", "over", "upper" and the like, may be used herein for ease of description to describe one element or feature's relationship to another element(s) or feature(s) as illustrated in the figures. It will be understood that the spatially relative terms are intended to encompass different orientations of the device in use or operation in addition to the orientation depicted in the figures. For example, if a device in the figures is inverted, elements described as "under" or "beneath" other elements or features would then be oriented "over" the other elements or features. Thus, the exemplary term "under" can encompass both an orientation of over and under. The device may be otherwise oriented (rotated 90 degrees or at other orientations) and the spatially relative descriptors used herein interpreted accordingly. Similarly, the terms "upwardly". "downwardly", "vertical", "horizontal" and the like are used herein for the purpose of explanation only unless specifically indicated otherwise.

Although the terms "first" and "second" may be used herein to describe various features/elements (including steps), these features/elements should not be limited by these terms, unless the context indicates otherwise. These terms may be used to distinguish one feature/element from another feature/element. Thus, a first feature/element discussed below could be termed a second feature/element, and similarly, a second feature/element discussed below could be termed a first feature/element without departing from the teachings of the present invention.

Throughout this specification and the claims which follow, unless the context requires otherwise, the word "comprise", and variations such as "comprises" and "comprising" means various components can be co-jointly employed in the methods and articles (e.g., compositions and apparatuses including device and methods). For example, the term "comprising" will be understood to imply the inclusion of any stated elements or steps but not the exclusion of any other elements or steps.

As used herein in the specification and claims, including as used in the examples and unless otherwise expressly specified, all numbers may be read as if prefaced by the word "about" or "approximately," even if the term does not expressly appear. The phrase "about" or "approximately" may be used when describing magnitude and/or position to indicate that the value and/or position described is within a reasonable expected range of values and/or positions. For example, a numeric value may have a value that is +/−0.1% of the stated value (or range of values), +/−1% of the stated value (or range of values), +/−2% of the stated value (or range of values), +/−5% of the stated value (or range of values), +/−10% of the stated value (or range of values), etc. Any numerical values given herein should also be understood to include about or approximately that value, unless the context indicates otherwise.

The examples and illustrations included herein show, by way of illustration and not of limitation, specific embodiments in which the subject matter may be practiced. As mentioned, other embodiments may be utilized and derived there from, such that structural and logical substitutions and changes may be made without departing from the scope of this disclosure. Such embodiments of the inventive subject matter may be referred to herein individually or collectively by the term "invention" merely for convenience and without intending to voluntarily limit the scope of this application to any single invention or inventive concept, if more than one is, in fact, disclosed. Thus, although specific embodiments have been illustrated and described herein, any arrangement calculated to achieve the same purpose may be substituted for the specific embodiments shown. This disclosure is intended to cover any and all adaptations or variations of various embodiments. Combinations of the above embodiments, and other embodiments not specifically described herein, will be apparent to those of skill in the art upon reviewing the above description.

What is claimed is:

1. A vaporizer cartridge comprising:
- a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;
- a mouthpiece coupled to the proximal body end, where the mouthpiece comprises an outlet;
- a reservoir configured to hold a vaporizable material;
- a vaporization chamber comprising:
  - a heater configured to heat the vaporizable material from the reservoir to generate an aerosol;
  - a housing piece configured to house at least a portion of the heater, wherein the housing piece comprises a housing opening configured to receive at least the portion of the heater; and
  - an air tube extending from the housing piece, wherein the air tube is configured to deliver the aerosol from the heater to the mouthpiece;
- an extension wire extending from the heater;
- a bottom cover comprising a bottom portion, wherein the bottom portion comprises at least one air opening; and
- a distal member positioned at least partially within the cartridge body between the housing piece and the bottom portion of the bottom cover, wherein the distal member comprises:
  - a proximal side;
  - a distal side opposite the proximal side;
  - a lateral side extending between the proximal side and the distal side; and
  - an extension feature having a cylindrical shape, wherein the extension feature extends from the proximal side of the distal member, and wherein the

extension feature comprises an opening extending therethrough that allows air to pass through the distal member;

wherein at least a portion of the distal member comprises a perimeter that has a first shape corresponding to a second shape of an inner surface of the cartridge body; and

wherein at least a portion of the extension wire extends at least partially through the distal member;

wherein an air chamber is formed between the distal member and the bottom portion of the bottom cover.

**2**. The vaporizer cartridge of claim **1**, further comprising: a cartridge electrical contact configured to contact a corresponding body electrical contact on a vaporizer body.

