NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CROWELL & MORING LLP
Joanna M. Fuller (SBN 266406)
JFuller@crowell.com
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

ATTORNEY(S) FOR: PAX Labs Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PAX Labs Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | |
| ALD Group Limited, and ALD (HongKong) Holdings Limited | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for PAX Labs Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| PAX Labs Inc. | Plaintiff |
| ALD Group Limited, and | Defendant |
| ALD (HongKong) Holdings Limited | Defendant |

January 29, 2024
Date

/s/ Joanna M. Fuller
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff PAX Labs Inc.