1  CROWELL & MORING LLP
   Joanna M. Fuller (SBN 266406)
2  JFuller@crowell.com
   3 Park Plaza, 20th Floor
3  Irvine, CA 92614
   Telephone: (949) 263-8400
4  Facsimile: (949) 263-8414

5  *Attorneys for Plaintiff*
   PAX Labs Inc.
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**

10 PAX LABS INC.,                          Case No. 2:24-cv-00782

11              Plaintiff,
                                           NOTICE OF RELATED CASES
12       v.

13
   ALD Group Limited, and
14 ALD (HongKong) Holdings
   Limited
15              Defendants.

16
17
18 .

## PLAINTIFF'S NOTICE OF RELATED CASES

Pursuant to Local Rule 83-1.3.1, plaintiff PAX Labs Inc. ("PAX Labs") files this Notice of Related Cases in this action. PAX Labs hereby notifies the Court about the following related actions:

First, PAX Labs is filing an action concurrently herewith in the Central District of California against STIIIZY IP LLC f/k/a STIIIZY, LLC, and, STIIIZY INC. d/b/a SHRYNE GROUP INC., involving the same four patents as this action: U.S. Patent Nos. 11,369,756; 11,369,757; 11,766,527; and 11,759,580. These actions will likely call for the determination of the same or substantially related questions of law and fact. For example, these actions will likely call for the resolution of the same or substantially related questions of (1) the construction of certain terms of the asserted claims, and (2) validity in light of the same or substantially similar prior art. These actions may also involve similar factual disputes because PAX Labs accuses similar categories of accused products in both cases.

Second, these actions involve the same patents as those at issue in an action being filed currently herewith at the United States International Trade Commission ("ITC"): *Certain Oil Vaporizing Devices, Components Thereof, And Products Containing the Same*. The ITC action involves the same parties as this action being filed in this District. This District's action is likely to include the determination of the same or substantially related questions of law and facts, such as (1) the construction of certain terms of the asserted claims; (2) validity in light of the same or substantially similar prior art; and (3) the categories of accused products.

[*signature page follows*]

| | |
|---|---|
| | Respectfully submitted, |
| Dated: January 29, 2024 | CROWELL & MORING LLP |
| | */s/ Joanna M. Fuller*<br>Joanna M. Fuller (SBN 266406)<br>JFuller@crowell.com<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Telephone: (949) 263-8400<br>Facsimile: (949) 263-8414 |
| | *Attorneys for Plaintiff*<br>*PAX Labs Inc.* |