**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAX LABS INC.<br><br>PLAINTIFF(S)<br>v.<br>ALD GROUP LIMITED, ET AL.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 24-00782 CAS<br><br>**ORDER RETURNING CASE**<br>**FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 23-05.

January 31, 2024
Date

*Christine A. Snyder*
United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge _____Mark C. Scarsi_____ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___MCS___ after the case number in place of the initials of the prior judge so that the case number will read __2:24-cv-00782 MCS(AJRx)__ . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (05/23)                         ORDER RETURNING CASE FOR REASSIGNMENT