**3**. The vaporizer cartridge of claim **2**, wherein the distal member accommodates at least a portion of the cartridge electrical contact.

**4**. The vaporizer cartridge of claim **1**, wherein at least a second portion of the distal member is positioned within at least a portion of the bottom cover.

**5**. The vaporizer cartridge of claim **1**, wherein the vaporizer cartridge is configured to be magnetically coupled and secured within a cartridge receiver of a vaporizer body.

**6**. A vaporizer device, comprising:

the vaporizer cartridge of claim **1**;

a vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge,

wherein the cartridge receiver comprises:

a body electrical contact;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end;

a sensor configured to detect a draw on the mouthpiece, causing activation of the heater;

a channel extending from the base of the cartridge receiver to the sensor; and

one or more LEDs, wherein the vaporizer device is configured to cause the one or more LEDs to illuminate during the generation of the aerosol by the heater of the vaporizer cartridge.

**7**. The vaporizer cartridge of claim **1**, wherein the bottom portion of the bottom cover comprises: a first cartridge electrical contact opening through which a first cartridge electrical contact of the vaporizer cartridge is exposed; and a second cartridge electrical contact opening through which a second cartridge electrical contact of the vaporizer cartridge is exposed.

**8**. A vaporizer device comprising:

a vaporizer cartridge, comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, wherein the mouthpiece comprises an outlet;

a reservoir configured to hold a vaporizable material;

a vaporization chamber comprising:

a heater configured to heat the vaporizable material from the reservoir to generate an aerosol;

a housing piece configured to house at least a portion of the heater, wherein the housing piece comprises a housing opening configured to receive at least the portion of the heater; and

an air tube extending from the housing piece, wherein the air tube is configured to deliver the aerosol from the heater to the mouthpiece;

an extension wire extending from the heater;

a bottom cover comprising a bottom portion, wherein the bottom portion comprises at least one air opening;

at least one cartridge electrical contact; and

a distal member positioned at least partially within the cartridge body between the housing piece and the bottom portion of the bottom cover, wherein the distal member comprises:

a proximal side;

a distal side opposite the proximal side;

a lateral side extending between the proximal side and the distal side; and

an extension feature having a cylindrical shape, wherein the extension feature extends from the proximal side of the distal member, and wherein the extension feature comprises an opening extending therethrough that allows air to pass through the distal member;

wherein at least a portion of the distal member comprises a perimeter that has a first shape corresponding to a second shape of an inner surface of the cartridge body; and

wherein at least a portion of the extension wire extends at least partially through the distal member;

wherein an air chamber is formed between the distal member and the bottom portion of the bottom cover; and

a vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge, wherein the cartridge receiver comprises:

at least one body electrical contact configured to electrically couple to the at least one cartridge electrical contact of the vaporizer cartridge;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end;

a sensor configured to detect a draw on the mouthpiece, causing activation of the heater; and

a channel extending from the base of the cartridge receiver to the sensor.

**9**. The vaporizer device of claim **8**, wherein at least the portion of the heater extending at least partially through the distal member contacts the at least one cartridge electrical contact.

**10**. The vaporizer device of claim **8**, wherein the bottom portion of the bottom cover comprises: a first cartridge electrical contact opening through which the first cartridge electrical contact of the vaporizer cartridge is exposed; a second cartridge electrical contact opening through which the second cartridge electrical contact of the vaporizer cartridge is exposed; and a region positioned between the first cartridge electrical contact opening and the second cartridge electrical contact opening, wherein the bottom cover comprises exactly two air openings, and wherein the air openings are not positioned within the region.

**11**. A vaporizer cartridge comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, wherein the mouthpiece comprises an outlet;

at least one pad positioned within an interior of the mouthpiece;

a reservoir configured to hold a vaporizable material;

a vaporization chamber comprising:

a heater configured to heat the vaporizable material from the reservoir to generate an aerosol;

a housing piece configured to house at least a portion of the heater, wherein the housing piece comprises a housing opening configured to receive at least the portion of the heater; and

an air tube extending from the housing piece, wherein the air tube is configured to deliver the aerosol from the heater to the mouthpiece;

an extension wire extending from the heater;

a bottom cover comprising a bottom portion, wherein the bottom portion comprises at least one air opening; and

a distal member positioned at least partially within the cartridge body between the housing piece and the bottom portion of the bottom cover, wherein the distal member comprises:

a proximal side;

a distal side opposite the proximal side;

a lateral side extending between the proximal side and the distal side; and

an extension feature having a cylindrical shape, wherein the extension feature extends from the proximal side of the distal member, and wherein the extension feature comprises an opening extending therethrough that allows air to pass through the distal member;

wherein at least a portion of the distal member comprises a perimeter that has a first shape corresponding to a second shape of an inner surface of the cartridge body; and

wherein at least a portion of the extension wire extends at least partially through the distal member;

wherein an air chamber is formed between the distal member and the bottom portion of the bottom cover.

**12**. The vaporizer cartridge of claim **11**, further comprising: a cartridge electrical contact configured to contact a corresponding body electrical contact on a vaporizer body.

**13**. The vaporizer cartridge of claim **12**, wherein the distal member accommodates at least a portion of the cartridge electrical contact.

**14**. The vaporizer cartridge of claim **11**, wherein at least a second portion of the distal member is positioned within at least a portion of the bottom cover.

**15**. The vaporizer cartridge of claim **11**, wherein the vaporizer cartridge is configured to be magnetically coupled and secured within a cartridge receiver of a vaporizer body.

**16**. A vaporizer device, comprising:

the vaporizer cartridge of claim **11**;

a vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge, wherein the cartridge receiver comprises:

a body electrical contact;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end;

a sensor configured to detect a draw on the mouthpiece, causing activation of the heater;

a channel extending from the base of the cartridge receiver to the sensor; and

one or more LEDs, wherein the vaporizer device is configured to cause the one or more LEDs to illuminate during the generation of the aerosol by the heater of the vaporizer cartridge.

**17**. The vaporizer cartridge of claim **11**, wherein the bottom portion of the bottom cover comprises: a first cartridge electrical contact opening through which a first cartridge electrical contact of the vaporizer cartridge is exposed; and a second cartridge electrical contact opening through which a second cartridge electrical contact of the vaporizer cartridge is exposed.

**18**. A vaporizer device comprising:

a vaporizer cartridge, comprising:

a cartridge body comprising a proximal body end and a distal body end opposite the proximal body end;

a mouthpiece coupled to the proximal body end, wherein the mouthpiece comprises an outlet;

at least one pad positioned within the mouthpiece;

a reservoir configured to hold a vaporizable material;

a vaporization chamber comprising:

a heater configured to heat the vaporizable material from the reservoir to generate an aerosol;

a housing piece configured to house at least a portion of the heater, wherein the housing piece comprises a housing opening configured to receive at least the portion of the heater; and

an air tube extending from the housing piece, wherein the air tube is configured to deliver the aerosol from the heater to the mouthpiece;

an extension wire extending from the heater;

a bottom cover comprising a bottom portion, wherein the bottom portion comprises at least one air opening;

at least one cartridge electrical contact; and

a distal member positioned at least partially within the cartridge body between the housing piece and the bottom portion of the bottom cover, wherein the distal member comprises:

a proximal side;

a distal side opposite the proximal side;

a lateral side extending between the proximal side and the distal side; and

an extension feature having a cylindrical shape, wherein the extension feature extends from the proximal side of the distal member, wherein the extension feature comprises an opening extending therethrough that allows air to pass through the distal member;

wherein at least a portion of the distal member comprises a perimeter that has a first shape corresponding to a second shape of an inner surface of the cartridge body; and

wherein at least a portion of the extension wire extends at least partially through the distal member;

wherein an air chamber is formed between the distal member and the bottom portion of the bottom cover; and

a vaporizer body, comprising:

a cartridge receiver configured to insertably receive the vaporizer cartridge, wherein the cartridge receiver comprises:

at least one body electrical contact configured to electrically couple to the at least one cartridge electrical contact of the vaporizer cartridge;

an insertion end into which the vaporizer cartridge is inserted; and

a base opposite the insertion end;

a sensor configured to detect a draw on the mouthpiece, causing activation of the heater; and

a channel extending from the base of the cartridge receiver to the sensor.

**19**. The vaporizer device of claim **18**, wherein at least the portion of the heater extending at least partially through the distal member contacts the at least one cartridge electrical contact.

**20**. The vaporizer device of claim **18**, wherein the bottom portion of the bottom cover comprises: a first cartridge electrical contact opening through which the first cartridge electrical contact of the vaporizer cartridge is exposed; a second cartridge electrical contact opening through which the second cartridge electrical contact of the vaporizer cartridge is exposed; and a region positioned between the first cartridge electrical contact opening and the second cartridge electrical contact opening, wherein the bottom cover comprises exactly two air openings, and wherein the air openings are not positioned within the region.

* * * * *